# EXHIBIT 1

US009651320B2

(12) United States Patent
Suzuki

(10) Patent No.: US 9,651,320 B2
(45) Date of Patent: May 16, 2017

(54) **ICT EQUIPMENT**

(71) Applicant: **Kumiko Suzuki**, Tokyo (JP)

(72) Inventor: **Kumiko Suzuki**, Tokyo (JP)

(73) Assignee: **NEC CORPORATION**, Tokyo (JP)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 817 days.

(21) Appl. No.: **13/782,490**

(22) Filed: **Mar. 1, 2013**

(65) **Prior Publication Data**

US 2013/0228325 A1 Sep. 5, 2013

(30) **Foreign Application Priority Data**

Mar. 2, 2012 (JP) ................................ 2012-046673

(51) **Int. Cl.**
*F28F 27/00* (2006.01)
*G06F 1/20* (2006.01)

(52) **U.S. Cl.**
CPC .............. *F28F 27/00* (2013.01); *G06F 1/206* (2013.01)

(58) **Field of Classification Search**
None
See application file for complete search history.

(56) **References Cited**

FOREIGN PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| JP | 5-100063 | A | 4/1993 |
| JP | 2006-252608 | A | 9/2006 |
| JP | 2011151131 | A | 8/2011 |

OTHER PUBLICATIONS

Machine translation of JP 05-100063 (published Apr. 23, 1993).*
Machine translation of JP 2006-252608.*
Japanese Office Action for JP2012-046673 mailed on Apr. 2, 2013.

* cited by examiner

*Primary Examiner* — Ryan Jarrett

(57) **ABSTRACT**

The temperature sensor detects a component temperature of an electronic component included in the ICT equipment. The declination index value calculation means calculates a declination index value indicating the degree of declination of the component temperature of the electronic component, based on the detection result of the temperature sensor. As a declination index value, a declination quantity of the component temperature per unit time or a difference between the highest value of the component temperature in a past certain period and the current component temperature may be used, for example. The control means controls the number of rotations of the cooling fan in accordance with the declination index value calculated by the declination index value calculation means. More specifically, the control means causes the number of rotations of the fan to be lower as the degree of declination of the component temperature indicated by the declination index value is larger.

**8 Claims, 10 Drawing Sheets**




BACK SIDE
IO SECTION
TEMPERATURE SENSOR
MANAGEMENT SECTION
15
17
POWER SOURCE
16
24
14
MEMORY
1
ICT EQUIPMENT
13
22
TEMPERATURE SENSOR
CPU
CPU
TEMPERATURE SENSOR
23
12
FAN
FAN
FAN
FAN
FAN
21
TEMPERATURE SENSOR
HDD
HDD
HDD
HDD
11
FRONT SIDE

FIG. 1

FIG. 2


BACK SIDE
IO SECTION
TEMPERATURE SENSOR
MANAGEMENT SECTION
POWER SOURCE
MEMORY
ICT EQUIPMENT
TEMPERATURE SENSOR
CPU
CPU
TEMPERATURE SENSOR
FAN
FAN
FAN
FAN
FAN
TEMPERATURE SENSOR
HDD
HDD
HDD
HDD
FRONT SIDE
1
11
12
13
14
15
16
17
21
22
23
24
A
B
C

FIG. 3


24
TEMPERATURE SENSOR
23
TEMPERATURE SENSOR
22
TEMPERATURE SENSOR
21
TEMPERATURE SENSOR
17
MANAGEMENT SECTION
171
WRITING MEANS
172
CONTROL MEANS
173
DECLINATION INDEX VALUE CALCULATION MEANS
174
FAN DRIVING SECTION
12
COOLING FAN
18
STORING UNIT
181
INTAKE AIR TEMPERATURE RECOMMENDED RANGE STORING SECTION
182
COMPONENT TEMPERATURE RECOMMENDED RANGE STORING SECTION
183
OPERATION GUARANTEED TEMPERATURE RANGE STORING SECTION
184
THRESHOLD STORING SECTION
185
DETECTION RESULT STORING SECTION

