# EXHIBIT 2

Case 2:26-cv-00150-JRG Document 39-2 Filed 05/14/26 Page 2 of 19 PageID #: 1152

US007739544B2

(12) **United States Patent**
**Yamato et al.**

(10) **Patent No.: US 7,739,544 B2**
(45) **Date of Patent: Jun. 15, 2010**

(54) **DISK ARRAY SYSTEM AND REBUILD METHOD THEREOF**

(75) Inventors: **Junichi Yamato**, Tokyo (JP); **Yoshihiro Kajiki**, Tokyo (JP)

(73) Assignee: **NEC Corporation**, Toyko (JP)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 790 days.

(21) Appl. No.: **11/369,736**

(22) Filed: **Mar. 8, 2006**

(65) **Prior Publication Data**

US 2006/0206753 A1 Sep. 14, 2006

(30) **Foreign Application Priority Data**

Mar. 10, 2005 (JP) ............................ 2005-067125

(51) **Int. Cl.**
***G06F 11/00*** (2006.01)

(52) **U.S. Cl.** ............................................. **714/7**; 714/6

(58) **Field of Classification Search** .................... 714/6, 714/7

See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | | |
|---|---|---|---|---|---|
| 5,357,509 | A * | 10/1994 | Ohizumi | | 714/7 |
| 5,487,160 | A * | 1/1996 | Bemis | | 711/114 |
| 5,644,696 | A * | 7/1997 | Pearson et al. | | 714/6 |
| 5,941,993 | A * | 8/1999 | Tanaka et al. | | 714/6 |
| 5,941,994 | A * | 8/1999 | DeKoning et al. | | 714/7 |
| 5,961,652 | A * | 10/1999 | Thompson | | 714/6 |
| 6,148,414 | A * | 11/2000 | Brown et al. | | 714/9 |
| 6,598,174 | B1 * | 7/2003 | Parks et al. | | 714/6 |
| 6,647,514 | B1 * | 11/2003 | Umberger et al. | | 714/42 |
| 6,892,276 | B2 * | 5/2005 | Chatterjee et al. | | 711/114 |
| 6,912,630 | B1 * | 6/2005 | Pillai et al. | | 711/162 |
| 6,959,413 | B2 * | 10/2005 | Humlicek et al. | | 714/807 |
| 7,000,142 | B2 * | 2/2006 | McCombs | | 714/6 |
| 7,010,720 | B2 * | 3/2006 | Maeda et al. | | 714/7 |
| 7,028,216 | B2 * | 4/2006 | Aizawa et al. | | 714/7 |
| 7,058,762 | B2 * | 6/2006 | Patterson et al. | | 711/114 |
| 7,139,931 | B2 * | 11/2006 | Horn | | 714/6 |
| 7,143,308 | B2 * | 11/2006 | Tseng et al. | | 714/6 |
| 7,206,991 | B2 * | 4/2007 | Chatterjee et al. | | 714/770 |
| 7,222,257 | B1 * | 5/2007 | Dibb | | 714/6 |
| 7,260,739 | B2 * | 8/2007 | Burton et al. | | 714/6 |
| 7,287,182 | B2 * | 10/2007 | Tanaka et al. | | 714/7 |
| 7,302,608 | B1 * | 11/2007 | Acharya et al. | | 714/13 |
| 7,313,721 | B2 * | 12/2007 | Ashmore | | 714/7 |
| 7,337,270 | B2 * | 2/2008 | Tseng | | 711/114 |
| 7,337,351 | B2 * | 2/2008 | Zane et al. | | 714/6 |
| 7,363,532 | B2 * | 4/2008 | Ali et al. | | 714/6 |
| 7,490,270 | B2 * | 2/2009 | Cherian | | 714/42 |
| 7,529,965 | B2 * | 5/2009 | Ikeuchi et al. | | 714/5 |

(Continued)

FOREIGN PATENT DOCUMENTS

JP 2002-108571 A 4/2002

(Continued)

*Primary Examiner*—Robert Beausoliel
*Assistant Examiner*—Joshua P Lottich
(74) *Attorney, Agent, or Firm*—Sughrue Mion, PLLC

(57) **ABSTRACT**

Disclosed is a disk array system which includes a plurality of disks constituting a disk array and a backup storage for backing up data in the disk array and performs control so that when a failed disk among the disks constituting the disk array is replaced with the replacement disk, restoration of data in the replacement disk is performed using the backup device.

