# EXHIBIT 8

# Illustrative Claim Chart for U.S. Patent No. 9,651,320

| Claim 1 | Exemplary HPE Server Products |
|---|---|
| 1[pre] ICT (information and Communication Technology) equipment having an electronic component, the ICT equipment comprising: | The exemplary HPE Server Products are ICT (Information and Communication Technology) equipment with electronic components.<br><br>*See, e.g.*, |

| Claim 1 | Exemplary HPE Server Products |
|---|---|
| | (see reproduced document below) |

QuickSpecs HPE ProLiant DL360 Gen10 Server

**Standard Features**

**Processors** – Up to 2 of the following depending on model.

**Notes:**
- The 2nd digit of the processor model number "x1xx" and "x2xx" is used to denote the processor generation (i.e. 1=1st generation and 2=2nd generation)
- Field upgrades from 1st generation processors (x1xx) to 2nd generation processors (x2xx) not supported.
- "U" processors (i.e. 6212U) only supported in single socket configurations
- This table covers the public Intel offering only.
- For more information regarding Intel Xeon processors, please see the following http://www.intel.com/xeon

**Intel Xeon Processor**

| Processor Suffix | Description | Offering |
|---|---|---|
| L | Large memory tier | Up to 4.5 TB addressable memory per socket |
| M | Medium memory tier | Up to 2.0 TB addressable memory per socket |
| N | NFV Optimized | Targeted at Network Function Virtualization (NFV) workloads. Intel® SST-BF improves performance by directing base frequency to high priority/bottleneck cores, other workloads may see throttling. |
| R | Refresh | Improved price/performance over equivalent "non-R" 2nd generation processors |
| S | Search Optimized | Optimized base frequency to address 'search' workloads, other workloads may see throttling. |
| U | 1 Socket Optimized | Focused on single socket (1P) configurations deliver performance at competitive price points. Does not support two socket (2P) arrangements. |
| V | VM Density Optimized | Fosters enhanced VM density, allowing to support more/larger virtual machines per host. |
| Y | Speed Select | Intel® SST-PP increases base frequency when fewer cores are enabled. Allows greater flexibility, deployment options and platform longevity. |

**Notes:** More than 1.5 TB memory per socket requires HPE Persistent Memory

**2nd Generation Intel® Xeon® Scalable Processor Family**

| Intel Xeon Models | CPU Frequency | Cores | L3 Cache | Power | UPI | DDR4 | Memory per socket |
|---|---|---|---|---|---|---|---|
| Platinum 8280 Processor | 2.7 GHz | 28 | 38.50 MB | 205W | 3 @ 10.4 GT/s | 2933 MT/s | 1TB |
| Platinum 8280L Processor | 2.7 GHz | 28 | 38.50 MB | 205W | 3 @ 10.4 GT/s | 2933 MT/s | 4.5TB |
| Platinum 8280M Processor | 2.7 GHz | 28 | 38.50 MB | 205W | 3 @ 10.4 GT/s | 2933 MT/s | 2TB |
| Platinum 8276 Processor | 2.2 GHz | 28 | 38.50 MB | 165W | 3 @ 10.4 GT/s | 2933 MT/s | 1TB |
| Platinum 8276L Processor | 2.2 GHz | 28 | 38.50 MB | 165W | 3 @ 10.4 GT/s | 2933 MT/s | 4.5TB |
| Platinum 8276M Processor | 2.2 GHz | 28 | 38.50 MB | 165W | 3 @ 10.4 GT/s | 2933 MT/s | 2TB |
| Platinum 8270 Processor | 2.7 GHz | 26 | 35.75 MB | 205W | 3 @ 10.4 GT/s | 2933 MT/s | 1TB |
| Platinum 8268 Processor | 2.9 GHz | 24 | 35.75 MB | 205W | 3 @ 10.4 GT/s | 2933 MT/s | 1TB |
| Platinum 8260 Processor | 2.4 GHz | 24 | 35.75 MB | 165W | 3 @ 10.4 GT/s | 2933 MT/s | 1TB |
| Platinum 8260L Processor | 2.4 GHz | 24 | 35.75 MB | 165W | 3 @ 10.4 GT/s | 2933 MT/s | 4.5TB |
| Platinum 8260M Processor | 2.4 GHz | 24 | 35.75 MB | 165W | 3 @ 10.4 GT/s | 2933 MT/s | 2TB |
| Platinum 8260Y Processor | 2.4 GHz<br>2.5 GHz<br>2.7 GHz | 24<br>20<br>16 | 35.75 MB | 165W | 3 @ 10.4 GT/s | 2933 MT/s | 1TB |
| Platinum 8256 Processor | 3.8 GHz | 4 | 16.50 MB | 105W | 3 @ 10.4 GT/s | 2933 MT/s | 1TB |
| Platinum 8253 Processor | 2.2 GHz | 16 | 22.00 MB | 125W | 3 @ 10.4 GT/s | 2933 MT/s | 1TB |

"HPE ProLiant DL360 Gen10 Server QuickSpecs,"[1] at 5.

[1] Available at https://www.hpe.com/psnow/doc/a00008159enw?ver=72.

| Claim 1 | Exemplary HPE Server Products |
|---|---|
| | **QuickSpecs** **HPE ProLiant DL360 Gen10 Server**<br>**Overview**<br>**Shape the Future of QuickSpecs – Your Input Matters**<br>**HPE ProLiant DL360 Gen10 Server**<br>Does your data center need a secure, performance driven dense server that you can confidently deploy for virtualization, database, or high-performance computing? The HPE ProLiant DL360 Gen10 server delivers security, agility and flexibility without compromise.<br>The HPE ProLiant DL360 Gen10 Server supports the Intel® Xeon® Scalable Processor Family with up to 28 cores plus 2933 MT/s HPE DDR4 Smart Memory supporting up to 3.0 TB max. With the added performance that HPE Persistent Memory and 10 NVMe bring, the HPE ProLiant DL360 Gen10 means business. Deploy this dense platform for diverse workloads in space constrained environments and maintain it with ease by automating the most essential server lifecycle management tasks with HPE OneView and HPE iLO 5.<br>HPE ProLiant DL360 Gen10 Server QuickSpecs at 1. |
| 1[a] a cooling fan; | The exemplary HPE Server Products include cooling fans.<br><br>*See, e.g.*, |

| Claim 1 | Exemplary HPE Server Products |
|---|---|
| | QuickSpecs — HPE ProLiant DL360 Gen10 Server<br>**Pre-Configured Models**<br>**Pre-Configured models ship with the configurations below.**<br>• Pre-Configured models ship with the configurations below. Options can be selected from the Core or Additional options section of this QuickSpecs.<br>• Hewlett Packard Enterprise does not allow factory integration of options into pre-configured models. Any additional options purchased will not be shipped inside the server.<br>• Network Choice models do not include embedded LOM. |

