# EXHIBIT 10

# Illustrative Claim Chart for U.S. Patent No. 10,628,273

| ’273 Patent Claim | Exemplary HPE Servers |
|---|---|
| 1[pre] A node system comprising:[1] | The exemplary HPE Server Products comprise a node system.<br><br>*See, e.g.*,<br><br><br><br><br>“HPE ProLiant DL385 Gen10 Plus Server.”[2] |
| 1[a] a first computer that executes processing when operating as an active | The exemplary HPE Server Products comprise a first computer that executes processing when operating as an active system of a redundant system. For example, the exemplary HPE Server Products support High Availability (HA), Fault Tolerance (FT), and other redundant features that allow a first computer that executes processing when operating as an active system of a redundant system.<br><br>*See, e.g.*,: |

[1] Cloud Byte’s inclusion of any claim preamble in this claim chart should not be interpreted as an admission that the preamble is limiting. Cloud Byte reserves the right to take the position that the claim preambles are limiting or not limiting on a claim-by-claim basis.

[2] Available at https://www.hpe.com/psnow/doc/a00073549enw.

| ’273 Patent Claim | Exemplary HPE Servers |
|---|---|
| system of a redundant system; | **VMware vSphere High Availability**<br><br>VMware vSphere High Availability delivers the availability required by most applications running in virtual machines, independent of the operating system and applications running in it. High Availability provides uniform, cost-effective failover protection against hardware and operating system outages within your virtualized IT environment. High Availability allows you to:<br><br>• Monitor VMware vSphere hosts and virtual machines to detect hardware and guest operating system failures.<br>• Restart virtual machines on other vSphere hosts in the cluster without manual intervention when a server outage is detected.<br>• Reduce application downtime by automatically restarting virtual machines upon detection of an operating system failure.<br><br>“VMware vSphere High Availability.”[3]<br><br>**Reliability**<br><br>When an outage occurs, the last thing you want to worry about is whether a high availability solution will work. Guided by real-world customer feedback, VMware has added capabilities to maximize your confidence in High Availability, including the following:<br><br>• Elimination of external component dependencies—High Availability does not depend on DNS resolution. This reduces the likelihood that an external component outage will disrupt High Availability operations.<br>• Multiple communication paths—High Availability nodes within a cluster can communicate through the storage subsystem as well as over the management network. Multiple communication paths increase redundancy and enable better assessment of the health of a vSphere host and its virtual machines.<br>• VM-VM anti-affinity rules—High Availability respects VM-VM anti-affinity rules defined in VMware vSphere Distributed Resource Scheduler, eliminating the need for VMware vSphere vMotion migrations after failover. |

[3] Available at https://www.vmware.com/products/vsphere/high-availability.html.

| ’273 Patent Claim | Exemplary HPE Servers |
| --- | --- |
| | *Id.*<br><br>## How vSphere HA Works<br>*Last Updated October 23, 2025*<br><br>vSphere HA provides high availability for virtual machines by pooling the virtual machines and the hosts they reside on into a cluster. Hosts in the cluster are monitored and in the event of a failure, the virtual machines on a failed host are restarted on alternate hosts.<br><br>When you create a vSphere HA cluster, a single host is automatically elected as the primary host. The primary host communicates with vCenter Server and monitors the state of all protected virtual machines and of the secondary hosts. Different types of host failures are possible, and the primary host must detect and appropriately deal with the failure. The primary host must distinguish between a failed host and one that is in a network partition or that has become network isolated. The primary host uses network and datastore heartbeating to determine the type of failure.<br><br><br> |

| ’273 Patent Claim | Exemplary HPE Servers |
| --- | --- |
| | “VMware vSphere 7.0 Product Guide,”[4] at 3088; *see also* https://techdocs.broadcom.com/us/en/vmware-cis/vsphere/vsphere/7-0/vsphere-availability/creating-and-using-vsphere-ha-clusters/how-vsphere-ha-works.html.<br><br>**vSphere FT Architecture**<br><br>vSphere FT enables a virtual machine to survive a physical server failure by creating an exact replica virtual machine on another host that can take over at the time of failure. During failover, the transition of a vSphere FT virtual machine from one physical server to another is similar to a migration using vSphere vMotion®: it is completely seamless. That means there is zero downtime, zero data loss, zero connection loss, continuous service availability, and complete transaction integrity.<br><br><br><br><br>**Figure 1. Fast Checkpointing keeps the secondary virtual machine in sync with the primary virtual machine.**<br><br>vSphere FT works by continuously replicating an entire running virtual machine from one physical server to another. The result is that an FT-protected virtual machine has two replicas: the primary virtual machine and the secondary virtual machine, each running on distinct ESXi hosts. These replicas are logically identical —they represent a single virtual machine state and a single network identity, but they are physically distinct. Each replica has its own set of virtual machine files (including VMX and VMDK files), which vSphere FT automatically keeps in sync. When a physical server fails, one of the replicas will resume execution, and the virtual machine state, the network identity, and all active network connections for the virtual machine will be identical, ensuring a seamless failover process. |

[4] Available at https://techdocs.broadcom.com/content/dam/broadcom/techdocs/us/en/pdf/vmware/vsphere/vsphere/vmware-vsphere-7-0.pdf.

| ’273 Patent Claim | Exemplary HPE Servers |
|---|---|
| | “VMware vSphere 6 Fault Tolerance – Architecture and Performance,”[5] at 3.<br>Failover clustering is a powerful strategy to ensure high availability and uninterrupted operations in critical environments. It involves a configuration of independent computers, known as nodes, which work together to enhance the availability and scalability of applications and services, now referred to as clustered roles. These nodes are interconnected through both physical cabling and software.<br><br>If a failure occurs in one or more nodes, the remaining nodes automatically take over the workload, a process called failover, minimizing disruptions. Additionally, the health of clustered roles is continuously monitored. If any issues are detected, the roles are either restarted or migrated to another node to maintain seamless operation. This proactive approach ensures that services remain consistently available, even if hardware or software failures occur.<br><br>Networking is a crucial role in failover clusters by enabling reliable communication and efficient data exchange among cluster nodes and with external clients. Clusters often employ dedicated private networks for internal functions such as heartbeat signals and cluster management, while separate public networks handle client access and application data. This network separation enhances performance and security by isolating critical cluster traffic from external disruptions. It also increases fault tolerance, ensuring that internal cluster operations remain uninterrupted and that client connections maintain high availability during failover events.<br><br>The cluster's health is continuously monitored through heartbeat signals, which help detect any issues. If a problem arises, the system can automatically initiate a failover to maintain service continuity. To protect sensitive data and meet organizational standards, failover clusters incorporate robust security measures such as encryption to secure data both in transit and at rest. They also use granular access control to manage permissions and access rights effectively. |

[5] Available at https://www.vmware.com/docs/vmware-vsphere6-ft-arch-perf.

| ’273 Patent Claim | Exemplary HPE Servers |
| --- | --- |
| | “Failover Clustering in Windows Server and Azure Local,”[6] at 1.<br><br>• Cluster sets group multiple clusters together into a loosely coupled grouping of multiple failover clusters that come in three types: compute, storage, and hyper-converged. This grouping increases the number of servers in a single software-defined datacenter (SDDC) solution beyond the current limits of a cluster. With cluster sets, you can move online virtual machines between clusters within the cluster set. For more information, see Deploy a cluster set.<br><br>• Clusters are now Azure-aware by default. Azure-aware clusters automatically detect when they're running in Azure IaaS virtual machines, then optimize their configuration to achieve the highest levels of availability. These optimizations include proactive failover and logging of Azure planned maintenance events. Automated optimization makes deployment simpler by removing the need to configure the load balancer with Distributed Network Name for the cluster name.<br><br>“Windows Server get started documentation,”[7] at 54-55. |

[6] Available at https://learn.microsoft.com/pdf?url=https%3A%2F%2Flearn.microsoft.com%2Fen-us%2Fwindows-server%2Ffailover-clustering%2Ftoc.json.

[7] Available at https://learn.microsoft.com/pdf?url=https%3A%2F%2Flearn.microsoft.com%2Fen-us%2Fwindows-server%2Fget-started%2Ftoc.json.

| ’273 Patent Claim | Exemplary HPE Servers |
| --- | --- |
| | Windows Server Failover Clustering provides high availability for workloads running on Azure Stack HCI and Windows Server clusters. These resources are considered highly available if the nodes that host resources are up; however, the cluster generally requires more than half the nodes to be running, which is known as having *quorum*.<br><br>Quorum is designed to prevent *split-brain* scenarios that can happen when there's a partition in the network and subsets of nodes can't communicate with each other. This can cause both subsets of nodes to try to own the workload and write to the same disk, which can lead to numerous problems. However, this is prevented with Failover Clustering's concept of quorum, which forces only one of these groups of nodes to continue running, so only one of these groups stays online.<br><br>Quorum determines the number of failures that the cluster can sustain while still remaining online. Quorum is designed to handle the scenario when there's a problem with communication between subsets of cluster nodes, so that multiple servers don't try to simultaneously host a resource group and write to the same disk at the same time. By having this concept of quorum, the cluster forces the cluster service to stop in one of the subsets of nodes to ensure that there's only one true owner of a particular resource group. Nodes that have been stopped can once again communicate with the main group of nodes and will automatically rejoin the cluster and start their cluster service.<br><br>In Azure Stack HCI and Windows Server 2019, there are two components of the system that have their own quorum mechanisms:<br><br>• **Cluster Quorum**: This operates at the cluster level (i.e. you can lose nodes and have the cluster stay up)<br>• **Pool Quorum**: This operates on the pool level (i.e. you can lose nodes and drives and have the pool stay up). Storage pools were designed to be used in both clustered and non-clustered scenarios, which is why they have a different quorum mechanism.<br><br>Failover Clustering in Windows Server and Azure Local, at 195. |

| ’273 Patent Claim | Exemplary HPE Servers |
| --- | --- |
| | # Fault domain awareness<br>Article • 02/16/2023<br>> Applies to: Windows Server 2022, Windows Server 2019, Windows Server 2016, Azure Stack HCI, versions 21H2 and 20H2<br><br>Failover Clustering enables multiple servers to work together to provide high availability – or put another way, to provide node fault tolerance. But today's businesses demand ever-greater availability from their infrastructure. To achieve cloud-like uptime, even highly unlikely occurrences such as chassis failures, rack outages, or natural disasters must be protected against. That's why Failover Clustering in Windows Server 2016 introduced chassis, rack, and site fault tolerance as well.<br>Failover Clustering in Windows Server and Azure Local, at 212. |

| '273 Patent Claim | Exemplary HPE Servers |
|---|---|
| | **Deploying a two-node clustered file server**<br><br>Article • 10/17/2023<br><br>Applies to: Windows Server 2022, Windows Server 2019, Windows Server 2016<br><br>A failover cluster is a group of independent computers that work together to increase the availability of applications and services. The clustered servers, called *nodes*, are connected by both physical cables and software. If one of the cluster nodes fails, another node begins to provide service, which is a process known as *failover*. Because of this process, users experience minimal disruptions in service. For more information about how to use failover clusters in Azure Stack HCI, see Create an Azure Stack HCI cluster using Windows Admin Center.<br><br>This guide describes how to install and configure a general purpose file server failover cluster with two nodes. With these instructions, you can learn about failover clusters and familiarize yourself with the Failover Cluster Management snap-in interface in Windows Server 2019 or Windows Server 2016.<br><br>Failover Clustering in Windows Server and Azure Local, at 18. |

<table>
<tr><th>’273 Patent Claim</th><th>Exemplary HPE Servers</th></tr>
<tr><td></td><td><h2>How two-node file server clusters work</h2> Servers in a failover cluster can function in many different roles, including file server, Hyper-V server, or database server. They can also provide high availability for various other services and applications. A failover cluster usually includes a storage unit that's physically connected to all servers within the cluster, although only one server at a time can access the volumes in the storage. The following diagram shows a two-node failover cluster connected to a storage unit. Failover Clustering in Windows Server and Azure Local, at 18. </td></tr>
</table>

| ’273 Patent Claim | Exemplary HPE Servers |
|---|---|
| | <br>Storage volumes or logical unit numbers (LUNs) exposed to the nodes in a cluster must not be exposed to other servers, including servers in another cluster. The following diagram shows an example of what isolated LUNs look like in a deployment.<br><br>Failover Clustering in Windows Server and Azure Local, at 18-19. |

| ’273 Patent Claim | Exemplary HPE Servers |
|---|---|
| | **Deploy a cluster set**<br>Article • 09/08/2022<br>Applies to: Windows Server 2019<br>This article provides information on how to deploy a cluster set for Windows Server Failover Clusters using PowerShell. A cluster set is a group of multiple failover clusters that are clustered together. By using a cluster set, you can increase the number of server nodes in a single Software Defined Data Center (SDDC) cloud by orders of magnitude.<br>Cluster sets have been tested and supported up to 64 total cluster nodes. However, cluster sets can scale to much larger limits and aren't hardcoded for a limit.<br>Failover Clustering in Windows Server and Azure Local, at 177. |

| ’273 Patent Claim | Exemplary HPE Servers |
| --- | --- |
| | ## Benefits<br><br>Cluster sets offer the following benefits:<br><br>• Significantly increases the supported SDDC cloud scale for running highly available virtual machines (VMs) by combining multiple smaller clusters into a single large fabric, while keeping the software fault boundary to a single cluster. You can easily migrate VMs across the cluster set.<br><br>• Increased resiliency. Having four 4-node clusters in a cluster set gives you better resiliency than a single 16-node cluster in that multiple compute nodes can go down and production remains intact.<br><br>• Management of failover cluster lifecycle, including onboarding and retiring clusters, without impacting tenant VM availability.<br><br>• VM flexibility across individual clusters and a present a unified storage namespace.<br><br>• Easily change the compute-to-storage workload ratio in your hyper-converged environment.<br><br>• Benefit from Azure-like Fault Domains and Availability sets across individual clusters in initial VM placement and subsequent migration.<br><br>• Can use even if compute and storage hardware between cluster nodes isn't identical.<br><br>• Live migration of VMs between clusters.<br><br>• Azure-like availability sets and fault domains across multiple clusters.<br><br>Failover Clustering in Windows Server and Azure Local, at 177-78. |

<table>
<tr><th>’273 Patent Claim</th><th>Exemplary HPE Servers</th></tr>
<tr><td></td><td>

# Cluster Shared Volumes overview

07/09/2025

Applies to: ✅ Windows Server 2025, ✅ Windows Server 2022, ✅ Windows Server 2019, ✅ Windows Server 2016, ✅ Azure Local 2311.2 and later

A Cluster Shared Volume (CSV) enables multiple nodes in a Windows Server failover cluster or Azure Local to simultaneously have read-write access to the same LUN (disk) that is provisioned as an NTFS volume. The disk can be provisioned as Resilient File System (ReFS); however, the CSV drive is placed in *redirected mode*, meaning write access is sent to the coordinator node. With CSVs, clustered roles can fail over quickly from one node to another node without requiring a change in drive ownership, or dismounting and remounting a volume. CSVs also help simplify the management of a potentially large number of LUNs in a failover cluster.

CSV offers a clustered file system that operates on top of NTFS or ReFS. Typical uses for a CSV include:

- Clustered virtual hard disk (VHD/VHDX) files for a clustered Hyper-V virtual machine (VM).
- Scale-out file shares to store application data for the Scale-Out File Server clustered role. Examples of the application data for this role include Hyper-V VM files and Microsoft SQL Server data. ReFS isn't supported for a Scale-Out File Server in Windows Server 2012 R2 and previous releases. For more information about Scale-Out File Server, see Scale-Out File Server for Application Data.
- Microsoft SQL Server 2014 (or higher) Failover Cluster Instance (FCI). CSVs don't support the Microsoft SQL Server clustered workload in SQL Server 2012 and earlier versions of SQL Server.
- Windows Server 2019 or higher Microsoft Distributed Transaction Control (MSDTC).

