# EXHIBIT 11

# Illustrative Claim Chart for U.S. Patent No. 9,482,632

<table>
<tr><th>Claim 1</th><th>Exemplary HPE Server Products</th></tr>
<tr><td>1[pre] An abnormality detection device for detecting an abnormality in Information and Communication Technology (ICT) equipment having a cooling fan, the abnormality detection device comprising:</td><td>
The exemplary HPE Server Products are an abnormality detection device for detecting an abnormality in Information and Communication Technology (ICT) equipment having a cooling fan.<br><br>
See, e.g.,<br><br>
QuickSpecs    HPE ProLiant DL360 Gen10 Server<br>
Standard Features<br><br>
Processors – Up to 2 of the following depending on model.<br>
Notes:<br>
– The 2nd digit of the processor model number "x1xx" and "x2xx" is used to denote the processor generation (i.e. 1=1st generation and 2=2nd generation)<br>
– Field upgrades from 1st generation processors (x1xx) to 2nd generation processors (x2xx) not supported.<br>
– "U" processors (i.e. 6212U) only supported in single socket configurations<br>
– This table covers the public Intel offering only.<br>
– For more information regarding Intel Xeon processors, please see the following http://www.intel.com/xeon.
<table>
<tr><th colspan="3">Intel Xeon Processor</th></tr>
<tr><th>Processor Suffix</th><th>Description</th><th>Offering</th></tr>
<tr><td>L</td><td>Large memory tier</td><td>Up to 4.5 TB addressable memory per socket</td></tr>
<tr><td>M</td><td>Medium memory tier</td><td>Up to 2.0 TB addressable memory per socket</td></tr>
<tr><td>N</td><td>NFV Optimized</td><td>Targeted at Network Function Virtualization (NFV) workloads. Intel® SST-BF improves performance by directing base frequency to high priority/bottleneck cores, other workloads may see throttling.</td></tr>
<tr><td>R</td><td>Refresh</td><td>Improved price/performance over equivalent "non-R" 2nd generation processors</td></tr>
<tr><td>S</td><td>Search Optimized</td><td>Optimized base frequency to address 'search' workloads, other workloads may see throttling.</td></tr>
<tr><td>U</td><td>1 Socket Optimized</td><td>Focused on single socket (1P) configurations deliver performance at competitive price points. Does not support two socket (2P) arrangements.</td></tr>
<tr><td>V</td><td>VM Density Optimized</td><td>Fosters enhanced VM density, allowing to support more/larger virtual machines per host.</td></tr>
<tr><td>Y</td><td>Speed Select</td><td>Intel® SST-PP increases base frequency when fewer cores are enabled. Allows greater flexibility, deployment options and platform longevity.</td></tr>
</table>
Notes: More than 1.5 TB memory per socket requires HPE Persistent Memory<br>
<table>
<tr><th colspan="8">2nd Generation Intel® Xeon® Scalable Processor Family</th></tr>
<tr><th>Intel Xeon Models</th><th>CPU Frequency</th><th>Cores</th><th>L3 Cache</th><th>Power</th><th>UPI</th><th>DDR4</th><th>Memory per socket</th></tr>
<tr><td>Platinum 8280 Processor</td><td>2.7 GHz</td><td>28</td><td>38.50 MB</td><td>205W</td><td>3 @ 10.4 GT/s</td><td>2933 MT/s</td><td>1TB</td></tr>
<tr><td>Platinum 8280L Processor</td><td>2.7 GHz</td><td>28</td><td>38.50 MB</td><td>205W</td><td>3 @ 10.4 GT/s</td><td>2933 MT/s</td><td>4.5TB</td></tr>
<tr><td>Platinum 8280M Processor</td><td>2.7 GHz</td><td>28</td><td>38.50 MB</td><td>205W</td><td>3 @ 10.4 GT/s</td><td>2933 MT/s</td><td>2TB</td></tr>
<tr><td>Platinum 8276 Processor</td><td>2.2 GHz</td><td>28</td><td>38.50 MB</td><td>165W</td><td>3 @ 10.4 GT/s</td><td>2933 MT/s</td><td>1TB</td></tr>
<tr><td>Platinum 8276L Processor</td><td>2.2 GHz</td><td>28</td><td>38.50 MB</td><td>165W</td><td>3 @ 10.4 GT/s</td><td>2933 MT/s</td><td>4.5TB</td></tr>
<tr><td>Platinum 8276M Processor</td><td>2.2 GHz</td><td>28</td><td>38.50 MB</td><td>165W</td><td>3 @ 10.4 GT/s</td><td>2933 MT/s</td><td>2TB</td></tr>
<tr><td>Platinum 8270 Processor</td><td>2.7 GHz</td><td>26</td><td>35.75 MB</td><td>205W</td><td>3 @ 10.4 GT/s</td><td>2933 MT/s</td><td>1TB</td></tr>
<tr><td>Platinum 8268 Processor</td><td>2.9 GHz</td><td>24</td><td>35.75 MB</td><td>205W</td><td>3 @ 10.4 GT/s</td><td>2933 MT/s</td><td>1TB</td></tr>
<tr><td>Platinum 8260 Processor</td><td>2.4 GHz</td><td>24</td><td>35.75 MB</td><td>165W</td><td>3 @ 10.4 GT/s</td><td>2933 MT/s</td><td>1TB</td></tr>
<tr><td>Platinum 8260L Processor</td><td>2.4 GHz</td><td>24</td><td>35.75 MB</td><td>165W</td><td>3 @ 10.4 GT/s</td><td>2933 MT/s</td><td>4.5TB</td></tr>
<tr><td>Platinum 8260M Processor</td><td>2.4 GHz</td><td>24</td><td>35.75 MB</td><td>165W</td><td>3 @ 10.4 GT/s</td><td>2933 MT/s</td><td>2TB</td></tr>
<tr><td>Platinum 8260Y Processor</td><td>2.4 GHz<br>2.5 GHz<br>2.7 GHz</td><td>24<br>20<br>16</td><td>35.75 MB</td><td>165W</td><td>3 @ 10.4 GT/s</td><td>2933 MT/s</td><td>1TB</td></tr>
<tr><td>Platinum 8256 Processor</td><td>3.8 GHz</td><td>4</td><td>16.50 MB</td><td>105W</td><td>3 @ 10.4 GT/s</td><td>2933 MT/s</td><td>1TB</td></tr>
<tr><td>Platinum 8253 Processor</td><td>2.2 GHz</td><td>16</td><td>22.00 MB</td><td>125W</td><td>3 @ 10.4 GT/s</td><td>2933 MT/s</td><td>1TB</td></tr>
</table>
"HPE ProLiant DL360 Gen10 Server QuickSpecs,"[1] at 5.
</td></tr>
</table>

[1] Available at https://www.hpe.com/psnow/doc/a00008159enw?ver=72.

| Claim 1 | Exemplary HPE Server Products |
|---|---|
| | **QuickSpecs** HPE ProLiant DL360 Gen10 Server<br>**Overview**<br>**Shape the Future of QuickSpecs – Your Input Matters**<br>**HPE ProLiant DL360 Gen10 Server**<br>Does your data center need a secure, performance driven dense server that you can confidently deploy for virtualization, database, or high-performance computing? The HPE ProLiant DL360 Gen10 server delivers security, agility and flexibility without compromise.<br>The HPE ProLiant DL360 Gen10 Server supports the Intel® Xeon® Scalable Processor Family with up to 28 cores plus 2933 MT/s HPE DDR4 Smart Memory supporting up to 3.0 TB max. With the added performance that HPE Persistent Memory and 10 NVMe bring, the HPE ProLiant DL360 Gen10 means business. Deploy this dense platform for diverse workloads in space constrained environments and maintain it with ease by automating the most essential server lifecycle management tasks with HPE OneView and HPE iLO 5.<br>HPE ProLiant DL360 Gen10 Server QuickSpecs at 1. |

| Claim 1 | Exemplary HPE Server Products |
| --- | --- |
| | |

**QuickSpecs** — **HPE ProLiant DL385 Gen11**

**Overview**

Shape the Future of QuickSpecs – Your Input Matters

**HPE ProLiant DL385 Gen11**

The new HPE ProLiant DL385 Gen11 server is an accelerator-optimized 2U 2P solution that delivers exceptional compute performance, upgraded high-speed data transfer rate and memory depth at 2P compute capability. Powered by 5th and 4th Generation AMD EPYC™ 9005 & 9004 Series Processors with up to 160 cores, increased memory speed (up to 6400 MT/s), high-speed PCIe Gen5 I/O, Gen5 EDSFF storage and the newly designed chassis supporting 8 single wide (SW) or 4 double wide (DW) GPUs*. The HPE ProLiant DL385 Gen11 server is a perfect accelerator-optimized 2U 2P solution.




