# EXHIBIT 13

**<u>Illustrative Claim Chart for U.S. Patent No. 9,900,249</u>**

<table>
<tr><th>’249 Patent Claim</th><th>Exemplary HPE Networking Products</th></tr>
<tr><td>1[pre] A packet forwarding node, comprising:[1]</td><td>The exemplary HPE Networking Products comprise a packet forwarding node.<br><br>See, e.g.,<br><br>HPE Networking Comware Switch Series 5980<br><br>The HPE Networking Comware 5980 Switch is a high-performance and low-latency 10GbE top-of-rack (ToR) data center switch with 100GbE uplinks. The switch provides a powerful solution for higher performance leaf requirements and is part of the Hewlett Packard Enterprise Networking Comware data center solution, which is a cornerstone of the Cloud First Reference Architecture (CFRA).<br><br>The HPE Networking Comware 5980 Switch is ideally suited for deployment at the server access layer of large enterprise data centers, or at the core layer of smaller enterprises.<br><br>With the increased pace of deploying virtualized applications, adopting software defined networking, and the server-to-server traffic, many data centers now require spine and ToR switch innovations that will meet their requirements. The HPE Networking Comware 5980 is optimized to meet the increasing requirements for higher-performance server connectivity, convergence of Ethernet and storage traffic, the capability to handle virtual environments, and low latency.<br><br></td></tr>
</table>

[1] Cloud Byte’s inclusion of any claim preamble in this claim chart should not be interpreted as an admission that the preamble is limiting. Cloud Byte reserves the right to take the position that the claim preambles are limiting or not limiting on a claim-by-claim basis.

| ’249 Patent Claim | Exemplary HPE Networking Products |
|---|---|
| | “HPE Networking Comware Switch Series 5980.”[2]   “VXLAN Network Model.”[3] |

2 Available at https://support.hpe.com/hpesc/public/docDisplay?docId=a00029144enw.

3 Available at https://arubanetworking.hpe.com/techdocs/AOS-CX/10.14/HTML/vxlan/Content/Chp_Over/vxl-net-mod-10.htm.

| ’249 Patent Claim | Exemplary HPE Networking Products |
|---|---|
| | The exemplary HPE Networking Products support, *e.g.*, the VXLAN and EVPN specifications and/or other messaging specifications.<br><br>**Key features**<br>• Lossless architecture with deep buffer ensures network continuity<br>• Large buffers deliver high performance through scalable packet processing<br>• High-density 10GbE with 100GbE uplinks for spine and leaf deployments, supporting 40GbE connections on the 100GbE ports with the appropriate optics<br>• L2/L3 VXLAN and EVPN support for virtualized environments<br>• OpenFlow support for investment protection nd SDN environments<br>• Data center convergence and resiliency with IRF Intelligent Resilient Fabric<br>• **VXLAN hardware support**<br>VXLAN L2 and L3 gateway support for up to 4k tunnels. Dynamic VXLAN configuration OVSDB and ML2 support for dynamic VXLAN configuration<br>• **EVPN**<br>Control plane protocol for VXLAN based on industry standards. It enables L2 and L3 control-plane learning of end-host reachability information, enabling organizations to scale their VXLAN infrastructure better. Integration with OpenStack Neutron plugin for overlay automation or orchestration<br>HPE Networking Comware Switch Series 5980. |
| 1[a] a storage unit including a non-transitory computer readable medium configured to store a packet forwarding table used for forwarding a packet based on an identifier which identifies a link between nodes on a | The exemplary HPE Networking Products comprise a storage unit including a non-transitory computer readable medium configured to store a packet forwarding table used for forwarding a packet based on an identifier which identifies an interface of a packet forwarding path.<br><br>For example, the exemplary HPE Networking Products have a packet buffer and/or memory in which a table containing Media Access Control (“MAC”) addresses is stored, the MAC addresses corresponding to a Virtual Network Identifier (“VNI”) and/or Virtual Tunnel Endpoint (“VTEP”) address.<br><br>*See, e.g.*, |

<table>
<tr><th>’249 Patent Claim</th><th>Exemplary HPE Networking Products</th></tr>
<tr><td>packet forwarding path; and</td><td>
Key features
<ul>
<li>Lossless architecture with deep buffer ensures network continuity</li>
<li>Large buffers deliver high performance through scalable packet processing</li>
<li>High-density 10GbE with 100GbE uplinks for spine and leaf deployments, supporting 40GbE connections on the 100GbE ports with the appropriate optics</li>
<li>L2/L3 VXLAN and EVPN support for virtualized environments</li>
<li>OpenFlow support for investment protection nd SDN environments</li>
<li>Data center convergence and resiliency with IRF Intelligent Resilient Fabric</li>
</ul>
<table>
<tr><td>Memory and processor</td><td>1 GB flash;, 4 GB DRAM and MIPS CPU</td></tr>
</table>
<ul>
<li>VXLAN hardware support<br>VXLAN L2 and L3 gateway support for up to 4k tunnels. Dynamic VXLAN configuration OVSDB and ML2 support for dynamic VXLAN configuration</li>
<li>EVPN<br>Control plane protocol for VXLAN based on industry standards. It enables L2 and L3 control-plane learning of end-host reachability information, enabling organizations to scale their VXLAN infrastructure better. Integration with OpenStack Neutron plugin for overlay automation or orchestration</li>
</ul>
<table>
<tr><td>Performance</td><td>10 Gbps Latency</td><td>< 10 µs (64-byte packets)</td></tr>
<tr><td></td><td>Throughput</td><td>up to 720 Mpps</td></tr>
<tr><td></td><td>Routing/Switching capacity</td><td>800 Gbps</td></tr>
<tr><td></td><td>Routing table size</td><td>250K entries (IPv4), 128K entries (IPv6)</td></tr>
<tr><td></td><td>MAC address table size</td><td>350K entries</td></tr>
</table>
HPE Networking Comware Switch Series 5980.
</td></tr>
</table>

| '249 Patent Claim | Exemplary HPE Networking Products |
|---|---|
| | <br>VXLAN Network Model. |

<table>
<tr><th>’249 Patent Claim</th><th>Exemplary HPE Networking Products</th></tr>
<tr><td></td><td>
<h2>MAC learning</h2>
The VTEP performs source MAC learning on the VSI as a Layer 2 switch.
<ul>
<li>For traffic from the local site to the remote site, the VTEP learns the source MAC address before VXLAN encapsulation.</li>
<li>For traffic from the remote site to the local site, the VTEP learns the source MAC address after removing the VXLAN header.</li>
</ul>
A VSI's MAC address table includes the following types of MAC address entries:
<ul>
<li>Local MAC—MAC entries learned from the local site. The outgoing interfaces for the MAC address entries are site-facing interfaces.
<ul>
<li>Static—Manually added MAC entries.</li>
<li>Dynamic—Dynamically learned MAC entries.</li>
</ul></li>
<li>Remote MAC—MAC entries learned from a remote site, including static and dynamic MAC entries. The outgoing interfaces for the MAC addresses are VXLAN tunnel interfaces.
<ul>
<li>Static—Manually added MAC entries.</li>
<li>Dynamic—MAC entries learned in the data plane from incoming traffic on VXLAN tunnels. The learned MAC addresses are contained in the inner Ethernet header.</li>
<li>BGP EVPN—MAC entries advertised through BGP EVPN. For more information, see EVPN Configuration Guide.</li>
<li>OpenFlow—MAC entries issued by a remote controller through OpenFlow. For more information, see OpenFlow Configuration Guide.</li>
<li>OVSDB—MAC entries issued by a remote controller through OVSDB.</li>
</ul>
The following shows the priority order of different types of remote MAC address entries:
a. Static MAC address entries, and MAC address entries issued by a remote controller through OpenFlow or OVSDB. These types of entries have the same priority and overwrite each other.
a. MAC address entries advertised through BGP EVPN.
b. Dynamic MAC address entries.
</li>
</ul>
HPE FlexFabric 5945 Switch Series – VXLAN Configuration Guide (“VXLAN Configuration Guide”)[4], at 4.
</td></tr>
</table>

[4] Available at https://support.hpe.com/hpesc/public/docDisplay?docId=a00098736en_us&docLocale=en_US.

| ’249 Patent Claim | Exemplary HPE Networking Products |
|---|---|
| | The VXLAN frame format is shown below. Parsing this from the bottom of the frame -- above the outer Frame Check Sequence (FCS), there is an inner MAC frame with its own Ethernet header with source, destination MAC addresses along with the Ethernet type, plus an optional VLAN. See Section 6 for further details of inner VLAN tag handling.<br><br>The inner MAC frame is encapsulated with the following four headers (starting from the innermost header):<br><br>VXLAN Header: This is an 8-byte field that has:<br><br>- Flags (8 bits): where the I flag MUST be set to 1 for a valid VXLAN Network ID (VNI). The other 7 bits (designated "R") are reserved fields and MUST be set to zero on transmission and ignored on receipt.<br><br>- VXLAN Segment ID/VXLAN Network Identifier (VNI): this is a 24-bit value used to designate the individual VXLAN overlay network on which the communicating VMs are situated. VMs in different VXLAN overlay networks cannot communicate with each other.<br><br>- Reserved fields (24 bits and 8 bits): MUST be set to zero on transmission and ignored on receipt. |

| ’249 Patent Claim | Exemplary HPE Networking Products |
| --- | --- |
| | Outer UDP Header: This is the outer UDP header with a source port provided by the VTEP and the destination port being a well-known UDP port.<br><br>- Destination Port: IANA has assigned the value 4789 for the VXLAN UDP port, and this value SHOULD be used by default as the destination UDP port. Some early implementations of VXLAN have used other values for the destination port. To enable interoperability with these implementations, the destination port SHOULD be configurable.<br><br>- Source Port: It is recommended that the UDP source port number be calculated using a hash of fields from the inner packet -- one example being a hash of the inner Ethernet frame’s headers. This is to enable a level of entropy for the ECMP/load-balancing of the VM-to-VM traffic across the VXLAN overlay. When calculating the UDP source port number in this manner, it is RECOMMENDED that the value be in the dynamic/private port range 49152-65535 [RFC6335]. |