FIG. 4


40°C
OPERATION GUARANTEED TEMPERATURE RANGE
35°C
COMPONENT TEMPERATURE RECOMMENDED RANGE
25°C
INTAKE AIR TEMPERATURE RECOMMENDED RANGE
20°C
20°C
10°C

FIG. 5

| | #1 | #2 | #3 | ··· | #60 |
|---|---|---|---|---|---|
| TEMPERATURE SENSOR 22 | TA1 | TA2 | TA3 | ··· | TA60 |
| TEMPERATURE SENSOR 23 | TB1 | TB2 | TB3 | ··· | TB60 |
| TEMPERATURE SENSOR 24 | TC1 | TC3 | TC3 | ··· | TC60 |

185 DETECTION RESULT STORING SECTION

FIG. 6


START
1
OUTPUT WRITING INSTRUCTION
S61
S62
WITHIN INTAKE AIR TEMPERATURE RECOMMENDED RANGE ?
YES
NO
S63
WITHIN COMPONENT TEMPERATURE RECOMMENDED RANGE ?
YES
NO
S64
LOWER THAN LOWER LIMIT VALUE OF OPERATION GUARANTEED TEMPERATURE RANGE ?
NO
YES
S65
EXCEED UPPER LIMIT VALUE OF OPERATION GUARANTEED TEMPERATURE RANGE ?
S68
YES
NUMBER OF ROTAIONS = R3 (HIGH)
S66
NUMBER OF ROTAIONS = R2 (NORMAL)
NO
S69
OUTPUT DECLINATION INDEX VALUE CALCULATION INSTRUCTION
S70
NOT LOWER THAN THRESHOLD TH
YES
S67
STOP FAN
S71
NO
NUMBER OF ROTAIONS = R1 (LOW)
S72
NO
CERTAIN PERIOD ELAPSE
YES
1

FIG. 7


DECLINATION INDEX VALUE CALCULATION MEANS
CALCULATE DIFFERENCE BETWEEN OLDEST COMPONENT TEMPERATURE AND LATEST COMPONENT TEMPERATURE FOR EACH TEMPERATURE SENSOR
S71
PROVIDE CONTROL MEANS WITH CLACULATED DIFFERENCE AS DECLINATION INDEX VALUE
S72
END

FIG. 8


DECLINATION INDEX VALUE CALCULATION MEANS
CALCULATE DIFFERENCE BETWEEN COMPONENT TEMPERATURES STORED IN ADJACENT RECORD REGIONS FOR EACH TEMPERATURE SENSOR
S81
CALCULATE TEMPERATURE DECLINATION RATE BY DIVIDING DIFFERENVE BY DETECTION INTERVAL
S82
CALCULATE AVERAGE VALUE OF TEMPERATURE DECLINATION RATES FOR EACH TEMPERATURE SENSOR
S83
PROVIDE CONTROL MEANS WITH CALCULATED AVERAGE VALUE AS DECLINATION INDEX VALUE
S84
END

FIG. 9


DECLINATION INDEX VALUE CALCULATION MEANS
CALCULATE DIFFERENCE BETWEEN HIGHEST COMPONENT TEMPERATURE AND LATEST COMPONENT TEMPERATURE FOR EACH TEMPERATURE SENSOR
S91
PROVIDE CONTROL MEANS WITH CALCULATED DIFFERENCE AS DECLINATION INDEX VALUE
S92
END

FIG. 10


100
ICT EQUIPMENT
TEMPERATURE SENSOR
102
DECLINCATION INDEX VALUE CALCULATION MEANS
103
CONTROL MEANS
104
COOLING FAN
101

# ICT EQUIPMENT

## INCORPORATION BY REFERENCE

This application is based upon and claims the benefit of priority from Japanese patent application No. 2012-046673, filed on Mar. 2, 2012, the disclosure of which is incorporated herein in its entirety by reference.

## TECHNICAL FIELD

The present invention relates to ICT (Information and Communication Technology) equipment such as a server device having a cooling fan, a control device thereof, a temperature controlling method thereof, and a program.