**22 Claims, 10 Drawing Sheets**



U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| 7,543,178 | B2 * | 6/2009 | McNeill et al. | 714/6 |
| 7,631,218 | B2 * | 12/2009 | Daikokuya et al. | 714/6 |
| 2002/0133741 | A1 * | 9/2002 | Maeda et al. | 714/7 |
| 2004/0078663 | A1 | 4/2004 | Inaba | |
| 2004/0225913 | A1 * | 11/2004 | Hori | 714/6 |
| 2004/0230742 | A1 * | 11/2004 | Ikeuchi et al. | 711/112 |
| 2004/0236986 | A1 * | 11/2004 | Ng | 714/7 |
| 2005/0022051 | A1 * | 1/2005 | Zane et al. | 714/6 |
| 2005/0102552 | A1 * | 5/2005 | Horn | 714/6 |
| 2005/0114728 | A1 * | 5/2005 | Aizawa et al. | 714/6 |
| 2005/0166087 | A1 * | 7/2005 | Gorobets | 714/7 |
| 2006/0041793 | A1 * | 2/2006 | Cherian et al. | 714/47 |
| 2006/0161805 | A1 * | 7/2006 | Tseng et al. | 714/6 |
| 2007/0101187 | A1 * | 5/2007 | Daikokuya et al. | 714/6 |

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| JP | 2004-38290 A | 2/2004 |

* cited by examiner

FIG . 1


10; Disk array
20
host
Access module
backup module
Modify map
14
15
16
13
RAID module
Rebuild module
Backup storage
18
17
30
Disk access bus/switch
11₁
11₂
11₃
11n

FIG . 2


START
RECEIVE WRITE REQUEST BY ACCESS MODULE
S11
COMMAND RAID MODULE TO PERFORM A WRITE
S12
PERFORM REDUNDANCY PROCESSING BY RAID MODULE
S13
WRITE REDUNDANT DATA/PARITY IN HDD BY RAID MODULE
S14
SET UPDATE BIT OF MODIFY MAP CORRESPONDING TO BLCOK WITH DATA WRITTEN THEREIN
S15
END

FIG . 3


START
RECEIVE A READ REQUEST BY ACCESS MODULE
S21
COMMAND RAID MODULE TO PERFORM A READ
S22
READ DATA IN BLOCK SPECIFIED FROM HDD
S23
SEND READ DATA TO HOST THROUGH ACCESS MODULE
S24
END

FIG . 4


START
SEARCH FOR ONE BLOCK WITH UPDATE BIT OF MODIFY MAP SET THEREIN BY BACKUP MODULE
S31
S32
BLOCK WITH UPDATE BIT SET THEREIN PRESENT?
NO
END
CLEAR UPDATE BIT IN BLOCK OF MODIFY MAP SEARCHED FOR
S33
READ DATA OF SEARCHED BLOCK THROUGH RAID MODULE BY BACKUP MODULE
S34
TRANSFER READ DATA TO BACKUP STORAGE BY BACKUP MODULE
S35
RECORD TRANSFERRED DATA BY BACKUP STORAGE
S36

FIG . 5


START
PERFORM NORMAL OPERATION
S41
START OPERATION AT A TIME OF FAULT DUE TO HDD CRASH
S42
REPLACE CRASHED HDD WITH NEW HDD
S43
START REBUILDING
S44
WRITE DATA TO NEW HDD FROM BACKUP STORAGE
S45
USE MODIFY MAP TO GENERATE DATA AND WRITE THE DATA TO NEW HDD
S46
RESTORE NORMAL OPERATION
S47
END

FIG. 6


START
RECEIVE WRITE REQUEST BY ACCESS MODULE
S51
COMMAND RAID MODULE TO PERFORM A WRITE
S52
PERFORM REDUNDANCY PROCESSING BY RAID MODULE
S53
WRITE REDUNDANT DATA/PARITY TO UNCRASHED HDD BY RAID MODULE
S54
SET UPDATE BIT OF MODIFY MAP CORRESPONDING TO BLOCK WITH DATA WRITTEN THEREIN AND CLEAR REBUILD
S55
END

FIG . 7


START
RECEIVE READ REQUEST BY ACCESS MODULE
S61
COMMAND RAID MODULE TO PERFORM A READ
S62
S63
BLOCK TARGETED FOR READING WITHIN CRASHED HDD?
No
S67
Yes
S64
READ DATA ASSOCIATED WITH SPECIFIED BLOCK FROM UNCRASHED HDDS BY RAID MODULE
READ DATA ON SPECIFIED BLOCK FROM HDD BY RAID MODULE
S65
COMPUTE AND PREPARE DATA WITHIN SPECIFIED BLOCK/PARITY CLOCK FROM DATA (PARITY)
SEND READ DATA TO HOST THROUGH ACCESS MODULE
S68
SEND PREPARED DATA TO HOST THROUGH ACCESS MODULE
S66
END

FIG . 8


START
SET TARGET BLOCK AT LEADING EDGE
S71
PROCESSING ON ALL BLOCKS COMPLETED?
S72
Yes
No
IS TARGET BLOCK PARITY?
S73
Yes
No
S74
READ DATA CORRESPONDING TO TARGET BLOCK FROM BACKUP STORAGE
S75
WRITE READ DATA TO CORRESPONDING BLOCK IN NEW HDD
S76
READ BLOCK DATA ASSOCIATED WITH TARGET BLOCK FROM BACKUP STORAGE
S77
PREPARE PARITY DATA FROM READ DATA
WRITE PREPARED DATA TO CORRESPONDING BLOCK IN NEW HDD
S78
CHANGE TARGET BLOCK TO NEXT BLOCK
S79
SEARCH FOR BLOCK TO BE STORED IN NEW HDD AND ASSOCIATED BLOCK, WITH UPDATE BIT SET THEREIN AND WITH NO REBUILD BIT SET THEREIN
S80
CORRESPONDING BLOCK PRESENT AS A RESULT OF SEARCH?
S81
No
S86
CHANGE STATE OF DISK ARRAY TO NORMAL STATE
END
Yes
S82
SET REBUILD BIT OF MODIFY MAP CORRESPONDING TO SEARCHED BLOCK
READ BLOCK DATA ASSOCIATED WITH SEARCHED BLOCK FROM OTHER HDDS IN DISK ARRAY
S83
COMPUTE AND PREPARE DATA TO BE STORED IN NEW HDD FROM READ DATA
S84
WRITE PREPARED DATA TO CORRESPONDING BLOCK IN NEW HDD
S85