**Network Choice Models**

| | | | |
|---|---|---|---|
| **SKU Number** | P19180-B21<br>P19180-291 | P19774-B21<br>P19774-291<br>P19774-AA1 | P19776-B21<br>P19776-291 |
| **Model Name** | HPE ProLiant DL360 Gen10 6242 2.8GHz 16-core 1P 32GB-R P408i-a NC 8SFF 800W PS Server | HPE ProLiant DL360 Gen10 4208 2.1GHz 8-core 1P 16GB-R P408i-a NC 8SFF 500W PS Server | HPE ProLiant DL360 Gen10 4208 2.1GHz 8-core 1P 16GB-R S100i NC 4LFF 500W PS Server |
| **Chassis** | HPE ProLiant DL360 Gen10 8SFF NC Configure-to-order Server | HPE ProLiant DL360 Gen10 8SFF NC Configure-to-order Server | HPE ProLiant DL360 Gen10 4LFF NC Configure-to-order Server |
| **Processor** | 6242 (16 core, 2.8 GHz, 150W) | 4208 (8 core, 2.1 GHz, 85W) | 4208 (8 core, 2.1 GHz, 85W) |
| **Number of Processors** | One | | |
| **Memory** | 32 GB (1x32 GB , 2933 MT/s) | 16 GB (1x16 GB , 2933 MT/s)<br>**Notes:** Runs at 2400 MT/s due to processor limitation. | 16 GB (1x16 GB , 2933 MT/s)<br>**Notes:** Runs at 2400 MT/s due to processor limitation. |
| **Network Controller** | HPE Ethernet 10/25Gb 2-port 640FLR-SFP28 Adapter<br>**Notes:** No embedded networking | HPE Ethernet 1Gb 4-port FLR-T I350-T4V2 Adapter<br>**Notes:** No embedded networking | HPE Ethernet 1Gb 4-port FLR-T I350-T4V2 Adapter<br>**Notes:** No embedded networking |
| **Storage Controller** | HPE Smart Array P408i-a SR Gen10 x8 Lanes 2GB Cache SAS 12G Modular Controller | HPE Smart Array P408i-a SR Gen10 x8 Lanes 2GB Cache SAS 12G Modular Controller | HPE Smart Array S100i SR Gen10 SW RAID |
| **Included Hard Drives** | None ship standard, 8 SFF supported | None ship standard, 8 SFF supported | None ship standard, 4 LFF supported |
| **Optical Drive** | None included | | |
| **Power Supply** | 1x HPE 800W Flex Slot Platinum Hot Plug Low Halogen Power Supply Kit | 1x HPE 500W Flex Slot Platinum Hot Plug Low Halogen Power Supply Kit | 1x HPE 500W Flex Slot Platinum Hot Plug Low Halogen Power Supply Kit |
| **Fans** | 5 single rotor hot plug fans | | |

HPE ProLiant DL360 Gen10 Server QuickSpecs at 22.

<table>
<tr><th>Claim 1</th><th>Exemplary HPE Server Products</th></tr>
<tr><td>1[b] a first temperature sensor that detects a component temperature of the electronic component included in the ICT equipment;</td><td>
The exemplary HPE Server Products include a first temperature sensor that detects a component temperature of the electronic component included in the ICT equipment.
See, e.g.,
QuickSpecs HPE Integrated Lights-Out (iLO)
Overview
HPE Integrated Lights-Out (iLO)
Integrated Lights-Out (iLO) is an embedded technology that ships in HPE Servers. It is the core foundation for the intelligence of the HPE Servers. This technology is combination of the iLO ASIC that is part of the server-board and the firmware that powers the ASIC.
Different generations of ProLiant Servers carry different versions of the iLO ASIC.
<table>
<tr><th>Sl No</th><th>ProLiant Generation</th><th>iLO ASIC version</th></tr>
<tr><td>1</td><td>Gen11</td><td>iLO 6</td></tr>
<tr><td>2</td><td>Gen10 and Gen10 Plus</td><td>iLO 5</td></tr>
<tr><td>3</td><td>Gen9 and Gen8</td><td>iLO 4</td></tr>
</table>
iLO is key to make the server operational and boot. It helps simplify server set up, engage health monitoring as well as power and thermal control.
These capabilities are included with the Server at no extra cost (iLO Standard). No installation needed and minimal setup is required.
Industry leading features that enhance server administrator productivity are available through optional licenses. The iLO Advanced license will include all licensed features. This allows customers to have either standard, included features, or upgrade to licensed features that are all available with iLO Advanced.
“HPE Integrated Lights-Out (iLO) QuickSpecs – Version 37”[2] at 1.
</td></tr>
</table>

[2] Available at https://www.hpe.com/psnow/doc/c04154343.html?ver=37.

| Claim 1 | Exemplary HPE Server Products |
| --- | --- |
| | **Temperature monitoring**<br><br>The following temperature thresholds are monitored:<br>• Caution—The server is designed to maintain a temperature lower than the caution threshold.<br>If the temperature exceeds the caution threshold, the fan speeds are increased to maximum.<br>If the temperature exceeds the caution threshold for 60 seconds, a graceful server shutdown is attempted.<br>• Critical—If temperatures are uncontrollable or rise quickly, the critical temperature threshold prevents system failure by physically shutting down the server before the high temperature causes an electronic component failure.<br>In this case, iLO 5 shuts down immediately. In another mechanism the shutdown is delayed by about 10 seconds.<br>Monitoring policies differ depending on the server requirements. Policies usually include:<br>• Increasing fan speeds to maximum cooling.<br>• Logging temperature events in the IML.<br>• Providing a visual indication of events by using LED indicators.<br>• Starting a graceful shutdown of the operating system to avoid data corruption.<br>Additional policies are implemented after an excessive temperature condition is corrected. For example:<br>• Returning the fan speed to normal.<br>• Recording the event in the IML.<br>• Turning off the LED indicators.<br>• Canceling shutdowns in progress (if applicable).<br>"HPE iLO 5 User Guide"[3] at 245. |

[3] Available at https://support.hpe.com/hpesc/public/docDisplay?docId=a00105236en_us&page=index.html.