</td></tr>
</table>

| ’273 Patent Claim | Exemplary HPE Servers |
| --- | --- |
| | Failover Clustering in Windows Server and Azure Local, at 245.<br><br>**Network configuration considerations**<br><br>Consider the following when you configure the networks that support CSVs.<br><br>• **Multiple networks and multiple network adapters**<br><br>To enable fault tolerance if a network failure occurs, we recommend that multiple cluster networks carry CSV traffic or that you configure teamed network adapters. If the cluster nodes are connected to networks that shouldn't be used by the cluster, you should disable them. For example, we recommend that you disable iSCSI networks for cluster use to prevent CSV traffic on those networks. To disable a network, in Failover Cluster Manager, select **Networks**, select the network, select the **Properties** action, and then select **Do not allow cluster network communication on this network**. Alternatively, you can configure the **Role** property of the network by using the Get-ClusterNetwork cmdlet.<br>Failover Clustering in Windows Server and Azure Local, at 249. |

| ’273 Patent Claim | Exemplary HPE Servers |
| --- | --- |
| | <br>Failover Clustering in Windows Server and Azure Local, at 179. |

| ’273 Patent Claim | Exemplary HPE Servers |
|---|---|
| | See below |

# Failover clustering components

A failover cluster consists of the components described in the following table.

Expand table

| Component | Description |
|---|---|
| Nodes | Windows Server computers that are members of a failover cluster. These computers have the Windows Server failover clustering feature installed, and they run highly available workloads consisting of services, applications, and resources. |
| Clients | Computers that consume highly available services and applications running in a failover cluster. There should be multiple network paths between clients and the cluster. |
| Networks | Enable communication between nodes and computers consuming clustered workloads. In addition, nodes frequently access shared storage. |
| Clustered role | A highly-available role or service that runs on the cluster node. Clients consume this service by connecting to the cluster node. If such a service becomes unavailable on one node, the failover cluster fails it over automatically to another node. |
| Resources | Physical or logical elements such as a shared folder, disk, or IP address, which the failover cluster manages. Resources may provide service to clients or may be integral parts of highly available applications. A resource can run only on a single node at any given time. |
| Cluster storage | In addition to its own local storage, where the Windows Server OS is installed, each cluster node has access to highly available shared storage, where application configuration and data reside. For example, *cluster storage* hosts configuration data and virtual hard disks of highly available guest VMs. |

| '273 Patent Claim | Exemplary HPE Servers |
| --- | --- |
| |   "Define Windows Server Failover Clustering."[8] |

[8] Available at https://learn.microsoft.com/en-us/training/modules/implement-windows-server-failover-cluster/2-define-windows-server-failover-cluster.

| ’273 Patent Claim | Exemplary HPE Servers |
|---|---|
| | # High Availability Clusters<br><br>**High-availability clusters** (also known as **HA clusters** , **failover clusters** or **Metroclusters Active/Active** ) are groups of computers that support server applications that can be reliably utilised with a minimum amount of down-time.<br><br>They operate by using high availability software to harness redundant computers in groups or clusters that provide continued service when system components fail.<br><br>Without clustering, if a server running a particular application crashes, the application will be unavailable until the crashed server is fixed. HA clustering remedies this situation by detecting hardware/software faults, and immediately restarting the application on another system without requiring administrative intervention, a process known as failover.<br><br>As part of this process, clustering software may configure the node before starting the application on it. For example, appropriate file systems may need to be imported and mounted, network hardware may have to be configured, and some supporting applications may need to be running as well.<br><br>HA clusters are often used for critical databases, file sharing on a network, business applications, and customer services such as electronic commerce websites.<br><br>“Ubuntu – Introduction to High Availability.”[9] |

[9] Available at https://ubuntu.com/server/docs/introduction-to-high-availability.

<table>
<tr><th>’273 Patent Claim</th><th>Exemplary HPE Servers</th></tr>
<tr><td></td><td>

## High Availability cluster heartbeat

> HA cluster implementations attempt to build redundancy into a cluster to eliminate single points of failure, including multiple network connections and data storage which is redundantly connected via storage area networks.
>
> HA clusters usually use a heartbeat private network connection which is used to monitor the health and status of each node in the cluster. One subtle but serious condition all clustering software must be able to handle is split-brain, which occurs when all of the private links go down simultaneously, but the cluster nodes are still running.
>
> If that happens, each node in the cluster may mistakenly decide that every other node has gone down and attempt to start services that other nodes are still running. Having duplicate instances of services may cause data corruption on the shared storage.

Ubuntu – Introduction to High Availability.

## High Availability Cluster Quorum

> HA clusters often also use quorum witness storage (local or cloud) to avoid this scenario. A witness device cannot be shared between two halves of a split cluster, so in the event that all cluster members cannot communicate with each other (e.g., failed heartbeat), if a member cannot access the witness, it cannot become active.

Ubuntu – Introduction to High Availability.

</td></tr>
</table>

| ’273 Patent Claim | Exemplary HPE Servers |
|---|---|
| | Example<br><br><br>Ubuntu – Introduction to High Availability. |

<table>
<tr><th>’273 Patent Claim</th><th>Exemplary HPE Servers</th></tr>
<tr><td></td><td>

# Linux High Availability Projects

There are many upstream high availability related projects that are included in Ubuntu Linux. This section will describe the most important ones.

The following packages are present in latest Ubuntu LTS release:

## Ubuntu HA Core Packages

Packages in this list are supported just like any other package available in **[main] repository** would be.

| PACKAGE | URL |
|---|---|
| libqb | Ubuntu \| Upstream |
| kronosnet | Ubuntu \| Upstream |
| corosync | Ubuntu \| Upstream |
| pacemaker | Ubuntu \| Upstream |
| resource-agents | Ubuntu \| Upstream |
| fence-agents | Ubuntu \| Upstream |
| crmsh | Ubuntu \| Upstream |
| pcs* | Ubuntu \| Upstream |
| cluster-glue | Ubuntu \| Upstream |
| drbd-utils | Ubuntu \| Upstream |
| dlm | Ubuntu \| Upstream |
| gfs2-utils | Ubuntu \| Upstream |
| keepalived | Ubuntu \| Upstream |

Ubuntu – Introduction to High Availability.
</td></tr>
</table>

| ’273 Patent Claim | Exemplary HPE Servers |
|---|---|
| | • `libqb` - Library which provides a set of high performance client-server reusable features. It offers high performance logging, tracing, IPC and poll. Its initial features were spun off the `Corosync` cluster communication suite to make them accessible for other projects.<br><br>• `Kronosnet` - `Kronosnet`, often referred to as `knet`, is a network abstraction layer designed for High Availability. `Corosync` uses `Kronosnet` to provide multiple networks for its interconnect (replacing the old Totem Redundant Ring Protocol) and add support for some more features like interconnect network hot-plug.<br><br>• `Corosync` - or *Cluster Membership Layer*, provides reliable messaging, membership and quorum information about the cluster. Currently, Pacemaker supports `Corosync` as this layer.<br><br>• **Pacemaker** - or *Cluster Resource Manager*, provides the brain that processes and reacts to events that occur in the cluster. Events might be: nodes joining or leaving the cluster, resource events caused by failures, maintenance, or scheduled activities. To achieve the desired availability, Pacemaker may start and stop resources and fence nodes.<br><br>• **Resource Agents** - Scripts or operating system components that start, stop or monitor resources, given a set of resource parameters. These provide a uniform interface between pacemaker and the managed services.<br><br>• **Fence Agents** - Scripts that execute node fencing actions, given a target and fence device parameters.<br><br>• **crmsh** - Advanced command-line interface for High-Availability cluster management in GNU/Linux.<br><br>• **pcs** - Pacemaker command line interface and GUI. It permits users to easily view, modify and create pacemaker based clusters. `pcs` also provides `pcsd`, which operates as a GUI and remote server for `pcs`. Together `pcs` and `pcsd` form the recommended configuration tool for use with pacemaker. *NOTE: It was added to the [main] repository in Ubuntu Lunar Lobster (23.10).*<br>Ubuntu – Introduction to High Availability. |

| ’273 Patent Claim | Exemplary HPE Servers |
| --- | --- |
| | • **cluster-glue** - Reusable cluster components for Linux HA. This package contains node fencing plugins, an error reporting utility, and other reusable cluster components from the Linux HA project.<br><br>• **DRBD** - Distributed Replicated Block Device, **DRBD** is a distributed replicated storage system for the Linuxplatform. It is implemented as a kernel driver, several userspace management applications, and some shell scripts. DRBD is traditionally used in high availability (HA) clusters.<br><br>• **DLM** - A distributed lock manager (DLM) runs in every machine in a cluster, with an identical copy of a cluster-wide lock database. In this way DLM provides software applications which are distributed across a cluster on multiple machines with a means to synchronize their accesses to shared resources.<br><br>• **gfs2-utils** - Global File System 2 - filesystem tools. The Global File System allows a cluster of machines to concurrently access shared storage hardware like SANs or iSCSI and network block devices.<br><br>• **Keepalived** - Keepalived provides simple and robust facilities for loadbalancing and high-availability to Linux system and Linux based infrastructures. Loadbalancing framework relies on well-known and widely used Linux Virtual Server (IPVS) kernel module providing Layer4 loadbalancing. Keepalived implements a set of checkers to dynamically and adaptively maintain and manage loadbalanced server pool according their health. On the other hand high-availability is achieved by VRRP protocol.<br><br>Ubuntu – Introduction to High Availability. |

<table>
<tr><th>’273 Patent Claim</th><th>Exemplary HPE Servers</th></tr>
<tr><td></td><td>
<h2>Ubuntu HA Community Packages</h2>
Packages in this list are supported just like any other package available in [universe] repository would be.
<table>
<tr><th>PACKAGE</th><th>URL</th></tr>
<tr><td>pcs*</td><td>Ubuntu | Upstream</td></tr>
<tr><td>csync2</td><td>Ubuntu | Upstream</td></tr>
<tr><td>corosync-qdevice</td><td>Ubuntu | Upstream</td></tr>
<tr><td>fence-virt</td><td>Ubuntu | Upstream</td></tr>
<tr><td>sbd</td><td>Ubuntu | Upstream</td></tr>
<tr><td>booth</td><td>Ubuntu | Upstream</td></tr>
</table>
<ul>
<li>Corosync-Qdevice - Its primary use is for even-node clusters, operates at corosync (quorum) layer. Corosync-Qdevice is an independent arbiter for solving split-brain situations. (qdevice-net supports multiple algorithms).</li>
<li>SBD - A Fencing Block Device can be particularly useful in environments where traditional fencing mechanisms are not possible. SBD integrates with Pacemaker, a watchdog device and shared storage to arrange for nodes to reliably self-terminate when fencing is required.</li>
</ul>
<blockquote>Note: pcs was added to the [main] repository in Ubuntu Lunar Lobster (23.04).</blockquote>
Ubuntu – Introduction to High Availability.
</td></tr>
</table>

| ’273 Patent Claim | Exemplary HPE Servers |
|---|---|
| | ## Linux Clustering Concepts<br><br>A cluster is a group of computers (nodes) which work together to provide a shared solution. At a high level, a cluster can be viewed as having three parts (often defined as cluster stack).<br><br>### Basic concepts<br><br>• **Resources:** These are the reason for the cluster's being the services that need to be kept highly available.<br>• **Resource Agents:** These are scripts operating system components that start, stop, and monitor resources, given a set of resource parameters.<br>• **Fence Agents:** These are scripts that execute a node fencing actions, given a target and fence device.<br>• **Fencing:** The ability to disable nodes.<br>• **Quorum:** Encapsulates the ability to determine whether the cluster can continue to operate safely or not.<br><br>### Cluster types<br><br>The four types are as follows:<br><br>• **High Availability (HA):** Used for Fault Tolerance to keep server services available to employees or customers.<br>• **Load Balancing:** Balances the load between multiple systems when a service needs to be available to numerous systems at once (can be used for other three types of Clusters).<br>• **Distributed:** Jobs will be managed by different systems.<br>• **Parallel (Beowulf):** Jobs are managed by multiple processors on multiple systems.<br><br>As well by the configuration there are several types of clusters:<br><br>• **Manual clustering:** Lets you classify, merge, split clusters manually if the output of the automatic spike sorting algorithms are not satisfactory.<br>• **Merging clusters:** When multiple clusters seem to correspond to the same unit.<br>• **Splitting clusters:** You can create a new cluster by drawing a polygon around a set of spikes in the feature view, the amplitude view, the template amplitude view, or the spike attribute views.<br><br>“Rackspace – Clustering concepts.”[10] |

[10] Available at https://docs.rackspace.com/docs/clustering-concepts.

| '273 Patent Claim | Exemplary HPE Servers |
|---|---|
| | **Reasons to have a cluster**<br><br>There are different reasons for using a cluster. We use them to provide a resilient, highly available backend for solutions. This is primarily for backend services like MySQL, NFS or Redis where the service can be behind a front end of web servers.<br><br>High availability is provided via automatic failover - if there is a failure on a cluster node, the clustered services running on that node will automatically relocate away to a node that is running properly.<br><br>Clusters will generally use shared storage (SAN) so that data will be persistent when services move between nodes.<br><br>In the event if a node becomes unresponsive, typically that node will be rebooted (fenced) by other nodes in order to preserve data integrity of the shared storage and floating IP ownership.<br><br>**Linux Open Source High Availability Clustering**<br><br>Some Linux operating system vendors offer clustering software, such as SUSE Linux HAE; Red Hat Enterprise Linux (RHEL); and Oracle Real Application Clusters (RAC).<br><br>While they allow you to create a failover cluster, they present a variety of challenges, thist is highly manual and prone to human error.<br><br>Linux open-source HA extensions require a high degree of technical skill, creating complexity and reliability issues that challenge most operators.<br><br>Rackspace – Clustering concepts. |

<table>
<tr><th>’273 Patent Claim</th><th>Exemplary HPE Servers</th></tr>
<tr><td></td><td>

SIOS Clustering for Linux<br><br>
SIOS is a high availability company that has spent the past 20 years focused on delivering HA that is specifically designed for SAP, SQL, Linux, Oracle, and other applications. Its experience is built into its product, and installation and configuration take a fraction of the time and cost when compared to custom scripting with the Linux distributions. In addition, SIOS tests and validates new versions of operating systems and applications so its customers don’t have to. When a customer calls SIOS for support, they are connected to a high availability expert – someone who only focuses on HA and has been doing so for a very long time.<br><br>
In Linux the most used software is Pacemaker<br><br>
Pacemaker overview<br><br>
The High Availability Add-On cluster infrastructure provides the basic functions for a group of computers (called nodes or members) to work together as a cluster. Once a cluster is formed using the cluster infrastructure, you can use other components to suit your clustering needs (for example, setting up a cluster for sharing files on a GFS2 file system or setting up service failover). The cluster infrastructure performs the following functions:<br><br>
• Cluster management.<br>
• Lock management.<br>
• Fencing.<br>
• Cluster configuration management.<br><br>
Rackspace – Clustering concepts.
</td></tr>
</table>

| '273 Patent Claim | Exemplary HPE Servers |
|---|---|
| | **Overview**<br><br>*High availability* is the ability of an IT system to be accessible and reliable nearly 100% of the time, eliminating or minimizing downtime. It combines two concepts to determine if an IT system is meeting its operational performance level: that a given service or server is accessible–or available–almost 100% of the time without downtime, and that the service or server performs to reasonable expectations for an established time period. High availability is more than hitting an uptime service level agreement (SLA), or the expectations set between a service provider and client. It is about truly resilient, reliable, and well-functioning systems.<br><br>"Red Hat – What is high availability."[11] |

[11] Available at https://www.redhat.com/en/topics/linux/what-is-high-availability.