**HPE ProLiant DL385 Gen11 SFF CTO Server- Front View**

1. Quick removal access panel
2. Power On/Standby button and system power LED button
3. Health LED
4. iLO front service port
5. NIC status LED
6. USB 3.2 Gen1
7. UID button
8. Drive Bay 3. 8 SFF U.3 optional
9. Drive Bay 2. 8 SFF U.3 optional
10. Drive Bay 1. 8 SFF U.3 or Universal Media Bay optional
11. Serial label pull tag

"HPE ProLiant DL385 Gen11"[2] at 1.

[2] Available at https://www.hpe.com/psnow/doc/a50004300enw.pdf?ver=34.

| Claim 1 | Exemplary HPE Server Products |
|---|---|
| | (see below) |

**QuickSpecs** **HPE ProLiant DL360 Gen10 Server**

## Pre-Configured Models

### Pre-Configured models ship with the configurations below.

- Pre-Configured models ship with the configurations below. Options can be selected from the Core or Additional options section of this QuickSpecs.
- Hewlett Packard Enterprise does not allow factory integration of options into pre-configured models. Any additional options purchased will not be shipped inside the server.
- Network Choice models do not include embedded LOM.

| Network Choice Models | | | |
|---|---|---|---|
| **SKU Number** | P19180-B21<br>P19180-291 | P19774-B21<br>P19774-291<br>P19774-AA1 | P19776-B21<br>P19776-291 |
| **Model Name** | HPE ProLiant DL360 Gen10 6242 2.8GHz 16-core 1P 32GB-R P408i-a NC 8SFF 800W PS Server | HPE ProLiant DL360 Gen10 4208 2.1GHz 8-core 1P 16GB-R P408i-a NC 8SFF 500W PS Server | HPE ProLiant DL360 Gen10 4208 2.1GHz 8-core 1P 16GB-R S100i NC 4LFF 500W PS Server |
| **Chassis** | HPE ProLiant DL360 Gen10 8SFF NC Configure-to-order Server | HPE ProLiant DL360 Gen10 8SFF NC Configure-to-order Server | HPE ProLiant DL360 Gen10 4LFF NC Configure-to-order Server |
| **Processor** | 6242 (16 core, 2.8 GHz, 150W) | 4208 (8 core, 2.1 GHz, 85W) | 4208 (8 core, 2.1 GHz, 85W) |
| **Number of Processors** | One | | |
| **Memory** | 32 GB (1x32 GB , 2933 MT/s) | 16 GB (1x16 GB , 2933 MT/s)<br>**Notes:** Runs at 2400 MT/s due to processor limitation. | 16 GB (1x16 GB , 2933 MT/s)<br>**Notes:** Runs at 2400 MT/s due to processor limitation. |
| **Network Controller** | HPE Ethernet 10/25Gb 2-port 640FLR-SFP28 Adapter<br>**Notes:** No embedded networking | HPE Ethernet 1Gb 4-port FLR-T I350-T4V2 Adapter<br>**Notes:** No embedded networking | HPE Ethernet 1Gb 4-port FLR-T I350-T4V2 Adapter<br>**Notes:** No embedded networking |
| **Storage Controller** | HPE Smart Array P408i-a SR Gen10 x8 Lanes 2GB Cache SAS 12G Modular Controller | HPE Smart Array P408i-a SR Gen10 x8 Lanes 2GB Cache SAS 12G Modular Controller | HPE Smart Array S100i SR Gen10 SW RAID |
| **Included Hard Drives** | None ship standard, 8 SFF supported | None ship standard, 8 SFF supported | None ship standard, 4 LFF supported |
| **Optical Drive** | None included | | |
| **Power Supply** | 1x HPE 800W Flex Slot Platinum Hot Plug Low Halogen Power Supply Kit | 1x HPE 500W Flex Slot Platinum Hot Plug Low Halogen Power Supply Kit | 1x HPE 500W Flex Slot Platinum Hot Plug Low Halogen Power Supply Kit |
| **Fans** | 5 single rotor hot plug fans | | |

HPE ProLiant DL360 Gen10 Server QuickSpecs at 22.

| Claim 1 | Exemplary HPE Server Products |
| --- | --- |
| | <br>**HPE ProLiant DL385 Gen11 SFF CTO Server - Internal View**<br>1. DDR5 DIMM slots. Shown populated in 24 slots<br>2. Hot Pluggable M.2 Boot Device bracket<br>3. (Under) Up to 2 Hot Plug redundant HPE Flexible Slot Power supplies<br>4. Rear 2SFF drive cage<br>5. Secondary PCIe riser cage<br>6. (Under) OCP 3.0 Slot 2<br>7. Primary PCIe riser cage<br>8. (Under) OCP 3.0 Slot 1<br>9. 2x USB 3.2 Gen1 ports (one under primary riser cage)<br>10. Fan cage shown with 6 Performance Hot-plug fans<br>11. 2 Processors (heatsinks shown)<br>HPE ProLiant DL385 Gen11, at 4. |

<table>
<tr><th>Claim 1</th><th>Exemplary HPE Server Products</th></tr>
<tr><td></td><td>

**QuickSpecs** HPE Integrated Lights-Out (iLO)

**Overview**

**HPE Integrated Lights-Out (iLO)**

Integrated Lights-Out (iLO) is an embedded technology that ships in HPE Servers. It is the core foundation for the intelligence of the HPE Servers. This technology is combination of the iLO ASIC that is part of the server-board and the firmware that powers the ASIC.

Different generations of ProLiant Servers carry different versions of the iLO ASIC.

<table>
<tr><th>Sl No</th><th>ProLiant Generation</th><th>iLO ASIC version</th></tr>
<tr><td>1</td><td>Gen11</td><td>iLO 6</td></tr>
<tr><td>2</td><td>Gen10 and Gen10 Plus</td><td>iLO 5</td></tr>
<tr><td>3</td><td>Gen9 and Gen8</td><td>iLO 4</td></tr>
</table>

iLO is key to make the server operational and boot. It helps simplify server set up, engage health monitoring as well as power and thermal control.

These capabilities are included with the Server at no extra cost (iLO Standard). No installation needed and minimal setup is required.

Industry leading features that enhance server administrator productivity are available through optional licenses. The iLO Advanced license will include all licensed features. This allows customers to have either standard, included features, or upgrade to licensed features that are all available with iLO Advanced.

"HPE Integrated Lights-Out (iLO) QuickSpecs – Version 37"[3] at 1.
</td></tr>
<tr><td>1[a] a hardware processor comprising:</td><td>

The exemplary HPE Server Products include a hardware processor.

*See, e.g.*,
</td></tr>
</table>

[3] Available at https://www.hpe.com/psnow/doc/c04154343.html?ver=37.

| Claim 1 | Exemplary HPE Server Products |
|---|---|

QuickSpecs — HPE ProLiant DL360 Gen10 Server

**Standard Features**

**Processors** – Up to 2 of the following depending on model.

**Notes:**

- The 2nd digit of the processor model number "x1xx" and "x2xx" is used to denote the processor generation (i.e. 1=1st generation and 2=2nd generation)
- Field upgrades from 1st generation processors (x1xx) to 2nd generation processors (x2xx) not supported.
- "U" processors (i.e. 6212U) only supported in single socket configurations
- This table covers the public Intel offering only.
- For more information regarding Intel Xeon processors, please see the following **http://www.intel.com/xeon**.