| '249 Patent Claim | Exemplary HPE Networking Products |
|---|---|
| | - UDP Checksum: It SHOULD be transmitted as zero. When a packet is received with a UDP checksum of zero, it MUST be accepted for decapsulation. Optionally, if the encapsulating end point includes a non-zero UDP checksum, it MUST be correctly calculated across the entire packet including the IP header, UDP header, VXLAN header, and encapsulated MAC frame. When a decapsulating end point receives a packet with a non-zero checksum, it MAY choose to verify the checksum value. If it chooses to perform such verification, and the verification fails, the packet MUST be dropped. If the decapsulating destination chooses not to perform the verification, or performs it successfully, the packet MUST be accepted for decapsulation.<br><br>Outer IP Header: This is the outer IP header with the source IP address indicating the IP address of the VTEP over which the communicating VM (as represented by the inner source MAC address) is running. The destination IP address can be a unicast or multicast IP address (see Sections 4.1 and 4.2). When it is a unicast IP address, it represents the IP address of the VTEP connecting the communicating VM as represented by the inner destination MAC address. For multicast destination IP addresses, please refer to the scenarios detailed in Section 4.2.<br><br>Outer Ethernet Header (example): Figure 1 is an example of an inner Ethernet frame encapsulated within an outer Ethernet + IP + UDP + VXLAN header. The outer destination MAC address in this frame may be the address of the target VTEP or of an intermediate Layer 3 router. The outer VLAN tag is optional. If present, it may be used for delineating VXLAN traffic on the LAN. |

| '249 Patent Claim | Exemplary HPE Networking Products |
|---|---|
| | Consider a VM within a VXLAN overlay network. This VM is unaware of VXLAN. To communicate with a VM on a different host, it sends a MAC frame destined to the target as normal. The VTEP on the physical host looks up the VNI to which this VM is associated. It then determines if the destination MAC is on the same segment and if there is a mapping of the destination MAC address to the remote VTEP. If so, an outer header comprising an outer MAC, outer IP header, and VXLAN header (see Figure 1 in Section 5 for frame format) are prepended to the original MAC frame. The encapsulated packet is forwarded towards the remote VTEP. Upon reception, the remote VTEP verifies the validity of the VNI and whether or not there is a VM on that VNI using a MAC address that matches the inner destination MAC address. If so, the packet is stripped of its encapsulating headers and passed on to the destination VM. The destination VM never knows about the VNI or that the frame was transported with a VXLAN encapsulation.<br>With VXLAN, a header including the VXLAN VNI is inserted at the beginning of the packet along with the IP header and UDP header. However, this broadcast packet is sent out to the IP multicast group on which that VXLAN overlay network is realized.<br><br>To effect this, we need to have a mapping between the VXLAN VNI and the IP multicast group that it will use. This mapping is done at the management layer and provided to the individual VTEPs through a management channel. Using this mapping, the VTEP can provide IGMP membership reports to the upstream switch/router to join/leave the VXLAN-related IP multicast groups as needed. This will enable pruning of the leaf nodes for specific multicast traffic addresses based on whether a member is available on this host using the specific multicast address (see [RFC4541]). In addition, use of |

| '249 Patent Claim | Exemplary HPE Networking Products |
| --- | --- |
| | In addition to forwarding the packet to the destination VM, the remote VTEP learns the mapping from inner source MAC to outer source IP address. It stores this mapping in a table so that when the destination VM sends a response packet, there is no need for an "unknown destination" flooding of the response packet.<br><br>In addition to a learning-based control plane, there are other schemes possible for the distribution of the VTEP IP to VM MAC mapping information. Options could include a central authority-/directory-based lookup by the individual VTEPs, distribution of this mapping information to the VTEPs by the central authority, and so on. These are sometimes characterized as push and pull models, respectively. This document will focus on the data plane learning scheme as the control plane for VXLAN.<br><br>"RFC 7348,"[5] at 10–11.<br><br>The VNI identifies the scope of the inner MAC frame originated by the individual VM. Thus, you could have overlapping MAC addresses across segments but never have traffic "cross over" since the traffic is isolated using the VNI. The VNI is in an outer header that encapsulates the inner MAC frame originated by the VM. In the following sections, the term "VXLAN segment" is used interchangeably with the term "VXLAN overlay network".<br><br>*Id.* at 7. |

[5] Available at https://datatracker.ietf.org/doc/html/rfc7348.

| ’249 Patent Claim | Exemplary HPE Networking Products |
|---|---|
| | **How VXLAN works**<br><br>The VXLAN tunneling protocol encapsulates Layer 2 Ethernet frames in Layer 4 UDP packets, enabling you to create virtualized Layer 2 subnets that span physical Layer 3 networks. Each segmented subnet is uniquely identified by a VXLAN Network Identifier (VNI).<br><br>The entity that performs the encapsulation and decapsulation of packets is called the VXLAN Tunnel Endpoint (VTEP). A VTEP can be an independent network device, such as a physical router or switch, or a virtual switch deployed on a server. VTEPs encapsulate Ethernet frames into VXLAN packets, which are then sent to the destination VTEP over an IP or other Layer 3 network, where they’re decapsulated and forwarded to the destination server.<br><br>To support devices that can’t operate as a VTEP on their own, such as bare-metal servers, hardware VTEPs such as select HPE Juniper Networking switches and routers can encapsulate and decapsulate data packets. In addition, VTEPs can reside in hypervisor hosts, such as kernel-based virtual machines (KVMs), to directly support virtualized workloads. This type of VTEP is known as a software VTEP.<br>“What is VXLAN?”[6]<br><br>Ethernet Segment (ES): When a customer site (device or network) is connected to one or more PEs via a set of Ethernet links, then that set of links is referred to as an 'Ethernet segment'.<br><br>Ethernet Segment Identifier (ESI): A unique non-zero identifier that identifies an Ethernet segment is called an 'Ethernet Segment Identifier'. |

6 Available at https://www.hpe.com/us/en/what-is/vxlan.html.

| '249 Patent Claim | Exemplary HPE Networking Products |
| --- | --- |
| | 4. BGP MPLS-Based EVPN Overview<br><br>This section provides an overview of EVPN. An EVPN instance comprises Customer Edge devices (CEs) that are connected to Provider Edge devices (PEs) that form the edge of the MPLS infrastructure. A CE may be a host, a router, or a switch. The PEs provide virtual Layer 2 bridged connectivity between the CEs. There may be multiple EVPN instances in the provider's network.<br>The PEs may be connected by an MPLS Label Switched Path (LSP) infrastructure, which provides the benefits of MPLS technology, such as fast reroute, resiliency, etc. The PEs may also be connected by an IP infrastructure, in which case IP/GRE (Generic Routing Encapsulation) tunneling or other IP tunneling can be used between the PEs. The detailed procedures in this document are specified only for MPLS LSPs as the tunneling technology. However, these procedures are designed to be extensible to IP tunneling as the Packet Switched Network (PSN) tunneling technology.<br>"RFC 7432,"[7] at 5–6.<br><br>5.1.3. Constructing EVPN BGP Routes<br><br>In EVPN, an MPLS label, for instance, identifying the forwarding table is distributed by the egress PE via the EVPN control plane and is placed in the MPLS header of a given packet by the ingress PE. This label is used upon receipt of that packet by the egress PE for disposition of that packet. This is very similar to the use of the VNI by the egress NVE, with the difference being that an MPLS label has local significance while a VNI typically has global significance.<br>"RFC 8365,"[8] at 13. |

[7] Available at https://datatracker.ietf.org/doc/html/rfc7432.

[8] Available at https://datatracker.ietf.org/doc/html/rfc8365.

<table>
<tr><th>’249 Patent Claim</th><th>Exemplary HPE Networking Products</th></tr>
<tr><td></td><td>See also claim 1[pre].</td></tr>
<tr><td>1[b] at least one processor configured to execute program instructions to provide a forwarding unit configured to:</td><td>The exemplary HPE Networking Products comprise at least one processor configured to execute program instructions to provide a forwarding unit. For example, the exemplary HPE Networking Products include one or more processors that execute Comware, ArubaOS, and/or other operating systems.<br><br>See, e.g.,<br><br>Memory and processor 1 GB flash;, 4 GB DRAM and MIPS CPU<br>• Advanced modular operating system<br>Comware v7 software's modular design and multiple processes bring native high stability, independent process monitoring, and restart; the OS also allows individual software modules to be upgraded for higher availability and supports enhanced serviceability functions such as hitless software upgrades<br>
<table>
<tr><td>Performance</td><td>10 Gbps Latency</td><td>< 10 µs (64-byte packets)</td></tr>
<tr><td></td><td>Throughput</td><td>up to 720 Mpps</td></tr>
<tr><td></td><td>Routing/Switching capacity</td><td>800 Gbps</td></tr>
<tr><td></td><td>Routing table size</td><td>250K entries (IPv4), 128K entries (IPv6)</td></tr>
<tr><td></td><td>MAC address table size</td><td>350K entries</td></tr>
</table>
HPE Networking Comware Switch Series 5980.<br><br>See also claim 1[pre]–1[a].</td></tr>
<tr><td>1[c] receive an incoming packet including a plurality of the identifiers;</td><td>The exemplary HPE Networking Products comprise a forwarding unit configured to receive an incoming packet including a plurality of the identifiers.<br><br>See, e.g.,</td></tr>
</table>