## BACKGROUND ART

Conventionally, ICT equipment such as a server device is installed in a machine room equipped with air conditioning, and is operated in an environment of an almost constant temperature in most cases. However, in order to reduce investment cost and operating cost of a machine room, attention is focused on a machine room where outside air is taken in, which is used to cool the inside of ICT equipment. A room temperature of a machine room utilizing outside air varies widely, compared with that of a machine room equipped with air conditioning. As such, it is desired that ICT equipment also has a function of controlling the internal temperature by itself.

As ICT equipment having a function of controlling the internal temperature, one disclosed in JP 2011-151131 A (Patent Document 1) has been known, for example. The server device (ICT equipment) disclosed in Patent Document 1 includes a cooling fan, an intake air temperature sensor which detects a temperature of intake air, a component temperature sensor which detects a temperature of an electronic component arranged inside the device, and a controller which controls the number of rotations of the cooling fan. The controller controls the number of rotations of the fan based on the detection result of the intake air temperature sensor and the detection result of the component temperature sensor. More specifically, the controller controls the number of rotations of the cooling fan in such a manner that the number of rotations of the cooling fan becomes higher as the intake air temperature is higher based on the detection result of the intake air temperature sensor, until the detection results of all component temperature sensors become a first threshold or smaller. When the detection results of all component temperature sensors become the first threshold or smaller, the controller controls the number of rotations of the cooling fan in such a manner that the number of rotations of the cooling fan becomes higher as the detection results of the component temperature sensors are higher based on the detection results of the component temperature sensors, until the detection results of all component temperature sensors become a second threshold (first threshold<second threshold).

Patent Document 1: JP 2011-151131 A

According to the technology disclosed in Patent Document 1, the internal temperature of ICT equipment can be controlled without depending on air conditioning. However, with the technology disclosed in Patent Document 1, there is a possibility that damage or malfunction of electronic components is caused if the intake air temperature drops sharply. As such, with the technology disclosed in Patent Document 1, if the intake air temperature drops sharply, there is a possibility that condensation occurs on the inner wall of the casing of the hard disk drive, which may induce rust so that damage or malfunction of the hard disk drive may be caused. In general, as a casing of a hard disk drive has air tightness of some extent, even if the intake air temperature drops sharply, the internal temperature of the casing of the hard disk drive will not drop sharply. As such, a large temperature difference is caused between the internal temperature of the casing of the hard disk drive and the inner wall temperature of the casing, which may cause condensation. It should be noted that if the temperature changes sharply, there is also a possibility that rust is generated due to condensation on other electronic components so that damage or malfunction of the electronic components may occur.

## SUMMARY

In view of the above, an exemplary object of the present invention is to provide ICT equipment capable of solving a problem that damage or malfunction may occur in electronic components when an intake air temperature drops sharply.

According to an exemplary aspect of the present invention, ICT equipment of the present invention includes

a cooling fan;

a temperature sensor that detects a component temperature of an electronic component included in the ICT equipment;

a declination index value calculation means (unit) for calculating an index value indicating the degree of declination of the component temperature of the electronic component based on a detection result of the temperature sensor; and

a control means (unit) for controlling the number of rotations of the cooling fan in accordance with the index value calculated by the declination index value calculation means.

According to another exemplary aspect of the present invention, a control device of the present invention includes

a declination index value calculation means for calculating an index value indicating the degree of declination of a component temperature of an electronic component included in ICT equipment, based on a detection result of a temperature sensor that detects the component temperature of the electronic component, and

a control means for controlling the number of rotations of a cooling fan in accordance with the index value calculated by the declination index value calculation means.

According to another exemplary aspect of the present invention, a temperature controlling method of the present invention includes

by a declination index value calculation means, calculating an index value indicating the degree of declination of a component temperature of an electronic component included in ICT equipment, based on a detection result of a temperature sensor that detects the component temperature of the electronic component, and

by a control means, controlling the number of rotations of a cooling fan in accordance with the index value calculated by the declination index value calculation means.