FIG . 9



FIG . 10 PRIOR ART



# DISK ARRAY SYSTEM AND REBUILD METHOD THEREOF

## FIELD OF THE INVENTION

The present invention relates to a redundant disk array system. More specifically, the invention relates to a disk array system and a rebuild method thereof.

## BACKGROUND OF THE INVENTION

Disk arrays are also referred to as RAIDs (Redundancy Arrays of Independent (Inexpensive) Disks) and have a configuration in which a plurality of disks are arranged in an array form. By appending redundancy data to data, reliability of the disk array is improved. The RAID includes a RAID0 in which by striping, for example, a plurality of disks are used as if it were one disk, a RAID1 in which using mirroring, the same data is written to a plurality of disks, a RAID5 in which by recording data and parities on a plurality of disks, fault tolerance is improved, and the like. Among these disks, in the RAID5, parity information for error correction is generated when the data is written to the disks. This parity information is distributed across and written to the disks with the remaining data by the striping. The number of the disks required for the parities is set to one. With this arrangement, even if one disk has failed, the data can be restored using the data and the parities in the remainder of the disks.

When a RAID controller detects a failure of a disk in conventional disk arrays, the conventional disk arrays have a function of performing replacement to a spare disk and rebuilding (rebuilding) data on the failed disk onto the replacement disk. On that occasion, using disks other than the replaced disk among plural disks constituting the disk array, data on the replacement disk is prepared.

In a disk array system for which high availability is required, it is necessary to rebuild data onto a replacement disk after replacement of a failed disk, in parallel with a normal operation (unless the normal operation is performed at the time of rebuilding, business is disturbed). At the time of parity rebuilding after the replacement of the disk, it is necessary to read data from all of disks that belongs to a parity group, other than the replaced disk. Thus, access performance is normally degraded. When the number of data drives is increased in a configuration such as the RAIDs constituting the parity group, the performance will be further degraded.

FIG. **10** is a schematic diagram showing a typical configuration example of a conventional disk array system. Referring to FIG. **10**, an access module **14** serves as an interface for transmitting and receiving a command, data, and a control signal between a host **20** and a disk array. A RAID module **13** is constituted from the RAID controller and management software, and performs a read/write, fault detection, processing for disk rebuilding, and the like on data on a plurality of disks $\mathbf{11}_1$ to $\mathbf{11}_n$ of a redundant configuration. A disk access bus **12** provides connecting paths between a plurality of disk drives $\mathbf{11}_1$ to $\mathbf{11}_n$ and the RAID controller **13**. Incidentally, rebuilding of a disk drive is performed on the array of the redundant configuration such as the RAID 1, 5, or 10. Each of the disk drives $\mathbf{11}_1$ to $\mathbf{11}_n$ is constituted from the disk drive such as an HDD (Hard Disk Drive), and is abbreviated as a "disk".

Patent Document 1 discloses a configuration in which in order to suppress further degradation of the performance when a number of data drives n is increased in an nD+1P representing a disk configuration such as the RAID constituting the parity group, copying is performed from one disk



regardless of the number n. Patent Document 2 describes rebuilding (rebuilding) onto a disk by the RAID controller. A rebuild rate (Rebuild Rate) of a failed disk of 100% means that the system is all applied to the rebuilding of the failed disk. The rebuild rate of 0% means that the system performs rebuilding of the failed disk during an idle time when the system performs no other operation. A default rebuild rate is set to approximately 30% or the like, for example.

[Patent Document 1]

JP Patent Kokai Publication No. JP-P2002-108571A

[Patent Document 2]

JP Patent Kokai Publication No. JP-P2004-38290A

## SUMMARY OF THE DISCLOSURE

In a redundant disk array system having a RAID level 5 or the like, data in a failed disk (replacement disk) is prepared using disks other than the failed disk at the time of disk rebuilding, it takes time to perform the rebuilding. With an increased capacity of disks in particular, the time for the rebuilding is increased. Further, during the rebuilding, a redundancy level is reduced. The access performance of the disk array system during the period of the rebuilding is thus degraded.

Accordingly, it is an object of the present invention to provide a disk array system and a method that achieve a higher speed operation for rebuilding of a replacement disk and shorten a period during which the redundancy level is reduced.

Other object of the present invention is to provide a disk array system and a method that suppress degradation of access performance during preparation of data on a replacement disk.

The above and other objects are attained by the present invention which is generally configured as follows.