<table>
<tr><th>Claim 1</th><th>Exemplary HPE Server Products</th></tr>
<tr><td></td><td>
Temperature monitoring<br><br>
The following temperature thresholds are monitored:<br>
• Caution—The server is designed to maintain a temperature lower than the caution threshold.<br>
If the temperature exceeds the caution threshold, the fan speeds are increased to maximum.<br>
If the temperature exceeds the caution threshold for 60 seconds, a graceful server shutdown is attempted.<br>
• Critical—If temperatures are uncontrollable or rise quickly, the critical temperature threshold prevents system failure by physically shutting down the server before the high temperature causes an electronic component failure.<br>
In this case, iLO 6 shuts down immediately. In another mechanism the shutdown is delayed by about 10 seconds.<br>
Monitoring policies differ depending on the server requirements. Policies usually include:<br>
• Increasing fan speeds to maximum cooling.<br>
• Logging temperature events in the IML.<br>
• Providing a visual indication of events by using LED indicators.<br>
• Starting a graceful shutdown of the operating system to avoid data corruption.<br>
Additional policies are implemented after an excessive temperature condition is corrected. For example:<br>
• Returning the fan speed to normal.<br>
• Recording the event in the IML.<br>
• Turning off the LED indicators.<br>
• Canceling shutdowns in progress (if applicable).<br>
"HPE iLO 6 User Guide"[4] at 237-38.
</td></tr>
</table>

[4] Available at https://support.hpe.com/hpesc/public/docDisplay?docId=sd00002007en_us&page=index.html.

| Claim 1 | Exemplary HPE Server Products |
| --- | --- |
| | • **HPE Active Health System**<br>HPE Active Health System is an essential component of the HPE iLO Management. It provides customers with: Diagnostics tools/scanners wrapped into one; Always on, continuous monitoring for increased stability and shorter downtimes; Rich configuration history; Health and service alerts; Easy export and upload to Service and Support<br><br>HPE Integrated Lights-Out (iLO) QuickSpecs – Version 37 at 4.<br><br>• **Embedded System Health for HPE ProLiant**<br>On supported server models, the HPE iLO for ProLiant management processor monitors fans, temperature sensors, power supply sensors and VRMs without having the System Management Driver loaded. The status of these is accessible from all HPE iLO for ProLiant user interfaces (browser, SMASH command line Redfish API, XML scripts and IPMI) independent of the host operating system The intelligence of iLO manages the Sea of Sensors thermal control, directs the Dynamic Power Capping technology and monitors the health of server components.<br>HPE Integrated Lights-Out (iLO) QuickSpecs – Version 37 at 5.<br><br>**Fans**<br><br>The iLO firmware, in conjunction with the hardware, controls the operation and speed of the fans. Fans provide essential cooling of components to ensure reliability and continued operation. The fans react to the temperatures monitored throughout the system to provide sufficient cooling with minimal noise.<br><br>Monitoring the fan subsystem includes the sufficient, redundant, and nonredundant fan configurations. If one or more fans fail, the server still provides sufficient cooling to continue operation.<br><br>Fan operation policies might differ from server to server based on fan configuration and cooling demands. Fan control monitors the internal temperature of the system, increasing the fan speed to provide more cooling, and decreasing the fan speed when cooling is sufficient. If a fan failure occurs, fan operation policies might increase the speed of the other fans, record the event in the IML, or turn on LED indicators.<br><br>In nonredundant configurations, or redundant configurations where multiple fan failures occur, the system might be incapable of providing sufficient cooling to protect the server from damage and to ensure data integrity. In this case, in addition to the cooling policies, the system might start a graceful shutdown of the operating system and server.<br><br>Server blades use the enclosure fans to provide cooling because they lack internal fans. The enclosure fans are called **virtual fans** on the Fans tab. The Virtual fan reading represents the cooling amount that a server blade is requesting from the enclosure. The server blade calculates the amount of required cooling by examining various temperature sensors and calculating an appropriate fan speed. The enclosure uses information from all the installed server and nonserver blades to adjust the fans to provide the appropriate enclosure cooling.<br>HPE iLO 5 User Guide at 242. |

| Claim 1 | Exemplary HPE Server Products |
|---|---|
| | **Fans**<br><br>The iLO firmware, in conjunction with the hardware, controls the operation and speed of the fans. Fans provide essential cooling of components to ensure reliability and continued operation. The fans react to the temperatures monitored throughout the system to provide sufficient cooling with minimal noise.<br><br>Monitoring the fan subsystem includes the sufficient, redundant, and nonredundant fan configurations. If one or more fans fail, the server still provides sufficient cooling to continue operation.<br><br>Fan operation policies might differ from server to server based on fan configuration and cooling demands. Fan control monitors the internal temperature of the system, increasing the fan speed to provide more cooling, and decreasing the fan speed when cooling is sufficient. If a fan failure occurs, fan operation policies might increase the speed of the other fans, record the event in the IML, or turn on LED indicators.<br><br>In nonredundant configurations, or redundant configurations where multiple fan failures occur, the system might be incapable of providing sufficient cooling to protect the server from damage and to ensure data integrity. In this case, in addition to the cooling policies, the system might start a graceful shutdown of the operating system and server.<br><br>HPE iLO 6 User Guide at 234.<br><br>• **Power consumption and power settings** —Monitor the server power consumption, configure server power settings, and configure power capping on supported servers.<br>• **Power management**—Securely and remotely control the power state of the managed server.<br>• **Secure recovery**—Validates the iLO firmware when power is applied. If the firmware is invalid, the iLO firmware is flashed automatically (iLO Standard license).<br><br>Validates the system ROM during server startup. If valid system ROM is not detected, the server is prevented from booting. Recovery options include: Swapping the active and redundant ROM, and initiating a firmware verification scan and recovery action. The iLO Advanced license is required for scheduled firmware verification scans and automated recovery.<br><br>• **Security log**—View a record of the security events recorded by the iLO firmware.<br>• **Security dashboard**—View the status of important security features and evaluate your configuration for potential risks. When a risk is detected, you can view details and advice for how to improve system security.<br>• **Security states**—Configure a security state that fits your environment. iLO supports the Production security state (default) and higher security states such as High Security, FIPS, and CNSA.<br>• **Server health monitoring**—iLO monitors temperatures in the server and sends corrective signals to the fans to maintain proper server cooling. It also monitors installed firmware and software versions and the status of other monitored subsystems and devices.<br><br>HPE iLO 5 User Guide at 26-27. |