| ’273 Patent Claim | Exemplary HPE Servers |
|---|---|
| | ## What are high-availability clusters?<br><br>High-availability architectures run active failover clusters, so there is built-in redundancy and failover and—hopefully—zero downtime. Within the cluster, nodes are monitored not just for availability, but for overall performance of applications, services, and network. Because there is shared storage, there is no data loss if a node goes down, because all cluster nodes work from the same data source. Load balancing can be used to manage traffic for best performance.<br><br>Outside those broad characteristics, high-availability clusters can be designed for more specialized activities, depending on the priorities and activities within the IT infrastructure. The Red Hat Enterprise Linux High Availability Add-on, for example, has four default configurations:<br><br>• **High availability**: focuses on uptime and availability<br>• **High performance**: for high speed, concurrent operations<br>• **Load balancing**: for cost-effective scalability<br>• **Storage**: for resilient data management<br><br>In real-life environments, the high-availability systems  would incorporate aspects of those focus elements.<br><br>Red Hat – What is high availability. |

| ’273 Patent Claim | Exemplary HPE Servers |
|---|---|
| | ## High Availability Add-On<br><br>Red Hat® Enterprise Linux® provides the ability to create managed, highly available clusters with groups of RHEL servers. This Add-On can be configured to manage most applications (both off-the-shelf and custom) and provides a wide range of configuration options to fit most requirements. This Add-On includes:<br><br>• The Pacemaker cluster resource manager supports up to 32 (x86) nodes.<br>• Corosync and Kronosnet for managing network communication between cluster nodes.<br>• Booth and QDevice/QNetd for managing multisite and stretch clusters.<br>• A Pacemaker command line interface (pcs) and GUI (pcsd).<br>• A collection of resource agents for many commonly used applications as well as support for user-created resource agents, management of systemd services, and containers.<br>• A collection of fencing agents for use on bare metal servers, virtual machines, and cloud platforms.<br>• For IBM POWER and/or Z, please contact your sales representative.<br><br>Red Hat® Enterprise Linux® targets general-purpose clustering workloads. Its capabilities include support for a wide variety of application configurations, including active/passive, active/active & primary/secondary. The clustering software maintains high availability by automatically restarting and/or moving failing services (and their dependencies) to other functioning nodes.<br><br>Some well-known applications that run well with RHEL High Availability include SAP, Apache, PostgreSQL, and DB2. In addition, most custom applications can be managed by RHEL High Availability by using their systemd startup script or by writing a simple custom resource agent.<br>“Red Hat – High Availability Add-On.”[12] |

12 Available at https://www.redhat.com/en/store/high-availability-add.

<table>
<tr><th>’273 Patent Claim</th><th>Exemplary HPE Servers</th></tr>
<tr><td></td><td>
CHAPTER 1. HIGH AVAILABILITY ADD-ON OVERVIEW<br><br>
The High Availability Add-On is a clustered system that provides reliability, scalability, and availability to critical production services.<br><br>
A cluster is two or more computers (called nodes or members) that work together to perform a task. Clusters can be used to provide highly available services or resources. The redundancy of multiple machines is used to guard against failures of many types.<br><br>
High availability clusters provide highly available services by eliminating single points of failure and by failing over services from one cluster node to another in case a node becomes inoperative. Typically, services in a high availability cluster read and write data (by means of read-write mounted file systems). Therefore, a high availability cluster must maintain data integrity as one cluster node takes over control of a service from another cluster node. Node failures in a high availability cluster are not visible from clients outside the cluster. (High availability clusters are sometimes referred to as failover clusters.) The High Availability Add-On provides high availability clustering through its high availability service management component, Pacemaker.<br><br>
1.1. HIGH AVAILABILITY ADD-ON COMPONENTS<br><br>
The Red Hat High Availability Add-On consists of several components that provide the high availability service.<br><br>
The major components of the High Availability Add-On are as follows:<br><br>
• Cluster infrastructure - Provides fundamental functions for nodes to work together as a cluster: configuration file management, membership management, lock management, and fencing.<br><br>
• High availability service management - Provides failover of services from one cluster node to another in case a node becomes inoperative.<br><br>
• Cluster administration tools - Configuration and management tools for setting up, configuring, and managing the High Availability Add-On. The tools are for use with the cluster infrastructure components, the high availability and service management components, and storage.<br><br>
“Red Hat Enterprise Linux 8 – Configuring and managing high availability clusters,”[13] at 13.<br><br>
See also claim 1[pre].
</td></tr>
</table>

[13] Available at https://docs.redhat.com/en/documentation/red_hat_enterprise_linux/8/pdf/configuring_and_managing_high_availability_clusters/Red_Hat_Enterprise_Linux-8-Configuring_and_managing_high_availability_clusters-en-US.pdf.

| ’273 Patent Claim | Exemplary HPE Servers |
| --- | --- |
| 1[b] a second computer that is able to perform at least one of scale-up and scale-down when operating as a standby system of the redundant system; and | The exemplary HPE Server Products comprise a second computer that is able to perform at least one of scale-up and scale-down when operating as a standby system of the redundant system. For example, any other computer in a cluster could be the “second computer” that is able to perform at least one of scale-up and scale-down when operating as a standby system of the redundant system. Many options are available, including but not limited to scaling down a host within a cluster that loses its management network connection (referred to as “host isolation” response), and scaling up a new (*e.g.*, non-isolated) host.<br><br>*See, e.g.*,:<br><br><br> |

<table>
<tr><th>’273 Patent Claim</th><th>Exemplary HPE Servers</th></tr>
<tr><td></td><td>

“vSphere High Availability.”[14]<br><br>
Host Isolation Response<br>
Host isolation response determines what happens when a host in a vSphere HA cluster loses its management network connections, but continues to run. You can use the isolation response to have vSphere HA power off virtual machines that are running on an isolated host and restart them on a non-isolated host. Host isolation responses require that Host Monitoring Status is activated. If Host Monitoring Status is deactivated, host isolation responses are also suspended. A host determines that it is isolated when it is unable to communicate with the agents running on the other hosts, and it is unable to ping its isolation addresses. The host then executes its isolation response. The responses are Power off and restart VMs or Shutdown and restart VMs. You can customize this property for individual virtual machines.</td></tr>
</table>

[14] Available at https://www.vmware.com/products/cloud-infrastructure/vsphere/high-availability.

| ’273 Patent Claim | Exemplary HPE Servers |
|---|---|
| | VMware vSphere 7.0 Product Guide, at 3090.<br><br>*See also id.* at 3089, for other host failure scenarios (*e.g.*, “failure,” “isolation,” and “partition”) that also result in a scale-up or scale-down operation.<br><br>**Host Failure Types**<br><br>Add to Library \| RSS \| Download PDF \| Feedback<br><br>Updated on 07/20/2020<br><br>Selected product version: VMware vSphere 7.0<br><br>The primary host of a VMware vSphere® High Availability cluster is responsible for detecting the failure of secondary hosts. Depending on the type of failure detected, the virtual machines running on the hosts might need to be failed over.<br><br>In a vSphere HA cluster, three types of host failure are detected:<br>• Failure. A host stops functioning.<br>• Isolation. A host becomes network isolated.<br>• Partition. A host loses network connectivity with the primary host.<br><br>The primary host monitors the liveness of the secondary hosts in the cluster. This communication happens through the exchange of network heartbeats every second. When the primary host stops receiving these heartbeats from a secondary host, it checks for host liveness before declaring the host failed. The liveness check that the primary host performs is to determine whether the secondary host is exchanging heartbeats with one of the datastores. See Datastore Heartbeating. Also, the primary host checks whether the host responds to ICMP pings sent to its management IP addresses.<br><br>If a primary host cannot communicate directly with the agent on a secondary host, the secondary host does not respond to ICMP pings. If the agent is not issuing heartbeats, it is viewed as failed. The host's virtual machines are restarted on alternate hosts. If such a secondary host is exchanging heartbeats with a datastore, the primary host assumes that the secondary host is in a network partition or is network isolated. So, the primary host continues to monitor the host and its virtual machines. See Network Partitions.<br><br>Host network isolation occurs when a host is still running, but it can no longer observe traffic from vSphere HA agents on the management network. If a host stops observing this traffic, it attempts to ping the cluster isolation addresses. If this pinging also fails, the host declares that it is isolated from the network.<br><br>The primary host monitors the virtual machines that are running on an isolated host. If the primary host observes that the VMs power off, and the primary host is responsible for the VMs, it restarts them.<br><br>VMware vSphere 7.0 Product Guide, at 3089. |

<table>
<tr><th>’273 Patent Claim</th><th>Exemplary HPE Servers</th></tr>
<tr><td></td><td>
Using vSphere HA and DRS Together<br><br>
Using vSphere HA with Distributed Resource Scheduler (DRS) combines automatic failover with load balancing. This combination can result in a more balanced cluster after vSphere HA has moved virtual machines to different hosts.<br><br>
When vSphere HA performs failover and restarts virtual machines on different hosts, its first priority is the immediate availability of all virtual machines. After the virtual machines have been restarted, those hosts on which they were powered on might be heavily loaded, while other hosts are comparatively lightly loaded. vSphere HA uses the virtual machine's CPU and memory reservation and overhead memory to determine if a host has enough spare capacity to accommodate the virtual machine.<br>
In some scenarios, vSphere HA might not be able to fail over virtual machines because of resource constraints. This can occur for several reasons.<br><br>
▪ HA admission control is disabled and Distributed Power Management (DPM) is enabled. This can result in DPM consolidating virtual machines onto fewer hosts and placing the empty hosts in standby mode leaving insufficient powered-on capacity to perform a failover.<br><br>
▪ VM-Host affinity (required) rules might limit the hosts on which certain virtual machines can be placed.<br><br>
▪ There might be sufficient aggregate resources but these can be fragmented across multiple hosts so that they can not be used by virtual machines for failover.<br><br>
In such cases, vSphere HA can use DRS to try to adjust the cluster (for example, by bringing hosts out of standby mode or migrating virtual machines to defragment the cluster resources) so that HA can perform the failovers.<br>
VMware vSphere 7.0 Product Guide, at 3101.
</td></tr>
</table>

| ’273 Patent Claim | Exemplary HPE Servers |
|---|---|
| | vSphere Cluster Services<br>*Last Updated November 5, 2025*<br>vSphere Cluster Services (vCLS) is activated by default and runs in all vSphere clusters. vCLS ensures that if vCenter Server becomes unavailable, cluster services remain available to maintain the resources and health of the workloads that run in the clusters. vCenter Server is still required to run DRS and HA.<br>vCLS is activated when you upgrade to vSphere 7.0 Update 3 or when you have a new vSphere 7.0 Update 3 or later deployment. vCLS is upgraded as part of vCenter Server upgrade.<br>VMware vSphere 7.0 Product Guide, at 1738. |

<table>
<tr><th>’273 Patent Claim</th><th>Exemplary HPE Servers</th></tr>
<tr><td></td><td>

## vSphere FT Architecture

vSphere FT enables a virtual machine to survive a physical server failure by creating an exact replica virtual machine on another host that can take over at the time of failure. During failover, the transition of a vSphere FT virtual machine from one physical server to another is similar to a migration using vSphere vMotion®: it is completely seamless. That means there is zero downtime, zero data loss, zero connection loss, continuous service availability, and complete transaction integrity.




**Figure 1. Fast Checkpointing keeps the secondary virtual machine in sync with the primary virtual machine.**

vSphere FT works by continuously replicating an entire running virtual machine from one physical server to another. The result is that an FT-protected virtual machine has two replicas: the primary virtual machine and the secondary virtual machine, each running on distinct ESXi hosts. These replicas are logically identical —they represent a single virtual machine state and a single network identity, but they are physically distinct. Each replica has its own set of virtual machine files (including VMX and VMDK files), which vSphere FT automatically keeps in sync. When a physical server fails, one of the replicas will resume execution, and the virtual machine state, the network identity, and all active network connections for the virtual machine will be identical, ensuring a seamless failover process.

VMware vSphere 6 Fault Tolerance – Architecture and Performance, at 3.
</td></tr>
</table>

| ’273 Patent Claim | Exemplary HPE Servers |
|---|---|
| | VMware vSphere Fault Tolerance (vSphere FT) provides continuous availability for applications in the event of physical server failures by creating a live shadow instance of a virtual machine that is always up to date with the primary virtual machine. In the event of a hardware outage, vSphere FT automatically triggers failover, ensuring zero downtime and preventing data loss. vSphere FT is easy to set up and configure and does not require any OS-specific or application-specific agents or configuration. It is tightly integrated with vSphere and is managed using vSphere Web Client.<br><br>Previous versions of vSphere FT supported only a single vCPU. Through the use of a completely new fast-checkpointing technology, vSphere FT now supports protection of virtual machines with up to four vCPUs and 64GB of memory. This means that the vast majority of mission-critical customer workloads can now be protected regardless of application or OS.<br>“What’s New in the VMware vSphere 6.0 Platform,”[15] at 12. |

[15] Available at https://web.archive.org/web/20150706075209/http://www.vmware.com/files/pdf/vsphere/VMW-WP-vSPHR-Whats-New-6-0-PLTFRM.pdf.

| ’273 Patent Claim | Exemplary HPE Servers |
| --- | --- |
| | **Server (3)**<br><br>**FaultType: Microsoft.Health.FaultType.Server.Down**<br>• Severity: Critical<br>• Reason: "*The server cannot be reached.*"<br>• RecommendedAction: "*Start or replace server.*"<br><br>**FaultType: Microsoft.Health.FaultType.Server.Isolated**<br>• Severity: Critical<br>• Reason: "*The server is isolated from the cluster due to connectivity issues.*"<br>• RecommendedAction: "*If isolation persists, check the network(s) or migrate workloads to other nodes.*"<br><br>**FaultType: Microsoft.Health.FaultType.Server.Quarantined**<br>• Severity: Critical<br>• Reason: "*The server is quarantined by the cluster due to recurring failures.*"<br>• RecommendedAction: "*Replace the server or fix the network.*"<br>Failover Clustering in Windows Server and Azure Local, at 82-83. |

<table>
<tr><th>’273 Patent Claim</th><th>Exemplary HPE Servers</th></tr>
<tr><td></td><td>

Virtual Machine Resiliency<br><br>
Compute Resiliency Windows Server 2016 includes increased virtual machines compute resiliency to help reduce intra-cluster communication issues in your compute cluster as follows:<br><br>
• Resiliency options available for virtual machines: You can now configure virtual machine resiliency options that define behavior of the virtual machines during transient failures:<br>
  ◦ Resiliency Level: Helps you define how the transient failures are handled.<br>
  ◦ Resiliency Period: Helps you define how long all the virtual machines are allowed to run isolated.<br>
• Quarantine of unhealthy nodes: Unhealthy nodes are quarantined and are no longer allowed to join the cluster. This prevents flapping nodes from negatively effecting other nodes and the overall cluster.<br><br>
Windows Server get started documentation, at 86.

</td></tr>
</table>

# Active and passive failover configuration

Failover clusters can be set up in two primary configurations, active-active and active-passive. Each configuration has its own trade-offs, with active-active focusing on performance and resource efficiency, while active-passive emphasizes simplicity and reliability in failover scenarios. The choice depends on specific organizational needs and the criticality of applications being clustered.