**Intel Xeon Processor**

| Processor Suffix | Description | Offering |
|---|---|---|
| L | Large memory tier | Up to 4.5 TB addressable memory per socket |
| M | Medium memory tier | Up to 2.0 TB addressable memory per socket |
| N | NFV Optimized | Targeted at Network Function Virtualization (NFV) workloads. Intel® SST-BF improves performance by directing base frequency to high priority/bottleneck cores, other workloads may see throttling. |
| R | Refresh | Improved price/performance over equivalent "non-R" 2nd generation processors |
| S | Search Optimized | Optimized base frequency to address 'search' workloads, other workloads may see throttling. |
| U | 1 Socket Optimized | Focused on single socket (1P) configurations deliver performance at competitive price points. Does not support two socket (2P) arrangements. |
| V | VM Density Optimized | Fosters enhanced VM density, allowing to support more/larger virtual machines per host. |
| Y | Speed Select | Intel® SST-PP increases base frequency when fewer cores are enabled. Allows greater flexibility, deployment options and platform longevity. |

**Notes:** More than 1.5 TB memory per socket requires HPE Persistent Memory

**2nd Generation Intel® Xeon® Scalable Processor Family**

| Intel Xeon Models | CPU Frequency | Cores | L3 Cache | Power | UPI | DDR4 | Memory per socket |
|---|---|---|---|---|---|---|---|
| Platinum 8280 Processor | 2.7 GHz | 28 | 38.50 MB | 205W | 3 @ 10.4 GT/s | 2933 MT/s | 1TB |
| Platinum 8280L Processor | 2.7 GHz | 28 | 38.50 MB | 205W | 3 @ 10.4 GT/s | 2933 MT/s | 4.5TB |
| Platinum 8280M Processor | 2.7 GHz | 28 | 38.50 MB | 205W | 3 @ 10.4 GT/s | 2933 MT/s | 2TB |
| Platinum 8276 Processor | 2.2 GHz | 28 | 38.50 MB | 165W | 3 @ 10.4 GT/s | 2933 MT/s | 1TB |
| Platinum 8276L Processor | 2.2 GHz | 28 | 38.50 MB | 165W | 3 @ 10.4 GT/s | 2933 MT/s | 4.5TB |
| Platinum 8276M Processor | 2.2 GHz | 28 | 38.50 MB | 165W | 3 @ 10.4 GT/s | 2933 MT/s | 2TB |
| Platinum 8270 Processor | 2.7 GHz | 26 | 35.75 MB | 205W | 3 @ 10.4 GT/s | 2933 MT/s | 1TB |
| Platinum 8268 Processor | 2.9 GHz | 24 | 35.75 MB | 205W | 3 @ 10.4 GT/s | 2933 MT/s | 1TB |
| Platinum 8260 Processor | 2.4 GHz | 24 | 35.75 MB | 165W | 3 @ 10.4 GT/s | 2933 MT/s | 1TB |
| Platinum 8260L Processor | 2.4 GHz | 24 | 35.75 MB | 165W | 3 @ 10.4 GT/s | 2933 MT/s | 4.5TB |
| Platinum 8260M Processor | 2.4 GHz | 24 | 35.75 MB | 165W | 3 @ 10.4 GT/s | 2933 MT/s | 2TB |
| Platinum 8260Y Processor | 2.4 GHz<br>2.5 GHz<br>2.7 GHz | 24<br>20<br>16 | 35.75 MB | 165W | 3 @ 10.4 GT/s | 2933 MT/s | 1TB |
| Platinum 8256 Processor | 3.8 GHz | 4 | 16.50 MB | 105W | 3 @ 10.4 GT/s | 2933 MT/s | 1TB |
| Platinum 8253 Processor | 2.2 GHz | 16 | 22.00 MB | 125W | 3 @ 10.4 GT/s | 2933 MT/s | 1TB |

HPE ProLiant DL360 Gen10 Server QuickSpecs at 5.

| Claim 1 | Exemplary HPE Server Products |
|---|---|
| | **QuickSpecs** **HPE ProLiant DL360 Gen10 Server**<br>**Overview**<br>**Shape the Future of QuickSpecs – Your Input Matters**<br>**HPE ProLiant DL360 Gen10 Server**<br>Does your data center need a secure, performance driven dense server that you can confidently deploy for virtualization, database, or high-performance computing? The HPE ProLiant DL360 Gen10 server delivers security, agility and flexibility without compromise.<br>The HPE ProLiant DL360 Gen10 Server supports the Intel® Xeon® Scalable Processor Family with up to 28 cores plus 2933 MT/s HPE DDR4 Smart Memory supporting up to 3.0 TB max. With the added performance that HPE Persistent Memory and 10 NVMe bring, the HPE ProLiant DL360 Gen10 means business. Deploy this dense platform for diverse workloads in space constrained environments and maintain it with ease by automating the most essential server lifecycle management tasks with HPE OneView and HPE iLO 5.<br>HPE ProLiant DL360 Gen10 Server QuickSpecs at 1.<br><br>**HPE iLO 5**<br>iLO 5 is a remote server management processor embedded on the system boards of supported HPE servers and compute modules. iLO enables the monitoring and controlling of servers from remote locations. iLO management is a powerful tool that provides multiple ways to configure, update, monitor, and repair servers remotely.<br>For more information about iLO, see the iLO user guide at the following website: https://www.hpe.com/support/ilo-docs.<br>"HPE ProLiant DL360 Gen10 Server User Guide"[4] at 184. |

[4] Available at https://support.hpe.com/hpesc/public/docDisplay?docId=a00019109en_us&page=index.html.

| Claim 1 | Exemplary HPE Server Products |
|---|---|
| | **HPE ProLiant DL385 Gen11**<br>The new HPE ProLiant DL385 Gen11 server is an accelerator-optimized 2U 2P solution that delivers exceptional compute performance, upgraded high-speed data transfer rate and memory depth at 2P compute capability. Powered by 5th and 4th Generation AMD EPYC™ 9005 & 9004 Series Processors with up to 160 cores, increased memory speed (up to 6400 MT/s), high-speed PCIe Gen5 I/O, Gen5 EDSFF storage and the newly designed chassis supporting 8 single wide (SW) or 4 double wide (DW) GPUs*. The HPE ProLiant DL385 Gen11 server is a perfect accelerator-optimized 2U 2P solution.<br><br>HPE ProLiant DL385 Gen11, at 1.<br><br>**Step 2: Choose Required Options** (only one of the following unless otherwise noted)<br>Please select one –B21 processor required below.<br>For second processor, please select the same processor model with –B21 from Core Options – HPE Processors section.<br>**Notes:**<br>– Mixing of 2 different processor models are NOT allowed. For example: first processor, select P53696-B21 then for second processor, select P53696-B21 as well.<br>– Processor kits don't include heat sink and fans.<br><br>HPE ProLiant DL385 Gen11, at 24. |

| Claim 1 | Exemplary HPE Server Products |
|---|---|

| HPE iLO On System Management | |
|---|---|
| **Architecture** | PCI Express based health and remote management ASIC |
| **Processor** | **iLO 5 and iLO 6**<br>Embedded ARM processor core operating at 800MHz<br>**iLO 4**<br>Embedded ARM processor core operating at 400MHz |
| **Upgradeability** | Firmware upgradeable via Flash ROM |
| **Video Support** | **iLO 5 and iLO 6**<br>1920 x 1200 (32 bpp)<br>**iLO 4**<br>1920 x 1200 (16 bpp) |
| **Interfaces** | HPE iLO Dedicated* Network connection (10/100/1000 Mb/s) on rack, tower and SL systems<br>**Notes:** *Optional Module on some servers.<br>HPE iLO Shared Network connection (10/100/1000 Mb/s) on rack, tower and SL systems<br>HPE iLO network connection on blades (100 Mb/s) to Onboard Administrator (with 10/100/1000 Mb/s uplink) on blade systems<br>HPE iLO network connection on Synergy compute modules (1000 Mb/s) to the Enclosure Manager |

HPE Integrated Lights-Out (iLO) QuickSpecs – Version 37 at 18.




## Be ready for future security threats, now

HPE ProLiant Compute Gen12 with HPE iLO 7 Silicon Root of Trust delivers next-level security with an additional layer of protection for sensitive data while helping guard against future quantum computing attacks.