| ’249 Patent Claim | Exemplary HPE Networking Products |
|---|---|
| | **Key features**<br>• Lossless architecture with deep buffer ensures network continuity<br>• Large buffers deliver high performance through scalable packet processing<br>• High-density 10GbE with 100GbE uplinks for spine and leaf deployments, supporting 40GbE connections on the 100GbE ports with the appropriate optics<br>• L2/L3 VXLAN and EVPN support for virtualized environments<br>• OpenFlow support for investment protection nd SDN environments<br>• Data center convergence and resiliency with IRF Intelligent Resilient Fabric<br>• **VXLAN hardware support**<br>VXLAN L2 and L3 gateway support for up to 4k tunnels. Dynamic VXLAN configuration OVSDB and ML2 support for dynamic VXLAN configuration<br>• **EVPN**<br>Control plane protocol for VXLAN based on industry standards. It enables L2 and L3 control-plane learning of end-host reachability information, enabling organizations to scale their VXLAN infrastructure better. Integration with OpenStack Neutron plugin for overlay automation or orchestration<br>HPE Networking Comware Switch Series 5980. |

| '249 Patent Claim | Exemplary HPE Networking Products |
|---|---|
| | **VXLAN frame encapsulation and forwarding:**<br>With these elements in place, the VTEP executes its forwarding rules:<br>1. If the source and destination MAC addresses live on the same host, traffic is locally switched through the vSwitch and no VXLAN encap/decap is performed.<br>2. If the destination MAC address is not live on the ESX host, frames are encapsulated in the appropriate VXLAN header by the source VTEP and are forwarded to the destination VTEP based on its local table. The destination VTEP will unbundle the inner frame from the VXLAN header and deliver it on to the recipient VM.<br>3. For unknown unicast or broadcast/multicast traffic, the local VTEP encapsulates the frame in a VXLAN header and multicasts the encapsulated frame to the VNI multicast address that is assigned to the VNI at the time of creation. This includes all ARPs, Boot-p/DHCP requests, etc. VTEPs on other hosts receive the multicast frame and process them much the same way unicast traffic is (see note 2 above).<br>The implementation of this tunneling scheme is relatively simple compared to other schemes, such as MPLS or OTV, because the administrator only needs to configure VNI or IP mappings and multicast addresses. The rest is managed by the VTEPs.<br>Here are additional details of the frame format:<br><br><br>VXLAN header format |

| ’249 Patent Claim | Exemplary HPE Networking Products |
| --- | --- |
| | **Ethernet header:**<br>With these elements in place, the VTEP executes its forwarding rules:<br><br>*Destination address* - This is set to the MAC address of the destination VTEP if its on the same subnet. If the VTEP is on a different subnet the address is set to the next hop device, usually a router.<br><br>*VLAN* -This is optional for a VXLAN implementation. It will default to the 802.1Q Tagged Prototocol Identifier (TPUD) Ethertype 0X8100 and has an associated VLAN ID tag.<br><br>*Ethertype* –This is set to 0X0800 to denote an IPv4 payload packet. There’s currently no IPV6 support yet but its under investigation future deployment. |

| ’249 Patent Claim | Exemplary HPE Networking Products |
| --- | --- |
| | **IP header:**<br>*Protocol* –This is set to 0 × 11 to indicate it’s a UDP packet.<br><br>*Source IP* –This is set to the VTEP source IP address<br><br>*Destination IP* – This is set to the destination VTEP IP address. If unknown/unlearned or is a broad/multi-cast address, then VXLAN simulates a network broadcast using its multicast group. Here’s a brief outline:<br><br>a. Destination IP is replaced by the IP multicast group that corresponds to the VNI of the source virtual machine.<br><br>b. Frame is multicast and All VTEPs on the VNI multicast group receive the frame. They in turn unbundle the frame, learn the source ID and VNI mapping for future use and then forward or drop the packet based on the frame type and local forwarding table information.<br><br>c. The VTEP hosting the target virtual machine will encapsulate and forward the virtual machines reply to the sourcing VTEP.<br><br>d. The source VTEP receives the response and also caches the ID and VNI mapping for future use.<br><br>**UDP header**<br>*Source Port* -Set by transmitting VTEP. This value can be hashed from the bundled Ethernet headers so that port channel or ecmp hashing algorithms can leverage this value for traffic balancing.<br><br>*VXLAN Port* -VXLAN IANA port. Vendor specific.<br><br>*UDP Checksum* - Should be set by VTEP source to 0 × 0000. If the receiving VTEP receives a checksum that isn’t 0 × 0000, the frame should be checked and discarded if checksum fails.<br><br>**UDP header**<br>*VXLAN Flags* - Aside from bit 3, the VNI bit, all reserved bits set to zero. The VNI bit is set to 1 for a valid VNI.<br><br>*VNI* –This 24-bit field is the VXLAN network ID.<br><br>*Reserved* – Reserved fields of 24 and 8 bits that are set to zero.<br>“VXLAN Overview,”[9] at 3–4. |

[9] Available at https://www.arista.com/assets/data/pdf/Whitepapers/VXLAN_Scaling_Data_Center_Designs.pdf.

| ’249 Patent Claim | Exemplary HPE Networking Products |
|---|---|
| | # VXLAN packet format<br><br>As shown in Figure 2, a VTEP encapsulates a frame in the following headers:<br>• **8-byte VXLAN header**—VXLAN information for the frame.<br>  ○ **Flags**—If the I bit is 1, the VXLAN ID is valid. If the I bit is 0, the VXLAN ID is invalid. All other bits are reserved and set to 0.<br>  ○ **24-bit VXLAN ID**—Identifies the VXLAN of the frame. It is also called the virtual network identifier (VNI).<br>• **8-byte outer UDP header for VXLAN**—The default VXLAN destination UDP port number is 4789.<br>• **20-byte outer IP header**—Valid addresses of VTEPs or VXLAN multicast groups on the transport network. Devices in the transport network forward VXLAN packets based on the outer IP header.<br><br>**Figure 2 VXLAN packet format**<br><br><br>VXLAN Configuration Guide, at 2. |

| ’249 Patent Claim | Exemplary HPE Networking Products |
|---|---|
| | The VXLAN frame format is shown below. Parsing this from the bottom of the frame -- above the outer Frame Check Sequence (FCS), there is an inner MAC frame with its own Ethernet header with source, destination MAC addresses along with the Ethernet type, plus an optional VLAN. See Section 6 for further details of inner VLAN tag handling.<br><br>The inner MAC frame is encapsulated with the following four headers (starting from the innermost header):<br><br>VXLAN Header: This is an 8-byte field that has:<br><br>- Flags (8 bits): where the I flag MUST be set to 1 for a valid VXLAN Network ID (VNI). The other 7 bits (designated "R") are reserved fields and MUST be set to zero on transmission and ignored on receipt.<br><br>- VXLAN Segment ID/VXLAN Network Identifier (VNI): this is a 24-bit value used to designate the individual VXLAN overlay network on which the communicating VMs are situated. VMs in different VXLAN overlay networks cannot communicate with each other.<br><br>- Reserved fields (24 bits and 8 bits): MUST be set to zero on transmission and ignored on receipt. |

| ’249 Patent Claim | Exemplary HPE Networking Products |
|---|---|
| | Outer UDP Header: This is the outer UDP header with a source port provided by the VTEP and the destination port being a well-known UDP port.<br><br>- Destination Port: IANA has assigned the value 4789 for the VXLAN UDP port, and this value SHOULD be used by default as the destination UDP port. Some early implementations of VXLAN have used other values for the destination port. To enable interoperability with these implementations, the destination port SHOULD be configurable.<br><br>- Source Port: It is recommended that the UDP source port number be calculated using a hash of fields from the inner packet -- one example being a hash of the inner Ethernet frame’s headers. This is to enable a level of entropy for the ECMP/load-balancing of the VM-to-VM traffic across the VXLAN overlay. When calculating the UDP source port number in this manner, it is RECOMMENDED that the value be in the dynamic/private port range 49152-65535 [RFC6335]. |

| '249 Patent Claim | Exemplary HPE Networking Products |
| --- | --- |
| | - UDP Checksum: It SHOULD be transmitted as zero. When a packet is received with a UDP checksum of zero, it MUST be accepted for decapsulation. Optionally, if the encapsulating end point includes a non-zero UDP checksum, it MUST be correctly calculated across the entire packet including the IP header, UDP header, VXLAN header, and encapsulated MAC frame. When a decapsulating end point receives a packet with a non-zero checksum, it MAY choose to verify the checksum value. If it chooses to perform such verification, and the verification fails, the packet MUST be dropped. If the decapsulating destination chooses not to perform the verification, or performs it successfully, the packet MUST be accepted for decapsulation.<br><br>Outer IP Header: This is the outer IP header with the source IP address indicating the IP address of the VTEP over which the communicating VM (as represented by the inner source MAC address) is running. The destination IP address can be a unicast or multicast IP address (see Sections 4.1 and 4.2). When it is a unicast IP address, it represents the IP address of the VTEP connecting the communicating VM as represented by the inner destination MAC address. For multicast destination IP addresses, please refer to the scenarios detailed in Section 4.2.<br><br>Outer Ethernet Header (example): Figure 1 is an example of an inner Ethernet frame encapsulated within an outer Ethernet + IP + UDP + VXLAN header. The outer destination MAC address in this frame may be the address of the target VTEP or of an intermediate Layer 3 router. The outer VLAN tag is optional. If present, it may be used for delineating VXLAN traffic on the LAN. |