According to another exemplary aspect of the present invention, a program of the present invention causes a computer to function as

a declination index value calculation means for calculating an index value indicating the degree of declination of a component temperature of an electronic component included in ICT equipment, based on a detection result of a

temperature sensor that detects the component temperature of the electronic component, and

a control means for controlling the number of rotations of a cooling fan in accordance with the index value calculated by the declination index value calculation means.

According to the present invention, it is possible to achieve an advantageous effect that damage or malfunction of electronic components can be prevented even if an intake air temperature drops sharply.

## BRIEF DESCRIPTION OF DRAWINGS

FIG. **1** is a block diagram showing an exemplary configuration of ICT equipment **1** according to a first exemplary embodiment of the present invention.

FIG. **2** is a diagram showing the airflow in the ICT equipment **1**.

FIG. **3** is a block diagram showing an exemplary configuration of a management section **17**.

FIG. **4** is an illustration showing the relationship between an intake air temperature recommended range, a component temperature recommended range, and an operation guaranteed temperature range.

FIG. **5** is a table showing an exemplary configuration of a detection result storing section **185**.

FIG. **6** is a flowchart showing exemplary processing of a control means **172** in the management section **17**.

FIG. **7** is a flowchart showing an example of a method of calculating a declination index value.

FIG. **8** is a flowchart showing another method of calculating a declination index value.

FIG. **9** is a flowchart showing still another method of calculating a declination index value.

FIG. **10** is a block diagram showing an exemplary configuration of ICT equipment **100** according to a second exemplary embodiment of the present invention.

## EXEMPLARY EMBODIMENTS

Next, exemplary embodiments of the present invention will be described in detail with reference to the drawings.

### First Exemplary Embodiment

Referring to FIG. **1**, ICT equipment **1** according to a first exemplary embodiment of the present invention is configured such that a plurality of hard disk drives (HDD) **11** and a temperature sensor **21**, which detects intake air temperature, are arranged on the front side of the casing, and a plurality of cooling fans **12** are arranged behind them. Behind the cooling fans **12**, a plurality of CPUs **13** having high heating values, and temperature sensors **22** and **23** which detect component temperatures of the CPUs **13**, are arranged. Behind them, a memory **14**, a power source **15**, an input/output section (I/O section) **16** for network cards or the like, a management section **17** which is realized by a BMC (Base Management Controller) and functions as a controller, and a temperature sensor **24** which detects the component temperature of the I/O section **16**, are arranged.

The management section **17** has a function of controlling the number of rotations of the cooling fans **12**, based on the detection results of the temperature sensors **21** to **24**. By rotating the cooling fans **12**, outside air is taken from the air intake surface (not shown) provided on the front side of the casing, and the air is discharged from the discharge surface (not shown) provided on the rear side of the casing, through a hard disk drives layout area A→ a cooling fans layout area B→ a heating components layout area C, as shown in FIG. **2**.



Referring to FIG. **3**, the management section **17** includes a writing means (unit) **171**, a control means (unit) **172**, a declination index value calculation means (unit) **173**, a fan driving section **174**, and a storing unit **18** such as a disk unit.

The storing unit **18** includes an intake air temperature recommended range storing section **181**, a component temperature recommended range storing section **182**, an operation guaranteed temperature range storing section **183**, a threshold storing section **184**, and a detection result storing section **185**.

In the intake air temperature recommended range storing section **181**, a range of intake air temperature in which the ICT equipment **1** can operate stably (intake air temperature recommended range) is stored. When the intake air temperature is out of the intake are temperature recommended range, the failure rate of the operating components becomes worse.

In the component temperature recommended range storing section **182**, a range of component temperature in which the ICT equipment **1** can operate stably (component temperature recommended range) is stored. In general, a component temperature becomes higher than the intake air temperature because electronic components (such as a CPU) constituting the ICT equipment **1** are heating elements. When the component temperature becomes out of the component temperature recommended range, the failure rate of the electronic components becomes worse.

In the operation guaranteed temperature range storing section **183**, a temperature range in which the ICT equipment **1** is operable (operation guaranteed temperature range) is stored.