A system according to one aspect of the present invention includes a backup device for backing up data in the disk array system, and restoration of data in a replacement disk drive is performed using the backup device. Other disk drives constituting the disk array system are not thereby used for the restoration.

A disk array system according to the present invention comprises: a plurality of disk drives constituting a disk array; a backup storage device; a backup module for performing control so that data in said disk array is backed up onto said backup storage device; and a rebuild module for performing rebuilding of data in a replacement disk drive, with which a failed disk drive among said disk drives constituting said disk array is replaced, based on the data backed up in said backup storage device.

A storage control device according to another aspect of the present invention comprises: a plurality of storage units; a backup device provided for said storage units; backup means for performing control so that data in said storage units is backed up onto said backup device; and control means for performing control so that when a failed storage unit among said storage units is replaced with a replacement storage unit, rebuilding of data in a replacement storage unit is performed based on the data backed up in said backup device.

A method according to another aspect of the present invention, comprises:

backing up data in a disk array including a plurality of disk drives onto a backup storage device which is provided separately from said disk array, and performing control so that restoration of data in a replacement disk drive at a time of

replacement of a failed disk drive among the disk drives constituting the disk array is performed by the backup storage device.

In the present invention, it may be so arranged that when the data is updated by an access from a host, the information of update location is recorded on a modify map (also referred to as a "differential map"). Only the update portion updated after the backup onto the backup storage device may be sent to the backup storage device, and the backup storage device may back up the changed portion.

In the present invention, the data stored in the failed disk drive may be read from the backup storage device and written to the replacement disk drive. Then, after writing of the backup data in the failed disk drive to the replacement disk drive from the backup storage device is finished, the modify map may be referred to and data in a data block on the failed disk drive updated after the backup may be generated, based on the data on other disk drives, and the generated data may be written to the replacement disk drive.

In the present invention, the modify map may be referred to, and writing back from the backup storage device may not be performed on an updated data block of the failed disk drive.

In the present invention, an update performed on the disk drive corresponding to the failed disk drive during rebuilding may be directly written to the replacement disk drive without being backed up by the backup storage device.

In the present invention, even before the rebuilding is finished, with respect to a data block that has become the latest data among data blocks of the replacement disk drive under the rebuilding, access to the replacement disk drive may be authorized.

In the present invention, a disk access bus/switch for data transfer between said backup storage device and said replacement disk drive is provided and the rebuilding of said replacement disk drive from said backup storage is performed through the rebuild module provided in parallel with a RAID module for performing a normal read/write access to said disk array and said disk access bus/switch, thereby said rebuilding operation of said replacement disk drive being prohibited from influencing a normal access by said RAID module said to said disk array.

The meritorious effects of the present invention are summarized as follows.

According to the present invention, except for data updated after backup, other disk drive in a disk array is not accessed during rebuilding. Thus, degradation in performance will not be caused during the rebuilding.

According to the present invention, the degradation in the performance does not occur during the rebuilding. Accordingly, the rebuilding does not need to be performed at a low speed. For this reason, a rebuilding period can be reduced. Then, according to the present invention, due to a reduction in the rebuilding period, a probability of occurrence of a failure in a second disk during the rebuilding can be reduced.

Still other features and advantages of the present invention will become readily apparent to those skilled in this art from the following detailed description in conjunction with the accompanying drawings wherein only the preferred embodiments of the invention are shown and described, simply by way of illustration of the best mode contemplated of carrying out this invention. As will be realized, the invention is capable of other and different embodiments, and its several details are capable of modifications in various obvious respects, all without departing from the invention. Accordingly, the drawing and description are to be regarded as illustrative in nature, and not as restrictive.



## BRIEF DESCRIPTION OF THE DRAWINGS

FIG. **1** is a diagram showing a configuration of an embodiment of the present invention;

FIG. **2** is a flow diagram for explaining WRITE processing at a normal time in the embodiment of the present invention;

FIG. **3** is a flow diagram for explaining READ processing in the embodiment of the present invention;

FIG. **4** is a flow diagram for explaining differential backup processing in the embodiment of the present invention;

FIG. **5** is a flow diagram for explaining processing before and after a crash in the embodiment of the present invention;

FIG. **6** is a flow diagram for explaining WRITE processing from the crash to completion of rebuilding in the embodiment of the present invention;

FIG. **7** is a flow diagram for explaining READ processing from the crash to completion of rebuilding in the embodiment of the present invention;

FIG. **8** is a flow diagram for explaining processing for rebuilding in the embodiment of the present invention;

FIG. **9** is a diagram showing a configuration example of update bits; and

FIG. **10** is a diagram showing a typical configuration of a conventional disk array.

## PREFERRED EMBODIMENTS OF THE INVENTION

Preferred embodiments of the present invention will be described with reference to appended drawings. In the present invention, a backup device is prepared for a plurality of storage units. Data in the storage units is backed up by the backup device. Rebuilding of data in a replacement storage unit at a time of replacement of a failed storage unit of the storage units is performed, based on the data backed up by the backup device. Preferably, the storage units in an embodiment of the present invention constitute a disk array.