| Claim 1 | Exemplary HPE Server Products |
|---|---|
| | • **Power management**—Securely and remotely control the power state of the managed server.<br>• **Secure recovery**—Validates the iLO firmware when power is applied. If the firmware is invalid, the iLO firmware is flashed automatically (iLO Standard license).<br>Validates the system ROM during server startup. If valid system ROM is not detected, the server is prevented from booting. Recovery options include: Swapping the active and redundant ROM, and initiating a firmware verification scan and recovery action. The iLO Advanced license is required for scheduled firmware verification scans and automated recovery.<br>• **Security log**—View a record of the security events recorded by the iLO firmware.<br>• **Security dashboard**—View the status of important security features and evaluate your configuration for potential risks. When a risk is detected, you can view details and advice for how to improve system security.<br>• **Security states**—Configure a security state that fits your environment. iLO supports the Production security state (default) and higher security states such as High Security, FIPS, and CNSA.<br>• **Server health monitoring**—iLO monitors temperatures in the server and sends corrective signals to the fans to maintain proper server cooling. It also monitors installed firmware and software versions and the status of other monitored subsystems and devices.<br>HPE iLO 6 User Guide at 29. |

| Claim 1 | Exemplary HPE Server Products |
| --- | --- |
| | **Overview**<br><br>Troubleshooting server hardware issues taking too much time and information that could assist you in troubleshooting not captured? Myriad of tools and log files driving you crazy?<br>HPE Active Health System is an essential component of the iLO Management Engine portfolio. It is an industry-first technology that provides continuous, proactive health monitoring of over 1600 system parameters. 100% of configuration changes are logged for more accurate problem resolution. SmartMemory and SmartDrive devices log failure information to accurately document events and avoid inadvertent re-use of failed components. This enables customers to start problem analysis faster and spend less time reproducing or describing errors<br>For support, hand off the Active Health System log file to HPE support and get your issue resolution. You can also view the error information contained in the Active Health System Viewer by uploading your Active Health System file to https://infosight.hpe.com/app/login<br><br>"HPE Active Health System Data Sheet"[5] at 1. |

[5] Available at https://www.hpe.com/psnow/doc/PSN5219983USEN.pdf?jumpid=in_pdp-psnow-dds.

| Claim 1 | Exemplary HPE Server Products |
|---|---|
| | **Active Health System**<br><br>The Active Health System monitors and records changes in the server hardware and system configuration.<br><br>The Active Health System provides:<br>• Continuous health monitoring of over 1600 system parameters<br>• Logging of all configuration changes<br>• Consolidated health and service alerts with precise time stamps<br>• Agentless monitoring that does not affect application performance<br><br>HPE iLO 5 User Guide at 64.<br><br>**Active Health System**<br><br>The Active Health System monitors and records changes in the server hardware and system configuration.<br><br>The Active Health System provides:<br>• Continuous health monitoring of over 1600 system parameters<br>• Logging of all configuration changes<br>• Consolidated health and service alerts with precise time stamps<br>• Agentless monitoring that does not affect application performance<br><br>HPE iLO 6 User Guide at 68. |
| 1[c] a second temperature sensor that detects a | The exemplary HPE Server Products include a second temperature sensor that detects a temperature of an intake air. |

<table>
<tr><th>Claim 1</th><th>Exemplary HPE Server Products</th></tr>
<tr><td>temperature of an intake air; and</td><td>See, e.g.,<br><br>Motherboard temperature sensor locations<br><br><br><br><br>
<table><tr><th>Item</th><th>Description</th></tr>
<tr><td>1</td><td>TRU21: OCP1 zone temperature sensor</td></tr>
<tr><td>2</td><td>TRU20: OCP2 zone temperature sensor</td></tr>
<tr><td>3</td><td>TRU22: DCSCM zone temperature sensor</td></tr>
<tr><td>4</td><td>TRU18: Inlet Ambient temperature sensor</td></tr>
<tr><td>5</td><td>TRU19: P/S 1 (Fall-back sensor of PSU 1) zone temperature sensor</td></tr>
</table><br>“HPE ProLiant Compute XD230 Server Maintenance and Service Guide.”[6]</td></tr>
</table>

[6] Available at https://support.hpe.com/hpesc/public/docDisplay?docId=sd00005753en_us&page=GUID-2F4A3D66-A1A1-4516-9BA7-8DAF964EB305.html&docLocale=en_US.

| Claim 1 | Exemplary HPE Server Products |
|---|---|
| | **Inlet temperature locations**<br><br><br>**Item** / **Description**<br>1 / Inlet Ambient temperature sensor<br><br>HPE ProLiant Compute XD230 Server Maintenance and Service Guide. |

| Claim 1 | Exemplary HPE Server Products |
|---|---|
| | **Overview**<br><br>Troubleshooting server hardware issues taking too much time and information that could assist you in troubleshooting not captured? Myriad of tools and log files driving you crazy?<br>HPE Active Health System is an essential component of the iLO Management Engine portfolio. It is an industry-first technology that provides continuous, proactive health monitoring of over 1600 system parameters. 100% of configuration changes are logged for more accurate problem resolution. SmartMemory and SmartDrive devices log failure information to accurately document events and avoid inadvertent re-use of failed components. This enables customers to start problem analysis faster and spend less time reproducing or describing errors<br>For support, hand off the Active Health System log file to HPE support and get your issue resolution. You can also view the error information contained in the Active Health System Viewer by uploading your Active Health System file to https://infosight.hpe.com/app/login<br><br>HPE Active Health System Data Sheet at 1. |

| Claim 1 | Exemplary HPE Server Products |
|---|---|
| | **Active Health System**<br><br>The Active Health System monitors and records changes in the server hardware and system configuration.<br><br>The Active Health System provides:<br>• Continuous health monitoring of over 1600 system parameters<br>• Logging of all configuration changes<br>• Consolidated health and service alerts with precise time stamps<br>• Agentless monitoring that does not affect application performance<br><br>HPE iLO 5 User Guide at 64.<br><br>**Active Health System**<br><br>The Active Health System monitors and records changes in the server hardware and system configuration.<br><br>The Active Health System provides:<br>• Continuous health monitoring of over 1600 system parameters<br>• Logging of all configuration changes<br>• Consolidated health and service alerts with precise time stamps<br>• Agentless monitoring that does not affect application performance<br><br>HPE iLO 6 User Guide at 68. |

| Claim 1 | Exemplary HPE Server Products |
|---|---|
| | (see below) |

| Specification | Value |
|---|---|
| **Temperature range** [1] | — |
| Operating | 10°C to 35°C (50°F to 95°F) |
| Nonoperating | -30°C to 60°C (-22°F to 140°F) |
| **Relative humidity (noncondensing)** | — |
| Operating | Minimum to be the higher (more moisture) of -12°C (10.4°F) dew point or 8% relative humidity<br>Maximum to be 24°C (75.2°F) dew point or 90% relative humidity |
| Nonoperating | 5% to 95%<br>38.7°C (101.7°F), maximum wet bulb temperature |