Expand table

| Configuration | Operation |
| --- | --- |
| Active | In an active-active failover cluster, all nodes are active and work together simultaneously to balance the workload across the cluster. This configuration distributes tasks, processing power, or services among all available nodes, making efficient use of resources. Here's how it works:<br><br>• **Load balancing:** Each node handles a portion of the total workload, enhancing performance and ensuring that no single node becomes a bottleneck. This equal distribution can improve responsiveness and throughput, as multiple nodes are servicing requests concurrently.<br>• **Resource utilization:** An active-active setup maximizes resource utilization since all nodes are operational and contributing to the cluster's performance. This setup is ideal for environments where maximizing available resources is critical.<br>• **Fault tolerance:** If one node fails, the remaining nodes in the cluster can continue to handle the workload. The loss of a node might temporarily reduce overall capacity, but the system remains operational without service disruptions. |
| Passive | In an active-passive failover cluster, some nodes are designated as active while others are on standby, ready to take over if an active node fails. Here's how it works:<br><br>• **Standby nodes:** The passive nodes are essentially in a "waiting" state, not handling any tasks or services during normal operations. These nodes are primed to take over responsibilities should an active node experience a failure.<br>• **Failover process:** When a failure is detected, a standby node is activated to assume the responsibilities of the failed node. This involves quickly bringing the passive node online to ensure continuity of services.<br>• **Resource allocation:** Active-passive configurations might not make full use of available hardware resources during normal operations since standby nodes remain idle. However, this setup can be simpler to manage and might ensure predictable performance under certain conditions.<br>• **Simplicity and reliability:** An active-passive setup can be advantageous for applications where stability and predictability are more important than maximizing operational efficiency. It's often easier to implement and maintain compared to an active-active configuration. |

| ’273 Patent Claim | Exemplary HPE Servers |
|---|---|
| | Failover Clustering in Windows Server and Azure Local, at 1-2.<br><br>**High Availability Clusters**<br><br>**High-availability clusters** (also known as **HA clusters** , **failover clusters** or **Metroclusters Active/Active** ) are groups of computers that support server applications that can be reliably utilised with a minimum amount of down-time.<br><br>They operate by using high availability software to harness redundant computers in groups or clusters that provide continued service when system components fail.<br><br>Without clustering, if a server running a particular application crashes, the application will be unavailable until the crashed server is fixed. HA clustering remedies this situation by detecting hardware/software faults, and immediately restarting the application on another system without requiring administrative intervention, a process known as failover.<br><br>As part of this process, clustering software may configure the node before starting the application on it. For example, appropriate file systems may need to be imported and mounted, network hardware may have to be configured, and some supporting applications may need to be running as well.<br><br>HA clusters are often used for critical databases, file sharing on a network, business applications, and customer services such as electronic commerce websites.<br><br>Ubuntu – Introduction to High Availability. |

| ’273 Patent Claim | Exemplary HPE Servers |
| --- | --- |
| | **High Availability cluster heartbeat**<br><br>HA cluster implementations attempt to build redundancy into a cluster to eliminate single points of failure, including multiple network connections and data storage which is redundantly connected via storage area networks.<br><br>HA clusters usually use a heartbeat private network connection which is used to monitor the health and status of each node in the cluster. One subtle but serious condition all clustering software must be able to handle is split-brain, which occurs when all of the private links go down simultaneously, but the cluster nodes are still running.<br><br>If that happens, each node in the cluster may mistakenly decide that every other node has gone down and attempt to start services that other nodes are still running. Having duplicate instances of services may cause data corruption on the shared storage.<br><br>Ubuntu – Introduction to High Availability. |

| '273 Patent Claim | Exemplary HPE Servers |
| --- | --- |
| | ## Linux Clustering Concepts<br><br>A cluster is a group of computers (nodes) which work together to provide a shared solution. At a high level, a cluster can be viewed as having three parts (often defined as cluster stack).<br><br>### Basic concepts<br><br>• **Resources:** These are the reason for the cluster's being the services that need to be kept highly available.<br>• **Resource Agents:** These are scripts operating system components that start, stop, and monitor resources, given a set of resource parameters.<br>• **Fence Agents:** These are scripts that execute a node fencing actions, given a target and fence device.<br>• **Fencing:** The ability to disable nodes.<br>• **Quorum:** Encapsulates the ability to determine whether the cluster can continue to operate safely or not.<br><br>### Cluster types<br><br>The four types are as follows:<br><br>• **High Availability (HA):** Used for Fault Tolerance to keep server services available to employees or customers.<br>• **Load Balancing:** Balances the load between multiple systems when a service needs to be available to numerous systems at once (can be used for other three types of Clusters).<br>• **Distributed:** Jobs will be managed by different systems.<br>• **Parallel (Beowulf):** Jobs are managed by multiple processors on multiple systems.<br><br>As well by the configuration there are several types of clusters:<br><br>• **Manual clustering:** Lets you classify, merge, split clusters manually if the output of the automatic spike sorting algorithms are not satisfactory.<br>• **Merging clusters:** When multiple clusters seem to correspond to the same unit.<br>• **Splitting clusters:** You can create a new cluster by drawing a polygon around a set of spikes in the feature view, the amplitude view, the template amplitude view, or the spike attribute views.<br><br>Rackspace – Clustering concepts. |

| ’273 Patent Claim | Exemplary HPE Servers |
| --- | --- |
| | **Reasons to have a cluster**<br><br>There are different reasons for using a cluster. We use them to provide a resilient, highly available backend for solutions. This is primarily for backend services like MySQL, NFS or Redis where the service can be behind a front end of web servers.<br><br>High availability is provided via automatic failover - if there is a failure on a cluster node, the clustered services running on that node will automatically relocate away to a node that is running properly.<br><br>Clusters will generally use shared storage (SAN) so that data will be persistent when services move between nodes.<br><br>In the event if a node becomes unresponsive, typically that node will be rebooted (fenced) by other nodes in order to preserve data integrity of the shared storage and floating IP ownership.<br><br>**Linux Open Source High Availability Clustering**<br><br>Some Linux operating system vendors offer clustering software, such as SUSE Linux HAE; Red Hat Enterprise Linux (RHEL); and Oracle Real Application Clusters (RAC).<br><br>While they allow you to create a failover cluster, they present a variety of challenges, thist is highly manual and prone to human error.<br><br>Linux open-source HA extensions require a high degree of technical skill, creating complexity and reliability issues that challenge most operators.<br><br>Rackspace – Clustering concepts. |

| ’273 Patent Claim | Exemplary HPE Servers |
| --- | --- |
| | ## What are high-availability clusters?<br><br>High-availability architectures run active failover clusters, so there is built-in redundancy and failover and—hopefully—zero downtime. Within the cluster, nodes are monitored not just for availability, but for overall performance of applications, services, and network. Because there is shared storage, there is no data loss if a node goes down, because all cluster nodes work from the same data source. Load balancing can be used to manage traffic for best performance.<br><br>Outside those broad characteristics, high-availability clusters can be designed for more specialized activities, depending on the priorities and activities within the IT infrastructure. The Red Hat Enterprise Linux High Availability Add-on, for example, has four default configurations:<br><br>• **High availability**: focuses on uptime and availability<br>• **High performance**: for high speed, concurrent operations<br>• **Load balancing**: for cost-effective scalability<br>• **Storage**: for resilient data management<br><br>In real-life environments, the high-availability systems would incorporate aspects of those focus elements.<br><br>Red Hat – What is high availability. |

<table>
<tr><th>’273 Patent Claim</th><th>Exemplary HPE Servers</th></tr>
<tr><td></td><td>
CHAPTER 1. HIGH AVAILABILITY ADD-ON OVERVIEW<br><br>
The High Availability Add-On is a clustered system that provides reliability, scalability, and availability to critical production services.<br><br>
A cluster is two or more computers (called nodes or members) that work together to perform a task. Clusters can be used to provide highly available services or resources. The redundancy of multiple machines is used to guard against failures of many types.<br><br>
High availability clusters provide highly available services by eliminating single points of failure and by failing over services from one cluster node to another in case a node becomes inoperative. Typically, services in a high availability cluster read and write data (by means of read-write mounted file systems). Therefore, a high availability cluster must maintain data integrity as one cluster node takes over control of a service from another cluster node. Node failures in a high availability cluster are not visible from clients outside the cluster. (High availability clusters are sometimes referred to as failover clusters.) The High Availability Add-On provides high availability clustering through its high availability service management component, Pacemaker.<br><br>
1.1. HIGH AVAILABILITY ADD-ON COMPONENTS<br><br>
The Red Hat High Availability Add-On consists of several components that provide the high availability service.<br><br>
The major components of the High Availability Add-On are as follows:<br><br>
• Cluster infrastructure - Provides fundamental functions for nodes to work together as a cluster: configuration file management, membership management, lock management, and fencing.<br><br>
• High availability service management - Provides failover of services from one cluster node to another in case a node becomes inoperative.<br><br>
• Cluster administration tools - Configuration and management tools for setting up, configuring, and managing the High Availability Add-On. The tools are for use with the cluster infrastructure components, the high availability and service management components, and storage.<br><br>
Red Hat Enterprise Linux 8 – Configuring and managing high availability clusters, at 13.<br><br>
See also claim 1[pre]–1[a].
</td></tr>
<tr><td>1[c] a controller that issues an instruction to the second computer</td><td>The exemplary HPE Server Products comprise a controller that issues an instruction to the second computer operating as the standby system to perform the scale-up or the scale-down, when the active system needs to be scaled-up or scaled-down.</td></tr>
</table>

| ’273 Patent Claim | Exemplary HPE Servers |
|---|---|
| operating as the standby system to perform the scale-up or the scale-down, when the active system needs to be scaled-up or scaled-down, | For example, the vCenter Server, or the primary host acting as the vCenter Server management interface, includes a controller that issues an instruction to the second computer operating as the standby system to perform the scale-up or the scale-down, when the active system needs to be scaled-up or scaled-down. For example, a “cluster health state” is maintained and used to determine which nodes to perform the scale-up or scale-down.<br><br>*See, e.g.*:<br><br>How vSphere HA Works<br>Add to Library \| RSS \| Download PDF \| Feedback<br>Updated on 04/27/2022<br>Selected product version: VMware vSphere 7.0<br>vSphere HA provides high availability for virtual machines by pooling the virtual machines and the hosts they reside on into a cluster. Hosts in the cluster are monitored and in the event of a failure, the virtual machines on a failed host are restarted on alternate hosts.<br>When you create a vSphere HA cluster, a single host is automatically elected as the primary host. The primary host communicates with vCenter Server and monitors the state of all protected virtual machines and of the secondary hosts. Different types of host failures are possible, and the primary host must detect and appropriately deal with the failure. The primary host must distinguish between a failed host and one that is in a network partition or that has become network isolated. The primary host uses network and datastore heartbeating to determine the type of failure.<br><br>VMware vSphere 7.0 Product Guide, at 3088. |

| '273 Patent Claim | Exemplary HPE Servers |
|---|---|
| | Primary and Secondary Hosts<br><br>Add to Library \| RSS \| Download PDF \| Feedback<br><br>Updated on 07/20/2020<br><br>Selected product version: VMware vSphere 7.0<br><br>When you add a host to a vSphere HA cluster, an agent is uploaded to the host and configured to communicate with other agents in the cluster. Each host in the cluster functions as a primary host or a secondary host.<br><br>When vSphere HA is enabled for a cluster, all active hosts (that are not in standby, maintenance mode or not disconnected) participate in an election to choose the cluster's primary host. The host that mounts the greatest number of datastores has an advantage in the election. Only one primary host typically exists per cluster and all other hosts are secondary hosts. If the primary host fails, is shut down or put in standby mode, or is removed from the cluster a new election is held.<br><br>The primary host in a cluster has several responsibilities:<br><br>• Monitoring the state of secondary hosts. If a secondary host fails or becomes unreachable, the primary host identifies which virtual machines must be restarted.<br>• Monitoring the power state of all protected virtual machines. If one virtual machine fails, the primary host ensures that it is restarted. Using a local placement engine, the primary host also determines where the restart takes place.<br>• Managing the lists of cluster hosts and protected virtual machines.<br>• Acting as the vCenter Server management interface to the cluster and reporting the cluster health state.<br><br>The secondary hosts primarily contribute to the cluster by running virtual machines locally, monitoring their runtime states, and reporting state updates to the primary host. A primary host can also run and monitor virtual machines. Both secondary hosts and primary hosts implement the VM and Application Monitoring features.<br><br>One of the functions performed by the primary host is to orchestrate restarts of protected virtual machines. A virtual machine is protected by a primary host after vCenter Server observes that the virtual machine's power state has changed from powered off to powered on in response to a user action. The primary host persists the list of protected virtual machines in the cluster's datastores. A newly elected primary host uses this information to determine which virtual machines to protect.<br><br>VMware vSphere 7.0 Product Guide, at 3088.<br><br>For example, the determination whether to perform a scale-up or scale-down can be implemented in part using "heartbeats" that monitor for host failures, including failed, isolated, and partitioned hosts. |

| ’273 Patent Claim | Exemplary HPE Servers |
|---|---|
| | VM and Application Monitoring<br><br>Add to Library · RSS · Download PDF · Feedback<br><br>Updated on 05/31/2019<br><br>Selected product version: VMware vSphere 7.0<br><br>VM Monitoring restarts individual virtual machines if their VMware Tools heartbeats are not received within a set time. Similarly, Application Monitoring can restart a virtual machine if the heartbeats for an application it is running are not received. You can enable these features and configure the sensitivity with which vSphere HA monitors non-responsiveness.<br><br>When you enable VM Monitoring, the VM Monitoring service (using VMware Tools) evaluates whether each virtual machine in the cluster is running by checking for regular heartbeats and I/O activity from the VMware Tools process running inside the guest. If no heartbeats or I/O activity are received, this is most likely because the guest operating system has failed or VMware Tools is not being allocated any time to complete tasks. In such a case, the VM Monitoring service determines that the virtual machine has failed and the virtual machine is rebooted to restore service.<br><br>Occasionally, virtual machines or applications that are still functioning properly stop sending heartbeats. To avoid unnecessary resets, the VM Monitoring service also monitors a virtual machine's I/O activity. If no heartbeats are received within the failure interval, the I/O stats interval (a cluster-level attribute) is checked. The I/O stats interval determines if any disk or network activity has occurred for the virtual machine during the previous two minutes (120 seconds). If not, the virtual machine is reset. This default value (120 seconds) can be changed using the advanced option das.iostatsinterval.<br><br>To enable Application Monitoring, you must first obtain the appropriate SDK (or be using an application that supports VMware Application Monitoring) and use it to set up customized heartbeats for the applications you want to monitor. After you have done this, Application Monitoring works much the same way that VM Monitoring does. If the heartbeats for an application are not received for a specified time, its virtual machine is restarted.<br><br>You can configure the level of monitoring sensitivity. Highly sensitive monitoring results in a more rapid conclusion that a failure has occurred. While unlikely, highly sensitive monitoring might lead to falsely identifying failures when the virtual machine or application in question is actually still working, but heartbeats have not been received due to factors such as resource constraints. Low sensitivity monitoring results in longer interruptions in service between actual failures and virtual machines being reset. Select an option that is an effective compromise for your needs.<br><br>You can also specify custom values for both monitoring sensitivity and the I/O stats interval by selecting the **Custom** checkbox.<br><br>VMware vSphere 7.0 Product Guide, at 3091. |

| '273 Patent Claim | Exemplary HPE Servers |
|---|---|
| | **Proactive HA Failures**<br><br>A Proactive HA failure occurs when a host component fails, which results in a loss of redundancy or a noncatastrophic failure. However, the functional behavior of the VMs residing on the host is not yet affected. For example, if a power supply on the host fails, but other power supplies are available, that is a Proactive HA failure.<br><br>If a Proactive HA failure occurs, you can automate the remediation action taken in the vSphere Availability section of the vSphere Client. The VMs on the affected host can be evacuated to other hosts and the host is either placed in Quarantine mode or Maintenance mode.<br><br>VMware vSphere 7.0 Product Guide, at 3089. |

## Configure Proactive HA

You can configure how Proactive HA responds when a provider has notified its health degradation to vCenter, indicating a partial failure of that host.

This page is editable only if you have enabled vSphere DRS.