Watch the demo ▷

"HPE Integrated Lights-Out (iLO)."[5]

[5] Available at https://www.hpe.com/us/en/hpe-integrated-lights-out-ilo.html.

| Claim 1 | Exemplary HPE Server Products |
|---|---|
| 1[b] an estimating unit configured to estimate an upper limit of possible temperatures in a predetermined position of ICT equipment when a quantity of intake air into the ICT equipment is appropriate, | The exemplary HPE Server Products include an estimating unit configured to estimate an upper limit of possible temperatures in a predetermined position of ICT equipment when a quantity of intake air into the ICT equipment is appropriate.<br><br>*See, e.g.*,<br><br>The server supports variable fan speeds. The fans operate at minimum speed until a temperature change requires a fan speed increase to cool the server. The server shuts down during the following temperature-related scenarios:<br>• At POST and in the OS, iLO performs an orderly shutdown if a cautionary temperature level is detected. If the server hardware detects a critical temperature level before an orderly shutdown occurs, the server performs an immediate shutdown.<br>• When the Thermal Shutdown feature is disabled in the BIOS/Platform Configuration (RBSU), iLO does not perform an orderly shutdown when a cautionary temperature level is detected. Disabling this feature does not disable the server hardware from performing an immediate shutdown when a critical temperature level is detected.<br>**CAUTION:** A thermal event can damage server components when the Thermal Shutdown feature is disabled in the BIOS/Platform Configuration (RBSU).<br><br>HPE ProLiant DL360 Gen10 Server User Guide at 32-33.<br><br>**Space and airflow requirements**<br><br>To allow for servicing and adequate airflow, observe the following space and airflow requirements when deciding where to install a rack:<br>• Leave a minimum clearance of 63.5 cm (25 in) in front of the rack.<br>• Leave a minimum clearance of 76.2 cm (30 in) behind the rack.<br>• Leave a minimum clearance of 121.9 cm (48 in) from the back of the rack to the back of another rack or row of racks.<br>Hewlett Packard Enterprise servers draw in cool air through the front door and expel warm air through the rear door. Therefore, the front and rear rack doors must be adequately ventilated to allow ambient room air to enter the cabinet, and the rear door must be adequately ventilated to allow the warm air to escape from the cabinet.<br><br>HPE ProLiant DL360 Gen10 Server User Guide at 46. |

| Claim 1 | Exemplary HPE Server Products |
|---|---|
| | The server supports variable fan speeds. The fans operate at minimum speed until a temperature change requires a fan speed increase to cool the server. The server shuts down during the following temperature-related scenarios:<br>• At POST and in the OS, iLO 6 performs an orderly shutdown if a cautionary temperature level is detected. If the server hardware detects a critical temperature level before an orderly shutdown occurs, the server performs an immediate shutdown.<br>• When the Thermal Shutdown feature is disabled in the BIOS/Platform Configuration (RBSU), iLO 6 does not perform an orderly shutdown when a cautionary temperature level is detected. Disabling this feature does not disable the server hardware from performing an immediate shutdown when a critical temperature level is detected.<br>CAUTION<br>A thermal event can damage server components when the Thermal Shutdown feature is disabled in the BIOS/Platform Configuration (RBSU).<br>"HPE ProLiant DL385 Gen11 Server User Guide"[6] at 198.<br>**Space and airflow requirements**<br>To allow for servicing and adequate airflow, observe the following space and airflow requirements when installing the server in an indoor commercial rack:<br>• 63.50 cm (25.00 in) in front of the rack<br>• 76.20 cm (30.00 in) behind the rack<br>• 121.90 cm (48.00 in) from the back of the rack to the back of another rack or row of racks<br>Observe the following:<br>• Servers draw in cool air through the front of the rack and expel warm air through the rear. The front and rear rack doors must be adequately ventilated to allow ambient air to enter the cabinet. The rear door must be adequately ventilated to allow the warm air to escape from the cabinet.<br>HPE ProLiant DL385 Gen11 Server User Guide at 53. |

[6] Available at https://support.hpe.com/hpesc/public/docDisplay?docId=sd00002188en_us&docLocale=en_US.

| Claim 1 | Exemplary HPE Server Products |
| --- | --- |
| | **Temperature monitoring**<br><br>The following temperature thresholds are monitored:<br><br>• Caution—The server is designed to maintain a temperature lower than the caution threshold.<br><br>If the temperature exceeds the caution threshold, the fan speeds are increased to maximum.<br><br>If the temperature exceeds the caution threshold for 60 seconds, a graceful server shutdown is attempted.<br><br>• Critical—If temperatures are uncontrollable or rise quickly, the critical temperature threshold prevents system failure by physically shutting down the server before the high temperature causes an electronic component failure.<br><br>In this case, iLO 5 shuts down immediately. In another mechanism the shutdown is delayed by about 10 seconds.<br><br>Monitoring policies differ depending on the server requirements. Policies usually include:<br><br>• Increasing fan speeds to maximum cooling.<br>• Logging temperature events in the IML.<br>• Providing a visual indication of events by using LED indicators.<br>• Starting a graceful shutdown of the operating system to avoid data corruption.<br><br>Additional policies are implemented after an excessive temperature condition is corrected. For example:<br><br>• Returning the fan speed to normal.<br>• Recording the event in the IML.<br>• Turning off the LED indicators.<br>• Canceling shutdowns in progress (if applicable).<br><br>"HPE iLO 5 User Guide"[7] at 245. |

[7] Available at https://support.hpe.com/hpesc/public/docDisplay?docId=a00105236en_us&page=index.html.

| Claim 1 | Exemplary HPE Server Products |
|---|---|
| | **Temperature monitoring**<br><br>The following temperature thresholds are monitored:<br><br>• Caution—The server is designed to maintain a temperature lower than the caution threshold.<br>If the temperature exceeds the caution threshold, the fan speeds are increased to maximum.<br>If the temperature exceeds the caution threshold for 60 seconds, a graceful server shutdown is attempted.<br>• Critical—If temperatures are uncontrollable or rise quickly, the critical temperature threshold prevents system failure by physically shutting down the server before the high temperature causes an electronic component failure.<br>In this case, iLO 6 shuts down immediately. In another mechanism the shutdown is delayed by about 10 seconds.<br><br>Monitoring policies differ depending on the server requirements. Policies usually include:<br><br>• Increasing fan speeds to maximum cooling.<br>• Logging temperature events in the IML.<br>• Providing a visual indication of events by using LED indicators.<br>• Starting a graceful shutdown of the operating system to avoid data corruption.<br><br>Additional policies are implemented after an excessive temperature condition is corrected. For example:<br><br>• Returning the fan speed to normal.<br>• Recording the event in the IML.<br>• Turning off the LED indicators.<br>• Canceling shutdowns in progress (if applicable).<br><br>"HPE iLO 6 User Guide"[8] at 237-38. |

[8] Available at https://support.hpe.com/hpesc/public/docDisplay?docId=sd00002007en_us&page=index.html.

| Claim 1 | Exemplary HPE Server Products |
|---|---|
| | • **Embedded System Health for HPE ProLiant**<br>On supported server models, the HPE iLO for ProLiant management processor monitors fans, temperature sensors, power supply sensors and VRMs without having the System Management Driver loaded. The status of these is accessible from all HPE iLO for ProLiant user interfaces (browser, SMASH command line Redfish API, XML scripts and IPMI) independent of the host operating system The intelligence of iLO manages the Sea of Sensors thermal control, directs the Dynamic Power Capping technology and monitors the health of server components.<br><br>HPE Integrated Lights-Out (iLO) QuickSpecs – Version 37 at 5. |
| 1[c] based on a result of detection by an operational status detecting unit that detects an operational status of the ICT equipment and a result of detection by an intake-air temperature sensor that detects an intake air temperature of intake air of the ICT equipment, | The exemplary HPE Server Products include an operational status detecting unit that detects an operational status of the ICT equipment and a result of detection by an intake-air temperature sensor that detects an intake air temperature of intake air of the ICT equipment.<br><br>*See, e.g.*,<br><br>• **HPE Active Health System**<br>HPE Active Health System is an essential component of the HPE iLO Management. It provides customers with: Diagnostics tools/scanners wrapped into one; Always on, continuous monitoring for increased stability and shorter downtimes; Rich configuration history; Health and service alerts; Easy export and upload to Service and Support<br><br>HPE Integrated Lights-Out (iLO) QuickSpecs – Version 37 at 4. |

| Claim 1 | Exemplary HPE Server Products |
|---|---|
| | **Overview**<br><br>Troubleshooting server hardware issues taking too much time and information that could assist you in troubleshooting not captured? Myriad of tools and log files driving you crazy?<br>HPE Active Health System is an essential component of the iLO Management Engine portfolio. It is an industry-first technology that provides continuous, proactive health monitoring of over 1600 system parameters. 100% of configuration changes are logged for more accurate problem resolution. SmartMemory and SmartDrive devices log failure information to accurately document events and avoid inadvertent re-use of failed components. This enables customers to start problem analysis faster and spend less time reproducing or describing errors<br>For support, hand off the Active Health System log file to HPE support and get your issue resolution. You can also view the error information contained in the Active Health System Viewer by uploading your Active Health System file to https://infosight.hpe.com/app/login<br><br>"HPE Active Health System Data Sheet"[9] at 1. |

[9] Available at https://www.hpe.com/psnow/doc/PSN5219983USEN.pdf?jumpid=in_pdp-psnow-dds.