| ’249 Patent Claim | Exemplary HPE Networking Products |
|---|---|
| | Consider a VM within a VXLAN overlay network. This VM is unaware of VXLAN. To communicate with a VM on a different host, it sends a MAC frame destined to the target as normal. The VTEP on the physical host looks up the VNI to which this VM is associated. It then determines if the destination MAC is on the same segment and if there is a mapping of the destination MAC address to the remote VTEP. If so, an outer header comprising an outer MAC, outer IP header, and VXLAN header (see Figure 1 in Section 5 for frame format) are prepended to the original MAC frame. The encapsulated packet is forwarded towards the remote VTEP. Upon reception, the remote VTEP verifies the validity of the VNI and whether or not there is a VM on that VNI using a MAC address that matches the inner destination MAC address. If so, the packet is stripped of its encapsulating headers and passed on to the destination VM. The destination VM never knows about the VNI or that the frame was transported with a VXLAN encapsulation.<br>With VXLAN, a header including the VXLAN VNI is inserted at the beginning of the packet along with the IP header and UDP header. However, this broadcast packet is sent out to the IP multicast group on which that VXLAN overlay network is realized.<br><br>To effect this, we need to have a mapping between the VXLAN VNI and the IP multicast group that it will use. This mapping is done at the management layer and provided to the individual VTEPs through a management channel. Using this mapping, the VTEP can provide IGMP membership reports to the upstream switch/router to join/leave the VXLAN-related IP multicast groups as needed. This will enable pruning of the leaf nodes for specific multicast traffic addresses based on whether a member is available on this host using the specific multicast address (see [RFC4541]). In addition, use of |

| ’249 Patent Claim | Exemplary HPE Networking Products |
|---|---|
| | In addition to forwarding the packet to the destination VM, the remote VTEP learns the mapping from inner source MAC to outer source IP address. It stores this mapping in a table so that when the destination VM sends a response packet, there is no need for an "unknown destination" flooding of the response packet.<br><br>In addition to a learning-based control plane, there are other schemes possible for the distribution of the VTEP IP to VM MAC mapping information. Options could include a central authority-/directory-based lookup by the individual VTEPs, distribution of this mapping information to the VTEPs by the central authority, and so on. These are sometimes characterized as push and pull models, respectively. This document will focus on the data plane learning scheme as the control plane for VXLAN.<br><br>RFC 7348, at 10–11. |

| ’249 Patent Claim | Exemplary HPE Networking Products |
|---|---|
| | ## MAC learning<br><br>The VTEP performs source MAC learning on the VSI as a Layer 2 switch.<br>• For traffic from the local site to the remote site, the VTEP learns the source MAC address before VXLAN encapsulation.<br>• For traffic from the remote site to the local site, the VTEP learns the source MAC address after removing the VXLAN header.<br><br>A VSI's MAC address table includes the following types of MAC address entries:<br>• **Local MAC**—MAC entries learned from the local site. The outgoing interfaces for the MAC address entries are site-facing interfaces.<br>  ○ **Static**—Manually added MAC entries.<br>  ○ **Dynamic**—Dynamically learned MAC entries.<br>• **Remote MAC**—MAC entries learned from a remote site, including static and dynamic MAC entries. The outgoing interfaces for the MAC addresses are VXLAN tunnel interfaces.<br>  ○ **Static**—Manually added MAC entries.<br>  ○ **Dynamic**—MAC entries learned in the data plane from incoming traffic on VXLAN tunnels. The learned MAC addresses are contained in the inner Ethernet header.<br>  ○ **BGP EVPN**—MAC entries advertised through BGP EVPN. For more information, see *EVPN Configuration Guide*.<br>  ○ **OpenFlow**—MAC entries issued by a remote controller through OpenFlow. For more information, see *OpenFlow Configuration Guide*.<br>  ○ **OVSDB**—MAC entries issued by a remote controller through OVSDB.<br>  The following shows the priority order of different types of remote MAC address entries:<br>  **a.** Static MAC address entries, and MAC address entries issued by a remote controller through OpenFlow or OVSDB. These types of entries have the same priority and overwrite each other.<br>  **a.** MAC address entries advertised through BGP EVPN.<br>  **b.** Dynamic MAC address entries.<br><br>VXLAN Configuration Guide, at 4.<br><br>*See also* claim 1[pre]–1[b]. |

| ’249 Patent Claim | Exemplary HPE Networking Products |
|---|---|
| 1[d] determine a direction to forward the incoming packet; | The exemplary HPE Networking Products comprise a forwarding unit configured to determine a direction to forward the incoming packet.<br><br>*See, e.g.,*<br><br>**Key features**<br>• Lossless architecture with deep buffer ensures network continuity<br>• Large buffers deliver high performance through scalable packet processing<br>• High-density 10GbE with 100GbE uplinks for spine and leaf deployments, supporting 40GbE connections on the 100GbE ports with the appropriate optics<br>• L2/L3 VXLAN and EVPN support for virtualized environments<br>• OpenFlow support for investment protection nd SDN environments<br>• Data center convergence and resiliency with IRF Intelligent Resilient Fabric<br>• **VXLAN hardware support**<br>VXLAN L2 and L3 gateway support for up to 4k tunnels. Dynamic VXLAN configuration OVSDB and ML2 support for dynamic VXLAN configuration<br>• **EVPN**<br>Control plane protocol for VXLAN based on industry standards. It enables L2 and L3 control-plane learning of end-host reachability information, enabling organizations to scale their VXLAN infrastructure better. Integration with OpenStack Neutron plugin for overlay automation or orchestration<br>HPE Networking Comware Switch Series 5980. |

<table>
<tr><th>’249 Patent Claim</th><th>Exemplary HPE Networking Products</th></tr>
<tr><td></td><td>

**VXLAN frame encapsulation and forwarding:**

With these elements in place, the VTEP executes its forwarding rules:

1. If the source and destination MAC addresses live on the same host, traffic is locally switched through the vSwitch and no VXLAN encap/decap is performed.
2. If the destination MAC address is not live on the ESX host, frames are encapsulated in the appropriate VXLAN header by the source VTEP and are forwarded to the destination VTEP based on its local table. The destination VTEP will unbundle the inner frame from the VXLAN header and deliver it on to the recipient VM.
3. For unknown unicast or broadcast/multicast traffic, the local VTEP encapsulates the frame in a VXLAN header and multicasts the encapsulated frame to the VNI multicast address that is assigned to the VNI at the time of creation. This includes all ARPs, Boot-p/DHCP requests, etc. VTEPs on other hosts receive the multicast frame and process them much the same way unicast traffic is (see note 2 above).

The implementation of this tunneling scheme is relatively simple compared to other schemes, such as MPLS or OTV, because the administrator only needs to configure VNI or IP mappings and multicast addresses. The rest is managed by the VTEPs.

Here are additional details of the frame format:




VXLAN header format

</td></tr>
</table>

| ’249 Patent Claim | Exemplary HPE Networking Products |
|---|---|
| | **Ethernet header:**<br>With these elements in place, the VTEP executes its forwarding rules:<br>*Destination address* - This is set to the MAC address of the destination VTEP if its on the same subnet. If the VTEP is on a different subnet the address is set to the next hop device, usually a router.<br>*VLAN* -This is optional for a VXLAN implementation. It will default to the 802.1Q Tagged Prototocol Identifier (TPUD) Ethertype 0X8100 and has an associated VLAN ID tag.<br>*Ethertype* –This is set to 0X0800 to denote an IPv4 payload packet. There’s currently no IPV6 support yet but its under investigation future deployment. |

| '249 Patent Claim | Exemplary HPE Networking Products |
|---|---|
| | **IP header:**<br>*Protocol* –This is set to 0 × 11 to indicate it's a UDP packet.<br><br>*Source IP* –This is set to the VTEP source IP address<br><br>*Destination IP* – This is set to the destination VTEP IP address. If unknown/unlearned or is a broad/multi-cast address, then VXLAN simulates a network broadcast using its multicast group. Here's a brief outline:<br><br>a. Destination IP is replaced by the IP multicast group that corresponds to the VNI of the source virtual machine.<br><br>b. Frame is multicast and All VTEPs on the VNI multicast group receive the frame. They in turn unbundle the frame, learn the source ID and VNI mapping for future use and then forward or drop the packet based on the frame type and local forwarding table information.<br><br>c. The VTEP hosting the target virtual machine will encapsulate and forward the virtual machines reply to the sourcing VTEP.<br><br>d. The source VTEP receives the response and also caches the ID and VNI mapping for future use.<br><br>**UDP header**<br>*Source Port* -Set by transmitting VTEP. This value can be hashed from the bundled Ethernet headers so that port channel or ecmp hashing algorithms can leverage this value for traffic balancing.<br><br>*VXLAN Port* -VXLAN IANA port. Vendor specific.<br><br>*UDP Checksum* - Should be set by VTEP source to 0 × 0000. If the receiving VTEP receives a checksum that isn't 0 × 0000, the frame should be checked and discarded if checksum fails.<br><br>**UDP header**<br>*VXLAN Flags* - Aside from bit 3, the VNI bit, all reserved bits set to zero. The VNI bit is set to 1 for a valid VNI.<br><br>*VNI* –This 24-bit field is the VXLAN network ID.<br><br>*Reserved* – Reserved fields of 24 and 8 bits that are set to zero.<br>VXLAN Overview, at 3–4. |

<table>
<tr><th>’249 Patent Claim</th><th>Exemplary HPE Networking Products</th></tr>
<tr><td></td><td>

# VXLAN packet format

As shown in Figure 2, a VTEP encapsulates a frame in the following headers:

- **8-byte VXLAN header**—VXLAN information for the frame.
  - **Flags**—If the I bit is 1, the VXLAN ID is valid. If the I bit is 0, the VXLAN ID is invalid. All other bits are reserved and set to 0.
  - **24-bit VXLAN ID**—Identifies the VXLAN of the frame. It is also called the virtual network identifier (VNI).
- **8-byte outer UDP header for VXLAN**—The default VXLAN destination UDP port number is 4789.
- **20-byte outer IP header**—Valid addresses of VTEPs or VXLAN multicast groups on the transport network. Devices in the transport network forward VXLAN packets based on the outer IP header.

**Figure 2 VXLAN packet format**




VXLAN Configuration Guide, at 2.