FIG. **4** shows examples of an intake air temperature recommended range, a component temperature recommended range, and an operation guaranteed temperature range. As shown in FIG. **4**, the lower limit value of the operation guaranteed temperature range is lower than the lower limit values of the intake air temperature recommended range and the component temperature recommended range, and the upper limit value of the operation guaranteed temperature range is higher than the upper limit values of the intake air temperature recommended range and the component temperature recommended range. It should be noted that the values shown in FIG. **4** are just examples, and the temperature relationship may be different depending on ICT equipment.

In the threshold storing section **184**, a threshold Th with respect to an index value indicating the degree of declination (declination index value) of the component temperature of the ICT equipment **1** is stored. The threshold Th may be a value corresponding to the installation environment of the ICT equipment **1**, which can be 5° C./hour, for example.

In the detection result storing section **185**, detection results of the temperature sensors **21** to **24** for a past certain period of time (one hour in the present embodiment) are stored. Referring to FIG. **5**, the detection result storing section **185** has 60 pieces of record regions #**1** to #**60** for each of the temperature sensors **22** to **24**.

The writing means **171** in the ICT equipment **1** has a function of writing component temperatures detected by the temperature sensors **22** to **24** into the detection result storing section **185**, in accordance with writing instructions which are given periodically (every minute in the present embodiment) by the control means **172**, and a function of providing the control means **172** with the intake air temperature

detected by the temperature sensor **21** and the component temperatures detected by the temperature sensors **22** to **24**. More specifically, the writing means **171** cyclically uses the record regions #**1** to #**60**, assigned to each of the temperature sensors **22** to **24**, to write component temperatures detected by the temperature sensors **22** to **24** to thereby store the component temperatures for the past one hour in the detection result storing section **185**.

The declination index value calculation means **173** has a function of calculating, for each of the temperature sensors **22** to **24**, a declination index value indicating the degree of declination of a component temperature detected by each temperature sensor, in accordance with a declination index value calculation instruction given by the control means **172**. As a declination index value, the following values (1) to (3) may be used, for example.

(1) A quantity of declination of the component temperature of the ICT equipment **1** per unit time.

(2) An average value of the component temperature declination rates of the ICT equipment **1** in a plurality of measurement periods. The component temperature declination rate is a value calculated by dividing a difference Δt, between a component temperature t**1** detected at a time when a measurement period starts and a component temperature t**2** detected at a time when the measurement period ends, by the measurement period.

(3) A difference between the highest value of the component temperature of the ICT equipment **1** in a past certain period of time and the current component temperature.

The control means **172** has a function of outputting a writing instruction to the writing means **171**, and a function of outputting a declination index value calculation instruction to the declination index value calculation means **173**. The control means **172** also has a function of determining which of R**1** (low speed), R**2** (intermediate speed), and R**3** (high speed) the number of rotations of the cooling fans **12** should be, based on the detection results of the temperature sensors **21** to **24** provided by the writing means **171**, the stored contents in the respective storing sections **181** to **184**, and the declination index value calculated by the declination index value calculation means **173**, and a function of notifying the fan driving section **174** of the determined number of rotations. It should be noted that the number of rotations has a relationship of 0<R**1**<R**2**<R**3**.

The fan driving section **174** rotates the cooling fans **12** in the number of rotations notified by the control means **172**.

It should be noted that the management section **17** can be realized by the CPU (central processing unit), and in that case, the management section **17** can be realized in the following manner. That is, a disk, a semiconductor memory, or another recording medium storing a program for causing the CPU to function as the writing means **171**, the control means **172**, and the declination index value calculation means **173** is prepared, and the CPU is caused to read the program. The CPU controls the own operation in accordance with the readout program to thereby realize the writing means **171**, the control means **172**, and the declination index value calculation means **173** on the own CPU.

## Operation of First Exemplary Embodiment

Next, operation of the present embodiment will be described with reference to the flowchart of FIG. **6**.

When the ICT equipment **1** is activated, the control means **172** in the management section **17** outputs a writing instruction to the writing means **171** (step S**61**). Thereby, the writing means **171** writes each of component temperatures detected by the respective temperature sensors **22** to **24** into one of the record regions #**1** to #**60** (for example, in the record region #**1**) for the respective temperature sensors **22** to **24**, provided in the detection result storing section **185**, and provides the control means **172** with the detection results of the temperature sensors **21** to **24**.