FIG. **1** is a diagram showing a system configuration according the embodiment of the present invention. Referring to FIG. **1**, a disk array **10** includes a plurality of disk drives **11**$_1$ to **11**$_n$, disk access bus/switch **18**, a RAID module **13**, an access module (host adapter) **14**, a backup module (Backup Module) **15**, a modify map (Modify Map) **16**, and a rebuild module (Rebuild Module) **17**. The RAID module **13** and the rebuild module **17** make access for writing to and reading from a plurality of disks through the disk access bus/switch **18**. A backup storage **30** is connected to the disk array **10** through a predetermined interface. The backup storage **30** may be of course configured to be the disk array. Each of the disk drives **11**$_1$ to **11**$_n$ is constituted from the disk drive such as an HDD (Hard Disk Drive), and is simply abbreviated as a "disk".

In the present invention, the backup module **15** periodically backs up data in the disks **11**$_1$ to **11**$_n$ constituting the disk array onto the backup storage **30**. When the access module **14** receives a backup command from a host **20**, the backup module **15** reads data from one of the disk drives **11**$_1$ to **11**$_n$ through the RAID module **13** (and error detection and correction processing including a parity check and the like is performed) and writes read data in the backup storage **30**.

When modification of a data block is performed within a period from a start of backup processing by the backup module **15** or from completion of the backup processing to next backup, the access module **14** sets in a modify map **16** information (of one bit) indicating that the modification of the data block has been performed. The modify map **16** may be configured to include an update bit (update bit) of one bit and a

rebuild bit (rebuild bit) per logical block (of 1 K byte, for example), for each disk (of which a description will be described later with reference to FIG. **9**). Alternatively, the modify map **16** may be configured to include the update bit of one bit per extent. The modify map **16** is stored in a memory module such as a DRAM (dynamic random access memory) or an EEPROM (electrically erasable programmable ROM) that is a nonvolatile memory for holding recorded data even at a time of power off.

Assume that one of the disks constituting the disk array has failed, the failed disk is replaced with a spare disk or the like, and that data is rebuilt onto the replacement disk in this embodiment mode. Then, it is preferable that transfer of the data from the backup storage **30** to the replacement disk is performed through the rebuild module **17** and the disk access bus/switch **18** so as not to influence a normal access from the host **20** to other disk. That is, the normal access from the host **20** to other disk is performed through the access module **14**, RAID module **13**, and disk access bus/switch **18**. Processing for the rebuilding from the backup storage **30** is performed through the rebuild module **17** provided in parallel with the RAID module **13** and the disk access bus/switch **18**. A Port for a cross bus switch or the like constituting the disk access bus/switch **18** may be different between the RAID module **13** and the rebuild module **17**. Alternatively, different access buses constituting the disk access bus/switch **18** may be provided for the RAID module **13** and the rebuild module **17**, respectively. With this arrangement, influence of the processing for the rebuilding on the normal access is suppressed as much as possible. Details of an operation of a disk array system shown in FIG. **1** will be described in connection with embodiments below.

## Embodiment

FIG. **2** is a flow diagram for explaining write processing at a normal time in this embodiment. The access module **14** receives a WRITE (write) request from the host **20** (at step S**11**). Incidentally, though no particular limitation is imposed, the HDD (Hard Disk Drive) is employed for each of the disks $\mathbf{11}_1$ to $\mathbf{11}_n$ of FIG. **1** in FIGS. **2** through **8**.

The access module **14** commands the RAID module **13** to perform a WRITE (transmits the WRITE command) (at step S**12**).

The RAID module **13** performs redundancy processing (parity generation) of data at a parity generator not shown (at step S**13**).

The RAID module **13** writes data and a parity which have been made redundant into a disk (HDD) (at step S**14**).

The access module **14** sets the update bit (update bit) of the modify map **16** corresponding to the logical block with data written therein (at step S**15**).

FIG. **3** is a flow diagram for explaining READ processing at a normal time in this embodiment. The access module **14** receives a READ (read) request from the host **20** (at step S**21**).

The access module **14** commands the RAID module **13** to perform a READ (transmits a READ command)(at step S**22**).

The RAID module **13** reads data in a logical block specified from a disk (HDD) and transfers the data to the access module **14** (at step S**23**).

The access module **14** transmits the data read from the disk array to the host **20** (at step S**24**).

FIG. **4** is a flow diagram for explaining differential backup processing in this embodiment. Differential backup is the processing for selectively backing up only a portion (such as a logical block) which has been updated after backup processing. The differential backup processing will be described below.

The backup module **15** searches for the logical block of the modify map **16** with the update bit set therein (at step S**31**).

When the logical block of the modify map **16** with the update bit (Update bit) set therein is present, the following processing is repeated (at step S**32**).

The update bit (Update bit) in the logical block of the modify map **16** searched for is cleared (at step S**33**). Clearing of the update bit indicates that updating has been performed.

The backup module **15** reads data in the searched logical block through the RAID module **13** (at step S**34**).

The backup module **15** transfers the read data in the block to the backup storage **30** (at step S**35**).

The backup storage **30** records the transferred data (at step S**36**).