1 All temperature ratings shown are for sea level. An altitude derating of 1.0°C per 304.8 m (1.8°F per 1000 ft) to 3048 m (10,000 ft) is applicable. No direct sunlight allowed. Maximum rate of change is 20°C per hour (36°F per hour). The upper limit and rate of change might be limited by the type and number of options installed.

For certain approved hardware configurations, the supported system inlet temperature range is extended:

- 5°C to 10°C (41°F to 50°F) and 35°C to 40°C (95°F to 104°F) at sea level with an altitude derating of 1.0°C per every 175 m (1.8°F per every 574 ft) above 900 m (2953 ft) to a maximum of 3048 m (10,000 ft).
- 40°C to 45°C (104°F to 113°F) at sea level with an altitude derating of 1.0°C per every 125 m (1.8°F per every 410 ft) above 900 m (2953 ft) to a maximum of 3048 m (10,000 ft).

The approved hardware configurations for this system are listed on the Hewlett Packard Enterprise website.

"HPE ProLiant DL360 Gen10 Server Maintenance and Service Guide"[7] at 175.

[7] Available at https://support.hpe.com/hpesc/public/docDisplay?docId=a00115362en_us&page=index.html.

| Claim 1 | Exemplary HPE Server Products |
|---|---|
| | • **Embedded System Health for HPE ProLiant**<br>On supported server models, the HPE iLO for ProLiant management processor monitors fans, temperature sensors, power supply sensors and VRMs without having the System Management Driver loaded. The status of these is accessible from all HPE iLO for ProLiant user interfaces (browser, SMASH command line Redfish API, XML scripts and IPMI) independent of the host operating system The intelligence of iLO manages the Sea of Sensors thermal control, directs the Dynamic Power Capping technology and monitors the health of server components.<br><br>HPE Integrated Lights-Out (iLO) QuickSpecs – Version 37 at 5.<br><br>**User-defined temperature threshold**<br><br>The user-defined temperature threshold feature enables you to set a temperature threshold for a sensor. The feature currently supports only the Inlet Ambient sensor.<br><br>**NOTE**<br>On some Edgeline products, the Inlet Ambient temperature sensor is named as Front Ambient. This sensor is configurable on these products.<br><br>For Edgeline servers, there is added support to monitor PCI Zone sensor 1–4.<br><br>When a temperature sensor reading exceeds a user-defined temperature threshold for that sensor, a Redfish alert is generated. Also, the following message is recorded in the IML:<br><br>User Defined <Alert Type> Temperature Threshold Exceeded (Temperature Sensor <Sensor Number> <Sensor Name>), Threshold <Temperature Threshold in Celsius>, Temperature <Current Temperature in Celsius><br><br>The event is automatically repaired when the corresponding sensor reading falls below the user-defined temperature threshold value.<br><br>HPE iLO 5 User Guide at 245-46. |

<table>
<tr><th>Claim 1</th><th>Exemplary HPE Server Products</th></tr>
<tr><td></td><td>


<table>
<tr><th>Color</th><th>Description</th></tr>
<tr><td>Orange</td><td>Drive power cable</td></tr>
<tr><td>Blue</td><td>Drive sideband signal cable</td></tr>
<tr><td>Gold</td><td>Drive data cable</td></tr>
<tr><td>Pink</td><td>Ambient temperature sensor cable</td></tr>
</table>

“HPE ProLiant MicroServer Gen10 Plus Maintenance and Service Guide”[8] at 101.
</td></tr>
</table>

8 Available at https://support.hpe.com/hpesc/public/docDisplay?docId=a00073374en_us&page=index.html.

| Claim 1 | Exemplary HPE Server Products |
|---|---|
| 1[d] a microprocessor including: | The exemplary HPE Server Products include a microprocessor.<br><br>*See, e.g.*,<br><br>"HPE Integrated Lights-Out (iLO)."[9] |

[9] Available at https://www.hpe.com/us/en/hpe-integrated-lights-out-ilo.html.

| Claim 1 | Exemplary HPE Server Products |
| --- | --- |
| | **QuickSpecs** **HPE ProLiant DL360 Gen10 Server**<br>**Overview**<br>Shape the Future of QuickSpecs – Your Input Matters<br>**HPE ProLiant DL360 Gen10 Server**<br>Does your data center need a secure, performance driven dense server that you can confidently deploy for virtualization, database, or high-performance computing? The HPE ProLiant DL360 Gen10 server delivers security, agility and flexibility without compromise.<br>The HPE ProLiant DL360 Gen10 Server supports the Intel® Xeon® Scalable Processor Family with up to 28 cores plus 2933 MT/s HPE DDR4 Smart Memory supporting up to 3.0 TB max. With the added performance that HPE Persistent Memory and 10 NVMe bring, the HPE ProLiant DL360 Gen10 means business. Deploy this dense platform for diverse workloads in space constrained environments and maintain it with ease by automating the most essential server lifecycle management tasks with HPE OneView and HPE iLO 5.<br>HPE ProLiant DL360 Gen10 Server QuickSpecs at 1.<br><br>**HPE iLO 5**<br>iLO 5 is a remote server management processor embedded on the system boards of supported HPE servers and compute modules. iLO enables the monitoring and controlling of servers from remote locations. iLO management is a powerful tool that provides multiple ways to configure, update, monitor, and repair servers remotely.<br>For more information about iLO, see the iLO user guide at the following website: https://www.hpe.com/support/ilo-docs.<br>"HPE ProLiant DL360 Gen10 Server User Guide"[10] at 184. |
| 1[e] a declination index value calculation unit that calculates an | The exemplary HPE Server Products include a declination index value calculation unit that calculates an index value indicating a degree of declination of the component temperature of the electronic component based on a detection result of the first temperature sensor.<br><br>*See, e.g.*, |