1. In the vSphere Client, browse to the Proactive HA cluster.
2. Click the **Configure** tab.
3. Select **vSphere Availability** and click **Edit**.
4. Select **Turn on Proactive HA**.
5. Click **Proactive HA Failures and Responses**.
6. Select from the following configuration options.

| Option | Description |
| --- | --- |
| **Automation Level** | Determine whether host quarantine or maintenance mode and VM migrations are recommendations or automatic.<br>• **Manual**. vCenter Server suggests migration recommendations for virtual machines.<br>• **Automated**. Virtual machines are migrated to healthy hosts and degraded hosts are entered into quarantine or maintenance mode depending on the configured Proactive HA automation level. |
| **Remediation** | Determine what happens to partially degraded hosts.<br>• **Quarantine mode for all failures**. Balances performance and availability, by avoiding the usage of partially degraded hosts provided that virtual machine performance is unaffected.<br>• **Quarantine mode for moderate and Maintenance mode for severe failure (Mixed)**. Balances performance and availability, by avoiding the usage of moderately degraded hosts provided that virtual machine performance is unaffected. Ensures that virtual machines do not run on severely failed hosts.<br>• **Maintenance mode for all failures**. Ensures that virtual machines do not run on partially failed hosts.<br>`Host.Config.Quarantine` and `Host.Config.Maintenance` privileges are required to put hosts in Quarantine mode and Maintenance mode, respectively. |

To enable Proactive HA providers for this cluster, select the check boxes. Providers appear when their corresponding vSphere Client plugin has been installed and the providers monitor every host in the cluster. To view or edit the failure conditions supported by the provider, click the edit link.

| ’273 Patent Claim | Exemplary HPE Servers |
|---|---|
| | VMware vSphere 7.0 Product Guide, at 3107.<br><br>**VM Component Protection**<br><br>If VM Component Protection (VMCP) is enabled, vSphere HA can detect datastore accessibility failures and provide automated recovery for affected virtual machines.<br><br>VMCP provides protection against datastore accessibility failures that can affect a virtual machine running on a host in a vSphere HA cluster. When a datastore accessibility failure occurs, the affected host can no longer access the storage path for a specific datastore. You can determine the response that vSphere HA will make to such a failure, ranging from the creation of event alarms to virtual machine restarts on other hosts.<br><br>**Note** When you use the VM Component Protection feature, your ESXi hosts must be version 6.0 or higher.<br><br>**Types of Failure**<br><br>There are two types of datastore accessibility failure:<br><br>**PDL**<br><br>PDL (Permanent Device Loss) is an unrecoverable loss of accessibility that occurs when a storage device reports the datastore is no longer accessible by the host. This condition cannot be reverted without powering off virtual machines.<br><br>**APD**<br><br>APD (All Paths Down) represents a transient or unknown accessibility loss or any other unidentified delay in I/O processing. This type of accessibility issue is recoverable.<br><br>VMware vSphere 7.0 Product Guide, at 3092. |

| ’273 Patent Claim | Exemplary HPE Servers |
|---|---|
| | **Using vSphere HA and DRS Together**<br><br>Using vSphere HA with Distributed Resource Scheduler (DRS) combines automatic failover with load balancing. This combination can result in a more balanced cluster after vSphere HA has moved virtual machines to different hosts.<br><br>When vSphere HA performs failover and restarts virtual machines on different hosts, its first priority is the immediate availability of all virtual machines. After the virtual machines have been restarted, those hosts on which they were powered on might be heavily loaded, while other hosts are comparatively lightly loaded. vSphere HA uses the virtual machine's CPU and memory reservation and overhead memory to determine if a host has enough spare capacity to accommodate the virtual machine.<br><br>In some scenarios, vSphere HA might not be able to fail over virtual machines because of resource constraints. This can occur for several reasons.<br>▪ HA admission control is disabled and Distributed Power Management (DPM) is enabled. This can result in DPM consolidating virtual machines onto fewer hosts and placing the empty hosts in standby mode leaving insufficient powered-on capacity to perform a failover.<br>▪ VM-Host affinity (required) rules might limit the hosts on which certain virtual machines can be placed.<br>▪ There might be sufficient aggregate resources but these can be fragmented across multiple hosts so that they can not be used by virtual machines for failover.<br><br>In such cases, vSphere HA can use DRS to try to adjust the cluster (for example, by bringing hosts out of standby mode or migrating virtual machines to defragment the cluster resources) so that HA can perform the failovers.<br><br>VMware vSphere 7.0 Product Guide, at 3101.<br><br>The Primary and Secondary VMs continuously monitor the status of one another to ensure that Fault Tolerance is maintained. A transparent failover occurs if the host running the Primary VM fails, or encounters an uncorrectable hardware error in the memory of the Primary VM, in which case the Secondary VM is immediately activated to replace the Primary VM. A new Secondary VM is started and Fault Tolerance redundancy is reestablished automatically. If the host running the Secondary VM fails, it is also immediately replaced. In either case, users experience no interruption in service and no loss of data.<br><br>VMware vSphere 7.0 Product Guide, at 3115-16. |

| ’273 Patent Claim | Exemplary HPE Servers |
| --- | --- |
| | **Runtime State**<br><br>vSphere FT ensures the runtime state of the two replicas is always identical. It does this by continuously capturing the active memory and precise execution state of the virtual machine, and rapidly transferring them over a high-speed network, allowing the virtual machine to instantaneously switch from running on the primary ESXi host to the secondary ESXi host whenever a failure occurs.<br><br>VMware vSphere 6 Fault Tolerance – Architecture and Performance, at 4.<br><br>VMware vSphere Fault Tolerance (vSphere FT) provides continuous availability for applications in the event of physical server failures by creating a live shadow instance of a virtual machine that is always up to date with the primary virtual machine. In the event of a hardware outage, vSphere FT automatically triggers failover, ensuring zero downtime and preventing data loss. vSphere FT is easy to set up and configure and does not require any OS-specific or application-specific agents or configuration. It is tightly integrated with vSphere and is managed using vSphere Web Client.<br><br>Previous versions of vSphere FT supported only a single vCPU. Through the use of a completely new fast-checkpointing technology, vSphere FT now supports protection of virtual machines with up to four vCPUs and 64GB of memory. This means that the vast majority of mission-critical customer workloads can now be protected regardless of application or OS.<br><br>What’s New in the VMware vSphere 6.0 Platform, at 12. |

# Failover Clustering in Windows Server and Azure Local

06/25/2025

Applies to: ✅ Windows Server 2025, ✅ Windows Server 2022, ✅ Windows Server 2019, ✅ Windows Server 2016, ✅ Azure Local 2311.2 and later

Failover clustering is a powerful strategy to ensure high availability and uninterrupted operations in critical environments. It involves a configuration of independent computers, known as nodes, which work together to enhance the availability and scalability of applications and services, now referred to as clustered roles. These nodes are interconnected through both physical cabling and software.

If a failure occurs in one or more nodes, the remaining nodes automatically take over the workload, a process called failover, minimizing disruptions. Additionally, the health of clustered roles is continuously monitored. If any issues are detected, the roles are either restarted or migrated to another node to maintain seamless operation. This proactive approach ensures that services remain consistently available, even if hardware or software failures occur.

Networking is a crucial role in failover clusters by enabling reliable communication and efficient data exchange among cluster nodes and with external clients. Clusters often employ dedicated private networks for internal functions such as heartbeat signals and cluster management, while separate public networks handle client access and application data. This network separation enhances performance and security by isolating critical cluster traffic from external disruptions. It also increases fault tolerance, ensuring that internal cluster operations remain uninterrupted and that client connections maintain high availability during failover events.

The cluster's health is continuously monitored through heartbeat signals, which help detect any issues. If a problem arises, the system can automatically initiate a failover to maintain service continuity. To protect sensitive data and meet organizational standards, failover clusters incorporate robust security measures such as encryption to secure data both in transit and at rest. They also use granular access control to manage permissions and access rights effectively.

| ’273 Patent Claim | Exemplary HPE Servers |
| --- | --- |
| | Failover Clustering in Windows Server and Azure Local, at 1.<br><br>**Health Service faults**<br>Article • 08/25/2021<br><br>Applies to: Windows Server 2016<br><br>**What are faults**<br><br>The Health Service constantly monitors your Storage Spaces Direct cluster to detect problems and generate "faults". One new cmdlet displays any current faults, allowing you to easily verify the health of your deployment without looking at every entity or feature in turn. Faults are designed to be precise, easy to understand, and actionable.<br><br>Each fault contains five important fields:<br><br>• Severity<br>• Description of the problem<br>• Recommended next step(s) to address the problem<br>• Identifying information for the faulting entity<br>• Its physical location (if applicable)<br><br>For example, here is a typical fault:<br><br>`Severity: MINOR`<br>`Reason: Connectivity has been lost to the physical disk.`<br>`Recommendation: Check that the physical disk is working and properly connected.`<br>`Part: Manufacturer Contoso, Model XYZ9000, Serial 123456789`<br>`Location: Seattle DC, Rack B07, Node 4, Slot 11` |

| ’273 Patent Claim | Exemplary HPE Servers |
|---|---|
| | Failover Clustering in Windows Server and Azure Local, at 71.<br><br>**Virtual Machine Resiliency**<br><br>**Compute Resiliency** Windows Server 2016 includes increased virtual machines compute resiliency to help reduce intra-cluster communication issues in your compute cluster as follows:<br><br>• **Resiliency options available for virtual machines:** You can now configure virtual machine resiliency options that define behavior of the virtual machines during transient failures:<br>  ○ **Resiliency Level:** Helps you define how the transient failures are handled.<br>  ○ **Resiliency Period:** Helps you define how long all the virtual machines are allowed to run isolated.<br>• **Quarantine of unhealthy nodes:** Unhealthy nodes are quarantined and are no longer allowed to join the cluster. This prevents flapping nodes from negatively effecting other nodes and the overall cluster.<br><br>Windows Server get started documentation, at 86.<br><br>• **Proactive monitoring and management:**<br><br>Failover clusters employ heartbeat signals as a means of monitoring the health of nodes and their roles. These signals help detect issues such as node failures or service disruptions. When such issues are detected, the system can automatically initiate failover procedures, ensuring continuity and minimizing downtime. |

| ’273 Patent Claim | Exemplary HPE Servers |
| --- | --- |
| | Failover Clustering in Windows Server and Azure Local, at 3.<br><br>**Cluster set master**<br><br>Communication between member clusters is loosely coupled and coordinated by the cluster set master (CS-Master) resource. Like other cluster set resources, CS-Master is highly available and resilient to individual member cluster failures or management cluster node failures. Through a cluster set WMI provider, CS-Master provides the management endpoint for all cluster set management actions.<br><br>**Member cluster**<br><br>A member cluster runs VM and Storage Spaces Direct workloads. Multiple member clusters participate in a cluster set deployment, forming the larger SDDC cloud fabric. Member clusters differ from the management cluster in two key aspects: member clusters participate in fault domain and availability set constructs, and member clusters are sized to host VM and Storage Spaces Direct workloads. VMs that move across member clusters aren't hosted on the management cluster for this reason.<br><br>**Cluster set worker**<br><br>The CS-Master interacts with a cluster resource on member clusters called the cluster set worker (CS-Worker). CS-Worker responds to requests by the CS-Master, including VM placement and resource inventorying. There's one CS-Worker instance per member cluster. |

| ’273 Patent Claim | Exemplary HPE Servers |
| --- | --- |
| | Failover Clustering in Windows Server and Azure Local, at 179-80.<br><br>High Availability Clusters<br><br>**High-availability clusters** (also known as **HA clusters** , **failover clusters** or **Metroclusters Active/Active** ) are groups of computers that support server applications that can be reliably utilised with a minimum amount of down-time.<br><br>They operate by using high availability software to harness redundant computers in groups or clusters that provide continued service when system components fail.<br><br>Without clustering, if a server running a particular application crashes, the application will be unavailable until the crashed server is fixed. HA clustering remedies this situation by detecting hardware/software faults, and immediately restarting the application on another system without requiring administrative intervention, a process known as failover.<br><br>As part of this process, clustering software may configure the node before starting the application on it. For example, appropriate file systems may need to be imported and mounted, network hardware may have to be configured, and some supporting applications may need to be running as well.<br><br>HA clusters are often used for critical databases, file sharing on a network, business applications, and customer services such as electronic commerce websites.<br><br>Ubuntu – Introduction to High Availability. |

| '273 Patent Claim | Exemplary HPE Servers |
|---|---|
| | **High Availability cluster heartbeat**<br><br>HA cluster implementations attempt to build redundancy into a cluster to eliminate single points of failure, including multiple network connections and data storage which is redundantly connected via storage area networks.<br><br>HA clusters usually use a heartbeat private network connection which is used to monitor the health and status of each node in the cluster. One subtle but serious condition all clustering software must be able to handle is split-brain, which occurs when all of the private links go down simultaneously, but the cluster nodes are still running.<br><br>If that happens, each node in the cluster may mistakenly decide that every other node has gone down and attempt to start services that other nodes are still running. Having duplicate instances of services may cause data corruption on the shared storage.<br><br>Ubuntu – Introduction to High Availability. |

| ’273 Patent Claim | Exemplary HPE Servers |
| --- | --- |
| | ## Linux Clustering Concepts<br><br>A cluster is a group of computers (nodes) which work together to provide a shared solution. At a high level, a cluster can be viewed as having three parts (often defined as cluster stack).<br><br>### Basic concepts<br><br>• **Resources:** These are the reason for the cluster's being the services that need to be kept highly available.<br>• **Resource Agents:** These are scripts operating system components that start, stop, and monitor resources, given a set of resource parameters.<br>• **Fence Agents:** These are scripts that execute a node fencing actions, given a target and fence device.<br>• **Fencing:** The ability to disable nodes.<br>• **Quorum:** Encapsulates the ability to determine whether the cluster can continue to operate safely or not.<br><br>### Cluster types<br><br>The four types are as follows:<br><br>• **High Availability (HA):** Used for Fault Tolerance to keep server services available to employees or customers.<br>• **Load Balancing:** Balances the load between multiple systems when a service needs to be available to numerous systems at once (can be used for other three types of Clusters).<br>• **Distributed:** Jobs will be managed by different systems.<br>• **Parallel (Beowulf):** Jobs are managed by multiple processors on multiple systems.<br><br>As well by the configuration there are several types of clusters:<br><br>• **Manual clustering:** Lets you classify, merge, split clusters manually if the output of the automatic spike sorting algorithms are not satisfactory.<br>• **Merging clusters:** When multiple clusters seem to correspond to the same unit.<br>• **Splitting clusters:** You can create a new cluster by drawing a polygon around a set of spikes in the feature view, the amplitude view, the template amplitude view, or the spike attribute views.<br><br>Rackspace – Clustering concepts. |

| ’273 Patent Claim | Exemplary HPE Servers |
|---|---|
| | **Reasons to have a cluster**<br><br>There are different reasons for using a cluster. We use them to provide a resilient, highly available backend for solutions. This is primarily for backend services like MySQL, NFS or Redis where the service can be behind a front end of web servers.<br><br>High availability is provided via automatic failover - if there is a failure on a cluster node, the clustered services running on that node will automatically relocate away to a node that is running properly.<br><br>Clusters will generally use shared storage (SAN) so that data will be persistent when services move between nodes.<br><br>In the event if a node becomes unresponsive, typically that node will be rebooted (fenced) by other nodes in order to preserve data integrity of the shared storage and floating IP ownership.<br><br>**Linux Open Source High Availability Clustering**<br><br>Some Linux operating system vendors offer clustering software, such as SUSE Linux HAE; Red Hat Enterprise Linux (RHEL); and Oracle Real Application Clusters (RAC).<br><br>While they allow you to create a failover cluster, they present a variety of challenges, thist is highly manual and prone to human error.<br><br>Linux open-source HA extensions require a high degree of technical skill, creating complexity and reliability issues that challenge most operators.<br><br>Rackspace – Clustering concepts. |