| Claim 1 | Exemplary HPE Server Products |
|---|---|
| | **Active Health System**<br><br>The Active Health System monitors and records changes in the server hardware and system configuration.<br><br>The Active Health System provides:<br><br>• Continuous health monitoring of over 1600 system parameters<br>• Logging of all configuration changes<br>• Consolidated health and service alerts with precise time stamps<br>• Agentless monitoring that does not affect application performance<br><br>HPE iLO 5 User Guide at 64.<br><br>**Active Health System**<br><br>The Active Health System monitors and records changes in the server hardware and system configuration.<br><br>The Active Health System provides:<br><br>• Continuous health monitoring of over 1600 system parameters<br>• Logging of all configuration changes<br>• Consolidated health and service alerts with precise time stamps<br>• Agentless monitoring that does not affect application performance<br><br>HPE iLO 6 User Guide at 68. |

| Claim 1 | Exemplary HPE Server Products |
|---|---|
| | • **Embedded System Health for HPE ProLiant**<br>On supported server models, the HPE iLO for ProLiant management processor monitors fans, temperature sensors, power supply sensors and VRMs without having the System Management Driver loaded. The status of these is accessible from all HPE iLO for ProLiant user interfaces (browser, SMASH command line Redfish API, XML scripts and IPMI) independent of the host operating system The intelligence of iLO manages the Sea of Sensors thermal control, directs the Dynamic Power Capping technology and monitors the health of server components.<br>HPE Integrated Lights-Out (iLO) QuickSpecs – Version 37 at 5.<br><br>**User-defined temperature threshold**<br><br>The user-defined temperature threshold feature enables you to set a temperature threshold for a sensor. The feature currently supports only the Inlet Ambient sensor.<br><br>**NOTE**<br>On some Edgeline products, the Inlet Ambient temperature sensor is named as Front Ambient. This sensor is configurable on these products.<br><br>For Edgeline servers, there is added support to monitor PCI Zone sensor 1–4.<br><br>When a temperature sensor reading exceeds a user-defined temperature threshold for that sensor, a Redfish alert is generated. Also, the following message is recorded in the IML:<br><br>User Defined <Alert Type> Temperature Threshold Exceeded (Temperature Sensor <Sensor Number> <Sensor Name>), Threshold <Temperature Threshold in Celsius>, Temperature <Current Temperature in Celsius><br><br>The event is automatically repaired when the corresponding sensor reading falls below the user-defined temperature threshold value.<br><br>HPE iLO 5 User Guide at 245-46. |

| Claim 1 | Exemplary HPE Server Products |
|---|---|
| | **Viewing power information**<br><br>**Procedure**<br><br>Click Power & Thermal in the navigation tree, and then click the Power tab.<br><br>The information displayed on the Power Information page varies depending on the server type. The following sections are possible:<br><br>• Power Supply Summary<br>• Power Supplies<br>• HPE Power Discovery Services<br>• Battery Backup Units<br>• Smart Storage Energy Pack<br>• Power Readings<br>• Power Microcontroller<br><br>If the server is powered off, the system health information on this page is current as of the last power off. Health information is updated only when the server is powered on and POST is complete.<br><br>HPE iLO 5 User Guide at 235. |

| Claim 1 | Exemplary HPE Server Products |
|---|---|
| | **Viewing power information**<br><br>**Procedure**<br><br>Click Power & Thermal in the navigation tree, and then click the Power tab.<br><br>The information displayed on the Power Information page varies depending on the server type. The following sections are possible:<br><br>• Power Supply Summary<br>• Power Supplies<br>• HPE Power Discovery Services<br>• Smart Storage Energy Pack<br>• Power Readings<br>• Power Microcontroller<br><br>If the server is powered off, the system health information on this page is current as of the last power off. Health information is updated only when the server is powered on and POST is complete.<br><br>HPE iLO 6 User Guide at 227. |

| Claim 1 | Exemplary HPE Server Products |
|---|---|
| | (see below) |

| Specification | Value |
|---|---|
| **Temperature range** [1] | — |
| Operating | 10°C to 35°C (50°F to 95°F) |
| Nonoperating | -30°C to 60°C (-22°F to 140°F) |
| **Relative humidity (noncondensing)** | — |
| Operating | Minimum to be the higher (more moisture) of -12°C (10.4°F) dew point or 8% relative humidity<br>Maximum to be 24°C (75.2°F) dew point or 90% relative humidity |
| Nonoperating | 5% to 95%<br>38.7°C (101.7°F), maximum wet bulb temperature |

1 All temperature ratings shown are for sea level. An altitude derating of 1.0°C per 304.8 m (1.8°F per 1000 ft) to 3048 m (10,000 ft) is applicable. No direct sunlight allowed. Maximum rate of change is 20°C per hour (36°F per hour). The upper limit and rate of change might be limited by the type and number of options installed.

For certain approved hardware configurations, the supported system inlet temperature range is extended:

- 5°C to 10°C (41°F to 50°F) and 35°C to 40°C (95°F to 104°F) at sea level with an altitude derating of 1.0°C per every 175 m (1.8°F per every 574 ft) above 900 m (2953 ft) to a maximum of 3048 m (10,000 ft).
- 40°C to 45°C (104°F to 113°F) at sea level with an altitude derating of 1.0°C per every 125 m (1.8°F per every 410 ft) above 900 m (2953 ft) to a maximum of 3048 m (10,000 ft).

The approved hardware configurations for this system are listed on the Hewlett Packard Enterprise website.

"HPE ProLiant DL360 Gen10 Server Maintenance and Service Guide"[10] at 175.

[10] Available at https://support.hpe.com/hpesc/public/docDisplay?docId=a00115362en_us&page=index.html.

<table>
<tr><th>Claim 1</th><th>Exemplary HPE Server Products</th></tr>
<tr><td></td><td>


<table>
<tr><th>Color</th><th>Description</th></tr>
<tr><td>Orange</td><td>Drive power cable</td></tr>
<tr><td>Blue</td><td>Drive sideband signal cable</td></tr>
<tr><td>Gold</td><td>Drive data cable</td></tr>
<tr><td>Pink</td><td>Ambient temperature sensor cable</td></tr>
</table>

“HPE ProLiant MicroServer Gen10 Plus Maintenance and Service Guide”[11] at 101.
</td></tr>
</table>

[11] Available at https://support.hpe.com/hpesc/public/docDisplay?docId=a00073374en_us&page=index.html.

| Claim 1 | Exemplary HPE Server Products |
|---|---|
| 1[d] wherein the operational status of the ICT equipment and the intake air temperature of the ICT equipment determines a rotation speed of the cooling fan; and | In the exemplary HPE Server Products, the operational status of the ICT equipment and the intake air temperature of the ICT equipment determine a rotation speed of the cooling fan.<br><br>*See, e.g.*,<br><br>The server supports variable fan speeds. The fans operate at minimum speed until a temperature change requires a fan speed increase to cool the server. The server shuts down during the following temperature-related scenarios:<br>• At POST and in the OS, iLO performs an orderly shutdown if a cautionary temperature level is detected. If the server hardware detects a critical temperature level before an orderly shutdown occurs, the server performs an immediate shutdown.<br>• When the Thermal Shutdown feature is disabled in the BIOS/Platform Configuration (RBSU), iLO does not perform an orderly shutdown when a cautionary temperature level is detected. Disabling this feature does not disable the server hardware from performing an immediate shutdown when a critical temperature level is detected.<br>**CAUTION:** A thermal event can damage server components when the Thermal Shutdown feature is disabled in the BIOS/Platform Configuration (RBSU).<br><br>HPE ProLiant DL360 Gen10 Server User Guide at 32-33.<br><br>The server supports variable fan speeds. The fans operate at minimum speed until a temperature change requires a fan speed increase to cool the server. The server shuts down during the following temperature-related scenarios:<br>• At POST and in the OS, iLO 6 performs an orderly shutdown if a cautionary temperature level is detected. If the server hardware detects a critical temperature level before an orderly shutdown occurs, the server performs an immediate shutdown.<br>• When the Thermal Shutdown feature is disabled in the BIOS/Platform Configuration (RBSU), iLO 6 does not perform an orderly shutdown when a cautionary temperature level is detected. Disabling this feature does not disable the server hardware from performing an immediate shutdown when a critical temperature level is detected.<br>**CAUTION**<br>A thermal event can damage server components when the Thermal Shutdown feature is disabled in the BIOS/Platform Configuration (RBSU).<br><br>HPE ProLiant DL385 Gen11 Server User Guide at 198. |