</td></tr>
</table>

| ’249 Patent Claim | Exemplary HPE Networking Products |
|---|---|
| | Consider Figure 4 for the following discussion. For incoming frames on the VXLAN connected interface, the gateway strips out the VXLAN header and forwards it to a physical port based on the destination MAC address of the inner Ethernet frame. Decapsulated frames with the inner VLAN ID SHOULD be discarded unless configured explicitly to be passed on to the non-VXLAN interface. In the reverse direction, incoming frames for the non-VXLAN interfaces are mapped to a specific VXLAN overlay network based on the VLAN ID in the frame. Unless configured explicitly to be passed on in the encapsulated VXLAN frame, this VLAN ID is removed before the frame is encapsulated for VXLAN.<br>RFC 7438, at 17.<br><br>EVPN is an extension to Border Gateway Protocol (BGP) that allows the network to carry endpoint reachability information such as Layer 2 MAC addresses and Layer 3 IP addresses. This control plane technology uses MP-BGP for MAC and IP address endpoint distribution, where MAC addresses are treated as routes.<br><br>EVPN also provides multipath forwarding and redundancy through an all-active multihoming model. An endpoint or device can connect to two or more upstream devices and forward traffic using all the links. If a link or device fails, traffic continues to flow using the remaining active links.<br>“What is EVPN-VXLAN?”[10] |

[10] Available at https://www.hpe.com/us/en/what-is/evpn-vxlan.html.

<table>
<tr><th>’249 Patent Claim</th><th>Exemplary HPE Networking Products</th></tr>
<tr><td></td><td>

## MAC learning

The VTEP performs source MAC learning on the VSI as a Layer 2 switch.

- For traffic from the local site to the remote site, the VTEP learns the source MAC address before VXLAN encapsulation.
- For traffic from the remote site to the local site, the VTEP learns the source MAC address after removing the VXLAN header.

A VSI's MAC address table includes the following types of MAC address entries:

- **Local MAC**—MAC entries learned from the local site. The outgoing interfaces for the MAC address entries are site-facing interfaces.
  - **Static**—Manually added MAC entries.
  - **Dynamic**—Dynamically learned MAC entries.
- **Remote MAC**—MAC entries learned from a remote site, including static and dynamic MAC entries. The outgoing interfaces for the MAC addresses are VXLAN tunnel interfaces.
  - **Static**—Manually added MAC entries.
  - **Dynamic**—MAC entries learned in the data plane from incoming traffic on VXLAN tunnels. The learned MAC addresses are contained in the inner Ethernet header.
  - **BGP EVPN**—MAC entries advertised through BGP EVPN. For more information, see *EVPN Configuration Guide*.
  - **OpenFlow**—MAC entries issued by a remote controller through OpenFlow. For more information, see *OpenFlow Configuration Guide*.
  - **OVSDB**—MAC entries issued by a remote controller through OVSDB.

  The following shows the priority order of different types of remote MAC address entries:

  **a.** Static MAC address entries, and MAC address entries issued by a remote controller through OpenFlow or OVSDB. These types of entries have the same priority and overwrite each other.

  **a.** MAC address entries advertised through BGP EVPN.

  **b.** Dynamic MAC address entries.

VXLAN Configuration Guide, at 4.
</td></tr>
</table>

| '249 Patent Claim | Exemplary HPE Networking Products |
|---|---|
| | **17.3 RSTP overview**<br><br>The Rapid Spanning Tree Protocol (RSTP) configures the Port State (7.4) of each Bridge Port in the Bridge Local Area Network. RSTP ensures that the stable connectivity provided by each Bridge between its Ports and by the individual LANs to which those Ports attach is predictable, manageable, full, simple, and symmetric. RSTP further ensures that temporary loops in the active topology do not occur if the network has to reconfigure in response to the failure, removal, or addition of a network component, and that erroneous station location information is removed from the Filtering Database after reconfiguration.<br><br>NOTE—The Rapid Spanning Tree Algorithm and Protocol cannot protect against temporary loops caused by the interconnection of two LAN segments by devices other than Bridges (e.g., LAN repeaters) that operate invisibly with respect to support of the Bridges' MAC Internal Sublayer Service.<br><br>Each of the Bridges in the network transmits Configuration Messages (17.8). Each Configuration Message contains spanning tree priority vector (17.5) information that identifies one Bridge as the Root Bridge of the network, and allows each Bridge to compute its own lowest path cost to that Root Bridge, information that will in turn be transmitted in Configuration Messages. A Port Role (17.7) of Root Port is assigned to the one Port on each Bridge that provides that lowest cost path to the Root Bridge, and a Port Role of Designated Port to the one Port attached to each LAN that provides the lowest cost path from that LAN to the Root Bridge. Port roles of Alternate Port and Backup Port are assigned to Bridge Ports that can provide connectivity if other network components fail.<br>"IEEE 802.1D,"[11] at 138.<br><br>*See also* claim 1[pre]–1[c]. |
| 1[e] determine whether to forward to an external network; | The exemplary HPE Networking Products comprise a forwarding unit configured to determine whether to forward to an external network.<br><br>*See, e.g.,* |

[11] Available at https://picture.iczhiku.com/resource/eetop/SyiGpsFWqELwKVnM.pdf.

| ’249 Patent Claim | Exemplary HPE Networking Products |
|---|---|
| |   VXLAN Network Model. |

| ’249 Patent Claim | Exemplary HPE Networking Products |
|---|---|
| | **Key features**<br>• Lossless architecture with deep buffer ensures network continuity<br>• Large buffers deliver high performance through scalable packet processing<br>• High-density 10GbE with 100GbE uplinks for spine and leaf deployments, supporting 40GbE connections on the 100GbE ports with the appropriate optics<br>• L2/L3 VXLAN and EVPN support for virtualized environments<br>• OpenFlow support for investment protection nd SDN environments<br>• Data center convergence and resiliency with IRF Intelligent Resilient Fabric<br>• **VXLAN hardware support**<br>VXLAN L2 and L3 gateway support for up to 4k tunnels. Dynamic VXLAN configuration OVSDB and ML2 support for dynamic VXLAN configuration<br>• **EVPN**<br>Control plane protocol for VXLAN based on industry standards. It enables L2 and L3 control-plane learning of end-host reachability information, enabling organizations to scale their VXLAN infrastructure better. Integration with OpenStack Neutron plugin for overlay automation or orchestration<br>HPE Networking Comware Switch Series 5980. |

| '249 Patent Claim | Exemplary HPE Networking Products |
|---|---|
| | |

**VXLAN frame encapsulation and forwarding:**

With these elements in place, the VTEP executes its forwarding rules:

1. If the source and destination MAC addresses live on the same host, traffic is locally switched through the vSwitch and no VXLAN encap/decap is performed.

2. If the destination MAC address is not live on the ESX host, frames are encapsulated in the appropriate VXLAN header by the source VTEP and are forwarded to the destination VTEP based on its local table. The destination VTEP will unbundle the inner frame from the VXLAN header and deliver it on to the recipient VM.

3. For unknown unicast or broadcast/multicast traffic, the local VTEP encapsulates the frame in a VXLAN header and multicasts the encapsulated frame to the VNI multicast address that is assigned to the VNI at the time of creation. This includes all ARPs, Boot-p/DHCP requests, etc. VTEPs on other hosts receive the multicast frame and process them much the same way unicast traffic is (see note 2 above).

The implementation of this tunneling scheme is relatively simple compared to other schemes, such as MPLS or OTV, because the administrator only needs to configure VNI or IP mappings and multicast addresses. The rest is managed by the VTEPs.

Here are additional details of the frame format:




VXLAN header format

| '249 Patent Claim | Exemplary HPE Networking Products |
|---|---|
| | **Ethernet header:**<br>With these elements in place, the VTEP executes its forwarding rules:<br><br>*Destination address* - This is set to the MAC address of the destination VTEP if its on the same subnet. If the VTEP is on a different subnet the address is set to the next hop device, usually a router.<br><br>*VLAN* -This is optional for a VXLAN implementation. It will default to the 802.1Q Tagged Prototocol Identifier (TPUD) Ethertype 0X8100 and has an associated VLAN ID tag.<br><br>*Ethertype* –This is set to 0X0800 to denote an IPv4 payload packet. There's currently no IPV6 support yet but its under investigation future deployment. |

| '249 Patent Claim | Exemplary HPE Networking Products |
|---|---|
| | **IP header:**<br>*Protocol* –This is set to 0 × 11 to indicate it's a UDP packet.<br><br>*Source IP* –This is set to the VTEP source IP address<br><br>*Destination IP* – This is set to the destination VTEP IP address. If unknown/unlearned or is a broad/multi-cast address, then VXLAN simulates a network broadcast using its multicast group. Here's a brief outline:<br><br>a. Destination IP is replaced by the IP multicast group that corresponds to the VNI of the source virtual machine.<br><br>b. Frame is multicast and All VTEPs on the VNI multicast group receive the frame. They in turn unbundle the frame, learn the source ID and VNI mapping for future use and then forward or drop the packet based on the frame type and local forwarding table information.<br><br>c. The VTEP hosting the target virtual machine will encapsulate and forward the virtual machines reply to the sourcing VTEP.<br><br>d. The source VTEP receives the response and also caches the ID and VNI mapping for future use.<br><br>**UDP header**<br>*Source Port* -Set by transmitting VTEP. This value can be hashed from the bundled Ethernet headers so that port channel or ecmp hashing algorithms can leverage this value for traffic balancing.<br><br>*VXLAN Port* -VXLAN IANA port. Vendor specific.<br><br>*UDP Checksum* - Should be set by VTEP source to 0 × 0000. If the receiving VTEP receives a checksum that isn't 0 × 0000, the frame should be checked and discarded if checksum fails.<br><br>**UDP header**<br>*VXLAN Flags* - Aside from bit 3, the VNI bit, all reserved bits set to zero. The VNI bit is set to 1 for a valid VNI.<br><br>*VNI* –This 24-bit field is the VXLAN network ID.<br><br>*Reserved* – Reserved fields of 24 and 8 bits that are set to zero.<br>VXLAN Overview, at 3–4. |