Upon reception of the detection results of the temperature sensors **21** to **24**, the control means **172** first determines whether or not the intake air temperature detected by the temperature sensor **21** is within the intake air temperature recommended range stored in the intake air temperature recommended range storing section **181** (step S**62**). Then, if the temperature is within the intake air temperature recommended range (Yes at step S**62**), the control means **172** determines that the number of rotations of the cooling fans **12** to be "R**2** (normal)", and notifies the fan driving section **174** of the determined number of rotations (step S**66**). Then, the control means **172** waits until a certain period (1 minute in the present embodiment) elapses (step S**72**), and then returns to the processing of step S**61**. In contrast, if the control means **172** determines that the intake air temperature is out of the intake air temperature recommended range (No at step S**62**), the control means **172** determines whether all of the component temperatures detected by the temperature sensors **22** to **24** are within the component temperature recommended range stored in the component temperature recommended range storing section **182** (step S**63**)

If all of the component temperatures detected by the temperature sensors **22** to **24** are within the component temperature recommended range (Yes at step S**63**), the control means **172** determines the number of rotations of the fan to be "R**2**", and notifies the fan driving section **174** of the determined number of rotations "R**2**" (step S**66**). In contrast, if even one of the component temperatures detected by the temperature sensors **22** to **24** is out of the component temperature recommended range (No at step S**63**), the control means **172** performs the processing of step S**64**.

At step S**64**, the control section **172** determines whether or not any of the component temperatures detected by the temperature sensors **22** to **24** is lower than the lower limit value of the operation guaranteed temperature range stored in the operation guaranteed temperature range storing section **183**. If there is a component temperature lower than the lower limit value (Yes at step S**64**), the control means **172** instructs the fan driving section **174** to stop the cooling fans **12** (Step S**67**). Thereby, the cooling fans **12** are stopped, and the component temperatures increase due to the heating of the electronic components such as the CPUs **13** and the hard disk drives **11**. In contrast, if all of the component temperatures detected by the temperature sensors **22** to **24** are not lower than the operation guaranteed temperature range (No at step S**64**), the control means **172** performs the processing of step S**65**.

At step S**65**, the control means **172** determines whether or not any of the component temperatures detected by the temperature sensors **22** to **24** exceeds the upper limit value of the operation guaranteed temperature range. If there is a component temperature exceeding the upper limit value (Yes at step S**65**), the control means **172** determines the number of rotations of the fans to be "R**3** (high speed)", and provides the fan driving section **174** with the determined number of rotations of the fans "R**3**" (step S**68**). In contrast, if all of the component temperatures detected by the temperature sensors **22** to **24** do not exceed the upper limit value of the operation guaranteed temperature range (No at step S**65**), the control means **172** outputs a declination index

value calculation instruction to the declination index value calculation means **173** (step S**69**).

Thereby, the declination index value calculation means **173** calculates a declination index value indicating the degree of declination of the component temperature, and returns the calculated declination index value to the control means **172**.

Here, a method of calculating a declination index value will be described. When a declination index value calculation instruction is input from the control means **172**, the declination index value calculation means **173** calculates, for each of the temperature sensors **22** to **24**, a difference "To−Tn" between a component temperature To which is the oldest temperature stored in the detection result storing section **185** and a component temperature Tn which is the latest temperature stored in the detection result storing section **185**, as shown in the flowchart of FIG. **7** (step S**71**). Then, the declination index value calculation means **173** returns the difference calculated for each of the temperature sensors **22** to **24** to the control means **172**, as a declination index value calculated based on the detection result of each of the temperature sensors **22** to **24** (step S**72**). In the present embodiment, as the detection results of the temperature sensors **22** to **24** are recorded every minute by cyclically using the 60 pieces of record regions provided for each of the temperature sensors **22** to **24**, the declination index value calculated as described above is a quantity of declination of the component temperature per unit time (per 1 hour).