FIG. **5** is a flow diagram for explaining processing before and after a disk (HDD) has been crashed.

Due to occurrence of the crash in the disk (HDD) at a normal operation, an operation at a time of a fault is started (at step S**42**).

The crashed disk (HDD) is replaced with a new disk (HDD) (at step S**43**). Incidentally, the new disk may be a spare disk prepared for in the disk array. Further, the RAID module **13** may automatically perform replacement of a disk from which the fault has been detected or replacement of a failed disk to the spare disk.

Rebuilding of the replacement disk is started by the rebuild module **17** (at step S**44**).

Data is written to the replacement disk (new HDD) from the backup storage **30** (at step S**45**).

Using the modify map (Modify Map) **16**, data in the logical block with the update bit set therein is generated, and the generated data is written to the replacement disk (new HDD) (at step S**46**). For generation of the data in the logical block, the data (or the parity thereof) is generated from data in disks other than the replacement disk among disks constituting the disk array and written to the replacement disk, by referring to information (striping information on parity blocks and the data) in the RAID module **13**.

The rebuilding of the replacement disk is completed, and restoration to the normal operation is performed (at step S**47**).

FIG. **6** is a flow diagram for explaining WRITE processing from occurrence of a crash of a disk to completion of rebuilding. In this case, data writing to disks other than the failed disk is performed, and write data is not backed up. Thus, the update bit (Update bit) of the modify map is set.

The access module **14** receives a WRITE request from the host **20** (at step S**51**).

The access module **14** commands the RAID module **13** to perform a WRITE (at step S**52**).

The RAID module **13**, which has received the WRITE command, performs redundancy processing (at step S**53**).

The RAID module **13** writes data/parity that has been made redundant to uncrashed disks (HDD) (at step S**54**).

The access module **14** sets in the modify map **16** the update bit (Update bit) corresponding to the logical block with the data written therein, and resets (clears) the rebuild bit (Rebuild bit) for the logical block (at step S**55**).

FIG. **9** is a diagram showing an arrangement example of update bits (Update bits) and rebuild bits (Rebuild bits) in the modify map **16**. Each of the update bits (U) and each of the rebuild bits (R) are assigned to a logical block (of 1K byte), and (m+1)×n update and rebuild bits are assigned to n disk drives. A cache structure may be of course adopted for the modify map **16**. Contexts of the modify map **16** are reset when

a system operation is started or the like. The contexts of the modify map **16** may be saved on a disk or the like at power-off of the system. Alternatively, the modify map may be constituted from the EEPROM or the like.

FIG. **7** is a flow diagram for explaining READ processing from occurrence of a crash in a disk to completion of rebuilding of a replacement disk (a new HDD) in this embodiment.

The access module **14** receives a READ request from the host **20** (at step S**61**).

The access module **14** commands the RAID module **13** to perform a READ (at step S**62**).

It is determined whether a block targeted for reading is in a crashed disk (HDD) or not (at step S**63**).

When it is determined that the block targeted for reading is inside the crashed disk (HDD), the RAID module **13** reads data associated with the specified block from uncrashed disks (at step S**64**).

The RAID module **13** computes and prepares data in the specified block/parity block from the data (parity) associated with the specified block (at step S**65**).

The RAID module **13** sends to the host **20** prepared data through the access module **14** (at step S**66**).

On the other hand, when it is determined that the block targeted for reading is not in the crashed disk (HDD) at step S**63**, the RAID module **13** reads the data in the specified block (at step S**67**) and sends to the host **20** the read data through the access module **14** (at step S**68**).

FIG. **8** is a flow diagram for explaining processing for rebuilding by the rebuild module **17** in this embodiment. The processing by the rebuild module **17** will be described below with reference to FIG. **8**.

The rebuild module **17** sets a target block (logical block) in a disk targeted for rebuilding at a leading edge of the disk (at step S**71**).

The rebuild module **17** repeats the following processing until processing on all blocks (blocks) is completed (at step S**72**).

It is determined whether the target block is the parity block or not at step S**73**. The rebuild module **17** determines whether the target block in the replacement disk (new HDD) targeted for rebuilding is the parity block or not, by referring to management information (not shown) held in the RAID module **13**, for example.

When it is determined that the target block is not the parity block in the determination at step S**73**, the rebuild module **17** reads data corresponding to the target block from the backup storage **30** (at step S**74**).

The rebuild module writes the data read from the backup storage **30** to the corresponding block (target block) in the replacement disk (new HDD)(at step S**75**).

Next, the rebuild module **17** changes the target block to the next block (at step S**79**).

When it is determined that the target block is the parity block at the determination at step S**73**, the rebuild module **17** reads data in a logical block associated with the target block from the backup storage **30** (at step S**76**). In this embodiment, the parity block in the disk array is not stored in the backup storage **30** as the backup data at a time of backup. For this reason, when it is determined as a result of the determination at step S**73** that the target block to be written to the replacement disk (new HDD) is the parity block, the rebuild module **17** reads block data in other disks (disks other than the replacement disk, which constitutes the array) that constitutes the disk array, associated with the target block, from the backup storage **30**.