[10] Available at https://support.hpe.com/hpesc/public/docDisplay?docId=a00105399en_us&docLocale=en_US.

| Claim 1 | Exemplary HPE Server Products |
| --- | --- |
| index value indicating a degree of declination of the component temperature of the electronic component based on a detection result of the first temperature sensor; and | **Fans**<br><br>The iLO firmware, in conjunction with the hardware, controls the operation and speed of the fans. Fans provide essential cooling of components to ensure reliability and continued operation. The fans react to the temperatures monitored throughout the system to provide sufficient cooling with minimal noise.<br><br>Monitoring the fan subsystem includes the sufficient, redundant, and nonredundant fan configurations. If one or more fans fail, the server still provides sufficient cooling to continue operation.<br><br>Fan operation policies might differ from server to server based on fan configuration and cooling demands. Fan control monitors the internal temperature of the system, increasing the fan speed to provide more cooling, and decreasing the fan speed when cooling is sufficient. If a fan failure occurs, fan operation policies might increase the speed of the other fans, record the event in the IML, or turn on LED indicators.<br><br>In nonredundant configurations, or redundant configurations where multiple fan failures occur, the system might be incapable of providing sufficient cooling to protect the server from damage and to ensure data integrity. In this case, in addition to the cooling policies, the system might start a graceful shutdown of the operating system and server.<br><br>Server blades use the enclosure fans to provide cooling because they lack internal fans. The enclosure fans are called **virtual fans** on the Fans tab. The Virtual fan reading represents the cooling amount that a server blade is requesting from the enclosure. The server blade calculates the amount of required cooling by examining various temperature sensors and calculating an appropriate fan speed. The enclosure uses information from all the installed server and nonserver blades to adjust the fans to provide the appropriate enclosure cooling.<br><br>HPE iLO 5 User Guide at 242.<br><br>The server supports variable fan speeds. The fans operate at minimum speed until a temperature change requires a fan speed increase to cool the server. The server shuts down during the following temperature-related scenarios:<br><br>• At POST and in the OS, iLO performs an orderly shutdown if a cautionary temperature level is detected. If the server hardware detects a critical temperature level before an orderly shutdown occurs, the server performs an immediate shutdown.<br>• When the Thermal Shutdown feature is disabled in the BIOS/Platform Configuration (RBSU), iLO does not perform an orderly shutdown when a cautionary temperature level is detected. Disabling this feature does not disable the server hardware from performing an immediate shutdown when a critical temperature level is detected.<br><br>**CAUTION:** A thermal event can damage server components when the Thermal Shutdown feature is disabled in the BIOS/Platform Configuration (RBSU).<br><br>HPE ProLiant DL360 Gen10 Server User Guide at 32-33. |

| Claim 1 | Exemplary HPE Server Products |
| --- | --- |
| | **Configuring user defined threshold using the RESTful Interface Tool**<br><br>**Procedure**<br><br>1. Open a text editor and create a file to define the User Defined Temperature threshold value.<br><br>Use the following example as a template.<br><br>{<br>"path":"/redfish/v1/Chassis/1/Thermal/Actions/Oem/Hpe/HpeThermalExt.SetUserTempThreshold/",<br>"body": {"SensorNumber": Supported Temperature Sensor,<br>"ThresholdValue": Desired threshold temperature,<br>"AlertType": "Warning" or "Critical"<br>}<br>}<br><br>For more information see, HPE iLOrest User Guide.<br><br>HPE iLO 5 User Guide at 247. |

| Claim 1 | Exemplary HPE Server Products |
| --- | --- |
| | **Fans**<br><br>The iLO firmware, in conjunction with the hardware, controls the operation and speed of the fans. Fans provide essential cooling of components to ensure reliability and continued operation. The fans react to the temperatures monitored throughout the system to provide sufficient cooling with minimal noise.<br><br>Monitoring the fan subsystem includes the sufficient, redundant, and nonredundant fan configurations. If one or more fans fail, the server still provides sufficient cooling to continue operation.<br><br>Fan operation policies might differ from server to server based on fan configuration and cooling demands. Fan control monitors the internal temperature of the system, increasing the fan speed to provide more cooling, and decreasing the fan speed when cooling is sufficient. If a fan failure occurs, fan operation policies might increase the speed of the other fans, record the event in the IML, or turn on LED indicators.<br><br>In nonredundant configurations, or redundant configurations where multiple fan failures occur, the system might be incapable of providing sufficient cooling to protect the server from damage and to ensure data integrity. In this case, in addition to the cooling policies, the system might start a graceful shutdown of the operating system and server.<br><br>HPE iLO 6 User Guide at 234.<br><br>The server supports variable fan speeds. The fans operate at minimum speed until a temperature change requires a fan speed increase to cool the server. The server shuts down during the following temperature-related scenarios:<br><br>• At POST and in the OS, iLO 6 performs an orderly shutdown if a cautionary temperature level is detected. If the server hardware detects a critical temperature level before an orderly shutdown occurs, the server performs an immediate shutdown.<br>• When the Thermal Shutdown feature is disabled in the BIOS/Platform Configuration (RBSU), iLO 6 does not perform an orderly shutdown when a cautionary temperature level is detected. Disabling this feature does not disable the server hardware from performing an immediate shutdown when a critical temperature level is detected.<br><br>**CAUTION**<br>A thermal event can damage server components when the Thermal Shutdown feature is disabled in the BIOS/Platform Configuration (RBSU).<br><br>"HPE ProLiant DL385 Gen11 Server User Guide"[11] at 198. |

[11] Available at https://support.hpe.com/hpesc/public/docDisplay?docId=sd00002188en_us&docLocale=en_US.