<table>
<tr><th>’273 Patent Claim</th><th>Exemplary HPE Servers</th></tr>
<tr><td></td><td>
<h2>What are high-availability clusters?</h2>
High-availability architectures run active failover clusters, so there is built-in redundancy and failover and—hopefully—zero downtime. Within the cluster, nodes are monitored not just for availability, but for overall performance of applications, services, and network. Because there is shared storage, there is no data loss if a node goes down, because all cluster nodes work from the same data source. Load balancing can be used to manage traffic for best performance.
Outside those broad characteristics, high-availability clusters can be designed for more specialized activities, depending on the priorities and activities within the IT infrastructure. The Red Hat Enterprise Linux High Availability Add-on, for example, has four default configurations:
<ul>
<li>High availability: focuses on uptime and availability</li>
<li>High performance: for high speed, concurrent operations</li>
<li>Load balancing: for cost-effective scalability</li>
<li>Storage: for resilient data management</li>
</ul>
In real-life environments, the high-availability systems would incorporate aspects of those focus elements.
Red Hat – What is high availability.
</td></tr>
</table>

| ’273 Patent Claim | Exemplary HPE Servers |
| --- | --- |
| | **Cluster Information Base (CIB)**<br><br>The Pacemaker information daemon, which uses XML internally to distribute and synchronize current configuration and status information from the Designated Coordinator (DC) - a node assigned by Pacemaker to store and distribute cluster state and actions by means of the CIB - to all other cluster nodes.<br><br>**Cluster Resource Management Daemon (CRMd)**<br><br>Pacemaker cluster resource actions are routed through this daemon. Resources managed by CRMd can be queried by client systems, moved, instantiated, and changed when needed.<br>Each cluster node also includes a local resource manager daemon (LRMd) that acts as an interface between CRMd and resources. LRMd passes commands from CRMd to agents, such as starting and stopping and relaying status information.<br><br>**corosync**<br><br>**corosync** is the component - and a daemon of the same name - that serves the core membership and member-communication needs for high availability clusters. It is required for the High Availability Add-On to function.<br>In addition to those membership and messaging functions, **corosync** also:<br><br>• Manages quorum rules and determination.<br><br>• Provides messaging capabilities for applications that coordinate or operate across multiple members of the cluster and thus must communicate stateful or other information between instances.<br><br>• Uses the **kronosnet** library as its network transport to provide multiple redundant links and automatic failover.<br><br>Red Hat Enterprise Linux 8 – Configuring and managing high availability clusters, at 15.<br><br>**18.5. MOVING RESOURCES IN A CLUSTER**<br><br>Pacemaker provides a variety of mechanisms for configuring a resource to move from one node to another and to manually move a resource when needed.<br><br>You can manually move resources in a cluster with the **pcs resource move** and **pcs resource relocate** commands, as described in Manually moving cluster resources. In addition to these commands, you can also control the behavior of cluster resources by enabling, disabling, and banning resources, as described in Disabling, enabling, and banning cluster resources.<br><br>You can configure a resource so that it will move to a new node after a defined number of failures, and you can configure a cluster to move resources when external connectivity is lost. |

<table>
<tr><th>’273 Patent Claim</th><th>Exemplary HPE Servers</th></tr>
<tr><td></td><td>

**18.5.1. Moving resources due to failure**

When you create a resource, you can configure the resource so that it will move to a new node after a defined number of failures by setting the **migration-threshold** option for that resource. Once the threshold has been reached, this node will no longer be allowed to run the failed resource until:

- The resource’s **failure-timeout** value is reached.
- The administrator manually resets the resource’s failure count by using the **pcs resource cleanup** command.

**18.5.2. Moving resources due to connectivity changes**

Setting up the cluster to move resources when external connectivity is lost is a two step process.

1. Add a **ping** resource to the cluster. The **ping** resource uses the system utility of the same name to test if a list of machines (specified by DNS host name or IPv4/IPv6 address) are reachable and uses the results to maintain a node attribute called **pingd**.
2. Configure a location constraint for the resource that will move the resource to a different node when connectivity is lost.

Red Hat Enterprise Linux 8 – Configuring and managing high availability clusters, at 148-49.

*See also* claim 1[pre]–1[b].
</td></tr>
<tr><td>1[d] wherein the second computer operating as the standby system, responsive to the instruction, in case of performing the scale-up, increases the number of virtual CPUs (Central</td><td>

The second computer in the exemplary HPE Server Products, operating as the standby system, responsive to the instruction, in case of performing the scale-up, increases the number of virtual CPUs (Central Processing Units) included in the second computer and allocates one or more processes to one or more virtual CPUs added, while in case of performing the scale-down, the second computer decreases the number of virtual CPUs included in the second computer and releases allocation of one or more processes allocated to one or more virtual CPUs deleted, and transmits a completion notification to the controller when the scale-up or the scale-down is completed.

For example, VMs may be terminated and restarted (optionally in priority order) on the second computer.

*See, e.g.*,:
</td></tr>
</table>

| '273 Patent Claim | Exemplary HPE Servers |
|---|---|
| Processing Units) included in the second computer and allocates one or more processes to one or more virtual CPUs added, while in case of performing the scale-down, the second computer decreases the number of virtual CPUs included in the second computer and releases allocation of one or more processes allocated to one or more virtual CPUs deleted, and transmits a completion notification to the controller |   |

| ’273 Patent Claim | Exemplary HPE Servers |
|---|---|
| when the scale-up or the scale-down is completed, and | <br><br>vSphere High Availability.<br><br>Determining Responses to Host Issues<br>Add to Library RSS Download PDF Feedback<br>Updated on 08/23/2022<br>Selected product version: VMware vSphere 7.0<br>If a host fails and its virtual machines must be restarted, you can control the order in which the virtual machines are restarted with the VM restart priority setting. You can also configure how vSphere HA responds if hosts lose management network connectivity with other hosts by using the host isolation response setting. Other factors are also considered when vSphere HA restarts a virtual machine after a failure.<br>The following settings apply to all virtual machines in the cluster in the case of a host failure or isolation. You can also configure exceptions for specific virtual machines. See Customize an Individual Virtual Machine.<br>VMware vSphere 7.0 Product Guide, at 3089. |

| ’273 Patent Claim | Exemplary HPE Servers |
|---|---|
| | For example, a variety of factors are considered when performing the scale-up or scale-down, including a maximum number of allowed VMs or the number of in-use VCPUs.<br><br>Factors Considered for Virtual Machine Restarts<br><br>After a failure, the cluster's primary host attempts to restart affected virtual machines by identifying a host that can power them on. When choosing such a host, the primary host considers a number of factors.<br><br>**File accessibility**<br><br>Before a virtual machine can be started, its files must be accessible from one of the active cluster hosts that the primary can communicate with over the network<br><br>**Virtual machine and host compatibility**<br><br>If there are accessible hosts, the virtual machine must be compatible with at least one of them. The compatibility set for a virtual machine includes the effect of any required VM-Host affinity rules. For example, if a rule only permits a virtual machine to run on two hosts, it is considered for placement on those two hosts.<br><br>**Resource reservations**<br><br>Of the hosts that the virtual machine can run on, at least one must have sufficient unreserved capacity to meet the memory overhead of the virtual machine and any resource reservations. Four types of reservations are considered: CPU, Memory, vNIC, and Virtual flash. Also, sufficient network ports must be available to power on the virtual machine.<br><br>**Host limits**<br><br>In addition to resource reservations, a virtual machine can only be placed on a host if doing so does not violate the maximum number of allowed virtual machines or the number of in-use vCPUs.<br>VMware vSphere 7.0 Product Guide, at 3090-91.<br><br>**Resource reservations**<br><br>Of the hosts that the virtual machine can run on, at least one must have sufficient unreserved capacity to meet the memory overhead of the virtual machine and any resource reservations. Four types of reservations are considered: CPU, Memory, vNIC, and Virtual flash. Also, sufficient network ports must be available to power on the virtual machine.<br><br>**Host limits**<br><br>In addition to resource reservations, a virtual machine can only be placed on a host if doing so does not violate the maximum number of allowed virtual machines or the number of in-use vCPUs.<br>VMware vSphere 7.0 Product Guide, at 3091. |

| ’273 Patent Claim | Exemplary HPE Servers |
|---|---|
| | **Effective VM Placement**<br><br>When a VM is being powered up in a DRS cluster, DRS runs its algorithm to determine the right ESXi host for it to be powered up on. This decision, also known as VM placement (or initial placement) is made based on the expected change in resource distribution (after ensuring that there are no constraint violations if the VM was placed on the host).<br><br>One of the first steps in ensuring good VM performance is to make sure that the VM gets all the resources it needs as soon as it is powered on. DRS considers the demand of a VM, so it will never be short of resources whenever it is started. A VM's **demand** includes the amount of resources it needs to run, and the way DRS calculates this is described in Calculating VM Resource Demand.<br><br>**Calculating VM Resource Demand**<br><br>In calculating the resource utilization, DRS looks for the demand for every running VM in the cluster. VM **demand** is the amount of resources that the VM currently needs to run. For CPU, demand is calculated based on the amount of CPU the VM is currently consuming. For memory, demand is calculated based on the following formula.<br><br>“Understanding vSphere DRS Performance – VMware vSphere 6,”[16] at 4-5.<br><br>**Using vSphere HA and DRS Together**<br><br>Using vSphere HA with Distributed Resource Scheduler (DRS) combines automatic failover with load balancing. This combination can result in a more balanced cluster after vSphere HA has moved virtual machines to different hosts.<br><br>When vSphere HA performs failover and restarts virtual machines on different hosts, its first priority is the immediate availability of all virtual machines. After the virtual machines have been restarted, those hosts on which they were powered on might be heavily loaded, while other hosts are comparatively lightly loaded. vSphere HA uses the virtual machine's CPU and memory reservation and overhead memory to determine if a host has enough spare capacity to accommodate the virtual machine.<br>In some scenarios, vSphere HA might not be able to fail over virtual machines because of resource constraints. This can occur for several reasons.<br><br>▪ HA admission control is disabled and Distributed Power Management (DPM) is enabled. This can result in DPM consolidating virtual machines onto fewer hosts and placing the empty hosts in standby mode leaving insufficient powered-on capacity to perform a failover.<br>▪ VM-Host affinity (required) rules might limit the hosts on which certain virtual machines can be placed.<br>▪ There might be sufficient aggregate resources but these can be fragmented across multiple hosts so that they can not be used by virtual machines for failover.<br><br>In such cases, vSphere HA can use DRS to try to adjust the cluster (for example, by bringing hosts out of standby mode or migrating virtual machines to defragment the cluster resources) so that HA can perform the failovers.<br><br>VMware vSphere 7.0 Product Guide, at 3101. |

16 Available at https://www.vmware.com/docs/vsphere6-drs-perf.

| ’273 Patent Claim | Exemplary HPE Servers |
| --- | --- |
| | How vSphere HA Works<br>*Last Updated October 23, 2025*<br><br>vSphere HA provides high availability for virtual machines by pooling the virtual machines and the hosts they reside on into a cluster. Hosts in the cluster are monitored and in the event of a failure, the virtual machines on a failed host are restarted on alternate hosts.<br><br>When you create a vSphere HA cluster, a single host is automatically elected as the primary host. The primary host communicates with vCenter Server and monitors the state of all protected virtual machines and of the secondary hosts. Different types of host failures are possible, and the primary host must detect and appropriately deal with the failure. The primary host must distinguish between a failed host and one that is in a network partition or that has become network isolated. The primary host uses network and datastore heartbeating to determine the type of failure.<br><br><br><br><br>VMware vSphere 7.0 Product Guide, at 3088.<br><br>**Runtime State**<br><br>vSphere FT ensures the runtime state of the two replicas is always identical. It does this by continuously capturing the active memory and precise execution state of the virtual machine, and rapidly transferring them over a high-speed network, allowing the virtual machine to instantaneously switch from running on the primary ESXi host to the secondary ESXi host whenever a failure occurs. |

| | |
|---|---|
| | **vSphere FT Architecture**<br><br>vSphere FT enables a virtual machine to survive a physical server failure by creating an exact replica virtual machine on another host that can take over at the time of failure. During failover, the transition of a vSphere FT virtual machine from one physical server to another is similar to a migration using vSphere vMotion®: it is completely seamless. That means there is zero downtime, zero data loss, zero connection loss, continuous service availability, and complete transaction integrity.<br><br><br><br><br>**Figure 1. Fast Checkpointing keeps the secondary virtual machine in sync with the primary virtual machine.**<br><br>vSphere FT works by continuously replicating an entire running virtual machine from one physical server to another. The result is that an FT-protected virtual machine has two replicas: the primary virtual machine and the secondary virtual machine, each running on distinct ESXi hosts. These replicas are logically identical —they represent a single virtual machine state and a single network identity, but they are physically distinct. Each replica has its own set of virtual machine files (including VMX and VMDK files), which vSphere FT automatically keeps in sync. When a physical server fails, one of the replicas will resume execution, and the virtual machine state, the network identity, and all active network connections for the virtual machine will be identical, ensuring a seamless failover process.<br>VMware vSphere 6 Fault Tolerance – Architecture and Performance, at 3-4. |

| ’273 Patent Claim | Exemplary HPE Servers |
|---|---|
| | VMware vSphere Fault Tolerance (vSphere FT) provides continuous availability for applications in the event of physical server failures by creating a live shadow instance of a virtual machine that is always up to date with the primary virtual machine. In the event of a hardware outage, vSphere FT automatically triggers failover, ensuring zero downtime and preventing data loss. vSphere FT is easy to set up and configure and does not require any OS-specific or application-specific agents or configuration. It is tightly integrated with vSphere and is managed using vSphere Web Client.<br><br>Previous versions of vSphere FT supported only a single vCPU. Through the use of a completely new fast-checkpointing technology, vSphere FT now supports protection of virtual machines with up to four vCPUs and 64GB of memory. This means that the vast majority of mission-critical customer workloads can now be protected regardless of application or OS.<br>What’s New in the VMware vSphere 6.0 Platform, at 12. |

# Failover Clustering in Windows Server and Azure Local

06/25/2025

Applies to: ✅ Windows Server 2025, ✅ Windows Server 2022, ✅ Windows Server 2019, ✅ Windows Server 2016, ✅ Azure Local 2311.2 and later

Failover clustering is a powerful strategy to ensure high availability and uninterrupted operations in critical environments. It involves a configuration of independent computers, known as nodes, which work together to enhance the availability and scalability of applications and services, now referred to as clustered roles. These nodes are interconnected through both physical cabling and software.

If a failure occurs in one or more nodes, the remaining nodes automatically take over the workload, a process called failover, minimizing disruptions. Additionally, the health of clustered roles is continuously monitored. If any issues are detected, the roles are either restarted or migrated to another node to maintain seamless operation. This proactive approach ensures that services remain consistently available, even if hardware or software failures occur.

Networking is a crucial role in failover clusters by enabling reliable communication and efficient data exchange among cluster nodes and with external clients. Clusters often employ dedicated private networks for internal functions such as heartbeat signals and cluster management, while separate public networks handle client access and application data. This network separation enhances performance and security by isolating critical cluster traffic from external disruptions. It also increases fault tolerance, ensuring that internal cluster operations remain uninterrupted and that client connections maintain high availability during failover events.