| Claim 1 | Exemplary HPE Server Products |
| --- | --- |
| | **Temperature monitoring**<br><br>The following temperature thresholds are monitored:<br><br>• Caution—The server is designed to maintain a temperature lower than the caution threshold.<br>If the temperature exceeds the caution threshold, the fan speeds are increased to maximum.<br>If the temperature exceeds the caution threshold for 60 seconds, a graceful server shutdown is attempted.<br><br>• Critical—If temperatures are uncontrollable or rise quickly, the critical temperature threshold prevents system failure by physically shutting down the server before the high temperature causes an electronic component failure.<br>In this case, iLO 5 shuts down immediately. In another mechanism the shutdown is delayed by about 10 seconds.<br><br>Monitoring policies differ depending on the server requirements. Policies usually include:<br><br>• Increasing fan speeds to maximum cooling.<br>• Logging temperature events in the IML.<br>• Providing a visual indication of events by using LED indicators.<br>• Starting a graceful shutdown of the operating system to avoid data corruption.<br><br>Additional policies are implemented after an excessive temperature condition is corrected. For example:<br><br>• Returning the fan speed to normal.<br>• Recording the event in the IML.<br>• Turning off the LED indicators.<br>• Canceling shutdowns in progress (if applicable).<br><br>HPE iLO 5 User Guide at 245. |

| Claim 1 | Exemplary HPE Server Products |
|---|---|
| | **Temperature monitoring**<br><br>The following temperature thresholds are monitored:<br><br>• Caution—The server is designed to maintain a temperature lower than the caution threshold.<br><br>If the temperature exceeds the caution threshold, the fan speeds are increased to maximum.<br><br>If the temperature exceeds the caution threshold for 60 seconds, a graceful server shutdown is attempted.<br><br>• Critical—If temperatures are uncontrollable or rise quickly, the critical temperature threshold prevents system failure by physically shutting down the server before the high temperature causes an electronic component failure.<br><br>In this case, iLO 6 shuts down immediately. In another mechanism the shutdown is delayed by about 10 seconds.<br><br>Monitoring policies differ depending on the server requirements. Policies usually include:<br><br>• Increasing fan speeds to maximum cooling.<br>• Logging temperature events in the IML.<br>• Providing a visual indication of events by using LED indicators.<br>• Starting a graceful shutdown of the operating system to avoid data corruption.<br><br>Additional policies are implemented after an excessive temperature condition is corrected. For example:<br><br>• Returning the fan speed to normal.<br>• Recording the event in the IML.<br>• Turning off the LED indicators.<br>• Canceling shutdowns in progress (if applicable).<br><br>HPE iLO 6 User Guide at 237-38. |

| Claim 1 | Exemplary HPE Server Products |
|---|---|
| | **User-defined temperature threshold**<br><br>The user-defined temperature threshold feature enables you to set a temperature threshold for a sensor. The feature currently supports only the Inlet Ambient sensor.<br><br>**NOTE**<br>On some Edgeline products, the Inlet Ambient temperature sensor is named as Front Ambient. This sensor is configurable on these products.<br><br>For Edgeline servers, there is added support to monitor PCI Zone sensor 1–4.<br><br>When a temperature sensor reading exceeds a user-defined temperature threshold for that sensor, a Redfish alert is generated. Also, the following message is recorded in the IML:<br><br>`User Defined <Alert Type> Temperature Threshold Exceeded (Temperature Sensor <Sensor Number> <Sensor Name>), Threshold <Temperature Threshold in Celsius>, Temperature <Current Temperature in Celsius>`<br><br>The event is automatically repaired when the corresponding sensor reading falls below the user-defined temperature threshold value.<br><br>HPE iLO 5 User Guide at 245-46. |

| Claim 1 | Exemplary HPE Server Products |
| --- | --- |
| | **Viewing power information**<br><br>**Procedure**<br><br>Click Power & Thermal in the navigation tree, and then click the Power tab.<br><br>The information displayed on the Power Information page varies depending on the server type. The following sections are possible:<br><br>• Power Supply Summary<br>• Power Supplies<br>• HPE Power Discovery Services<br>• Battery Backup Units<br>• Smart Storage Energy Pack<br>• Power Readings<br>• Power Microcontroller<br><br>If the server is powered off, the system health information on this page is current as of the last power off. Health information is updated only when the server is powered on and POST is complete.<br><br>HPE iLO 5 User Guide at 235. |

| Claim 1 | Exemplary HPE Server Products |
|---|---|
| | **Viewing power information**<br><br>**Procedure**<br><br>Click Power & Thermal in the navigation tree, and then click the Power tab.<br><br>The information displayed on the Power Information page varies depending on the server type. The following sections are possible:<br><br>• Power Supply Summary<br>• Power Supplies<br>• HPE Power Discovery Services<br>• Smart Storage Energy Pack<br>• Power Readings<br>• Power Microcontroller<br><br>If the server is powered off, the system health information on this page is current as of the last power off. Health information is updated only when the server is powered on and POST is complete.<br><br>HPE iLO 6 User Guide at 227. |

| Claim 1 | Exemplary HPE Server Products |
|---|---|
| | **3. Viewing Fan Information**<br>• Navigate to **Power & Thermal → Fans or Fans & Cooling Modules**.<br>• Optional: Toggle **show/hide empty bays** to view empty fan slots.<br>• **Fan summary details:**<br>  ◦ **Overall Status:** Health status of all fans.<br>  ◦ **Redundancy:** Fan redundancy status.<br>  ◦ **Minimum Fan Speed:** Configured speed (0–100%).<br>  ◦ **Thermal Configuration:** Current thermal configuration value.<br>• **Fan details (per fan):**<br>  ◦ Name, location, redundancy, status, and speed (%).<br>**Notes:**<br>• Fans adjust speed based on temperature and failover policies.<br>• In case of multiple fan failures, the server may initiate a graceful shutdown.<br>"Configuring and Monitoring Cooling Features on HPE ProLiant and Compute Gen11 Servers."[12]<br>**Increased cooling**<br>Increased cooling raises the minimum fan speed on all sensors and lowers the operating point on sensors with closed-loop fan control (nonlinear fan ramp). It provides increased fan speed based on ambient conditions as well.<br>– Increased cooling is designed to protect third-party approved option cards that a customer may install, and the server doesn't have visibility to temperature reporting. This prevents the cards from overheating.<br>– May increase opportunistic turbo frequency.<br>– Overall increase on fan speeds can reduce the exhaust temperature, but at an expense of higher fan power.<br>– Higher noise levels should be anticipated.<br>"HPE iLO Server Thermal Setting Options"[13] at 3. |

12 Available at https://support.hpe.com/hpesc/public/docDisplay?docId=sf000111568en_us&docLocale=en_US.

13 Available at https://www.hpe.com/psnow/doc/a50009070enw.

| Claim 1 | Exemplary HPE Server Products |
|---|---|
| | • **Power consumption and power settings** —Monitor the server power consumption, configure server power settings, and configure power capping on supported servers.<br>• **Power management**—Securely and remotely control the power state of the managed server.<br>• **Secure recovery**—Validates the iLO firmware when power is applied. If the firmware is invalid, the iLO firmware is flashed automatically (iLO Standard license).<br>Validates the system ROM during server startup. If valid system ROM is not detected, the server is prevented from booting. Recovery options include: Swapping the active and redundant ROM, and initiating a firmware verification scan and recovery action. The iLO Advanced license is required for scheduled firmware verification scans and automated recovery.<br>• **Security log**—View a record of the security events recorded by the iLO firmware.<br>• **Security dashboard**—View the status of important security features and evaluate your configuration for potential risks. When a risk is detected, you can view details and advice for how to improve system security.<br>• **Security states**—Configure a security state that fits your environment. iLO supports the Production security state (default) and higher security states such as High Security, FIPS, and CNSA.<br>• **Server health monitoring**—iLO monitors temperatures in the server and sends corrective signals to the fans to maintain proper server cooling. It also monitors installed firmware and software versions and the status of other monitored subsystems and devices.<br>HPE iLO 5 User Guide at 26-27. |