| '249 Patent Claim | Exemplary HPE Networking Products |
|---|---|
| | **VXLAN packet format**<br><br>As shown in Figure 2, a VTEP encapsulates a frame in the following headers:<br>• **8-byte VXLAN header**—VXLAN information for the frame.<br>  ○ **Flags**—If the I bit is 1, the VXLAN ID is valid. If the I bit is 0, the VXLAN ID is invalid. All other bits are reserved and set to 0.<br>  ○ **24-bit VXLAN ID**—Identifies the VXLAN of the frame. It is also called the virtual network identifier (VNI).<br>• **8-byte outer UDP header for VXLAN**—The default VXLAN destination UDP port number is 4789.<br>• **20-byte outer IP header**—Valid addresses of VTEPs or VXLAN multicast groups on the transport network. Devices in the transport network forward VXLAN packets based on the outer IP header.<br><br>**Figure 2 VXLAN packet format**<br><br>VXLAN Configuration Guide, at 2. |

| ’249 Patent Claim | Exemplary HPE Networking Products |
| --- | --- |
| | Consider a VM within a VXLAN overlay network. This VM is unaware of VXLAN. To communicate with a VM on a different host, it sends a MAC frame destined to the target as normal. The VTEP on the physical host looks up the VNI to which this VM is associated. It then determines if the destination MAC is on the same segment and if there is a mapping of the destination MAC address to the remote VTEP. If so, an outer header comprising an outer MAC, outer IP header, and VXLAN header (see Figure 1 in Section 5 for frame format) are prepended to the original MAC frame. The encapsulated packet is forwarded towards the remote VTEP. Upon reception, the remote VTEP verifies the validity of the VNI and whether or not there is a VM on that VNI using a MAC address that matches the inner destination MAC address. If so, the packet is stripped of its encapsulating headers and passed on to the destination VM. The destination VM never knows about the VNI or that the frame was transported with a VXLAN encapsulation.<br>RFC 7348, at 10–11. |

| ’249 Patent Claim | Exemplary HPE Networking Products |
|---|---|
| | MAC learning<br><br>The VTEP performs source MAC learning on the VSI as a Layer 2 switch.<br>• For traffic from the local site to the remote site, the VTEP learns the source MAC address before VXLAN encapsulation.<br>• For traffic from the remote site to the local site, the VTEP learns the source MAC address after removing the VXLAN header.<br><br>A VSI's MAC address table includes the following types of MAC address entries:<br>• **Local MAC**—MAC entries learned from the local site. The outgoing interfaces for the MAC address entries are site-facing interfaces.<br>  ○ **Static**—Manually added MAC entries.<br>  ○ **Dynamic**—Dynamically learned MAC entries.<br>• **Remote MAC**—MAC entries learned from a remote site, including static and dynamic MAC entries. The outgoing interfaces for the MAC addresses are VXLAN tunnel interfaces.<br>  ○ **Static**—Manually added MAC entries.<br>  ○ **Dynamic**—MAC entries learned in the data plane from incoming traffic on VXLAN tunnels. The learned MAC addresses are contained in the inner Ethernet header.<br>  ○ **BGP EVPN**—MAC entries advertised through BGP EVPN. For more information, see *EVPN Configuration Guide*.<br>  ○ **OpenFlow**—MAC entries issued by a remote controller through OpenFlow. For more information, see *OpenFlow Configuration Guide*.<br>  ○ **OVSDB**—MAC entries issued by a remote controller through OVSDB.<br>The following shows the priority order of different types of remote MAC address entries:<br>**a.** Static MAC address entries, and MAC address entries issued by a remote controller through OpenFlow or OVSDB. These types of entries have the same priority and overwrite each other.<br>**a.** MAC address entries advertised through BGP EVPN.<br>**b.** Dynamic MAC address entries.<br><br>VXLAN Configuration Guide, at 4. |

| ’249 Patent Claim | Exemplary HPE Networking Products |
| --- | --- |
| | **How VXLAN works**<br><br>The VXLAN tunneling protocol encapsulates Layer 2 Ethernet frames in Layer 4 UDP packets, enabling you to create virtualized Layer 2 subnets that span physical Layer 3 networks. Each segmented subnet is uniquely identified by a VXLAN Network Identifier (VNI).<br><br>The entity that performs the encapsulation and decapsulation of packets is called the VXLAN Tunnel Endpoint (VTEP). A VTEP can be an independent network device, such as a physical router or switch, or a virtual switch deployed on a server. VTEPs encapsulate Ethernet frames into VXLAN packets, which are then sent to the destination VTEP over an IP or other Layer 3 network, where they’re decapsulated and forwarded to the destination server.<br><br>To support devices that can’t operate as a VTEP on their own, such as bare-metal servers, hardware VTEPs such as select HPE Juniper Networking switches and routers can encapsulate and decapsulate data packets. In addition, VTEPs can reside in hypervisor hosts, such as kernel-based virtual machines (KVMs), to directly support virtualized workloads. This type of VTEP is known as a software VTEP.<br>What is VXLAN?<br><br>*See also* claim 1[pre]–1[d]. |
| 1[f] add to path or link information when the incoming packet is not forwarded to the external network; | The exemplary HPE Networking Products comprise a forwarding unit configured to add to path or link information when the incoming packet is not forwarded to the external network. For example, the exemplary HPE Networking Products add to the information stored within the packet, *e.g.*, by adding a VXLAN header, UDP header, IP header, or MAC header containing a next hop or destination for the packet.<br><br>*See, e.g.*, |

| '249 Patent Claim | Exemplary HPE Networking Products |
|---|---|
| | • **VXLAN hardware support**<br>VXLAN L2 and L3 gateway support for up to 4k tunnels. Dynamic VXLAN configuration OVSDB and ML2 support for dynamic VXLAN configuration<br>• **EVPN**<br>Control plane protocol for VXLAN based on industry standards. It enables L2 and L3 control-plane learning of end-host reachability information, enabling organizations to scale their VXLAN infrastructure better. Integration with OpenStack Neutron plugin for overlay automation or orchestration<br>HPE Networking Comware Switch Series 5980.<br><br>**VXLAN frame encapsulation and forwarding:**<br>With these elements in place, the VTEP executes its forwarding rules:<br>1. If the source and destination MAC addresses live on the same host, traffic is locally switched through the vSwitch and no VXLAN encap/decap is performed.<br>2. If the destination MAC address is not live on the ESX host, frames are encapsulated in the appropriate VXLAN header by the source VTEP and are forwarded to the destination VTEP based on its local table. The destination VTEP will unbundle the inner frame from the VXLAN header and deliver it on to the recipient VM.<br>3. For unknown unicast or broadcast/multicast traffic, the local VTEP encapsulates the frame in a VXLAN header and multicasts the encapsulated frame to the VNI multicast address that is assigned to the VNI at the time of creation. This includes all ARPs, Boot-p/DHCP requests, etc. VTEPs on other hosts receive the multicast frame and process them much the same way unicast traffic is (see note 2 above).<br><br>The implementation of this tunneling scheme is relatively simple compared to other schemes, such as MPLS or OTV, because the administrator only needs to configure VNI or IP mappings and multicast addresses. The rest is managed by the VTEPs.<br><br>Here are additional details of the frame format:<br><br><br>VXLAN header format |

| ’249 Patent Claim | Exemplary HPE Networking Products |
|---|---|
| | **Ethernet header:**<br>With these elements in place, the VTEP executes its forwarding rules:<br><br>*Destination address* - This is set to the MAC address of the destination VTEP if its on the same subnet. If the VTEP is on a different subnet the address is set to the next hop device, usually a router.<br><br>*VLAN* -This is optional for a VXLAN implementation. It will default to the 802.1Q Tagged Prototocol Identifier (TPUD) Ethertype 0X8100 and has an associated VLAN ID tag.<br><br>*Ethertype* –This is set to 0X0800 to denote an IPv4 payload packet. There’s currently no IPV6 support yet but its under investigation future deployment. |

| ’249 Patent Claim | Exemplary HPE Networking Products |
|---|---|
| | **IP header:**<br>*Protocol* –This is set to 0 × 11 to indicate it’s a UDP packet.<br><br>*Source IP* –This is set to the VTEP source IP address<br><br>*Destination IP* – This is set to the destination VTEP IP address. If unknown/unlearned or is a broad/multi-cast address, then VXLAN simulates a network broadcast using its multicast group. Here’s a brief outline:<br><br>a. Destination IP is replaced by the IP multicast group that corresponds to the VNI of the source virtual machine.<br><br>b. Frame is multicast and All VTEPs on the VNI multicast group receive the frame. They in turn unbundle the frame, learn the source ID and VNI mapping for future use and then forward or drop the packet based on the frame type and local forwarding table information.<br><br>c. The VTEP hosting the target virtual machine will encapsulate and forward the virtual machines reply to the sourcing VTEP.<br><br>d. The source VTEP receives the response and also caches the ID and VNI mapping for future use.<br><br>**UDP header**<br>*Source Port* -Set by transmitting VTEP. This value can be hashed from the bundled Ethernet headers so that port channel or ecmp hashing algorithms can leverage this value for traffic balancing.<br><br>*VXLAN Port* -VXLAN IANA port. Vendor specific.<br><br>*UDP Checksum* - Should be set by VTEP source to 0 × 0000. If the receiving VTEP receives a checksum that isn’t 0 × 0000, the frame should be checked and discarded if checksum fails.<br><br>**UDP header**<br>*VXLAN Flags* - Aside from bit 3, the VNI bit, all reserved bits set to zero. The VNI bit is set to 1 for a valid VNI.<br><br>*VNI* –This 24-bit field is the VXLAN network ID.<br><br>*Reserved* – Reserved fields of 24 and 8 bits that are set to zero.<br>VXLAN Overview, at 3–4. |

<table>
<tr><th>’249 Patent Claim</th><th>Exemplary HPE Networking Products</th></tr>
<tr><td></td><td>

# VXLAN packet format

As shown in Figure 2, a VTEP encapsulates a frame in the following headers:

- **8-byte VXLAN header**—VXLAN information for the frame.
  - **Flags**—If the I bit is 1, the VXLAN ID is valid. If the I bit is 0, the VXLAN ID is invalid. All other bits are reserved and set to 0.
  - **24-bit VXLAN ID**—Identifies the VXLAN of the frame. It is also called the virtual network identifier (VNI).
- **8-byte outer UDP header for VXLAN**—The default VXLAN destination UDP port number is 4789.
- **20-byte outer IP header**—Valid addresses of VTEPs or VXLAN multicast groups on the transport network. Devices in the transport network forward VXLAN packets based on the outer IP header.