A method of calculating a declination index value is not limited to the one described above. It is also possible to adopt a method shown in the flowchart of FIG. **8**. Referring to FIG. **8**, when a declination index value calculation instruction is input, the declination index value calculation means **173** calculates, for each of the temperature sensors **22** to **24**, a difference between component temperatures stored in adjacent record regions, to thereby obtain a difference between the oldest component temperature and the second oldest component temperature, a difference between the second oldest component temperature and the third oldest component temperature, . . . and a difference between the fifty-ninth oldest component temperature and the latest component temperature (step S**81**).

Next, the declination index value calculation means **173** divides the obtained difference by the detection interval (1 minute in the present embodiment) of the component temperature to calculate a temperature declination rate (step S**82**). Then, for each of the temperature sensors **22** to **24**, the declination index value calculation means **173** obtains an average value of the calculated temperature declination rates (step S**83**), and returns the obtained average value to the control means **172** as a declination index value obtained from the detection result of each of the temperature sensors **22** to **24** (step S**84**).

Further, it is also possible to adopt a method of calculating a declination index value as shown in the flowchart of FIG. **9**. Referring to FIG. **9**, when a declination index value calculation instruction is input from the control means **172**, the declination index value calculation means **173** calculates, for each of the temperature sensors **22** to **24**, a difference between the highest component temperature and the latest component temperature (step S**91**). Then, the declination index value calculation means **173** returns the difference calculated for each of the temperature sensors **22** to **24** to the control means **172** as a declination index value calculated based on the detection result of each of the temperature sensors **22** to **24** (step S**92**).



It should be noted that a method of calculating a declination index value is not limited to those described above.

When the control means **172** receives declination index values of the respective temperature sensors **22** to **24** from the declination index value calculation means **173**, the control means **172** compares them with the threshold Th stored in the threshold storing section **184** (step S**70**). Then, if at least one of the declination index values of the respective temperature sensors **22** to **24** is not lower than the threshold Th (Yes at step S**70**), the control section **172** determines that the component temperature is lowered sharply so that condensation may occur. As such, the control means **172** instructs the fan driving section **174** to stop rotation of the cooling fans **12** (step S**67**). Thereby, the cooling fans **12** are stopped, and a sharp drop in the temperatures of the electronic components such as the casings of the hard disk drives **11** can be prevented, so that occurrence of condensation on the inner walls of the casings can be prevented. In contrast, if the control means **172** determines that all of the declination index values of the temperature sensors **22** to **24** are lower than the threshold Th (No at step S**70**), the control means **172** instructs the fan driving section **174** to control the number of rotations of the fans to be "R**1** (low speed)" (step S**71**), then waits until a certain period (1 minute) elapses, and returns to the processing of step S**61**.

It should be noted that while the present embodiment is configured such that the cooling fans **12** are stopped if at least one of the declination index values of the temperature sensors **22** to **24** is not lower than the threshold, it is possible to control the number of rotations of the cooling fans **12** to be lower as the declination index value is larger (as the degree of declination of the component temperature indicated by the declination index value is larger).

## Effects of First Exemplary Embodiment

According to the present embodiment, it is possible to achieve an advantageous effect that even if the intake air temperature drops sharply, damage or malfunction of the electronic components can be prevented. This is because declination index values indicating the degree of declination of the component temperatures are calculated based on the detection results of the temperature sensors **22** to **24** which detect the component temperatures, and based on the calculated declination index values, the number of rotations of the cooling fans **12** is controlled. By performing such control of the number of rotations of the fans based on the declination index values, even if the intake air temperature drops sharply, a temperature difference between the internal air temperature inside the casing of the hard disk drive and the temperature of the inner wall of the casing, for example, does not become large. As such, it is possible to prevent generation of rust due to condensation, so that damage or malfunction of the hard disk drives can be prevented.

## Second Exemplary Embodiments

Next, ICT equipment according to a second exemplary embodiment of the present invention will be described.

Referring to FIG. **10**, ICT equipment **100** according to the present embodiment includes a cooling fan **101**, a temperature sensor **102**, a declination index value calculation means (unit) **103**, and a control means (unit) **104**.