Then, the rebuild module **17** generates the parity data to be stored in the target block from the data read from the backup storage **30** (block data in other disk associated with the target block) (at step S**77**).

Next, the rebuild module **17** writes the generated parity data to the corresponding block (target block) in the replacement disk (new HDD) (at step S**78**).

When it is determined that processing on all blocks is completed in the determination at step S**72**, the rebuild module **17** searches for a block (block that has not been rebuilt yet) associated with the block stored in the replacement disk (new HDD) with the update bit (update bit) set therein and with no rebuild bit (rebuild bit) set therein (at step S**80**). That is, the rebuild module **17** searches for the block that has been modified and has not been rebuilt yet after the start of the backup.

When the pertinent block exists after a result of the search (Yes at step S**81**), the rebuild module **17** sets the rebuild bit (rebuild bit) of the modify map **16** corresponding to the searched block (at step S**82**). Setting of the rebuild bit (rebuild bit) of the logical block in the modify map **16** indicates that rebuilding of the logical block onto the replacement disk has been completed.

The rebuild module **17** reads from other disks (HDDs) of the disk array block data associated with the block that has been searched for (at step S**83**).

From the data read from the other disks (HDDs), the rebuild module **17** computes and prepares data to be stored in the replacement disk (new HDD) (at step S**84**).

The rebuild module **17** writes the prepared data to the replacement disk (new HDD) (at step S**85**).

When it is found that no block with the update bit (update bit) set and with no rebuild bit (rebuild bit) set therein is present at step S**81**, the rebuild module **17** changes the state of the disk array to a normal state (at step S**85**).

An operation of this embodiment was described below. Some of variation examples of the embodiment will be described below.

It may also be so arranged that the rebuild module **17** refers to the modify map **16** and does not write back an updated block (block with the update bit (update bit) set therein) among blocks of a failed disk (new HDD), to the replacement disk (new HDD) from the backup storage **30**. It is because, as the updated block, data generated from other disks (HDDs) of the disk array is written, as shown in steps S**83** through S**85** in FIG. **8**, for example.

In another variation example, an update to the failed disk during rebuilding of the replacement disk (new HDD) may also be written to the replacement disk (new HDD) without alteration. When the access module **14** receives a WRITE request from the host **20** during execution of the rebuilding by the rebuild module **17**, the WRITE command is issued to the RAID module **13**, and writing to the replacement disk (new HDD) is performed through the RAID module **13**. The latest data will be written to the block of the replacement disk (new HDD) after backup processing. Thus, the access module **14** does not set the update bit (update bit) of the modify map. On the other hand, the rebuild bit of the block may be set. For this reason, rebuilding of the data on the block from the backup storage **30** by the rebuild module **17** is omitted (as in an operation branched to NO in the determination at step S**81** in FIG. **8**).

In another variation example, with respect to access to the latest data among block data of the replacement disk (new HDD) being rebuilt, access to the replacement disk (new HDD) may be authorized even before completion of the rebuilding. With respect to the block with the rebuild bit of the modify map **16** set therein (with the update flag reset therein,

however), the access module **14** performs control so that access to the replacement disk (new HDD) is permitted in response to an access request from the host **20**.

Incidentally, the backup storage **30** may be of course a recording medium (such as a tape) other than the disk (HDD) in the embodiment described above. The backup storage **30** may be installed in a remote location connected through the network.

A fibre channel fabric switch or a cross bus switch may be employed as the disk access bus/switch **18** in FIG. **1**. In the case of a configuration described above, access to a replacement disk (new HDD) and access to other disk can be non-blocked. Alternatively, a dual Fibre channel arbitrated loop may be used as the disk access bus/switch **18** in FIG. **1**. One loop may be used for access to the replacement disk (new HDD), and the other may be used for access to other disk (HDD). In the case of such a configuration as well, access to the replacement disk and access to other disk can be non-blocked.

A description was made in connection with the embodiment described above. The present invention is not limited to the configuration of the embodiment described above, and may of course include various variations and modifications that could be made by those skilled in art within the scope of the present invention.

It should be noted that other objects, features and aspects of the present invention will become apparent in the entire disclosure and that modifications may be done without departing the gist and scope of the present invention as disclosed herein and claimed as appended herewith.

Also it should be noted that any combination of the disclosed and/or claimed elements, matters and/or items may fall under the modifications aforementioned.

What is claimed is:

**1**. A disk array system comprising:

a plurality of disk drives constituting a disk array;

a RAID module for performing a normal read/write access to the disk array;

a backup storage device;

a backup module for reading data from said disk array and writing the read data onto said backup storage device;

a replacement disk drive for replacing one of the plurality of disk drives after one of the plurality of disk drives fails;

a rebuild module for performing rebuilding of data on the replacement disk drive based on the data backed up in said backup storage device; and

means for rebuilding data on the replacement disk drive from the backup storage device through the rebuild module while simultaneously providing normal read/write access to the disk drives that have not failed through the RAID module.

**2**. The disk array system according to claim **1**, further comprising a modify map for recording information corresponding to an update location, when the data in said disk array is updated.