| Claim 1 | Exemplary HPE Server Products |
|---|---|
| | • **Embedded System Health for HPE ProLiant**<br>On supported server models, the HPE iLO for ProLiant management processor monitors fans, temperature sensors, power supply sensors and VRMs without having the System Management Driver loaded. The status of these is accessible from all HPE iLO for ProLiant user interfaces (browser, SMASH command line Redfish API, XML scripts and IPMI) independent of the host operating system The intelligence of iLO manages the Sea of Sensors thermal control, directs the Dynamic Power Capping technology and monitors the health of server components.<br>HPE Integrated Lights-Out (iLO) QuickSpecs – Version 37 at 5.<br><br>**Temperature graph details**<br>When you view the temperature graph, the circles on the graph correspond to the sensors listed in the Sensor Data table.<br>The color on the graph is a gradient that ranges from green to red. Green represents a temperature of 0°C and red represents the critical threshold. As the temperature measured by a sensor increases, the graph changes from green to amber, and then to red if the temperature approaches the critical threshold.<br>HPE iLO 5 User Guide at 244.<br><br>**Temperature graph details**<br>When you view the temperature graph, the circles on the graph correspond to the sensors listed in the Sensor Data table.<br>The color on the graph is a gradient that ranges from green to red. Green represents a temperature of 0°C and red represents the critical threshold. As the temperature measured by a sensor increases, the graph changes from green to amber, and then to red if the temperature approaches the critical threshold.<br>HPE iLO 6 User Guide at 236. |
| 1[f] a control unit that controls the number of rotations of the cooling fan based on the index value calculated by the | The exemplary HPE Server Products include a control unit that controls the number of rotations of the cooling fan based on the index value calculated by the declination index value calculation unit and the temperature of the intake air by the second temperature sensor.<br><br>*See, e.g.*, |

<table>
<tr><th>Claim 1</th><th>Exemplary HPE Server Products</th></tr>
<tr><td>declination index value calculation unit and the temperature of the intake air by the second temperature sensor.</td><td>
Fans<br><br>
The iLO firmware, in conjunction with the hardware, controls the operation and speed of the fans. Fans provide essential cooling of components to ensure reliability and continued operation. The fans react to the temperatures monitored throughout the system to provide sufficient cooling with minimal noise.<br><br>
Monitoring the fan subsystem includes the sufficient, redundant, and nonredundant fan configurations. If one or more fans fail, the server still provides sufficient cooling to continue operation.<br><br>
Fan operation policies might differ from server to server based on fan configuration and cooling demands. Fan control monitors the internal temperature of the system, increasing the fan speed to provide more cooling, and decreasing the fan speed when cooling is sufficient. If a fan failure occurs, fan operation policies might increase the speed of the other fans, record the event in the IML, or turn on LED indicators.<br><br>
In nonredundant configurations, or redundant configurations where multiple fan failures occur, the system might be incapable of providing sufficient cooling to protect the server from damage and to ensure data integrity. In this case, in addition to the cooling policies, the system might start a graceful shutdown of the operating system and server.<br><br>
Server blades use the enclosure fans to provide cooling because they lack internal fans. The enclosure fans are called virtual fans on the Fans tab. The Virtual fan reading represents the cooling amount that a server blade is requesting from the enclosure. The server blade calculates the amount of required cooling by examining various temperature sensors and calculating an appropriate fan speed. The enclosure uses information from all the installed server and nonserver blades to adjust the fans to provide the appropriate enclosure cooling.<br><br>
HPE iLO 5 User Guide at 242.<br><br>
The server supports variable fan speeds. The fans operate at minimum speed until a temperature change requires a fan speed increase to cool the server. The server shuts down during the following temperature-related scenarios:<br>
• At POST and in the OS, iLO performs an orderly shutdown if a cautionary temperature level is detected. If the server hardware detects a critical temperature level before an orderly shutdown occurs, the server performs an immediate shutdown.<br>
• When the Thermal Shutdown feature is disabled in the BIOS/Platform Configuration (RBSU), iLO does not perform an orderly shutdown when a cautionary temperature level is detected. Disabling this feature does not disable the server hardware from performing an immediate shutdown when a critical temperature level is detected.<br><br>
CAUTION: A thermal event can damage server components when the Thermal Shutdown feature is disabled in the BIOS/Platform Configuration (RBSU).<br><br>
HPE ProLiant DL360 Gen10 Server User Guide at 32-33.
</td></tr>
</table>

| Claim 1 | Exemplary HPE Server Products |
| --- | --- |
| | **Fans**<br><br>The iLO firmware, in conjunction with the hardware, controls the operation and speed of the fans. Fans provide essential cooling of components to ensure reliability and continued operation. The fans react to the temperatures monitored throughout the system to provide sufficient cooling with minimal noise.<br><br>Monitoring the fan subsystem includes the sufficient, redundant, and nonredundant fan configurations. If one or more fans fail, the server still provides sufficient cooling to continue operation.<br><br>Fan operation policies might differ from server to server based on fan configuration and cooling demands. Fan control monitors the internal temperature of the system, increasing the fan speed to provide more cooling, and decreasing the fan speed when cooling is sufficient. If a fan failure occurs, fan operation policies might increase the speed of the other fans, record the event in the IML, or turn on LED indicators.<br><br>In nonredundant configurations, or redundant configurations where multiple fan failures occur, the system might be incapable of providing sufficient cooling to protect the server from damage and to ensure data integrity. In this case, in addition to the cooling policies, the system might start a graceful shutdown of the operating system and server.<br><br>HPE iLO 6 User Guide at 234.<br><br>The server supports variable fan speeds. The fans operate at minimum speed until a temperature change requires a fan speed increase to cool the server. The server shuts down during the following temperature-related scenarios:<br><br>• At POST and in the OS, iLO 6 performs an orderly shutdown if a cautionary temperature level is detected. If the server hardware detects a critical temperature level before an orderly shutdown occurs, the server performs an immediate shutdown.<br>• When the Thermal Shutdown feature is disabled in the BIOS/Platform Configuration (RBSU), iLO 6 does not perform an orderly shutdown when a cautionary temperature level is detected. Disabling this feature does not disable the server hardware from performing an immediate shutdown when a critical temperature level is detected.<br><br>**CAUTION**<br>A thermal event can damage server components when the Thermal Shutdown feature is disabled in the BIOS/Platform Configuration (RBSU).<br><br>HPE ProLiant DL385 Gen11 Server User Guide at 198. |