The cluster's health is continuously monitored through heartbeat signals, which help detect any issues. If a problem arises, the system can automatically initiate a failover to maintain service continuity. To protect sensitive data and meet organizational standards, failover clusters incorporate robust security measures such as encryption to secure data both in transit and at rest. They also use granular access control to manage permissions and access rights effectively.

| '273 Patent Claim | Exemplary HPE Servers |
|---|---|
| | Failover Clustering in Windows Server and Azure Local, at 1.<br><br>• Cluster sets group multiple clusters together into a loosely coupled grouping of multiple failover clusters that come in three types: compute, storage, and hyper-converged. This grouping increases the number of servers in a single software-defined datacenter (SDDC) solution beyond the current limits of a cluster. With cluster sets, you can move online virtual machines between clusters within the cluster set. For more information, see Deploy a cluster set.<br><br>• Clusters are now Azure-aware by default. Azure-aware clusters automatically detect when they're running in Azure IaaS virtual machines, then optimize their configuration to achieve the highest levels of availability. These optimizations include proactive failover and logging of Azure planned maintenance events. Automated optimization makes deployment simpler by removing the need to configure the load balancer with Distributed Network Name for the cluster name.<br><br>Windows Server get started documentation, at 54-55. |

| '273 Patent Claim | Exemplary HPE Servers |
| --- | --- |
| | **Virtual Machine Resiliency**<br><br>**Compute Resiliency** Windows Server 2016 includes increased virtual machines compute resiliency to help reduce intra-cluster communication issues in your compute cluster as follows:<br><br>• **Resiliency options available for virtual machines:** You can now configure virtual machine resiliency options that define behavior of the virtual machines during transient failures:<br>  ○ **Resiliency Level:** Helps you define how the transient failures are handled.<br>  ○ **Resiliency Period:** Helps you define how long all the virtual machines are allowed to run isolated.<br>• **Quarantine of unhealthy nodes:** Unhealthy nodes are quarantined and are no longer allowed to join the cluster. This prevents flapping nodes from negatively effecting other nodes and the overall cluster.<br><br>Windows Server get started documentation, at 86. |

<table>
<tr><th>’273 Patent Claim</th><th>Exemplary HPE Servers</th></tr>
<tr><td></td><td>
<h2>Scenario description</h2>
With scale-out file shares, you can share the same folder from multiple nodes of a cluster. For instance, if you have a four-node file server cluster that is using Server Message Block (SMB) Scale-Out, a computer running Windows Server 2012 R2 or Windows Server 2012 can access file shares from any of the four nodes. This is achieved by applying new Windows Server Failover Clustering features and the capabilities of the
Windows file server protocol, SMB 3.0. File server administrators can provide scale-out file shares and continuously available file services to server applications and respond to increased demands quickly by bringing more servers online. All of this can be done in a production environment, and it is completely transparent to the server application.
Key benefits provided by Scale-Out File Server in include:
<ul>
<li>Active-Active file shares. All cluster nodes can accept and serve SMB client requests. By making the file share content accessible through all cluster nodes simultaneously, SMB 3.0 clusters and clients cooperate to provide transparent failover to alternative cluster nodes during planned maintenance and unplanned failures with service interruption.</li>
<li>Increased bandwidth. The maximum share bandwidth is the total bandwidth of all file server cluster nodes. Unlike previous versions of Windows Server, the total bandwidth is no longer constrained to the bandwidth of a single cluster node; but rather, the capability of the backing storage system defines the constraints. You can increase the total bandwidth by adding nodes.</li>
</ul>
Failover Clustering in Windows Server and Azure Local, at 205-06.
</td></tr>
</table>

<table>
<tr><th>’273 Patent Claim</th><th>Exemplary HPE Servers</th></tr>
<tr><td></td><td>
<h2>Benefits</h2>
Cluster sets offer the following benefits:
<ul>
<li>Significantly increases the supported SDDC cloud scale for running highly available virtual machines (VMs) by combining multiple smaller clusters into a single large fabric, while keeping the software fault boundary to a single cluster. You can easily migrate VMs across the cluster set.</li>
<li>Increased resiliency. Having four 4-node clusters in a cluster set gives you better resiliency than a single 16-node cluster in that multiple compute nodes can go down and production remains intact.</li>
<li>Management of failover cluster lifecycle, including onboarding and retiring clusters, without impacting tenant VM availability.</li>
<li>VM flexibility across individual clusters and a present a unified storage namespace.</li>
<li>Easily change the compute-to-storage workload ratio in your hyper-converged environment.</li>
<li>Benefit from Azure-like Fault Domains and Availability sets across individual clusters in initial VM placement and subsequent migration.</li>
<li>Can use even if compute and storage hardware between cluster nodes isn't identical.</li>
<li>Live migration of VMs between clusters.</li>
<li>Azure-like availability sets and fault domains across multiple clusters.</li>
</ul>
Failover Clustering in Windows Server and Azure Local, at 177-78.
</td></tr>
</table>

| ’273 Patent Claim | Exemplary HPE Servers |
| --- | --- |
| | When complete, you are shown which cluster node the VM was deployed on. For the above example, it would show as:<br>`State : Running`<br>`ComputerName : 1-S2D2`<br>Once the VM is created, it is displayed in Hyper-V manager on the specific node specified. To add it as a cluster set VM and add it to the cluster, use this command:<br>PowerShell<br>`Register-ClusterSetVM -CimSession CSMASTER -MemberName $targetnode.Member -VMName CSVM1`<br>When complete, the output is:<br>`Id VMName State MemberName PSComputerName`<br>`-- ------ ----- ---------- --------------`<br>`1 CSVM1 On CLUSTER1 CSMASTER`<br>Failover Clustering in Windows Server and Azure Local, at 184. |

| ’273 Patent Claim | Exemplary HPE Servers |
| --- | --- |
| | **Recurring load balancing**<br><br>By default, VM load balancing is configured for periodic balancing: the memory pressure and CPU utilization on each machine in the system are evaluated for balancing every 30 minutes.<br><br>Here's the flow of the steps:<br><br>1. The memory pressure and CPU utilization are evaluated on all machines in the system.<br>2. All machines exceeding the threshold and those below the threshold are identified.<br>3. The machines with the highest memory pressure and CPU utilization are identified to determine priority of balancing.<br>4. VMs are live migrated (with no downtime) from a machine that exceeds the threshold to another machine that is under the minimum threshold.<br><br> |

| ’273 Patent Claim | Exemplary HPE Servers |
| --- | --- |
| | Failover Clustering in Windows Server and Azure Local, at 237-38.<br><br>**Virtual Machine Load Balancing**<br><br>Virtual Machine Load Balancing is a new feature in Failover Clustering that seamlessly load balances VMs across the nodes in a cluster. The feature identifies overcommitted nodes based on VM memory and CPU utilization on the node. It then live migrates the VMs from the overcommitted node to nodes with available bandwidth. You can adjust how aggressively the feature balances nodes to ensure optimal cluster performance and utilization. Load Balancing is enabled by default in Windows Server 2016 Technical Preview. However, Load Balancing is disabled when SCVMM Dynamic Optimization is enabled.<br>Windows Server get started documentation, at 88.<br><br>• **Proactive monitoring and management:**<br><br>Failover clusters employ heartbeat signals as a means of monitoring the health of nodes and their roles. These signals help detect issues such as node failures or service disruptions. When such issues are detected, the system can automatically initiate failover procedures, ensuring continuity and minimizing downtime.<br>Failover Clustering in Windows Server and Azure Local, at 3. |

| ’273 Patent Claim | Exemplary HPE Servers |
| --- | --- |
| | **Cluster set worker**<br><br>The CS-Master interacts with a cluster resource on member clusters called the cluster set worker (CS-Worker). CS-Worker responds to requests by the CS-Master, including VM placement and resource inventorying. There's one CS-Worker instance per member cluster.<br>Failover Clustering in Windows Server and Azure Local, at 180. |

| '273 Patent Claim | Exemplary HPE Servers |
|---|---|
| | # High Availability Clusters<br><br>**High-availability clusters** (also known as **HA clusters** , **failover clusters** or **Metroclusters Active/Active** ) are groups of computers that support server applications that can be reliably utilised with a minimum amount of down-time.<br><br>They operate by using high availability software to harness redundant computers in groups or clusters that provide continued service when system components fail.<br><br>Without clustering, if a server running a particular application crashes, the application will be unavailable until the crashed server is fixed. HA clustering remedies this situation by detecting hardware/software faults, and immediately restarting the application on another system without requiring administrative intervention, a process known as failover.<br><br>As part of this process, clustering software may configure the node before starting the application on it. For example, appropriate file systems may need to be imported and mounted, network hardware may have to be configured, and some supporting applications may need to be running as well.<br><br>HA clusters are often used for critical databases, file sharing on a network, business applications, and customer services such as electronic commerce websites.<br><br>Ubuntu – Introduction to High Availability. |

| ’273 Patent Claim | Exemplary HPE Servers |
|---|---|
| | **High Availability cluster heartbeat**<br><br>HA cluster implementations attempt to build redundancy into a cluster to eliminate single points of failure, including multiple network connections and data storage which is redundantly connected via storage area networks.<br><br>HA clusters usually use a heartbeat private network connection which is used to monitor the health and status of each node in the cluster. One subtle but serious condition all clustering software must be able to handle is split-brain, which occurs when all of the private links go down simultaneously, but the cluster nodes are still running.<br><br>If that happens, each node in the cluster may mistakenly decide that every other node has gone down and attempt to start services that other nodes are still running. Having duplicate instances of services may cause data corruption on the shared storage.<br><br>Ubuntu – Introduction to High Availability. |

| ’273 Patent Claim | Exemplary HPE Servers |
|---|---|
| | # Linux Clustering Concepts<br><br>A cluster is a group of computers (nodes) which work together to provide a shared solution. At a high level, a cluster can be viewed as having three parts (often defined as cluster stack).<br><br>## Basic concepts<br><br>• **Resources:** These are the reason for the cluster's being the services that need to be kept highly available.<br>• **Resource Agents:** These are scripts operating system components that start, stop, and monitor resources, given a set of resource parameters.<br>• **Fence Agents:** These are scripts that execute a node fencing actions, given a target and fence device.<br>• **Fencing:** The ability to disable nodes.<br>• **Quorum:** Encapsulates the ability to determine whether the cluster can continue to operate safely or not.<br><br>## Cluster types<br><br>The four types are as follows:<br><br>• **High Availability (HA):** Used for Fault Tolerance to keep server services available to employees or customers.<br>• **Load Balancing:** Balances the load between multiple systems when a service needs to be available to numerous systems at once (can be used for other three types of Clusters).<br>• **Distributed:** Jobs will be managed by different systems.<br>• **Parallel (Beowulf):** Jobs are managed by multiple processors on multiple systems.<br><br>As well by the configuration there are several types of clusters:<br><br>• **Manual clustering:** Lets you classify, merge, split clusters manually if the output of the automatic spike sorting algorithms are not satisfactory.<br>• **Merging clusters:** When multiple clusters seem to correspond to the same unit.<br>• **Splitting clusters:** You can create a new cluster by drawing a polygon around a set of spikes in the feature view, the amplitude view, the template amplitude view, or the spike attribute views.<br><br>Rackspace – Clustering concepts. |

| ’273 Patent Claim | Exemplary HPE Servers |
| --- | --- |
| | **Reasons to have a cluster**<br><br>There are different reasons for using a cluster. We use them to provide a resilient, highly available backend for solutions. This is primarily for backend services like MySQL, NFS or Redis where the service can be behind a front end of web servers.<br><br>High availability is provided via automatic failover - if there is a failure on a cluster node, the clustered services running on that node will automatically relocate away to a node that is running properly.<br><br>Clusters will generally use shared storage (SAN) so that data will be persistent when services move between nodes.<br><br>In the event if a node becomes unresponsive, typically that node will be rebooted (fenced) by other nodes in order to preserve data integrity of the shared storage and floating IP ownership.<br><br>**Linux Open Source High Availability Clustering**<br><br>Some Linux operating system vendors offer clustering software, such as SUSE Linux HAE; Red Hat Enterprise Linux (RHEL); and Oracle Real Application Clusters (RAC).<br><br>While they allow you to create a failover cluster, they present a variety of challenges, thist is highly manual and prone to human error.<br><br>Linux open-source HA extensions require a high degree of technical skill, creating complexity and reliability issues that challenge most operators.<br><br>Rackspace – Clustering concepts. |

| '273 Patent Claim | Exemplary HPE Servers |
|---|---|
| | ## What are high-availability clusters?<br><br>High-availability architectures run active failover clusters, so there is built-in redundancy and failover and—hopefully—zero downtime. Within the cluster, nodes are monitored not just for availability, but for overall performance of applications, services, and network. Because there is shared storage, there is no data loss if a node goes down, because all cluster nodes work from the same data source. Load balancing can be used to manage traffic for best performance.<br><br>Outside those broad characteristics, high-availability clusters can be designed for more specialized activities, depending on the priorities and activities within the IT infrastructure. The Red Hat Enterprise Linux High Availability Add-on, for example, has four default configurations:<br><br>• **High availability**: focuses on uptime and availability<br>• **High performance**: for high speed, concurrent operations<br>• **Load balancing**: for cost-effective scalability<br>• **Storage**: for resilient data management<br><br>In real-life environments, the high-availability systems would incorporate aspects of those focus elements.<br><br>Red Hat – What is high availability. |

| ’273 Patent Claim | Exemplary HPE Servers |
| --- | --- |
| | **25.2. PACEMAKER RESOURCE ALLOCATION**<br><br>Pacemaker allocates resources according to node preference, node capacity, and resource allocation preference.<br><br>**25.2.1. Node preference**<br><br>Pacemaker determines which node is preferred when allocating resources according to the following strategy.<br><br>• The node with the highest node weight gets consumed first. Node weight is a score maintained by the cluster to represent node health.<br>• If multiple nodes have the same node weight:<br>  ○ If the **placement-strategy** cluster property is **default** or **utilization**:<br>    ■ The node that has the least number of allocated resources gets consumed first.<br>    ■ If the numbers of allocated resources are equal, the first eligible node listed in the CIB gets consumed first.<br>  ○ If the **placement-strategy** cluster property is **balanced**:<br>    ■ The node that has the most free capacity gets consumed first.<br>    ■ If the free capacities of the nodes are equal, the node that has the least number of allocated resources gets consumed first.<br>    ■ If the free capacities of the nodes are equal and the number of allocated resources is equal, the first eligible node listed in the CIB gets consumed first.<br>  ○ If the **placement-strategy** cluster property is **minimal**, the first eligible node listed in the CIB gets consumed first. |

| ’273 Patent Claim | Exemplary HPE Servers |
|---|---|
| | **25.2.2. Node capacity**<br><br>Pacemaker determines which node has the most free capacity according to the following strategy.<br><br>• If only one type of utilization attribute has been defined, free capacity is a simple numeric comparison.<br><br>• If multiple types of utilization attributes have been defined, then the node that is numerically highest in the most attribute types has the most free capacity. For example:<br>    ◦ If NodeA has more free CPUs, and NodeB has more free memory, then their free capacities are equal.<br>    ◦ If NodeA has more free CPUs, while NodeB has more free memory and storage, then NodeB has more free capacity.<br><br>**25.2.3. Resource allocation preference**<br><br>Pacemaker determines which resource is allocated first according to the following strategy.<br><br>• The resource that has the highest priority gets allocated first. You can set a resource’s priority when you create the resource.<br><br>• If the priorities of the resources are equal, the resource that has the highest score on the node where it is running gets allocated first, to prevent resource shuffling.<br><br>• If the resource scores on the nodes where the resources are running are equal or the resources are not running, the resource that has the highest score on the preferred node gets allocated first. If the resource scores on the preferred node are equal in this case, the first runnable resource listed in the CIB gets allocated first.<br><br>Red Hat Enterprise Linux 8 – Configuring and managing high availability clusters, at 184-85.<br><br>**Cluster Information Base (CIB)**<br>The Pacemaker information daemon, which uses XML internally to distribute and synchronize current configuration and status information from the Designated Coordinator (DC) - a node assigned by Pacemaker to store and distribute cluster state and actions by means of the CIB - to all other cluster nodes.<br>**Cluster Resource Management Daemon (CRMd)**<br>Pacemaker cluster resource actions are routed through this daemon. Resources managed by CRMd can be queried by client systems, moved, instantiated, and changed when needed.<br>Each cluster node also includes a local resource manager daemon (LRMd) that acts as an interface between CRMd and resources. LRMd passes commands from CRMd to agents, such as starting and stopping and relaying status information. |