| Claim 1 | Exemplary HPE Server Products |
| --- | --- |
| | • **Power management**—Securely and remotely control the power state of the managed server.<br><br>• **Secure recovery**—Validates the iLO firmware when power is applied. If the firmware is invalid, the iLO firmware is flashed automatically (iLO Standard license).<br><br>Validates the system ROM during server startup. If valid system ROM is not detected, the server is prevented from booting. Recovery options include: Swapping the active and redundant ROM, and initiating a firmware verification scan and recovery action. The iLO Advanced license is required for scheduled firmware verification scans and automated recovery.<br><br>• **Security log**—View a record of the security events recorded by the iLO firmware.<br><br>• **Security dashboard**—View the status of important security features and evaluate your configuration for potential risks. When a risk is detected, you can view details and advice for how to improve system security.<br><br>• **Security states**—Configure a security state that fits your environment. iLO supports the Production security state (default) and higher security states such as High Security, FIPS, and CNSA.<br><br>• **Server health monitoring**—iLO monitors temperatures in the server and sends corrective signals to the fans to maintain proper server cooling. It also monitors installed firmware and software versions and the status of other monitored subsystems and devices.<br><br>HPE iLO 6 User Guide at 29. |

| Claim 1 | Exemplary HPE Server Products |
|---|---|
| | **Fans**<br><br>The iLO firmware, in conjunction with the hardware, controls the operation and speed of the fans. Fans provide essential cooling of components to ensure reliability and continued operation. The fans react to the temperatures monitored throughout the system to provide sufficient cooling with minimal noise.<br><br>Monitoring the fan subsystem includes the sufficient, redundant, and nonredundant fan configurations. If one or more fans fail, the server still provides sufficient cooling to continue operation.<br><br>Fan operation policies might differ from server to server based on fan configuration and cooling demands. Fan control monitors the internal temperature of the system, increasing the fan speed to provide more cooling, and decreasing the fan speed when cooling is sufficient. If a fan failure occurs, fan operation policies might increase the speed of the other fans, record the event in the IML, or turn on LED indicators.<br><br>In nonredundant configurations, or redundant configurations where multiple fan failures occur, the system might be incapable of providing sufficient cooling to protect the server from damage and to ensure data integrity. In this case, in addition to the cooling policies, the system might start a graceful shutdown of the operating system and server.<br><br>Server blades use the enclosure fans to provide cooling because they lack internal fans. The enclosure fans are called **virtual fans** on the Fans tab. The Virtual fan reading represents the cooling amount that a server blade is requesting from the enclosure. The server blade calculates the amount of required cooling by examining various temperature sensors and calculating an appropriate fan speed. The enclosure uses information from all the installed server and nonserver blades to adjust the fans to provide the appropriate enclosure cooling.<br><br>HPE iLO 5 User Guide at 242.<br><br>**Fans**<br><br>The iLO firmware, in conjunction with the hardware, controls the operation and speed of the fans. Fans provide essential cooling of components to ensure reliability and continued operation. The fans react to the temperatures monitored throughout the system to provide sufficient cooling with minimal noise.<br><br>Monitoring the fan subsystem includes the sufficient, redundant, and nonredundant fan configurations. If one or more fans fail, the server still provides sufficient cooling to continue operation.<br><br>Fan operation policies might differ from server to server based on fan configuration and cooling demands. Fan control monitors the internal temperature of the system, increasing the fan speed to provide more cooling, and decreasing the fan speed when cooling is sufficient. If a fan failure occurs, fan operation policies might increase the speed of the other fans, record the event in the IML, or turn on LED indicators.<br><br>In nonredundant configurations, or redundant configurations where multiple fan failures occur, the system might be incapable of providing sufficient cooling to protect the server from damage and to ensure data integrity. In this case, in addition to the cooling policies, the system might start a graceful shutdown of the operating system and server.<br><br>HPE iLO 6 User Guide at 234. |

| Claim 1 | Exemplary HPE Server Products |
|---|---|
| | • **Embedded System Health for HPE ProLiant** On supported server models, the HPE iLO for ProLiant management processor monitors fans, temperature sensors, power supply sensors and VRMs without having the System Management Driver loaded. The status of these is accessible from all HPE iLO for ProLiant user interfaces (browser, SMASH command line Redfish API, XML scripts and IPMI) independent of the host operating system The intelligence of iLO manages the Sea of Sensors thermal control, directs the Dynamic Power Capping technology and monitors the health of server components.<br><br>HPE Integrated Lights-Out (iLO) QuickSpecs – Version 37 at 5. |
| 1[e] a determining unit configured to determine that an abnormality is occurring when a result of detection by a temperature sensor that detects a detected equipment temperature in the predetermined position is beyond the upper limit estimated by the estimating unit. | The exemplary HPE Server Products include a determining unit configured to determine that an abnormality is occurring when a result of detection by a temperature sensor that detects a detected equipment temperature in the predetermined position is beyond the upper limit estimated by the estimating unit.<br><br>*See, e.g.*,<br><br>The server supports variable fan speeds. The fans operate at minimum speed until a temperature change requires a fan speed increase to cool the server. The server shuts down during the following temperature-related scenarios:<br><br>• At POST and in the OS, iLO performs an orderly shutdown if a cautionary temperature level is detected. If the server hardware detects a critical temperature level before an orderly shutdown occurs, the server performs an immediate shutdown.<br>• When the Thermal Shutdown feature is disabled in the BIOS/Platform Configuration (RBSU), iLO does not perform an orderly shutdown when a cautionary temperature level is detected. Disabling this feature does not disable the server hardware from performing an immediate shutdown when a critical temperature level is detected.<br><br>**CAUTION:** A thermal event can damage server components when the Thermal Shutdown feature is disabled in the BIOS/Platform Configuration (RBSU).<br><br>HPE ProLiant DL360 Gen10 Server User Guide at 32-33. |

| Claim 1 | Exemplary HPE Server Products |
|---|---|
| | The server supports variable fan speeds. The fans operate at minimum speed until a temperature change requires a fan speed increase to cool the server. The server shuts down during the following temperature-related scenarios:<br>• At POST and in the OS, iLO 6 performs an orderly shutdown if a cautionary temperature level is detected. If the server hardware detects a critical temperature level before an orderly shutdown occurs, the server performs an immediate shutdown.<br>• When the Thermal Shutdown feature is disabled in the BIOS/Platform Configuration (RBSU), iLO 6 does not perform an orderly shutdown when a cautionary temperature level is detected. Disabling this feature does not disable the server hardware from performing an immediate shutdown when a critical temperature level is detected.<br>CAUTION<br>A thermal event can damage server components when the Thermal Shutdown feature is disabled in the BIOS/Platform Configuration (RBSU).<br>HPE ProLiant DL385 Gen11 Server User Guide at 198.<br>**Overview**<br>Troubleshooting server hardware issues taking too much time and information that could assist you in troubleshooting not captured? Myriad of tools and log files driving you crazy?<br>HPE Active Health System is an essential component of the iLO Management Engine portfolio. It is an industry-first technology that provides continuous, proactive health monitoring of over 1600 system parameters. 100% of configuration changes are logged for more accurate problem resolution.<br>SmartMemory and SmartDrive devices log failure information to accurately document events and avoid inadvertent re-use of failed components. This enables customers to start problem analysis faster and spend less time reproducing or describing errors<br>For support, hand off the Active Health System log file to HPE support and get your issue resolution. You can also view the error information contained in the Active Health System Viewer by uploading your Active Health System file to https://infosight.hpe.com/app/login<br>HPE Active Health System Data Sheet at 1. |

| Claim 1 | Exemplary HPE Server Products |
|---|---|
| | **Fan mode behavior**<br><br>The fully loaded six fan configuration provides redundant fan support. In redundant fan mode, if a fan fails or is missing:<br><br>• The system switches to nonredundant fan mode. The system continues to operate in this mode.<br>• The system Health LED flashes amber.<br><br>If a second fan rotor failure or a missing fan occurs, the OS gracefully shuts down.<br><br>HPE ProLiant DL385 Gen11 Server User Guide at 198. |

| Claim 1 | Exemplary HPE Server Products |
|---|---|
| | **Temperature monitoring**<br><br>The following temperature thresholds are monitored:<br><br>• Caution—The server is designed to maintain a temperature lower than the caution threshold.<br><br>If the temperature exceeds the caution threshold, the fan speeds are increased to maximum.<br><br>If the temperature exceeds the caution threshold for 60 seconds, a graceful server shutdown is attempted.<br><br>• Critical—If temperatures are uncontrollable or rise quickly, the critical temperature threshold prevents system failure by physically shutting down the server before the high temperature causes an electronic component failure.<br><br>In this case, iLO 5 shuts down immediately. In another mechanism the shutdown is delayed by about 10 seconds.<br><br>Monitoring policies differ depending on the server requirements. Policies usually include:<br><br>• Increasing fan speeds to maximum cooling.<br>• Logging temperature events in the IML.<br>• Providing a visual indication of events by using LED indicators.<br>• Starting a graceful shutdown of the operating system to avoid data corruption.<br><br>Additional policies are implemented after an excessive temperature condition is corrected. For example:<br><br>• Returning the fan speed to normal.<br>• Recording the event in the IML.<br>• Turning off the LED indicators.<br>• Canceling shutdowns in progress (if applicable).<br><br>HPE iLO 5 User Guide at 245. |