**Figure 2 VXLAN packet format**




VXLAN Configuration Guide, at 2.

</td></tr>
</table>

| '249 Patent Claim | Exemplary HPE Networking Products |
|---|---|
| | Consider a VM within a VXLAN overlay network. This VM is unaware of VXLAN. To communicate with a VM on a different host, it sends a MAC frame destined to the target as normal. The VTEP on the physical host looks up the VNI to which this VM is associated. It then determines if the destination MAC is on the same segment and if there is a mapping of the destination MAC address to the remote VTEP. If so, an outer header comprising an outer MAC, outer IP header, and VXLAN header (see Figure 1 in Section 5 for frame format) are prepended to the original MAC frame. The encapsulated packet is forwarded towards the remote VTEP. Upon reception, the remote VTEP verifies the validity of the VNI and whether or not there is a VM on that VNI using a MAC address that matches the inner destination MAC address. If so, the packet is stripped of its encapsulating headers and passed on to the destination VM. The destination VM never knows about the VNI or that the frame was transported with a VXLAN encapsulation.<br>RFC 7348, at 10–11. |

| ’249 Patent Claim | Exemplary HPE Networking Products |
|---|---|
| | **How VXLAN works**<br><br>The VXLAN tunneling protocol encapsulates Layer 2 Ethernet frames in Layer 4 UDP packets, enabling you to create virtualized Layer 2 subnets that span physical Layer 3 networks. Each segmented subnet is uniquely identified by a VXLAN Network Identifier (VNI).<br><br>The entity that performs the encapsulation and decapsulation of packets is called the VXLAN Tunnel Endpoint (VTEP). A VTEP can be an independent network device, such as a physical router or switch, or a virtual switch deployed on a server. VTEPs encapsulate Ethernet frames into VXLAN packets, which are then sent to the destination VTEP over an IP or other Layer 3 network, where they’re decapsulated and forwarded to the destination server.<br><br>To support devices that can’t operate as a VTEP on their own, such as bare-metal servers, hardware VTEPs such as select HPE Juniper Networking switches and routers can encapsulate and decapsulate data packets. In addition, VTEPs can reside in hypervisor hosts, such as kernel-based virtual machines (KVMs), to directly support virtualized workloads. This type of VTEP is known as a software VTEP.<br>What is VXLAN?<br><br>*See also* claim 1[pre]–1[e]. |
| 1[g] remove path or link information header when the incoming packet is forwarded to the external network; and | The exemplary HPE Networking Products comprise a forwarding unit configured to remove path or link information header when the incoming packet is forwarded to the external network. For example, the exemplary HPE Networking Products remove the VXLAN header, UDP header, IP header, or MAC header when the packet exits the virtual network.<br><br>*See, e.g.*, |

| ’249 Patent Claim | Exemplary HPE Networking Products |
|---|---|
| | **Key features**<br>• Lossless architecture with deep buffer ensures network continuity<br>• Large buffers deliver high performance through scalable packet processing<br>• High-density 10GbE with 100GbE uplinks for spine and leaf deployments, supporting 40GbE connections on the 100GbE ports with the appropriate optics<br>• L2/L3 VXLAN and EVPN support for virtualized environments<br>• OpenFlow support for investment protection nd SDN environments<br>• Data center convergence and resiliency with IRF Intelligent Resilient Fabric<br>• **VXLAN hardware support**<br>VXLAN L2 and L3 gateway support for up to 4k tunnels. Dynamic VXLAN configuration OVSDB and ML2 support for dynamic VXLAN configuration<br>• **EVPN**<br>Control plane protocol for VXLAN based on industry standards. It enables L2 and L3 control-plane learning of end-host reachability information, enabling organizations to scale their VXLAN infrastructure better. Integration with OpenStack Neutron plugin for overlay automation or orchestration<br>HPE Networking Comware Switch Series 5980. |

| ’249 Patent Claim | Exemplary HPE Networking Products |
|---|---|
| | (content below) |

**VXLAN frame encapsulation and forwarding:**

With these elements in place, the VTEP executes its forwarding rules:

1. If the source and destination MAC addresses live on the same host, traffic is locally switched through the vSwitch and no VXLAN encap/decap is performed.
2. If the destination MAC address is not live on the ESX host, frames are encapsulated in the appropriate VXLAN header by the source VTEP and are forwarded to the destination VTEP based on its local table. The destination VTEP will unbundle the inner frame from the VXLAN header and deliver it on to the recipient VM.
3. For unknown unicast or broadcast/multicast traffic, the local VTEP encapsulates the frame in a VXLAN header and multicasts the encapsulated frame to the VNI multicast address that is assigned to the VNI at the time of creation. This includes all ARPs, Boot-p/DHCP requests, etc. VTEPs on other hosts receive the multicast frame and process them much the same way unicast traffic is (see note 2 above).

The implementation of this tunneling scheme is relatively simple compared to other schemes, such as MPLS or OTV, because the administrator only needs to configure VNI or IP mappings and multicast addresses. The rest is managed by the VTEPs.

Here are additional details of the frame format:




VXLAN header format

| ’249 Patent Claim | Exemplary HPE Networking Products |
|---|---|
| | **Ethernet header:**<br>With these elements in place, the VTEP executes its forwarding rules:<br><br>*Destination address* - This is set to the MAC address of the destination VTEP if its on the same subnet. If the VTEP is on a different subnet the address is set to the next hop device, usually a router.<br><br>*VLAN* -This is optional for a VXLAN implementation. It will default to the 802.1Q Tagged Prototocol Identifier (TPUD) Ethertype 0X8100 and has an associated VLAN ID tag.<br><br>*Ethertype* –This is set to 0X0800 to denote an IPv4 payload packet. There’s currently no IPV6 support yet but its under investigation future deployment. |

| ’249 Patent Claim | Exemplary HPE Networking Products |
| --- | --- |
| | **IP header:**<br>*Protocol* –This is set to 0 × 11 to indicate it’s a UDP packet.<br><br>*Source IP* –This is set to the VTEP source IP address<br><br>*Destination IP* – This is set to the destination VTEP IP address. If unknown/unlearned or is a broad/multi-cast address, then VXLAN simulates a network broadcast using its multicast group. Here’s a brief outline:<br><br>a. Destination IP is replaced by the IP multicast group that corresponds to the VNI of the source virtual machine.<br><br>b. Frame is multicast and All VTEPs on the VNI multicast group receive the frame. They in turn unbundle the frame, learn the source ID and VNI mapping for future use and then forward or drop the packet based on the frame type and local forwarding table information.<br><br>c. The VTEP hosting the target virtual machine will encapsulate and forward the virtual machines reply to the sourcing VTEP.<br><br>d. The source VTEP receives the response and also caches the ID and VNI mapping for future use.<br><br>**UDP header**<br>*Source Port* -Set by transmitting VTEP. This value can be hashed from the bundled Ethernet headers so that port channel or ecmp hashing algorithms can leverage this value for traffic balancing.<br><br>*VXLAN Port* -VXLAN IANA port. Vendor specific.<br><br>*UDP Checksum* - Should be set by VTEP source to 0 × 0000. If the receiving VTEP receives a checksum that isn’t 0 × 0000, the frame should be checked and discarded if checksum fails.<br><br>**UDP header**<br>*VXLAN Flags* - Aside from bit 3, the VNI bit, all reserved bits set to zero. The VNI bit is set to 1 for a valid VNI.<br><br>*VNI* –This 24-bit field is the VXLAN network ID.<br><br>*Reserved* – Reserved fields of 24 and 8 bits that are set to zero.<br>VXLAN Overview, at 3–4. |

<table>
<tr><th>’249 Patent Claim</th><th>Exemplary HPE Networking Products</th></tr>
<tr><td></td><td>

# VXLAN packet format

As shown in Figure 2, a VTEP encapsulates a frame in the following headers:

- **8-byte VXLAN header**—VXLAN information for the frame.
  - **Flags**—If the I bit is 1, the VXLAN ID is valid. If the I bit is 0, the VXLAN ID is invalid. All other bits are reserved and set to 0.
  - **24-bit VXLAN ID**—Identifies the VXLAN of the frame. It is also called the virtual network identifier (VNI).
- **8-byte outer UDP header for VXLAN**—The default VXLAN destination UDP port number is 4789.
- **20-byte outer IP header**—Valid addresses of VTEPs or VXLAN multicast groups on the transport network. Devices in the transport network forward VXLAN packets based on the outer IP header.

**Figure 2 VXLAN packet format**




VXLAN Configuration Guide, at 2.