The temperature sensor **102** detects component temperatures of the hard disk drive, the CPU, and the like installed in the ICT equipment **100**.

The declination index value calculation means **103** calculates a declination index value indicating the degree of declination of each component temperature based on the detection result of the temperature sensor **102**. As a declination index value, a quantity of declination of a component temperature per unit time, a difference between the highest component temperature in a past certain period of time and the current component temperature, or the like may be used.

The control means **104** controls the number of rotations of the cooling fan **101** according to the declination index value calculated by the declination index value calculation means **103**. More specifically, the control means **104** controls the number of rotations of the fan to be lower as the degree of declination of the component temperature, indicated by the declination index value calculated by the declination index value calculation means **103**, is larger.

It should be noted that the declination index value calculation means **103** and the control means **104** can be realized by the CPU. In that case, they are realized in the following manner. A disk, a semiconductor memory, or another recording medium storing a program for functioning the CPU as the declination index value calculation means **103** and the control means **104** is prepared, and the CPU is caused to read by the program. The CPU controls the own operation according to the readout program, and realizes the declination index value calculation means **103** and the control means **104** on the own CPU.

Effect of Second Exemplary Embodiment

According to the present embodiment, it is possible to achieve an advantageous effect that even if the intake air temperature drops sharply, damage or malfunction of the electronic components can be prevented. This is because declination index values indicating the degree of declination of the component temperatures of the ICT equipment are calculated based on the detection results of the temperature sensor **102** which detects the component temperatures, and based on the calculated declination index values, the number of rotations of the cooling fan **101** is controlled.

The invention claimed is:

**1**. ICT (information and Communication Technology) equipment having an electronic component, the ICT equipment comprising:

a cooling fan;

a first temperature sensor that detects a component temperature of the electronic component included in the ICT equipment;

a second temperature sensor that detects a temperature of an intake air; and

a microprocessor including:

a declination index value calculation unit that calculates an index value indicating a degree of declination of the component temperature of the electronic component based on a detection result of the first temperature sensor; and

a control unit that controls the number of rotations of the cooling fan based on the index value calculated by the declination index value calculation unit and the temperature of the intake air by the second temperature sensor.



**2**. The ICT equipment according to claim **1**, wherein

the index value is a declined temperature per unit time of the component temperature of the electronic component.

**3**. The ICT equipment according to claim **1**, wherein

the index value is an average value of declination rates of the component temperature of the electronic component in a plurality of measurement periods.

**4**. The ICT equipment according to claim **1**, wherein

the index value is a difference between a highest value of the component temperature of the electronic component in a past certain period and a current component temperature.

**5**. The ICT equipment according to claim **1**, wherein

the control unit controls the number of rotations of the cooling fan to be lower as the degree of declination of the component temperature of the electronic component, indicated by the index value calculated by the declination index value calculation unit, is larger.

**6**. The ICT equipment according to claim **1**, wherein

if the index value is not less than a predetermined threshold, the control unit stops the cooling fan.

**7**. A control device for ICT (Information and Communication technology) equipment having a cooling fan, electronic component, a first temperature sensor for detecting a temperature of the electronic component, and a second temperature sensor that detects a temperature of an intake air, the control device comprising:

a microprocessor including:

a declination index value calculation unit that calculates an index value indicating a degree of declination of a component temperature of the electronic component included in ICT equipment, based on a detection result of the first temperature sensor that detects the component temperature of the electronic component; and

a control unit that controls the number of rotations of a cooling fan based on the index value calculated by the declination index value calculation unit and the temperature of the intake air by the second temperature sensor.

**8**. A temperature controlling method comprising:

by a declination index value calculation unit, calculating an index value indicating a degree of declination of a component temperature of an electronic component included in ICT (Information and Communication Technology) equipment, based on a detection result of a first temperature sensor that detects the component temperature of the electronic component and a second temperature sensor that detects a temperature of an intake air; and

by a control unit, controlling the number of rotations of a cooling fan based on the index value calculated by the declination index value calculation unit and the temperature of the intake air by the second temperature sensor.

* * * * *