**3**. The disk array system according to claim **2**, wherein, when the data in said disk array is updated by an access from a host after the backup onto said backup storage device, said backup module sends to said backup storage device the data updated after the backup onto said backup storage device, said modify map records the information corresponding to the updated data; and said data updated after backup is stored as the backup data in said backup storage device.

**4**. The disk array system according to claim **3**, wherein said rebuild module reads from said backup storage device data stored in said failed disk drive and backed up in said backup storage device, writes the data to said replacement disk drive; and after the completion of writing of the data in said failed disk drive to said replacement disk drive from said backup storage device, said rebuild module refers to said modify map, and generates data for said failed disk drive which have been updated after the backup, based on the data on other disk drives constituting said disk array, to write the generated data to said replacement disk drive.



**5**. The disk array system according to claim **2**, wherein said modify map has an update flag corresponding to a unit region for access in each of said disk drives in said disk array, the update flag indicating whether the unit region has been updated or not after the backup.

**6**. The disk array system according to claim **5**, wherein said modify map has a rebuild flag corresponding to the unit region for access in said each of said disk drives in said disk array, the rebuild flag indicating whether rebuilding of the unit region has been performed or not.

**7**. The disk array system according to claim **6**, wherein said rebuild module refers to said modify map after the completion of writing of the data in said failed disk drive to said replacement disk drive from said backup storage device, and generates data on the unit region with the update flag indicating updating and with the rebuild flag indicating that the rebuilding has not been performed yet, based on the data in other disk drives constituting said disk array, to write the generated data to said replacement disk drive.

**8**. The disk array system according to claim **1**, wherein said rebuild module refers to a modify map, and performs control so that writing back from said backup storage device to said replacement disk drive is not performed on a unit region of the failed disk drive updated after the backup.

**9**. The disk array system according to claim **1**, wherein an update to the failed disk during rebuilding of the replacement disk is written to the replacement disk drive without alteration.

**10**. The disk array system according to claim **1**, wherein, even before the rebuilding is finished, when an access request is made to latest data among the data in said replacement disk drive under the rebuilding, access to said replacement disk drive is permitted.

**11**. The disk array system according to claim **1**, further comprising:

a disk access bus/switch for providing the RAID module and the rebuild module with parallel access to the disk array and the replacement disk, respectively;

wherein the rebuilding of said replacement disk drive from said backup storage is performed through said rebuild module and said disk access bus/switch, thereby the rebuilding of said replacement disk drive being prohibited from influencing a normal access by said RAID module to said disk array.

**12**. The disk array system according to claim **1**, wherein the rebuild module and the RAID module are separate from each other.

**13**. A method of rebuilding a disk array system, said method comprising:

backing up data in a disk array including a plurality of disk drives onto a backup storage device; and

when a failed disk drive among said disk drives constituting said disk array is replaced with a replacement disk drive, rebuilding data in said replacement disk drive from the backed-up data in the backup storage device while simultaneously providing other devices with access to the disk drives that have not failed.

**14**. The method according to claim **13**, further comprising:

recording information corresponding to an update location, when the data in said disk array is updated by an access from a host after the backup onto said backup storage device;

sending only the updated data to said backup storage device after the backup onto said backup storage device; and

storing the updated data in said backup storage device as the backup data.

**15**. The method according to claim **14**, further comprising:

reading from said backup storage device data stored in said failed disk drive and backed up in said backup storage device, and writing the data to said replacement disk drive; and

referring to a modify map, after writing of the data in said failed disk drive to said replacement disk drive from said backup storage device is finished, generating data on said failed disk drive updated after the backup, based on the data on other disk drives constituting said disk array and writing the generated data to said replacement disk drive.

**16**. The method according to claim **14**, wherein a modify map has an update flag corresponding to a unit region for access in each of said disk drives in said disk array, the update flag indicating whether the unit region has been updated or not after the backup.

**17**. The method according to claim **16**, wherein said modify map has a rebuild flag corresponding to the unit region for access in said each of said disk drives in said disk array, the rebuild flag indicating whether rebuilding of the unit region has been performed or not.

**18**. The method according to claim **17**, further comprising:

referring to said modify map, after writing of the data in said failed disk drive to said replacement disk drive from said backup storage device is finished; generating data on the unit region with the update flag indicating updating and with the rebuild flag indicating that the rebuilding has not been performed yet, based on the data in other disk drives constituting said disk array; and writing the generated data to said replacement disk drive.

**19**. The method according to claim **13**, the rebuilding data in said replacement disk further comprising

referring to a modify map and performing control so that writing back from said backup storage device is not performed on a unit region of the failed disk drive updated after the backup.

**20**. The method according to claim **13**, further comprising performing control so that a content updated during the rebuilding of said replacement disk drive is written to said replacement disk drive without using said backup storage device.

**21**. The method according to claim **13**, further comprising performing control so that even before the rebuilding is finished, when an access request is made to latest data among the data in said replacement disk drive under rebuilding, access to said replacement disk drive is permitted.

**22**. The method according to claim **13**, further comprising:

providing a host with normal read/write access to the disk array in parallel with the access to the replacement disk drive for the rebuilding of data in the replacement disk.

* * * * *