| Claim 1 | Exemplary HPE Server Products |
|---|---|
| | **Temperature monitoring**<br><br>The following temperature thresholds are monitored:<br><br>• Caution—The server is designed to maintain a temperature lower than the caution threshold.<br><br>If the temperature exceeds the caution threshold, the fan speeds are increased to maximum.<br><br>If the temperature exceeds the caution threshold for 60 seconds, a graceful server shutdown is attempted.<br><br>• Critical—If temperatures are uncontrollable or rise quickly, the critical temperature threshold prevents system failure by physically shutting down the server before the high temperature causes an electronic component failure.<br><br>In this case, iLO 5 shuts down immediately. In another mechanism the shutdown is delayed by about 10 seconds.<br><br>Monitoring policies differ depending on the server requirements. Policies usually include:<br><br>• Increasing fan speeds to maximum cooling.<br>• Logging temperature events in the IML.<br>• Providing a visual indication of events by using LED indicators.<br>• Starting a graceful shutdown of the operating system to avoid data corruption.<br><br>Additional policies are implemented after an excessive temperature condition is corrected. For example:<br><br>• Returning the fan speed to normal.<br>• Recording the event in the IML.<br>• Turning off the LED indicators.<br>• Canceling shutdowns in progress (if applicable).<br><br>HPE iLO 5 User Guide at 245. |

| Claim 1 | Exemplary HPE Server Products |
| --- | --- |
| | **Temperature monitoring**<br><br>The following temperature thresholds are monitored:<br><br>• Caution—The server is designed to maintain a temperature lower than the caution threshold.<br><br>If the temperature exceeds the caution threshold, the fan speeds are increased to maximum.<br><br>If the temperature exceeds the caution threshold for 60 seconds, a graceful server shutdown is attempted.<br><br>• Critical—If temperatures are uncontrollable or rise quickly, the critical temperature threshold prevents system failure by physically shutting down the server before the high temperature causes an electronic component failure.<br><br>In this case, iLO 6 shuts down immediately. In another mechanism the shutdown is delayed by about 10 seconds.<br><br>Monitoring policies differ depending on the server requirements. Policies usually include:<br><br>• Increasing fan speeds to maximum cooling.<br><br>• Logging temperature events in the IML.<br><br>• Providing a visual indication of events by using LED indicators.<br><br>• Starting a graceful shutdown of the operating system to avoid data corruption.<br><br>Additional policies are implemented after an excessive temperature condition is corrected. For example:<br><br>• Returning the fan speed to normal.<br><br>• Recording the event in the IML.<br><br>• Turning off the LED indicators.<br><br>• Canceling shutdowns in progress (if applicable).<br><br>HPE iLO 6 User Guide at 237-38. |

<table>
<tr><th>Claim 1</th><th>Exemplary HPE Server Products</th></tr>
<tr><td></td><td>
<h3>Increased cooling</h3>
Increased cooling raises the minimum fan speed on all sensors and lowers the operating point on sensors with closed-loop fan control (nonlinear fan ramp). It provides increased fan speed based on ambient conditions as well.
– Increased cooling is designed to protect third-party approved option cards that a customer may install, and the server doesn’t have visibility to temperature reporting. This prevents the cards from overheating.
– May increase opportunistic turbo frequency.
– Overall increase on fan speeds can reduce the exhaust temperature, but at an expense of higher fan power.
– Higher noise levels should be anticipated.
“HPE iLO Server Thermal Setting Options”[12] at 3.
3. Viewing Fan Information
<ul>
<li>Navigate to Power & Thermal → Fans or Fans & Cooling Modules.</li>
<li>Optional: Toggle show/hide empty bays to view empty fan slots.</li>
<li>Fan summary details:
<ul>
<li>Overall Status: Health status of all fans.</li>
<li>Redundancy: Fan redundancy status.</li>
<li>Minimum Fan Speed: Configured speed (0–100%).</li>
<li>Thermal Configuration: Current thermal configuration value.</li>
</ul></li>
<li>Fan details (per fan):
<ul>
<li>Name, location, redundancy, status, and speed (%).</li>
</ul></li>
</ul>
Notes:
<ul>
<li>Fans adjust speed based on temperature and failover policies.</li>
<li>In case of multiple fan failures, the server may initiate a graceful shutdown.</li>
</ul>
“Configuring and Monitoring Cooling Features on HPE ProLiant and Compute Gen11 Servers.”[13]
</td></tr>
</table>

12 Available at https://www.hpe.com/psnow/doc/a50009070enw.

13 Available at https://support.hpe.com/hpesc/public/docDisplay?docId=sf000111568en_us&docLocale=en_US.

| Claim 1 | Exemplary HPE Server Products |
|---|---|
| | **Thermal configuration settings**<br><br>Optimal Cooling<br><br>Provides the most efficient solution by configuring fan speeds to the minimum required to provide adequate cooling.<br><br>Enhanced CPU Cooling<br><br>Provides additional cooling to the processors, which can improve performance.<br><br>Increased Cooling<br><br>Operates fans at a higher speed.<br><br>Maximum Cooling<br><br>Provides the maximum cooling available for the system.<br><br>Acoustic Mode<br><br>Sets a maximum fan speed for the purpose of lowering fan noise. Using this configuration might result in processor throttling in some workloads. This setting is not suitable for systems with GPUs.<br><br>This setting is supported on HPE Edgeline EL1000 or HPE Edgeline EL4000 systems with HPE ProLiant m750 Server Blades.<br><br>The thermal configuration setting overrides the minimum fan speed setting if the thermal configuration value is greater than the minimum fan speed value.<br><br>HPE iLO 5 User Guide at 241. |

| Claim 1 | Exemplary HPE Server Products |
| --- | --- |
| | **Thermal configuration settings**<br><br>Optimal Cooling<br><br>Provides the most efficient solution by configuring fan speeds to the minimum required to provide adequate cooling.<br><br>Enhanced CPU Cooling<br><br>Provides additional cooling to the processors, which can improve performance.<br><br>Increased Cooling<br><br>Operates fans at a higher speed.<br><br>Maximum Cooling<br><br>Provides the maximum cooling available for the system.<br><br>Smooth Cooling<br><br>Reduces fan speed response, resulting in an improvement in the acoustic experience.<br><br>The thermal configuration setting overrides the minimum fan speed setting if the thermal configuration value is greater than the minimum fan speed value.<br><br>HPE iLO 6 User Guide at 233.<br><br>• **Embedded System Health for HPE ProLiant**<br>On supported server models, the HPE iLO for ProLiant management processor monitors fans, temperature sensors, power supply sensors and VRMs without having the System Management Driver loaded. The status of these is accessible from all HPE iLO for ProLiant user interfaces (browser, SMASH command line Redfish API, XML scripts and IPMI) independent of the host operating system The intelligence of iLO manages the Sea of Sensors thermal control, directs the Dynamic Power Capping technology and monitors the health of server components.<br><br>HPE Integrated Lights-Out (iLO) QuickSpecs – Version 37 at 5. |