| ’273 Patent Claim | Exemplary HPE Servers |
|---|---|
| | corosync<br>**corosync** is the component - and a daemon of the same name - that serves the core membership and member-communication needs for high availability clusters. It is required for the High Availability Add-On to function.<br>In addition to those membership and messaging functions, **corosync** also:<br>• Manages quorum rules and determination.<br>• Provides messaging capabilities for applications that coordinate or operate across multiple members of the cluster and thus must communicate stateful or other information between instances.<br>• Uses the **kronosnet** library as its network transport to provide multiple redundant links and automatic failover.<br>Red Hat Enterprise Linux 8 – Configuring and managing high availability clusters, at 15-16.<br><br>*See also* claim 1[pre]–1[c]. |
| 1[e] wherein, upon reception of the completion notification of the scale-up or the scale-down from the second computer of the standby system, the controller controls to execute system switching of the redundant system to switch the second | Upon reception of the completion notification of the scale-up or the scale-down from the second computer of the standby system, the controller in the exemplary HPE Server Products controls to execute system switching of the redundant system to switch the second computer operating as the standby system undergoing the scale-up or scale-down to a new active system and to switch the first computer operating as the active system to a new standby system.<br><br>*See, e.g.*,: |

| '273 Patent Claim | Exemplary HPE Servers |
|---|---|
| computer operating as the standby system undergoing the scale-up or scale-down to a new active system and to switch the first computer operating as the active system to a new standby system. | **Primary and Secondary Hosts**<br>Add to Library RSS Download PDF Feedback<br>Updated on 07/20/2020<br>Selected product version: VMware vSphere 7.0<br>When you add a host to a vSphere HA cluster, an agent is uploaded to the host and configured to communicate with other agents in the cluster. Each host in the cluster functions as a primary host or a secondary host.<br>When vSphere HA is enabled for a cluster, all active hosts (that are not in standby, maintenance mode or not disconnected) participate in an election to choose the cluster's primary host. The host that mounts the greatest number of datastores has an advantage in the election. Only one primary host typically exists per cluster and all other hosts are secondary hosts. If the primary host fails, is shut down or put in standby mode, or is removed from the cluster a new election is held.<br>The primary host in a cluster has several responsibilities:<br>• Monitoring the state of secondary hosts. If a secondary host fails or becomes unreachable, the primary host identifies which virtual machines must be restarted.<br>• Monitoring the power state of all protected virtual machines. If one virtual machine fails, the primary host ensures that it is restarted. Using a local placement engine, the primary host also determines where the restart takes place.<br>• Managing the lists of cluster hosts and protected virtual machines.<br>• Acting as the vCenter Server management interface to the cluster and reporting the cluster health state.<br>The secondary hosts primarily contribute to the cluster by running virtual machines locally, monitoring their runtime states, and reporting state updates to the primary host. A primary host can also run and monitor virtual machines. Both secondary hosts and primary hosts implement the VM and Application Monitoring features.<br>One of the functions performed by the primary host is to orchestrate restarts of protected virtual machines. A virtual machine is protected by a primary host after vCenter Server observes that the virtual machine's power state has changed from powered off to powered on in response to a user action. The primary host persists the list of protected virtual machines in the cluster's datastores. A newly elected primary host uses this information to determine which virtual machines to protect.<br><br>VMware vSphere 7.0 Product Guide, at 3088. |

| ’273 Patent Claim | Exemplary HPE Servers |
| --- | --- |
| | **vSphere FT Architecture**<br><br>vSphere FT enables a virtual machine to survive a physical server failure by creating an exact replica virtual machine on another host that can take over at the time of failure. During failover, the transition of a vSphere FT virtual machine from one physical server to another is similar to a migration using vSphere vMotion®: it is completely seamless. That means there is zero downtime, zero data loss, zero connection loss, continuous service availability, and complete transaction integrity.<br><br><br><br><br>**Figure 1. Fast Checkpointing keeps the secondary virtual machine in sync with the primary virtual machine.**<br><br>vSphere FT works by continuously replicating an entire running virtual machine from one physical server to another. The result is that an FT-protected virtual machine has two replicas: the primary virtual machine and the secondary virtual machine, each running on distinct ESXi hosts. These replicas are logically identical —they represent a single virtual machine state and a single network identity, but they are physically distinct. Each replica has its own set of virtual machine files (including VMX and VMDK files), which vSphere FT automatically keeps in sync. When a physical server fails, one of the replicas will resume execution, and the virtual machine state, the network identity, and all active network connections for the virtual machine will be identical, ensuring a seamless failover process.<br><br>VMware vSphere 6 Fault Tolerance – Architecture and Performance, at 3.<br><br>When FT is enabled in a virtual machine, that virtual machine is called the FT primary virtual machine, or primary. Each such FT primary virtual machine is paired with another virtual machine, called the FT secondary virtual machine, or secondary. The roles of primary and secondary are dynamic: the virtual machines can swap roles when there is a failover. |

| ’273 Patent Claim | Exemplary HPE Servers |
| --- | --- |
| | “Performance Best Practices for VMware vSphere 6.5,”[17] at 79.<br><br>**Virtual Machine Resiliency**<br><br>**Compute Resiliency** Windows Server 2016 includes increased virtual machines compute resiliency to help reduce intra-cluster communication issues in your compute cluster as follows:<br><br>• **Resiliency options available for virtual machines:** You can now configure virtual machine resiliency options that define behavior of the virtual machines during transient failures:<br>    ○ **Resiliency Level:** Helps you define how the transient failures are handled.<br>    ○ **Resiliency Period:** Helps you define how long all the virtual machines are allowed to run isolated.<br><br>• **Quarantine of unhealthy nodes:** Unhealthy nodes are quarantined and are no longer allowed to join the cluster. This prevents flapping nodes from negatively effecting other nodes and the overall cluster.<br><br>“What’s New in Failover Clustering.” |

[17] Available at https://www.vmware.com/docs/perf_best_practices_vsphere65.

# Failover Clustering in Windows Server and Azure Local

06/25/2025

Applies to: ✅ Windows Server 2025, ✅ Windows Server 2022, ✅ Windows Server 2019, ✅ Windows Server 2016, ✅ Azure Local 2311.2 and later

Failover clustering is a powerful strategy to ensure high availability and uninterrupted operations in critical environments. It involves a configuration of independent computers, known as nodes, which work together to enhance the availability and scalability of applications and services, now referred to as clustered roles. These nodes are interconnected through both physical cabling and software.

If a failure occurs in one or more nodes, the remaining nodes automatically take over the workload, a process called failover, minimizing disruptions. Additionally, the health of clustered roles is continuously monitored. If any issues are detected, the roles are either restarted or migrated to another node to maintain seamless operation. This proactive approach ensures that services remain consistently available, even if hardware or software failures occur.

Networking is a crucial role in failover clusters by enabling reliable communication and efficient data exchange among cluster nodes and with external clients. Clusters often employ dedicated private networks for internal functions such as heartbeat signals and cluster management, while separate public networks handle client access and application data. This network separation enhances performance and security by isolating critical cluster traffic from external disruptions. It also increases fault tolerance, ensuring that internal cluster operations remain uninterrupted and that client connections maintain high availability during failover events.

The cluster's health is continuously monitored through heartbeat signals, which help detect any issues. If a problem arises, the system can automatically initiate a failover to maintain service continuity. To protect sensitive data and meet organizational standards, failover clusters incorporate robust security measures such as encryption to secure data both in transit and at rest. They also use granular access control to manage permissions and access rights effectively.

| ’273 Patent Claim | Exemplary HPE Servers |
|---|---|
| | Failover Clustering in Windows Server and Azure Local, at 1. |

| ’273 Patent Claim | Exemplary HPE Servers |
|---|---|
| | # Health Service faults<br>Article • 08/25/2021<br>Applies to: Windows Server 2016<br>## What are faults<br>The Health Service constantly monitors your Storage Spaces Direct cluster to detect problems and generate "faults". One new cmdlet displays any current faults, allowing you to easily verify the health of your deployment without looking at every entity or feature in turn. Faults are designed to be precise, easy to understand, and actionable.<br>Each fault contains five important fields:<br>• Severity<br>• Description of the problem<br>• Recommended next step(s) to address the problem<br>• Identifying information for the faulting entity<br>• Its physical location (if applicable)<br>For example, here is a typical fault:<br>`Severity: MINOR`<br>`Reason: Connectivity has been lost to the physical disk.`<br>`Recommendation: Check that the physical disk is working and properly connected.`<br>`Part: Manufacturer Contoso, Model XYZ9000, Serial 123456789`<br>`Location: Seattle DC, Rack B07, Node 4, Slot 11`<br>Failover Clustering in Windows Server and Azure Local, at 71. |

| ’273 Patent Claim | Exemplary HPE Servers |
| --- | --- |
| | • **Proactive monitoring and management:**<br><br>Failover clusters employ heartbeat signals as a means of monitoring the health of nodes and their roles. These signals help detect issues such as node failures or service disruptions. When such issues are detected, the system can automatically initiate failover procedures, ensuring continuity and minimizing downtime.<br>Failover Clustering in Windows Server and Azure Local, at 3.<br><br>**Cluster set worker**<br><br>The CS-Master interacts with a cluster resource on member clusters called the cluster set worker (CS-Worker). CS-Worker responds to requests by the CS-Master, including VM placement and resource inventorying. There's one CS-Worker instance per member cluster.<br>Failover Clustering in Windows Server and Azure Local, at 180. |

| ’273 Patent Claim | Exemplary HPE Servers |
| --- | --- |
| | # High Availability Clusters<br><br>**High-availability clusters** (also known as **HA clusters** , **failover clusters** or **Metroclusters Active/Active** ) are groups of computers that support server applications that can be reliably utilised with a minimum amount of down-time.<br><br>They operate by using high availability software to harness redundant computers in groups or clusters that provide continued service when system components fail.<br><br>Without clustering, if a server running a particular application crashes, the application will be unavailable until the crashed server is fixed. HA clustering remedies this situation by detecting hardware/software faults, and immediately restarting the application on another system without requiring administrative intervention, a process known as failover.<br><br>As part of this process, clustering software may configure the node before starting the application on it. For example, appropriate file systems may need to be imported and mounted, network hardware may have to be configured, and some supporting applications may need to be running as well.<br><br>HA clusters are often used for critical databases, file sharing on a network, business applications, and customer services such as electronic commerce websites.<br><br>Ubuntu – Introduction to High Availability. |

| ’273 Patent Claim | Exemplary HPE Servers |
|---|---|
| | # High Availability cluster heartbeat<br><br>HA cluster implementations attempt to build redundancy into a cluster to eliminate single points of failure, including multiple network connections and data storage which is redundantly connected via storage area networks.<br><br>HA clusters usually use a heartbeat private network connection which is used to monitor the health and status of each node in the cluster. One subtle but serious condition all clustering software must be able to handle is split-brain, which occurs when all of the private links go down simultaneously, but the cluster nodes are still running.<br><br>If that happens, each node in the cluster may mistakenly decide that every other node has gone down and attempt to start services that other nodes are still running. Having duplicate instances of services may cause data corruption on the shared storage.<br><br>Ubuntu – Introduction to High Availability. |

<table>
<tr><th>’273 Patent Claim</th><th>Exemplary HPE Servers</th></tr>
<tr><td></td><td>
<h2>Linux Clustering Concepts</h2>
A cluster is a group of computers (nodes) which work together to provide a shared solution. At a high level, a cluster can be viewed as having three parts (often defined as cluster stack).
<h3>Basic concepts</h3>
<ul>
<li>Resources: These are the reason for the cluster’s being the services that need to be kept highly available.</li>
<li>Resource Agents: These are scripts operating system components that start, stop, and monitor resources, given a set of resource parameters.</li>
<li>Fence Agents: These are scripts that execute a node fencing actions, given a target and fence device.</li>
<li>Fencing: The ability to disable nodes.</li>
<li>Quorum: Encapsulates the ability to determine whether the cluster can continue to operate safely or not.</li>
</ul>
<h3>Cluster types</h3>
The four types are as follows:
<ul>
<li>High Availability (HA): Used for Fault Tolerance to keep server services available to employees or customers.</li>
<li>Load Balancing: Balances the load between multiple systems when a service needs to be available to numerous systems at once (can be used for other three types of Clusters).</li>
<li>Distributed: Jobs will be managed by different systems.</li>
<li>Parallel (Beowulf): Jobs are managed by multiple processors on multiple systems.</li>
</ul>
As well by the configuration there are several types of clusters:
<ul>
<li>Manual clustering: Lets you classify, merge, split clusters manually if the output of the automatic spike sorting algorithms are not satisfactory.</li>
<li>Merging clusters: When multiple clusters seem to correspond to the same unit.</li>
<li>Splitting clusters: You can create a new cluster by drawing a polygon around a set of spikes in the feature view, the amplitude view, the template amplitude view, or the spike attribute views.</li>
</ul>
Rackspace – Clustering concepts.
</td></tr>
</table>

<table>
<tr><th>’273 Patent Claim</th><th>Exemplary HPE Servers</th></tr>
<tr><td></td><td>
<h3>Reasons to have a cluster</h3>
There are different reasons for using a cluster. We use them to provide a resilient, highly available backend for solutions. This is primarily for backend services like MySQL, NFS or Redis where the service can be behind a front end of web servers.
High availability is provided via automatic failover - if there is a failure on a cluster node, the clustered services running on that node will automatically relocate away to a node that is running properly.
Clusters will generally use shared storage (SAN) so that data will be persistent when services move between nodes.
In the event if a node becomes unresponsive, typically that node will be rebooted (fenced) by other nodes in order to preserve data integrity of the shared storage and floating IP ownership.
<h3>Linux Open Source High Availability Clustering</h3>
Some Linux operating system vendors offer clustering software, such as SUSE Linux HAE; Red Hat Enterprise Linux (RHEL); and Oracle Real Application Clusters (RAC).
While they allow you to create a failover cluster, they present a variety of challenges, thist is highly manual and prone to human error.
Linux open-source HA extensions require a high degree of technical skill, creating complexity and reliability issues that challenge most operators.
Rackspace – Clustering concepts.
</td></tr>
</table>

| ’273 Patent Claim | Exemplary HPE Servers |
| --- | --- |
| | **What are high-availability clusters?**<br><br>High-availability architectures run active failover clusters, so there is built-in redundancy and failover and—hopefully—zero downtime. Within the cluster, nodes are monitored not just for availability, but for overall performance of applications, services, and network. Because there is shared storage, there is no data loss if a node goes down, because all cluster nodes work from the same data source. Load balancing can be used to manage traffic for best performance.<br><br>Outside those broad characteristics, high-availability clusters can be designed for more specialized activities, depending on the priorities and activities within the IT infrastructure. The Red Hat Enterprise Linux High Availability Add-on, for example, has four default configurations:<br><br>• **High availability**: focuses on uptime and availability<br>• **High performance**: for high speed, concurrent operations<br>• **Load balancing**: for cost-effective scalability<br>• **Storage**: for resilient data management<br><br>In real-life environments, the high-availability systems would incorporate aspects of those focus elements.<br><br>Red Hat – What is high availability. |

| ’273 Patent Claim | Exemplary HPE Servers |
| --- | --- |
| | **corosync**<br>**corosync** is the component - and a daemon of the same name - that serves the core membership and member-communication needs for high availability clusters. It is required for the High Availability Add-On to function.<br>In addition to those membership and messaging functions, **corosync** also:<br>• Manages quorum rules and determination.<br>• Provides messaging capabilities for applications that coordinate or operate across multiple members of the cluster and thus must communicate stateful or other information between instances.<br>• Uses the **kronosnet** library as its network transport to provide multiple redundant links and automatic failover.<br>Red Hat Enterprise Linux 8 – Configuring and managing high availability clusters, at 15-16.<br><br>*See also* claim 1[pre]–1[d]. |