| Claim 1 | Exemplary HPE Server Products |
|---|---|
| | **Temperature monitoring**<br><br>The following temperature thresholds are monitored:<br><br>• Caution—The server is designed to maintain a temperature lower than the caution threshold.<br><br>If the temperature exceeds the caution threshold, the fan speeds are increased to maximum.<br><br>If the temperature exceeds the caution threshold for 60 seconds, a graceful server shutdown is attempted.<br><br>• Critical—If temperatures are uncontrollable or rise quickly, the critical temperature threshold prevents system failure by physically shutting down the server before the high temperature causes an electronic component failure.<br><br>In this case, iLO 6 shuts down immediately. In another mechanism the shutdown is delayed by about 10 seconds.<br><br>Monitoring policies differ depending on the server requirements. Policies usually include:<br><br>• Increasing fan speeds to maximum cooling.<br>• Logging temperature events in the IML.<br>• Providing a visual indication of events by using LED indicators.<br>• Starting a graceful shutdown of the operating system to avoid data corruption.<br><br>Additional policies are implemented after an excessive temperature condition is corrected. For example:<br><br>• Returning the fan speed to normal.<br>• Recording the event in the IML.<br>• Turning off the LED indicators.<br>• Canceling shutdowns in progress (if applicable).<br><br>HPE iLO 6 User Guide at 237-38. |

| Claim 1 | Exemplary HPE Server Products |
|---|---|
| | Embedded System Health<br><br>Monitors fans, temperature sensors, power supply sensors, and VRMs without loading the System Management Driver.<br><br>You can access the status of these components from all iLO interfaces, independently of the host operating system. The management processor also reports sensor status to the operating system through an IPMI specified interface. The intelligence of iLO manages the Sea of Sensors thermal control, directs the Dynamic Power Capping technology, and monitors the health of server components.<br><br>Recommended for: All customers performing system maintenance<br><br>"HPE iLO 5 Licensing Guide"[14] at 14.<br><br>Embedded System Health<br><br>Monitors fans, temperature sensors, power supply sensors, and VRMs without loading the System Management Driver.<br><br>You can access the status of these components from all iLO interfaces, independently of the host operating system. The management processor also reports sensor status to the operating system through an IPMI specified interface. The intelligence of iLO manages the Sea of Sensors thermal control, directs the Dynamic Power Capping technology, and monitors the health of server components.<br><br>Recommended for: All customers performing system maintenance<br><br>"HPE iLO 6 Licensing Guide"[15] at 15. |

14 Available at https://support.hpe.com/hpesc/public/docDisplay?docId=sd00001039en_us&page=index.html.

15 Available at https://support.hpe.com/hpesc/public/docDisplay?docId=sd00002201en_us&page=index.html.

| Claim 1 | Exemplary HPE Server Products |
|---|---|
| | **General fan issues**<br><br>**Symptom**<br><br>Fan not operating as expected.<br><br>**Cause**<br><br>• The fans are not seated properly.<br>• The fan configuration does not meet the functional requirements of the server.<br>• The server is not ventilated properly.<br>• One or more required fans are not installed.<br>• Required fan blanks are not installed.<br>• Error messages are displayed during POST or in the IML.<br>• One or more fans are not functioning.<br><br>"Troubleshooting Guide for HPE ProLiant Gen10 and Gen10 Plus Servers"[16] at 97-98. |

16 Available at https://support.hpe.com/hpesc/public/docDisplay?docId=a00017522en_us&page=index.html.

| Claim 1 | Exemplary HPE Server Products |
| --- | --- |
| | **Action**<br><br>1. Be sure that the fans are properly seated and working:<br>a. Follow the procedures and warnings in the server documentation for removing the access panels, and accessing and replacing fans.<br>b. Unseat, and then reseat, each fan according to the proper procedures.<br>c. Replace the access panels, and then attempt to restart the server.<br>2. Be sure that the fan configuration meets the functional requirements of the server.<br>3. Be sure that no ventilation issues exist. If the server is operated for an extended period with the access panel removed, airflow might be impeded, causing thermal damage to components.<br>4. Be sure that no POST error messages are displayed while booting the server that indicate temperature violation or fan failure information.<br>5. Use iLO or an optional IML viewer to access the IML to see if any event list error messages relating to fans are listed.<br>6. In the iLO web interface, click **Power & Thermal** in the navigation tree:<br>a. Click the **Fans** tab, and verify the fan status and fan speed.<br>b. Click the **Temperatures** tab, and verify the temperature readings for each location on the Temperatures tab. If a hot spot is located, then check the airflow path for blockage by cables and other material.<br>A hot spot is not an absolute temperature but is relative to a component specification. Hot spot is defined as temperature on a sensor within 3°C of a Caution threshold listed on the Temperature tab.<br>7. Replace any required nonfunctioning fans and restart the server.<br>For more information, see the server maintenance and service guide.<br>8. Be sure that all fan slots have fans or blanks installed.<br>9. Verify that the fan airflow path is not blocked by cables or other material.<br><br>Troubleshooting Guide for HPE ProLiant Gen10 and Gen10 Plus Servers at 98. |

| Claim 1 | Exemplary HPE Server Products |
|---|---|
| | **General fan issues**<br><br>**Symptom**<br><br>Fan not operating as expected.<br><br>**Cause**<br><br>• The fans are not seated properly.<br>• The fan configuration does not meet the functional requirements of the server.<br>• The server is not ventilated properly.<br>• One or more required fans are not installed.<br>• Required fan blanks are not installed.<br>• Error messages are displayed during POST or in the IML.<br>• One or more fans are not functioning.<br><br>"Troubleshooting Guide for HPE ProLiant Gen11 servers"[17] at 37. |

[17] Available at https://support.hpe.com/hpesc/public/docDisplay?docId=sd00002310en_us&page=index.html.

| Claim 1 | Exemplary HPE Server Products |
|---|---|
| | **Action**<br><br>1. Be sure that the fans are properly seated and working:<br>a. Follow the procedures and warnings in the server documentation for removing the access panels, and accessing and replacing fans.<br>b. Unseat, and then reseat, each fan according to the proper procedures.<br>c. Replace the access panels, and then attempt to restart the server.<br>2. Be sure that the fan configuration meets the functional requirements of the server.<br>3. Be sure that no ventilation issues exist. If the server is operated for an extended period with the access panel removed, airflow might be impeded, causing thermal damage to components.<br>4. Be sure that no POST error messages are displayed while booting the server that indicate temperature violation or fan failure information.<br>5. Use iLO or an optional IML viewer to access the IML to see if any event list error messages relating to fans are listed.<br>6. In the iLO web interface, click **Power & Thermal** in the navigation tree:<br>a. Click the **Fans** tab, and verify the fan status and fan speed.<br>b. Click the **Temperatures** tab, and verify the temperature readings for each location on the Temperatures tab. If a hot spot is located, then check the airflow path for blockage by cables and other material.<br>A hot spot is not an absolute temperature but is relative to a component specification. Hot spot is defined as temperature on a sensor within 3°C of a Caution threshold listed on the Temperature tab.<br>7. Replace any required nonfunctioning fans and restart the server.<br>For more information, see the server maintenance and service guide.<br>8. Be sure that all fan slots have fans or blanks installed.<br>9. Verify that the fan airflow path is not blocked by cables or other material.<br><br>Troubleshooting Guide for HPE ProLiant Gen11 servers at 37. |

| Claim 1 | Exemplary HPE Server Products |
| --- | --- |
| | • **Embedded System Health for HPE ProLiant**<br>On supported server models, the HPE iLO for ProLiant management processor monitors fans, temperature sensors, power supply sensors and VRMs without having the System Management Driver loaded. The status of these is accessible from all HPE iLO for ProLiant user interfaces (browser, SMASH command line Redfish API, XML scripts and IPMI) independent of the host operating system The intelligence of iLO manages the Sea of Sensors thermal control, directs the Dynamic Power Capping technology and monitors the health of server components.<br>HPE Integrated Lights-Out (iLO) QuickSpecs – Version 37 at 5. |