</td></tr>
</table>

| '249 Patent Claim | Exemplary HPE Networking Products |
|---|---|
| | Consider a VM within a VXLAN overlay network. This VM is unaware of VXLAN. To communicate with a VM on a different host, it sends a MAC frame destined to the target as normal. The VTEP on the physical host looks up the VNI to which this VM is associated. It then determines if the destination MAC is on the same segment and if there is a mapping of the destination MAC address to the remote VTEP. If so, an outer header comprising an outer MAC, outer IP header, and VXLAN header (see Figure 1 in Section 5 for frame format) are prepended to the original MAC frame. The encapsulated packet is forwarded towards the remote VTEP. Upon reception, the remote VTEP verifies the validity of the VNI and whether or not there is a VM on that VNI using a MAC address that matches the inner destination MAC address. If so, the packet is stripped of its encapsulating headers and passed on to the destination VM. The destination VM never knows about the VNI or that the frame was transported with a VXLAN encapsulation.<br>RFC 7348, at 10–11. |

| ’249 Patent Claim | Exemplary HPE Networking Products |
|---|---|
| | **How VXLAN works**<br><br>The VXLAN tunneling protocol encapsulates Layer 2 Ethernet frames in Layer 4 UDP packets, enabling you to create virtualized Layer 2 subnets that span physical Layer 3 networks. Each segmented subnet is uniquely identified by a VXLAN Network Identifier (VNI).<br><br>The entity that performs the encapsulation and decapsulation of packets is called the VXLAN Tunnel Endpoint (VTEP). A VTEP can be an independent network device, such as a physical router or switch, or a virtual switch deployed on a server. VTEPs encapsulate Ethernet frames into VXLAN packets, which are then sent to the destination VTEP over an IP or other Layer 3 network, where they’re decapsulated and forwarded to the destination server.<br><br>To support devices that can’t operate as a VTEP on their own, such as bare-metal servers, hardware VTEPs such as select HPE Juniper Networking switches and routers can encapsulate and decapsulate data packets. In addition, VTEPs can reside in hypervisor hosts, such as kernel-based virtual machines (KVMs), to directly support virtualized workloads. This type of VTEP is known as a software VTEP.<br>What is VXLAN?<br><br>*See also* claim 1[pre]–1[f]. |
| 1[h] forward the incoming packet by using a path or link that corresponds to the identifier from among the plurality of the identifiers. | The exemplary HPE Networking Products comprise a forwarding unit configured to forward the incoming packet by using a path or link that corresponds to the identifier from among the plurality of identifiers.<br><br>*See, e.g.,* |

| ’249 Patent Claim | Exemplary HPE Networking Products |
| --- | --- |
| | **Key features**<br>• Lossless architecture with deep buffer ensures network continuity<br>• Large buffers deliver high performance through scalable packet processing<br>• High-density 10GbE with 100GbE uplinks for spine and leaf deployments, supporting 40GbE connections on the 100GbE ports with the appropriate optics<br>• L2/L3 VXLAN and EVPN support for virtualized environments<br>• OpenFlow support for investment protection nd SDN environments<br>• Data center convergence and resiliency with IRF Intelligent Resilient Fabric<br>• **VXLAN hardware support**<br>VXLAN L2 and L3 gateway support for up to 4k tunnels. Dynamic VXLAN configuration OVSDB and ML2 support for dynamic VXLAN configuration<br>• **EVPN**<br>Control plane protocol for VXLAN based on industry standards. It enables L2 and L3 control-plane learning of end-host reachability information, enabling organizations to scale their VXLAN infrastructure better. Integration with OpenStack Neutron plugin for overlay automation or orchestration<br>HPE Networking Comware Switch Series 5980. |

<table>
<tr><th>’249 Patent Claim</th><th>Exemplary HPE Networking Products</th></tr>
<tr><td></td><td>

**VXLAN frame encapsulation and forwarding:**

With these elements in place, the VTEP executes its forwarding rules:

1. If the source and destination MAC addresses live on the same host, traffic is locally switched through the vSwitch and no VXLAN encap/decap is performed.
2. If the destination MAC address is not live on the ESX host, frames are encapsulated in the appropriate VXLAN header by the source VTEP and are forwarded to the destination VTEP based on its local table. The destination VTEP will unbundle the inner frame from the VXLAN header and deliver it on to the recipient VM.
3. For unknown unicast or broadcast/multicast traffic, the local VTEP encapsulates the frame in a VXLAN header and multicasts the encapsulated frame to the VNI multicast address that is assigned to the VNI at the time of creation. This includes all ARPs, Boot-p/DHCP requests, etc. VTEPs on other hosts receive the multicast frame and process them much the same way unicast traffic is (see note 2 above).

The implementation of this tunneling scheme is relatively simple compared to other schemes, such as MPLS or OTV, because the administrator only needs to configure VNI or IP mappings and multicast addresses. The rest is managed by the VTEPs.

Here are additional details of the frame format:




VXLAN header format

</td></tr>
</table>

| ’249 Patent Claim | Exemplary HPE Networking Products |
| --- | --- |
| | **Ethernet header:**<br>With these elements in place, the VTEP executes its forwarding rules:<br><br>*Destination address* - This is set to the MAC address of the destination VTEP if its on the same subnet. If the VTEP is on a different subnet the address is set to the next hop device, usually a router.<br><br>*VLAN* -This is optional for a VXLAN implementation. It will default to the 802.1Q Tagged Prototocol Identifier (TPUD) Ethertype 0X8100 and has an associated VLAN ID tag.<br><br>*Ethertype* –This is set to 0X0800 to denote an IPv4 payload packet. There’s currently no IPV6 support yet but its under investigation future deployment. |

| ’249 Patent Claim | Exemplary HPE Networking Products |
|---|---|
| | **IP header:**<br>*Protocol* –This is set to 0 × 11 to indicate it’s a UDP packet.<br><br>*Source IP* –This is set to the VTEP source IP address<br><br>*Destination IP* – This is set to the destination VTEP IP address. If unknown/unlearned or is a broad/multi-cast address, then VXLAN simulates a network broadcast using its multicast group. Here’s a brief outline:<br><br>a. Destination IP is replaced by the IP multicast group that corresponds to the VNI of the source virtual machine.<br><br>b. Frame is multicast and All VTEPs on the VNI multicast group receive the frame. They in turn unbundle the frame, learn the source ID and VNI mapping for future use and then forward or drop the packet based on the frame type and local forwarding table information.<br><br>c. The VTEP hosting the target virtual machine will encapsulate and forward the virtual machines reply to the sourcing VTEP.<br><br>d. The source VTEP receives the response and also caches the ID and VNI mapping for future use.<br><br>**UDP header**<br>*Source Port* -Set by transmitting VTEP. This value can be hashed from the bundled Ethernet headers so that port channel or ecmp hashing algorithms can leverage this value for traffic balancing.<br><br>*VXLAN Port* -VXLAN IANA port. Vendor specific.<br><br>*UDP Checksum* - Should be set by VTEP source to 0 × 0000. If the receiving VTEP receives a checksum that isn’t 0 × 0000, the frame should be checked and discarded if checksum fails.<br><br>**UDP header**<br>*VXLAN Flags* - Aside from bit 3, the VNI bit, all reserved bits set to zero. The VNI bit is set to 1 for a valid VNI.<br><br>*VNI* –This 24-bit field is the VXLAN network ID.<br><br>*Reserved* – Reserved fields of 24 and 8 bits that are set to zero.<br>VXLAN Overview, at 3–4. |

| ’249 Patent Claim | Exemplary HPE Networking Products |
|---|---|
| | Consider a VM within a VXLAN overlay network. This VM is unaware of VXLAN. To communicate with a VM on a different host, it sends a MAC frame destined to the target as normal. The VTEP on the physical host looks up the VNI to which this VM is associated. It then determines if the destination MAC is on the same segment and if there is a mapping of the destination MAC address to the remote VTEP. If so, an outer header comprising an outer MAC, outer IP header, and VXLAN header (see Figure 1 in Section 5 for frame format) are prepended to the original MAC frame. The encapsulated packet is forwarded towards the remote VTEP. Upon reception, the remote VTEP verifies the validity of the VNI and whether or not there is a VM on that VNI using a MAC address that matches the inner destination MAC address. If so, the packet is stripped of its encapsulating headers and passed on to the destination VM. The destination VM never knows about the VNI or that the frame was transported with a VXLAN encapsulation.<br>RFC 7348, at 10–11. |

| '249 Patent Claim | Exemplary HPE Networking Products |
| --- | --- |
| | **VXLAN network model**<br><br>As shown in Figure 1, a VXLAN is a virtual Layer 2 network (known as the overlay network) built on top of an existing physical Layer 3 network (known as the underlay network). The overlay network encapsulates inter-site Layer 2 frames into VXLAN packets and forwards the packets to the destination along the Layer 3 forwarding paths provided by the underlay network. The underlay network is transparent to tenants, and geographically dispersed sites of a tenant are merged into a Layer 2 network.<br><br>The site networks and the undelay network can be IPv4 or IPv6 networks.<br><br>The transport edge devices assign user terminals to different VXLANs, and then forward traffic between sites for user terminals by using VXLAN tunnels. Supported user terminals include PCs, wireless terminals, and VMs on servers.<br><br>**NOTE:**<br>This document uses VMs as examples to describe the mechanisms of VXLAN. The mechanisms do not differ between different kinds of user terminals.<br><br>The transport edge devices are VXLAN tunnel endpoints (VTEP). The VTEP implementation of the device uses ACs, VSIs, and VXLAN tunnels to provide VXLAN services.<br><br>• **VSI**—A virtual switch instance is a virtual Layer 2 switched domain. Each VSI provides switching services only for one VXLAN. VSIs learn MAC addresses and forward frames independently of one another. VMs in different sites have Layer 2 connectivity if they are in the same VXLAN.<br>• **Attachment circuit (AC)**—An AC is a physical or virtual link that connects a VTEP to a local site. Typically, ACs are Ethernet service instances that are associated with the VSI of a VXLAN. Traffic received from an AC is assigned to the VSI associated with the AC. Ethernet service instances are created on site-facing Layer 2 interfaces. An Ethernet service instance matches a list of custom VLANs by using a frame match criterion.<br>• **VXLAN tunnel**—Logical point-to-point tunnels between VTEPs over the transport network. Each VXLAN tunnel can trunk multiple VXLANs.<br><br>VTEPs encapsulate VXLAN traffic in the VXLAN, outer UDP, and outer IP headers. The devices in the transport network forward VXLAN traffic only based on the outer IP header.<br><br>VXLAN Configuration Guide, at 1.<br><br>*See also* claim 1[pre]–1[g]. |