# EXHIBIT 14

**Illustrative Claim Chart for U.S. Patent No. 9,871,693**

| Claim 21 | Exemplary HPE Server Products |
|---|---|
| 21[a] A system, comprising: a processor; and; | The exemplary HPE Server Products include a system, comprising: a processor (*e.g.*, host CPU and/or embedded iLO ASIC on system board).<br><br>*See, e.g.*,<br><br><br><br>HPE ProLiant servers.[1] |

[1] Available at https://www.hpe.com/us/en/hpe-proliant-servers.html.

<table>
<tr><th>Claim 21</th><th>Exemplary HPE Server Products</th></tr>
<tr><td></td><td>

Internal View 8SFF chassis

| Item | Description | Item | Description |
|---|---|---|---|
| 1. | Hot Plug Fans[1] | 6. | Primary Riser |
| 2. | Processors with heatsinks shown | 7. | DIMM slots, shown fully populated in 32 slots[2] |
| 3. | Optional NS204i-u Boot Device | 8. | Drive Backplanes |
| 4. | Hot Plug redundant HPE Flexible Slot Power Supplies | 9. | Drive Cages |
| 5. | Secondary Riser (Optional) (Requires second processor) | | |

HPE ProLiant DL380 Gen11 QuickSpecs[2] at 5.</td></tr>
</table>

[2] Available at https://www.hpe.com/psnow/doc/a50004307enw.pdf.

| Claim 21 | Exemplary HPE Server Products |
|---|---|
| | **Processors – Up to 2 of the following depending on model.**<br>– The 2nd digit of the processor model number "x4xx" is used to denote the processor generation (i.e. 4=4th generation Intel® Scalable Series Processors)<br>– The required firmware for the 5th Generation Intel® Xeon® Processors is not compatible with the DL380 Gen11 system board shipped with the 4th Generation Intel® Xeon® Processors. A new server order (latest firmware system board) is required for the activation of the 5th Generation Intel® Xeon® Processors. Field upgrade from the 4th Generation Intel® Xeon® Processors to the 5th Generation is not supported.<br>For more information regarding Intel® Xeon® processors, refer to the following https://www.intel.com/xeon.<br><br>*Id.* at 8. |

**5th Generation Intel® Xeon® Scalable Processor Family (Platinum)**

| Intel® Xeon® Models | Frequency | Cores | L3 Cache | Power | UPI | DDR5 | SGX Enclave size | Die |
|---|---|---|---|---|---|---|---|---|
| Platinum 8593Q Processor | 2.2 GHz | 64 | 320 MB | 385 W | 4 | 5600 MT/s | 512 GB | XCC |
| Platinum 8592+ Processor | 1.9 GHz | 64 | 320 MB | 350 W | 4 | 5600 MT/s | 512 GB | XCC |
| Platinum 8592V Processor | 2.0 GHz | 64 | 320 MB | 330 W | 3 | 4800 MT/s | 512 GB | XCC |
| Platinum 8581V[1] Processor | 2.0 GHz | 60 | 300 MB | 270 W | 0 | 4800 MT/s | 512 GB | XCC |
| Platinum 8580 Processor | 2.0 GHz | 60 | 300 MB | 350 W | 4 | 5600 MT/s | 512 GB | XCC |
| Platinum 8570 Processor | 2.1 GHz | 56 | 300 MB | 350 W | 4 | 5600 MT/s | 512 GB | XCC |
| Platinum 8568Y Processor | 2.3 GHz | 48 | 300 MB | 350 W | 4 | 5600 MT/s | 512 GB | XCC |
| Platinum 8562Y+ Processor | 2.8 GHz | 32 | 60.0 MB | 300 W | 3 | 5600 MT/s | 512 GB | MCC |
| Platinum 8558P Processor | 2.7 GHz | 48 | 260 MB | 350 W | 3 | 5600 MT/s | 512 GB | XCC |
| Platinum 8558 Processor | 2.1 GHz | 48 | 260 MB | 330 W | 4 | 5200 MT/s | 512 GB | XCC |
| Platinum 8558U1 Processor | 2.0 GHz | 48 | 260 MB | 300 W | 0 | 4800 MT/s | 512 GB | XCC |

*Id.* at 9.

| Claim 21 | Exemplary HPE Server Products |
|---|---|
| | HPE Integrated Lights-Out (iLO)<br><br>QuickSpecs<br><br>Integrated Lights-Out (iLO) is an embedded technology that ships in HPE Servers. It is the core foundation for the intelligence of the HPE Servers. This technology is a combination of the iLO ASIC that is part of the server-board and the firmware that powers the ASIC.<br><br>Different generations of ProLiant Servers carry different versions of the iLO ASIC. iLO is key to making the server operational and boot. It helps simplify server setup, engage health monitoring, as well as power and thermal control. These capabilities are included with the Server at no extra cost (iLO Standard). No installation needed, and a minimal setup is required.<br><br>**HPE iLO On System Management**<br>Architecture: PCI Express based health and remote management ASIC<br>Processor: iLO 5 and iLO 6<br>Embedded ARM processor core operating at 800MHz<br>iLO 4<br>Embedded ARM processor core operating at 400MHz<br>HPE Integrated Lights-Out (iLO) QuickSpecs.[3] |
| 21[b] memory communicably coupled to the processor; | The exemplary HPE Server Products include memory communicably coupled to the processor.<br><br>*See, e.g.*, |

[3] Available at https://www.hpe.com/psnow/doc/c04154343.html.

| Claim 21 | Exemplary HPE Server Products |
|---|---|
| | <br>HPE ProLiant servers. |

| Claim 21 | Exemplary HPE Server Products |
|---|---|
| | |




**Internal View 8SFF chassis**

| Item | Description | Item | Description |
|---|---|---|---|
| 1. | Hot Plug Fans[1] | 6. | Primary Riser |
| 2. | Processors with heatsinks shown | 7. | DIMM slots, shown fully populated in 32 slots[2] |
| 3. | Optional NS204i-u Boot Device | 8. | Drive Backplanes |
| 4. | Hot Plug redundant HPE Flexible Slot Power Supplies | 9. | Drive Cages |
| 5. | Secondary Riser (Optional) (Requires second processor) | | |

HPE ProLiant DL380 Gen11 QuickSpecs[4] at 5.

4 Available at https://www.hpe.com/psnow/doc/a50004307enw.pdf.

<table>
<tr><th>Claim 21</th><th>Exemplary HPE Server Products</th></tr>
<tr><td></td><td>

## Memory

One of the following depending on model.

| Type | HPE DDR5 Smart Memory, Registered (RDIMM) |
|---|---|
| DIMM Slots Available | 32<br>16 DIMM slots per processor, 8channels per processor, 2 DIMMs per channel |
| Maximum capacity | 8.0 TB<br>32 x 256 GB RDIMM @ 4800 MT/s (32 DIMMs only with 8SFF or 16SFF, 16 DIMMs maximum with 24SFF) |

*Id.* at 14.

## Introduction

This paper describes how to populate HPE DDR4 SmartMemory DIMMs and HPE Persistent Memory in HPE ProLiant Gen10 servers and HPE Synergy Gen10 compute modules using Intel® Xeon® Scalable processors. HPE Server Memory for Gen10 servers support faster data rates, lower latencies, and greater power efficiency than the DIMMs used in previous generations of HPE servers. HPE SmartMemory also provides superior performance over third-party memory when used in HPE servers.

HPE Gen10 servers with Intel Xeon processors offer the same number of DIMM slots as HPE Gen9 servers, but the central processing unit (CPU) architecture has changed:

– **Gen10:** Six memory channels per CPU with up to two DIMM slots per channel (12 DIMM slots per channel).

– **Gen9:** Four memory channels per CPU with up to three DIMM slots per channel (12 DIMM slots per channel).

This improves nominal bandwidth by 50% if all channels are used. In conjunction with increasing the memory speed from 2400 MT/s to 2933 MT/s, this improves nominal bandwidth by 81% (based on internal HPE performance benchmark testing, March 2019).

Server Memory and Persistent Memory population rules for HPE Gen10 servers with Intel Xeon Scalable processors[5] at 4.
</td></tr>
</table>

5 Available at https://www.hpe.com/psnow/doc/a00017079enw.

| Claim 21 | Exemplary HPE Server Products |
|---|---|
| 21[c] wherein the processor: transmits a plurality of services to monitor to each of a plurality of servers in a computer network through a monitoring server; | The exemplary HPE Server Products include wherein the processor: transmits a plurality of services to monitor to each of a plurality of servers in a computer network through a monitoring server.<br><br>*See, e.g.*,<br><br><br><br>HPE ProLiant servers.[6] |

[6] Available at https://www.hpe.com/us/en/hpe-proliant-servers.html.

<table>
<tr><th>Claim 21</th><th>Exemplary HPE Server Products</th></tr>
<tr><td></td><td>



Internal View 8SFF chassis

| Item | Description | Item | Description |
|---|---|---|---|
| 1. | Hot Plug Fans[1] | 6. | Primary Riser |
| 2. | Processors with heatsinks shown | 7. | DIMM slots, shown fully populated in 32 slots[2] |
| 3. | Optional NS204i-u Boot Device | 8. | Drive Backplanes |
| 4. | Hot Plug redundant HPE Flexible Slot Power Supplies | 9. | Drive Cages |
| 5. | Secondary Riser (Optional) (Requires second processor) | | |

HPE ProLiant DL380 Gen11 QuickSpecs[7] at 5.
</td></tr>
</table>

7 Available at https://www.hpe.com/psnow/doc/a50004307enw.pdf.

| Claim 21 | Exemplary HPE Server Products |
|---|---|
| | **Processors – Up to 2 of the following depending on model.** |

- The 2nd digit of the processor model number "x4xx" is used to denote the processor generation (i.e. 4=4th generation Intel® Scalable Series Processors)
- The required firmware for the 5th Generation Intel® Xeon® Processors is not compatible with the DL380 Gen11 system board shipped with the 4th Generation Intel® Xeon® Processors. A new server order (latest firmware system board) is required for the activation of the 5th Generation Intel® Xeon® Processors. Field upgrade from the 4th Generation Intel® Xeon® Processors to the 5th Generation is not supported.

For more information regarding Intel® Xeon® processors, refer to the following https://www.intel.com/xeon.

*Id.* at 8.

**5th Generation Intel® Xeon® Scalable Processor Family (Platinum)**

| Intel® Xeon® Models | Frequency | Cores | L3 Cache | Power | UPI | DDR5 | SGX Enclave size | Die |
|---|---|---|---|---|---|---|---|---|
| Platinum 8593Q Processor | 2.2 GHz | 64 | 320 MB | 385 W | 4 | 5600 MT/s | 512 GB | XCC |
| Platinum 8592+ Processor | 1.9 GHz | 64 | 320 MB | 350 W | 4 | 5600 MT/s | 512 GB | XCC |
| Platinum 8592V Processor | 2.0 GHz | 64 | 320 MB | 330 W | 3 | 4800 MT/s | 512 GB | XCC |
| Platinum 8581V[1] Processor | 2.0 GHz | 60 | 300 MB | 270 W | 0 | 4800 MT/s | 512 GB | XCC |
| Platinum 8580 Processor | 2.0 GHz | 60 | 300 MB | 350 W | 4 | 5600 MT/s | 512 GB | XCC |
| Platinum 8570 Processor | 2.1 GHz | 56 | 300 MB | 350 W | 4 | 5600 MT/s | 512 GB | XCC |
| Platinum 8568Y Processor | 2.3 GHz | 48 | 300 MB | 350 W | 4 | 5600 MT/s | 512 GB | XCC |
| Platinum 8562Y+ Processor | 2.8 GHz | 32 | 60.0 MB | 300 W | 3 | 5600 MT/s | 512 GB | MCC |
| Platinum 8558P Processor | 2.7 GHz | 48 | 260 MB | 350 W | 3 | 5600 MT/s | 512 GB | XCC |
| Platinum 8558 Processor | 2.1 GHz | 48 | 260 MB | 330 W | 4 | 5200 MT/s | 512 GB | XCC |
| Platinum 8558U1 Processor | 2.0 GHz | 48 | 260 MB | 300 W | 0 | 4800 MT/s | 512 GB | XCC |

*Id.* at 9.

| Claim 21 | Exemplary HPE Server Products |
| --- | --- |
| | **Embedded Management**<br><br>**HPE Integrated Lights-Out (HPE iLO)**<br>Monitor your servers for ongoing management, service alerting, reporting and remote management with HPE iLO. Learn more at **http://www.hpe.com/info/ilo**.<br><br>HPE ProLiant DL380 Gen10 Server Quick Specs[8] at 17.<br><br>**Active Health System**<br>The HPE Active Health System (AHS) is an essential component of the iLO management portfolio that provides continuous, proactive health monitoring of HPE servers. Learn more at **http://www.hpe.com/servers/ahs**.<br>**Active Health System Viewer**<br>Use the Active Health System Viewer, a web-based portal, to easily read AHS logs and speed problem resolution with HPE self-repair recommendations, to learn more visit: **http://www.hpe.com/servers/ahsv**.<br><br>*Id.* |

[8] Available at https://www.hpe.com/psnow/doc/a00008180enw.html?jumpid=in_pdp-psnow-qs.

| Claim 21 | Exemplary HPE Server Products |
|---|---|
| | **Server Management**<br><br>**HPE iLO Advanced**<br>HPE iLO Advanced licenses offer smart remote functionality without compromise, for all HPE ProLiant servers. The license includes the full integrated remote console, virtual keyboard, video, and mouse (KVM), multi-user collaboration, console record and replay, and GUI-based and scripted virtual media and virtual folders. You can also activate the enhanced security and power management functionality.<br><br>**HPE GreenLake for Compute Ops Management**<br>HPE is intelligently transforming compute management with an intuitive cloud operating experience through HPE GreenLake cloud platform to streamline and secure operations from edge-to-cloud. Automated key lifecycle tasks, for onboarding, updating, managing, and monitoring HPE servers, brings agility and greater efficiencies to wherever compute devices reside via a unified single browser-based interface. Manage single locations or multiple, distributed sites. Keep tens to thousands of servers secure with batch policy controls and automated updates.<br><br>Compute Ops Management is cloud-native software that is continually updated with new services, features, patches, and fixes. The management application resides in the HPE GreenLake cloud platform (access via **https://console.greenlake.hpe.com)** and leverages the HPE GreenLake architecture, security, and unified operations.<br><br>For a complete list of software as-a-service subscription SKUs and more information, visit the HPE GreenLake for Compute Ops Management QuickSpecs: **https://www.hpe.com/psnow/doc/a50004263enw**<br><br>For information on supported HPE servers, the complete list can be found here: **https://www.hpe.com/info/com-supported-servers**<br><br>**HPE OneView Advanced**<br>HPE OneView brings a new level of automation to infrastructure management by taking a template driven approach to provisioning, updating, and integrating compute, storage, and networking infrastructure. It provides full-featured licenses which can be purchased for managing Gen8, Gen9 and Gen10 servers.<br>To learn more visit **http://www.hpe.com/info/oneview**.<br><br>**HPE InfoSight for Servers**<br>HPE InfoSight for Servers combines the cloud-based machine learning of InfoSight with the health and performance monitoring of Active Health System (AHS) and iLO to optimize performance and predict and prevent problems. The end result is an intelligent environment that modernizes IT operations and enhances the support experience by predicting and preventing the infrastructure issues that lead to application disruptions, wasted IT staff time and missed business opportunities.<br>Learn more at **https://www.hpe.com/servers/infosight**<br><br>*Id.* at 20. |

| Claim 21 | Exemplary HPE Server Products |
|---|---|
| | **Management** — HPE iLO Standard with Intelligent Provisioning (embedded), HPE OneView Standard (requires download); HPE iLO Advanced, HPE iLO Advanced Premium Security Edition and HPE OneView Advanced (require licenses)<br><br>*Id.* at 26.<br><br>**System Health**<br>Efficient data views and effective control enable you to respond to issues for managing the health of HPE ProLiant servers. Both HPE OneView Standard and HPE OneView Advanced simplify monitoring by providing a streamlined, modern alert management architecture. When managed resources are added to the appliance, they are **automatically set up for monitoring**, including the automatic registration of SNMP traps and scheduling of health data collection. HPE ProLiant Gen8 Gen9, Gen10 and Gen10 Plus servers are monitored immediately without requiring you to invoke additional configuration or discovery steps.<br><br>All monitoring and management of data center devices is **agentless and out-of-band** for increased security and reliability. No OS software is required, no open SNMP ports on the host OS are required (for Gen8, Gen9, Gen10, and Gen10 Plus), and zero downtime updates can be performed for these embedded agents.<br>HPE OneView Standard and HPE OneView Advanced both provide **proactive alert notifications** via email (instead of using SNMP trap forwarding) **and automated alert forwarding**. You can view all alerts, filter your alerts, and search your alerts using HPE Smart Search. Alerts can be assigned to specific users and annotated with notes from administrators. Notifications or traps can be automatically forwarded to enterprise monitoring consoles or to centralized SNMP trap collectors. Admins can create **alert filters on groups of devices** – so different admins can only see the alerts for the systems that they are responsible for maintaining.<br>**HPE ProLiant Gen 11 servers and HPE OneView**<br>Server hardware alerts in OneView are based on Redfish events and not SNMP traps, and therefore, there will be differences in the alerts and the alerts descriptions/resolutions between pre-Gen11 and Gen11 servers. User can now view more alerts with DMTF industry standard messaging<br><br>**Customized dashboard** capability allows you to select and display important inventory, health, or configuration information and to define custom queries for new dashboard displays. The single user interface provides additional summary views of firmware revisions and of the hardware inventory for servers, storage, and networks. Other data and inventory elements are visible through the user interface and REST API and can be found using HPE Smart Search.<br><br>HPE OneView QuickSpecs[9] at 12. |

[9] Available at https://www.hpe.com/psnow/doc/c04111367.

| Claim 21 | Exemplary HPE Server Products |
|---|---|
| | **Securely set up and manage devices from anywhere**<br>HPE Integrated Lights-Out (iLO) is a unique, embedded ASIC technology and the core foundation for the intelligence of HPE ProLiant Compute. HPE iLO is key to making the server operational with simplified server set up, hardened security features, system health monitoring as well as power and thermal control.<br><br>HPE Integrated Lights-Out (iLO).[10]<br><br>– **HPE Active Health System**<br>HPE Active Health System is an essential component of HPE iLO Management. It provides customers with: Diagnostics tools/scanners wrapped into one; Always on, continuous monitoring for increased stability and shorter downtimes; Rich configuration history; Health and service alerts; Easy export and upload to Service and Support<br>iLO Quick Specs[11] at 8. |

[10] Available at https://www.hpe.com/us/en/hpe-integrated-lights-out-ilo.html.

[11] Available at https://www.hpe.com/psnow/doc/c04154343.pdf.

| Claim 21 | Exemplary HPE Server Products |
|---|---|
| | **Overview**<br><br>Troubleshooting server hardware issues taking too much time and information that could assist you in troubleshooting not captured? Myriad of tools and log files driving you crazy?<br>HPE Active Health System is an essential component of the iLO Management Engine portfolio. It is an industry-first technology that provides continuous, proactive health monitoring of over 1600 system parameters. 100% of configuration changes are logged for more accurate problem resolution. SmartMemory and SmartDrive devices log failure information to accurately document events and avoid inadvertent re-use of failed components. This enables customers to start problem analysis faster and spend less time reproducing or describing errors<br>For support, hand off the Active Health System log file to HPE support and get your issue resolution. You can also view the error information contained in the Active Health System Viewer by uploading your Active Health System file to https://infosight.hpe.com/app/login<br><br>HPE Active Health System Data sheet.[12] |

[12] Available at https://www.hpe.com/psnow/doc/PSN5219983WWEN.pdf?jumpid=in_pdp-psnow-dds.

| Claim 21 | Exemplary HPE Server Products |
| --- | --- |
| | • **Server health monitoring**—iLO monitors temperatures in the server and sends corrective signals to the fans to maintain proper server cooling. It also monitors installed firmware and software versions and the status of other monitored subsystems and devices.<br><br>iLO Features.[13]<br><br>• **Security dashboard**—View the status of important security features and evaluate your configuration for potential risks. When a risk is detected, you can view details and advice for how to improve system security.<br><br>iLO Features.<br><br>• **Integrated Management Log**—View server events and configure notifications through SNMP alerts, remote syslogs, and email alerts.<br><br>iLO Features.<br><br>**Network**<br><br>The network status of the server. The possible values are **OK**, **Warning**, and **Critical.**<br><br>To navigate to the **Network** page, click **Network** link.<br><br>Host Health details.[14] |

[13] Available at https://support.hpe.com/hpesc/public/docDisplay?docId=sd00005342en_us&page=GUID-73F39BBC-80DF-43FF-9CA2-6D71F68CB71F.html.

[14] Available at https://support.hpe.com/hpesc/public/docDisplay?docId=sd00005342en_us&page=GUID-D372A19A-EDEE-4A87-8392-59460FE5996B.html.

| Claim 21 | Exemplary HPE Server Products |
|---|---|

## HPE iLO web interface overview

HPE iLO web interface groups similar tasks for easy navigation and workflow. The interface is organized with a navigation tree. To use the web interface, click an item in the navigation tree, and then click the name of the tab you want to view.




HPE iLO web interface overview.[15]

---

[15] Available at https://support.hpe.com/hpesc/public/docDisplay?docId=sd00005342en_us&page=GUID-DCE4D4CA-661E-46DD-B2D6-535B07FC90F0.html.

| Claim 21 | Exemplary HPE Server Products |
|---|---|
| | **Overview**<br><br>iLO Amplifier Pack (Integrated Lights-Out) is an at-scale inventory and update management tool which enables customers with large Gen8, Gen9 , Gen10 and Gen10 Plus Hewlett Packard Enterprise server deployments to get rapid up-to-date inventory and automate firmware and driver updates. It also assists in manual and automated recovery of systems with corrupt firmware. It scales to thousands of servers reducing personnel and downtime and eliminates the need to create and manage customized scripts. It has an integrated discovery engine that identifies components that need to be updated on servers and takes care of inter-dependency issues. It also functions as an on-premise aggregator for HPE InfoSight for servers', collecting and securely transmitting data from the servers being monitored. It is currently available as a VMware ESXi, Microsoft Hyper-V and KVM appliance.<br><br>iLO Amplifier Pack data sheet[16] at 1. |

[16] Available at https://www.hpe.com/psnow/doc/PSN1009838729WWEN.pdf?jumpid=in_pdp-psnow-dds.

| Claim 21 | Exemplary HPE Server Products |
|---|---|
| | Enables customers to opt-in to send the IP address and hostname of each server and schedule the daily transmission of Active Health System (AHS) data to HPE InfoSight.<br><br>Displays hotfix recommendations from InfoSight that users can choose to act upon or further configure using email/IFTTT.<br><br>Support for HPE ProLiant servers, HPE BladeSystem servers, HPE Synergy compute modules, HPE Apollo systems (Gen10 Plus, Gen10, Gen9, and Gen8 servers with iLO 5 and iLO 4) and certain iLO5 based Edgeline and Moonshot server blades.<br><br>Comprehensive built in reporting features for Firmware, License, Basic Device, Hardware Inventory and Software Inventory Reporting along with ability to create custom reports.<br><br>**Easily and Rapidly Inventory Servers**<br><br>Enables customers with large server deployments to get rapid up-to-date inventory and automate firmware and driver updates.<br><br>Rapidly discovers and completes basic inventory of thousands of Gen10, Gen9 and Gen8 HPE servers in minutes using HPE iLO Federation.<br><br>Supports a range of iLO IP addresses to discover and inventory servers if HPE iLO Federation is disabled or not used.<br><br>Offers detailed hardware, firmware inventory and iLO license reports for viewing and downloading for further analysis.<br><br>**Hassle Free Server Updates At Scale**<br><br>Supports both online and offline mode for firmware and driver updates. Update multiple servers in a single task while iLO Amplifier Pack takes care of batching these updates sequentially.<br><br>Enables update of server firmware and drivers in the same maintenance window as the ESXi server operating system through the HPE Hardware Support Manager (HSM) plug-in for VMware vSphere Lifecycle Manager.<br><br>Provides user configurable alerts in user interface or via email and if this then that (IFTTT) on task status and errors.<br><br>Combined with the SPP and Maintenance Service Bundles (MSB), Hewlett Packard Enterprise delivers a complete solution for keeping servers up and running with the most current firmware and driver updates.<br><br>Allows iLO Amplifier Pack to automatically download the updated package and update the appliance when a new version is available or download the update package in the background and allow the user to manually update.<br><br>**Add-on Service Manager - HPE HSM Plugin for iLO Amplifier Pack**<br><br>Add-on Service Manager - HPE Unified Supportability Pipeline.<br><br>iLO Amplifier Pack data sheet at 2. |

| Claim 21 | Exemplary HPE Server Products |
|---|---|
| | **Configure Service/Process Monitoring Policies**<br><br>Service/process monitoring policies enable you to monitor the status of services (on Windows) and processes (on any operating system that the HPE Operations Agent supports). You can configure the policies to create events and launch commands when a change occurs in either the status of a service or the number of running processes.<br>Operations Manager i 10.62 at Configure Service/Process Monitoring Policies.[17]<br><br>**Description**<br><br>This integration provides visibility into the hardware-level monitoring of HP Systems Insight Manager from HP Operations Manager and enables event synchronization between monitoring tools.<br><br>HP Systems Insight Manager (SIM) is a management solution for network systems, databases, and applications in heterogeneous IT environments. HPSIM Integration (HPSIMInt) provides a smart link between SIM and Operations Manager for Windows (OM). This integration provides OM policies and tools for monitoring and managing SIM and Insight Management Agents (IM Agents) and enables event forwarding and event acknowledgement between SIM and OM.<br><br>HPSIMInt supports the following features:<br><br>• **ProLiant server system monitoring** - Provides policies for IM Agent SNMP traps. These policies generate OM event messages for server hardware problems.<br>• **Event forwarding from SIM** - Provides tools to configure forwarding of SIM events to OM message browser. The integration also associates an OM operator action with each SIM event to launch the SIM web interface for further investigation.<br>• **Tool groups** - Provides tools to assist in the management of SIM and IM Agent nodes. Tool groups include tools for adding nodes to SIM, executing tools on SIM managed nodes, and launching the SIM web interface and IM Agents System Management page.<br>• **Policy groups** - Provides policies for IM Agents SNMP trap interpretation.<br>• **Contextual launch to SIM system page** - Enables users to launch the SIM System page from OM messages.<br>• **Web Interface tools** - Provides tools to launch the web interface for SIM and the IM Agent.<br>Integrate Hardware-Level Monitoring with System and Application Monitoring (OMW - SIM).[18] |

[17] Available at https://docs.microfocus.com/OMi/10.62/Content/OMi/AdminGuide/Monitoring/PolicyTemplates/om_uc_pt_service_process.htm.

[18] Available at https://docs.microfocus.com/integrations/Integrations/Integration_166.html.

<table>
<tr><th>Claim 21</th><th>Exemplary HPE Server Products</th></tr>
<tr><td></td><td>
<table>
<tr><td>(Same as in previous state)</td><td>Task Active</td><td>Maintenance</td><td>Indicates that an interconnect is undergoing an automated or manual procedure that cannot be interrupted. Interconnect power, configuration, and status are not available while in this state. If configurations are pushed to the interconnect, they will be queued and applied once the interconnect has moved out of the Maintenance state.<br><br>When the interconnect is powered off, it goes into the Maintenance state so that configuration changes are not sent to an interconnect that is not powered on.</td></tr>
</table>
HPE OneView 6.4 User Guide for VMs at Interconnect health statuses and states.[19]</td></tr>
</table>

[19] Available at https://support.hpe.com/hpesc/public/docDisplay?docId=sd00001152en_us&docLocale=en_US&page=s_interconnects-switch-states.html.

| Claim 21 | Exemplary HPE Server Products |
|---|---|
| | 6. To set the Windows server mode to FIPS, perform the following steps:<br><br>a. Open the **Run** application, and enter the `regedit` command to open the Windows registry key. Enable the FIPS algorithm policy key.<br><br>`key HKEY_LOCAL_MACHINE\System\CurrentControlSet\Control\Lsa\FIPSAlgorithmPolicy REG_DWORD to 1 (decimal)`<br><br>b. Verify that FIPS mode is enabled.<br><br>• Open the **Run** application and enter the `gpedit.msc` command.<br><br>The **Local Group Policy Editor** opens.<br><br>• In **Local Group Policy Editor**, select **Computer Configuration** > **Windows Settings** > **Security settings** > **Local Policies** > **Security Options**.<br><br>• Open **System cryptography: Use FIPS compliant algorithms for encryption, hashing, and signing**.<br><br>c. Select **Enabled**.<br><br>d. Restart the OS.<br><br>HPE OneView 10.1 User Guide for HPE Synergy at Set up FIPS mode on Windows.[20] |

[20] Available at https://support.hpe.com/hpesc/public/docDisplay?docId=sd00006129en_us&page=s_setup-fips-windows-server.html.

<table>
<tr><th>Claim 21</th><th>Exemplary HPE Server Products</th></tr>
<tr><td></td><td>HP ProLiant 300 series and above have had HP Insight Management Agents for many years, but now HP ProLiant 100 series servers do too. These agents are based on a set of management and Internet standard technologies. The HP Insight Management Agents provide these basic capabilities:<br><br>• Server agents<br>  o Processor information and indications<br>  o Memory information and indications<br>  o PCI devices and system slot info<br>  o Sensor info and indications, including redundancy, fans, temperature sensors, power supplies, ASR, and unit ID visual indicator<br>  o Computer system info, including physical location, IML, system ROM, and aggregate system status<br>• Network agents<br>  o Network controller info and indications<br>• Storage agents<br>  o Storage controller info and indications<br>• Indications (Alerts) are logged to Windows® and Linux system event logs<br><br>HP ProLiant 100 series Insight Management agents are more limited than on 300 series and above; consequently:<br><br>• Health monitoring is limited to disk, fans, network, power supplies and temperature. (HP ProLiant 300 series and above have additional capabilities in the areas of memory, processors, fan redundancy, hardware logs, power metering, NMI logging as well as monitoring pre-failure thresholds.)<br>• Alerting for HP ProLiant 100 series provides basic alert notification. (HP ProLiant 300 Series and above have additional protection of critical server components by providing pre-failure alert notifications on memory, processors, and storage.)<br>• HP ProLiant 100 and 300 series and above provide the same performance monitoring capabilities by providing info on CPU, Memory, Disk free space, Network Utilization and I/O.<br>HP Insight Management Agents for HP ProLiant 100 Series Servers Quick Specs[21] at 2.</td></tr>
</table>

[21] Available at https://support.hpe.com/hpesc/public/docDisplay?docId=c04168384&docLocale=en_US.

| Claim 21 | Exemplary HPE Server Products |
|---|---|




**Figure 1.** HPE OneView and HPE InfoSight—simplifying hybrid cloud

**Simplifying hybrid cloud**

For HPE OneView customers, HPE InfoSight complements OneView and simplifies the customer's hybrid cloud. HPE OneView transforms servers into software-defined infrastructure to eliminate complex manual processes, spur IT collaboration, and increase the speed and flexibility of IT service delivery.

HPE InfoSight uses artificial intelligence to provide global insights into the status and health of infrastructure and watches over the customer infrastructure 24x7, so they don't have to spend days, nights, and weekends dealing with infrastructure issues anymore.

Think of HPE **InfoSight** as the **active monitoring** capability customers are asking for, whereas **HPE OneView is the active management** customers want.

HPE InfoSight actively watches the customer's server infrastructure using predictive analytics to show customers how their servers are behaving. HPE InfoSight also uses predictive analytics to make recommendations to customers on changes they might want to make to their infrastructure.

HPE OneView, by actively managing the infrastructure, delivers true software-defined or composable infrastructure. Customers use HPE OneView to create composable resources and drive automated changes to customers' environments, based on predefined parameters. HPE OneView also has the ability to monitor the environment through remote support. Finally, HPE OneView is a must-have for managing integrated systems such as HPE Synergy products.

When do we recommend the solutions? If customers want the full-feature active management capabilities to include true software-defined solutions, HPE OneView is the answer. If customers are not currently deploying HPE OneView (9% attach on rack servers) and want a lighter software package, HPE InfoSight is the approach. Even though it doesn't provide the active management capability, it will add tremendous value in a customer environment.

Some real-world examples of what HPE InfoSight can do are—show customers all their servers (up to 10,000) at a single glance to determine which servers are covered under warranty or covered by HPE Pointnext. In the event of a security vulnerability, customers can use HPE InfoSight to see which servers need to be patched versus those that have the needed system ROM updates. It will also show customers if server options such as drives or memory are failing and need to be replaced. Finally, HPE InfoSight will make recommendations to customer on which resources are constrained and may be improved by increasing memory, processors, or bandwidth.

"HPE InfoSight and HPE OneView complement each other to improve customers' experience"[22] at 2.

---

[22] Available at https://app.cdn.lookbookhq.com/lbhq-production/10326/content/original/a3bb19f2-f5ce-496e-b777-e9761d65d3d2/5HPEInfoSightandOneViewDrawerStatement-FAQ.PDF.

| Claim 21 | Exemplary HPE Server Products |
|---|---|
| | **Check connection status**<br><br>The status column on the My Remote Support Connections page shows the connectivity status of your registered HPE Insight Remote Support or HPE OneView Remote Support client. Connectivity is checked every 6 hours when the client submits a heartbeat message to the HPE data center. When connectivity between the client and the HPE data center is lost, no telemetry data, event data, metrics data, or device configuration data is submitted.<br><br>The status is an indication of the client's connection status, not the products they are monitoring. The status enables you to see at a glance if your clients are connected and monitoring your products. Hover over the status icon to see when the last heartbeat from the client occurred, shown in UTC time format.<br><br>The status can be in one of the following states.<br>• **Green**—HPE has heard from your client in the last 6 hours (no missed heartbeats).<br>• **Yellow**—HPE has not heard from your client in the last 6–12 hours (one missed heartbeat).<br>• **Red**—HPE has not heard from your client in at least 12 or more hours (two consecutive missed heartbeats).<br><br>Possible corrective actions:<br>• Check if there are any network outages or maintenance windows in your environment.<br>• Navigate to your client's UI to investigate possible causes.<br>• Check your remote support client's product documentation for troubleshooting steps:<br>  ○ For Insight Remote Support help, see **Troubleshooting your Insight RS connection with HPESC**.<br>  ○ For HPE OneView Remote Support help on client connectivity to HPESC, see the "Basic troubleshooting techniques in HPE OneView" section in the **HPE OneView User Guide**.<br>• If the remote support client still shows a valid connection but the HPESC does not, then unregister the client in the HPESC and reregister.<br>• If you have shut down your remote support client, then Unregister a remote support connection in the HPESC.<br><br>If you are still experiencing issues, contact HPE support.<br><br>Check Connection Status.[23] |

[23] Available at https://support.hpe.com/hpesc/public/docDisplay?docId=cep-help_en_us&page=GUID-331A25AA-9880-44BA-99AE-7ADBEAA41D3D.html&docLocale=en_US.

<table>
<tr><th>Claim 21</th><th>Exemplary HPE Server Products</th></tr>
<tr><td></td><td>
Data<br><br>
How often is data sent home?<br>
• Telemetry is sent home on a daily basis.<br>
• Alerts are sent home in near real time.<br>
• Heartbeat is sent home every 5 minutes.<br>
• For HPE OmniStack 4.1.2 and later and with iLO5 Firmware version greater than 1.4, after registering Server iLO information, AHS Heartbeat information is sent every 10 minutes and one AHS File is sent daily.<br><br>
What type of data is sent home?<br>
• Cluster, host, virtual machine and virtual controller names.<br>
• Host serial numbers & Host IP Addresses.<br>
• Virtual machine sizes and backup information.<br>
• Datastore details (name, physical capacity, free space, memory size)<br>
We DO NOT send home user identifying information.<br><br>
Is the data that is sent home encrypted?<br>
Data is sent home over HTTPS using TLS 1.2 encryption on port 443.<br><br>
Can I use HPE InfoSight for Servers in addition to using HPE InfoSight for HPE SimpliVity?<br>
Yes. HPE InfoSight for Servers can be used to monitor HPE SimpliVity hosts. This feature is supported for HPE OmniStack 4.1.2 and later.<br><br>
Does HPE SimpliVity use or integrate with Insight Remote Support?<br>
Today we recommend using HPE OmniWatch/HPE InfoSight, and not using Insight Remote Support. The alerts we send home today cover both hardware and software which is why we recommend using HPE OmniWatch/ HPE InfoSight.<br><br>
Does HPE InfoSight require the iLO Amplifier Pack?<br>
No, HPE SimpliVity does not use the iLO Amplifier Pack.<br><br>
Why do the names of my virtual machines look different?<br>
If the names of your virtual machines contain special characters, you might see names that are slightly different than what you expect. In some cases, HPE InfoSight replaces special characters with different characters.<br><br>
HPE InfoSight for HPE SimpliVity Getting Started – Data.[24]
</td></tr>
</table>

[24] Available at https://support.hpe.com/hpesc/public/docDisplay?docId=a00089726en_us&page=GUID-668B4215-C9F8-4499-A33F-95C592AC2593.html&docLocale=en_US.

| Claim 21 | Exemplary HPE Server Products |
|---|---|
| 21[d] wherein a heartbeat monitor service determines the services to monitor is determined based on registry settings based on the functionalities of the plurality of servers; and | The exemplary HPE Server Products include wherein a heartbeat monitor service determines the services to monitor is determined based on registry settings based on the functionalities of the plurality of servers.<br><br>*See, e.g.*,<br><br><br><br>HPE ProLiant servers. |

| Claim 21 | Exemplary HPE Server Products |
|---|---|
| |  **Internal View 8SFF chassis** <br><br> Item / Description: 1. Hot Plug Fans[1]; 2. Processors with heatsinks shown; 3. Optional NS204i-u Boot Device; 4. Hot Plug redundant HPE Flexible Slot Power Supplies; 5. Secondary Riser (Optional) (Requires second processor); 6. Primary Riser; 7. DIMM slots, shown fully populated in 32 slots[2]; 8. Drive Backplanes; 9. Drive Cages <br><br> HPE ProLiant DL380 Gen11 QuickSpecs[25] at 5. |

**Internal View 8SFF chassis**

| Item | Description | Item | Description |
|---|---|---|---|
| 1. | Hot Plug Fans[1] | 6. | Primary Riser |
| 2. | Processors with heatsinks shown | 7. | DIMM slots, shown fully populated in 32 slots[2] |
| 3. | Optional NS204i-u Boot Device | 8. | Drive Backplanes |
| 4. | Hot Plug redundant HPE Flexible Slot Power Supplies | 9. | Drive Cages |
| 5. | Secondary Riser (Optional) (Requires second processor) | | |

[25] Available at https://www.hpe.com/psnow/doc/a50004307enw.pdf.

| Claim 21 | Exemplary HPE Server Products |
|---|---|
| | **Processors – Up to 2 of the following depending on model.**<br>– The 2nd digit of the processor model number "x4xx" is used to denote the processor generation (i.e. 4=4th generation Intel® Scalable Series Processors)<br>– The required firmware for the 5th Generation Intel® Xeon® Processors is not compatible with the DL380 Gen11 system board shipped with the 4th Generation Intel® Xeon® Processors. A new server order (latest firmware system board) is required for the activation of the 5th Generation Intel® Xeon® Processors. Field upgrade from the 4th Generation Intel® Xeon® Processors to the 5th Generation is not supported.<br>For more information regarding Intel® Xeon® processors, refer to the following https://www.intel.com/xeon.<br><br>*Id.* at 8.<br><br>**5th Generation Intel® Xeon® Scalable Processor Family (Platinum)** (table below)<br><br>*Id.* at 9. |

| Intel® Xeon® Models | Frequency | Cores | L3 Cache | Power | UPI | DDR5 | SGX Enclave size | Die |
|---|---|---|---|---|---|---|---|---|
| Platinum 8593Q Processor | 2.2 GHz | 64 | 320 MB | 385 W | 4 | 5600 MT/s | 512 GB | XCC |
| Platinum 8592+ Processor | 1.9 GHz | 64 | 320 MB | 350 W | 4 | 5600 MT/s | 512 GB | XCC |
| Platinum 8592V Processor | 2.0 GHz | 64 | 320 MB | 330 W | 3 | 4800 MT/s | 512 GB | XCC |
| Platinum 8581V[1] Processor | 2.0 GHz | 60 | 300 MB | 270 W | 0 | 4800 MT/s | 512 GB | XCC |
| Platinum 8580 Processor | 2.0 GHz | 60 | 300 MB | 350 W | 4 | 5600 MT/s | 512 GB | XCC |
| Platinum 8570 Processor | 2.1 GHz | 56 | 300 MB | 350 W | 4 | 5600 MT/s | 512 GB | XCC |
| Platinum 8568Y Processor | 2.3 GHz | 48 | 300 MB | 350 W | 4 | 5600 MT/s | 512 GB | XCC |
| Platinum 8562Y+ Processor | 2.8 GHz | 32 | 60.0 MB | 300 W | 3 | 5600 MT/s | 512 GB | MCC |
| Platinum 8558P Processor | 2.7 GHz | 48 | 260 MB | 350 W | 3 | 5600 MT/s | 512 GB | XCC |
| Platinum 8558 Processor | 2.1 GHz | 48 | 260 MB | 330 W | 4 | 5200 MT/s | 512 GB | XCC |
| Platinum 8558U1 Processor | 2.0 GHz | 48 | 260 MB | 300 W | 0 | 4800 MT/s | 512 GB | XCC |

| Claim 21 | Exemplary HPE Server Products |
|---|---|
| | **Advisory: HPE ProLiant Gen10 Servers - Servers Running VMware ESXi 6.5 (or Later) and Configured with a Gen10 Smart Array Controller May Display Certain Messages in the ESXi VMkernel Log and Connectivity to the Storage Devices May Be Lost**<br><br>Document Subtype: Customer Advisory \| Severity: Medium \| Document ID: a00041660en_us \| Last Updated: 2018-02-14 \| Document Version: 1<br><br>**DESCRIPTION**<br><br>On HPE ProLiant Gen10 servers running VMware ESXi 6.5 (or later) and configured with Gen10 Smart Array controllers, the /var/log/vmkernel log may fill with entries similar to the following:<br><br>WARNING: Heartbeat: 794: PCPU 19 didn't have a heartbeat for 7 seconds; *may* be locked up.<br>ALERT: NMI: 689: NMI IPI: RIPOFF(base):RBP:CS [0xf6687(0x41803a400000):0x3ff:0x4010] (Src 0x1, CPU19)<br>0x43927c79ba30:[0x41803a4f6687]SP_WaitLock@vmkernel#nover+0xbb stack: 0x43927c79bb78<br>0x43927c79ba70:[0x41803a4f679d]SPLockWork@vmkernel#nover+0x29 stack: 0x4304f7c5c3f8<br>0x43927c79ba80:[0x41803a741816]SCSIAllocPathDuringScan@vmkernel#nover+0x3e stack: 0x4304f7c91488<br>0x43927c79bb50:[0x41803a74b6e5]SCSIScanLUNsHelper@vmkernel#nover+0x61 stack: 0xff<br>0x43927c79bbe0:[0x41803a74c129]SCSIScanLUNsAddPaths@vmkernel#nover+0x95 stack: 0x9620c56c85340<br>0x43927c79bc70:[0x41803a74ca8f]SCSIScanAddDeletePaths@vmkernel#nover+0x6b7 stack: 0x100418000000001<br>0x43927c79bd60:[0x41803a74d57d]SCSIScanTargets@vmkernel#nover+0xdd stack: 0x14<br>0x43927c79bf30:[0x41803a74d978]SCSIScanOneAdapter@vmkernel#nover+0xd4 stack: 0x4304f7b13a40<br>0x43927c79bf50:[0x41803a4c9e0d]helpFunc@vmkernel#nover+0x3c5 stack: 0x430109884050<br>0x43927c79bfe0:[0x41803a6c91f5]CpuSched_StartWorld@vmkernel#nover+0x99 stack: 0x0<br>smartpqi: pqisrc_taskMgmt:706 :[92:0.0][1,0,0]:IN :(abort)<br>20smartpqi: pqisrc_taskMgmt:706 :[92:0.0][1,0,0]:IN :(virt reset)<br>smartpqi: pqisrc_send_tmf:782 :[92:0.0][1,0,0]:Task Management failed tmf_type:1<br><br>This occurs because the **smartpqi driver** may encounter a timeout during functions relating to LUN count for a target. As a result, the server may experience loss of connectivity to connected devices and the vmkernel log may be filled with the messages above.<br><br>**SCOPE**<br><br>Any HPE ProLiant server running VMware ESXi 6.5 (or later) and configured with a Gen10 Smart Array Storage Controller.<br><br>**RESOLUTION**<br><br>To resolve this issue, **upgrade the smartpqi driver** for VMware ESXi 6.5 (or later). Click the link below to obtain version 1.0.1.244-1 for the smartpqi driver: https://support.hpe.com/hpsc/swd/public/detail?sp4ts.oid=null&swItemId=MTX_e3d-d67605e564cc39bb5d260b2&swEnvOid=4184 .<br><br>Advisory: HPE ProLiant Gen10 Servers - Servers Running VMware ESXi 6.5 (or Later).[26] |

[26] Available at https://support.hpe.com/hpesc/public/docDisplay?docId=a00041660en_us&docLocale=en_US.

| Claim 21 | Exemplary HPE Server Products |
|---|---|
| | **Overview**<br><br>Troubleshooting server hardware issues taking too much time and information that could assist you in troubleshooting not captured? Myriad of tools and log files driving you crazy?<br>HPE Active Health System is an essential component of the iLO Management Engine portfolio. It is an industry-first technology that provides continuous, proactive health monitoring of over 1600 system parameters. 100% of configuration changes are logged for more accurate problem resolution. SmartMemory and SmartDrive devices log failure information to accurately document events and avoid inadvertent re-use of failed components. This enables customers to start problem analysis faster and spend less time reproducing or describing errors<br>For support, hand off the Active Health System log file to HPE support and get your issue resolution. You can also view the error information contained in the Active Health System Viewer by uploading your Active Health System file to https://infosight.hpe.com/app/login<br><br>HPE Active Health System Data sheet.<br><br>• **Server health monitoring**—iLO monitors temperatures in the server and sends corrective signals to the fans to maintain proper server cooling. It also monitors installed firmware and software versions and the status of other monitored subsystems and devices.<br><br>iLO Features.<br><br>• **Security dashboard**—View the status of important security features and evaluate your configuration for potential risks. When a risk is detected, you can view details and advice for how to improve system security. |

<table>
<tr><th>Claim 21</th><th>Exemplary HPE Server Products</th></tr>
<tr><td></td><td>iLO Features.<br><br>• Integrated Management Log—View server events and configure notifications through SNMP alerts, remote syslogs, and email alerts.<br><br>iLO Features.<br><br>Network<br><br>The network status of the server. The possible values are OK, Warning, and Critical.<br><br>To navigate to the Network page, click Network link.<br>Host Health details.[27]</td></tr>
</table>

[27] Available at https://support.hpe.com/hpesc/public/docDisplay?docId=sd00005342en_us&page=GUID-D372A19A-EDEE-4A87-8392-59460FE5996B.html.

| Claim 21 | Exemplary HPE Server Products |
|---|---|
| | **HPE iLO web interface overview**<br><br>HPE iLO web interface groups similar tasks for easy navigation and workflow. The interface is organized with a navigation tree. To use the web interface, click an item in the navigation tree, and then click the name of the tab you want to view.<br><br><br><br><br>HPE iLO web interface overview. |

| Claim 21 | Exemplary HPE Server Products |
|---|---|
| | **Embedded Management**<br><br>**HPE Integrated Lights-Out (HPE iLO)**<br>Monitor your servers for ongoing management, service alerting, reporting and remote management with HPE iLO. Learn more at **http://www.hpe.com/info/ilo**.<br><br>HPE ProLiant DL380 Gen10 Server Quick Specs at 17.<br><br>**Active Health System**<br>The HPE Active Health System (AHS) is an essential component of the iLO management portfolio that provides continuous, proactive health monitoring of HPE servers. Learn more at **http://www.hpe.com/servers/ahs**.<br>**Active Health System Viewer**<br>Use the Active Health System Viewer, a web-based portal, to easily read AHS logs and speed problem resolution with HPE self-repair recommendations, to learn more visit: **http://www.hpe.com/servers/ahsv**.<br><br>*Id.* |

| Claim 21 | Exemplary HPE Server Products |
| --- | --- |
| | **Server Management**<br><br>**HPE iLO Advanced**<br>HPE iLO Advanced licenses offer smart remote functionality without compromise, for all HPE ProLiant servers. The license includes the full integrated remote console, virtual keyboard, video, and mouse (KVM), multi-user collaboration, console record and replay, and GUI-based and scripted virtual media and virtual folders. You can also activate the enhanced security and power management functionality.<br><br>**HPE GreenLake for Compute Ops Management**<br>HPE is intelligently transforming compute management with an intuitive cloud operating experience through HPE GreenLake cloud platform to streamline and secure operations from edge-to-cloud. Automated key lifecycle tasks, for onboarding, updating, managing, and monitoring HPE servers, brings agility and greater efficiencies to wherever compute devices reside via a unified single browser-based interface. Manage single locations or multiple, distributed sites. Keep tens to thousands of servers secure with batch policy controls and automated updates.<br><br>Compute Ops Management is cloud-native software that is continually updated with new services, features, patches, and fixes. The management application resides in the HPE GreenLake cloud platform (access via **https://console.greenlake.hpe.com)** and leverages the HPE GreenLake architecture, security, and unified operations.<br><br>For a complete list of software as-a-service subscription SKUs and more information, visit the HPE GreenLake for Compute Ops Management QuickSpecs: **https://www.hpe.com/psnow/doc/a50004263enw**<br><br>For information on supported HPE servers, the complete list can be found here: **https://www.hpe.com/info/com-supported-servers**<br><br>**HPE OneView Advanced**<br>HPE OneView brings a new level of automation to infrastructure management by taking a template driven approach to provisioning, updating, and integrating compute, storage, and networking infrastructure. It provides full-featured licenses which can be purchased for managing Gen8, Gen9 and Gen10 servers.<br>To learn more visit **http://www.hpe.com/info/oneview**.<br><br>**HPE InfoSight for Servers**<br>HPE InfoSight for Servers combines the cloud-based machine learning of InfoSight with the health and performance monitoring of Active Health System (AHS) and iLO to optimize performance and predict and prevent problems. The end result is an intelligent environment that modernizes IT operations and enhances the support experience by predicting and preventing the infrastructure issues that lead to application disruptions, wasted IT staff time and missed business opportunities.<br>Learn more at **https://www.hpe.com/servers/infosight**<br><br>*Id.* at 20. |

<table>
<tr><th>Claim 21</th><th>Exemplary HPE Server Products</th></tr>
<tr><td></td><td>

| | |
|---|---|
| **Management** | HPE iLO Standard with Intelligent Provisioning (embedded), HPE OneView Standard (requires download); HPE iLO Advanced, HPE iLO Advanced Premium Security Edition and HPE OneView Advanced (require licenses) |

*Id.* at 26.

**Overview**

iLO Amplifier Pack (Integrated Lights-Out) is an at-scale inventory and update management tool which enables customers with large Gen8, Gen9 , Gen10 and Gen10 Plus Hewlett Packard Enterprise server deployments to get rapid up-to-date inventory and automate firmware and driver updates. It also assists in manual and automated recovery of systems with corrupt firmware. It scales to thousands of servers reducing personnel and downtime and eliminates the need to create and manage customized scripts. It has an integrated discovery engine that identifies components that need to be updated on servers and takes care of inter-dependency issues. It also functions as an on-premise aggregator for HPE InfoSight for servers', collecting and securely transmitting data from the servers being monitored. It is currently available as a VMware ESXi, Microsoft Hyper-V and KVM appliance.

iLO Amplifier Pack data sheet at 1.
</td></tr>
</table>

| Claim 21 | Exemplary HPE Server Products |
|---|---|
| | Enables customers to opt-in to send the IP address and hostname of each server and schedule the daily transmission of Active Health System (AHS) data to HPE InfoSight.<br><br>Displays hotfix recommendations from InfoSight that users can choose to act upon or further configure using email/IFTTT.<br><br>Support for HPE ProLiant servers, HPE BladeSystem servers, HPE Synergy compute modules, HPE Apollo systems (Gen10 Plus, Gen10, Gen9, and Gen8 servers with iLO 5 and iLO 4) and certain iLO5 based Edgeline and Moonshot server blades.<br><br>Comprehensive built in reporting features for Firmware, License, Basic Device, Hardware Inventory and Software Inventory Reporting along with ability to create custom reports.<br><br>**Easily and Rapidly Inventory Servers**<br><br>Enables customers with large server deployments to get rapid up-to-date inventory and automate firmware and driver updates.<br><br>Rapidly discovers and completes basic inventory of thousands of Gen10, Gen9 and Gen8 HPE servers in minutes using HPE iLO Federation.<br><br>Supports a range of iLO IP addresses to discover and inventory servers if HPE iLO Federation is disabled or not used.<br><br>Offers detailed hardware, firmware inventory and iLO license reports for viewing and downloading for further analysis.<br><br>**Hassle Free Server Updates At Scale**<br><br>Supports both online and offline mode for firmware and driver updates. Update multiple servers in a single task while iLO Amplifier Pack takes care of batching these updates sequentially.<br><br>Enables update of server firmware and drivers in the same maintenance window as the ESXi server operating system through the HPE Hardware Support Manager (HSM) plug-in for VMware vSphere Lifecycle Manager.<br><br>Provides user configurable alerts in user interface or via email and if this then that (IFTTT) on task status and errors.<br><br>Combined with the SPP and Maintenance Service Bundles (MSB), Hewlett Packard Enterprise delivers a complete solution for keeping servers up and running with the most current firmware and driver updates.<br><br>Allows iLO Amplifier Pack to automatically download the updated package and update the appliance when a new version is available or download the update package in the background and allow the user to manually update.<br><br>**Add-on Service Manager - HPE HSM Plugin for iLO Amplifier Pack**<br><br>Add-on Service Manager - HPE Unified Supportability Pipeline.<br><br>iLO Amplifier Pack data sheet at 2. |

<table>
<tr><th>Claim 21</th><th>Exemplary HPE Server Products</th></tr>
<tr><td></td><td>
<h2>Configure Service/Process Monitoring Policies</h2>
Service/process monitoring policies enable you to monitor the status of services (on Windows) and processes (on any operating system that the HPE Operations Agent supports). You can configure the policies to create events and launch commands when a change occurs in either the status of a service or the number of running processes.
Operations Manager i 10.62 at Configure Service/Process Monitoring Policies.
<h2>Description</h2>
This integration provides visibility into the hardware-level monitoring of HP Systems Insight Manager from HP Operations Manager and enables event synchronization between monitoring tools.
HP Systems Insight Manager (SIM) is a management solution for network systems, databases, and applications in heterogeneous IT environments. HPSIM Integration (HPSIMInt) provides a smart link between SIM and Operations Manager for Windows (OM). This integration provides OM policies and tools for monitoring and managing SIM and Insight Management Agents (IM Agents) and enables event forwarding and event acknowledgement between SIM and OM.
HPSIMInt supports the following features:
<ul>
<li>ProLiant server system monitoring - Provides policies for IM Agent SNMP traps. These policies generate OM event messages for server hardware problems.</li>
<li>Event forwarding from SIM - Provides tools to configure forwarding of SIM events to OM message browser. The integration also associates an OM operator action with each SIM event to launch the SIM web interface for further investigation.</li>
<li>Tool groups - Provides tools to assist in the management of SIM and IM Agent nodes. Tool groups include tools for adding nodes to SIM, executing tools on SIM managed nodes, and launching the SIM web interface and IM Agents System Management page.</li>
<li>Policy groups - Provides policies for IM Agents SNMP trap interpretation.</li>
<li>Contextual launch to SIM system page - Enables users to launch the SIM System page from OM messages.</li>
<li>Web Interface tools - Provides tools to launch the web interface for SIM and the IM Agent.</li>
</ul>
Integrate Hardware-Level Monitoring with System and Application Monitoring (OMW - SIM).
</td></tr>
</table>

| Claim 21 | Exemplary HPE Server Products |
|---|---|
| | (Same as in previous state) — Task Active — Maintenance — Indicates that an interconnect is undergoing an automated or manual procedure that cannot be interrupted. Interconnect power, configuration, and status are not available while in this state. If configurations are pushed to the interconnect, they will be queued and applied once the interconnect has moved out of the **Maintenance** state.<br><br>When the interconnect is powered off, it goes into the **Maintenance** state so that configuration changes are not sent to an interconnect that is not powered on.<br><br>HPE OneView 6.4 User Guide for VMs at Interconnect health statuses and states. |

| Claim 21 | Exemplary HPE Server Products |
|---|---|
| | 6. To set the Windows server mode to FIPS, perform the following steps:<br>a. Open the **Run** application, and enter the `regedit` command to open the Windows registry key. Enable the FIPS algorithm policy key.<br>`key HKEY_LOCAL_MACHINE\System\CurrentControlSet\Control\Lsa\FIPSAlgorithmPolicy REG_DWORD to 1 (decimal)`<br>b. Verify that FIPS mode is enabled.<br>• Open the **Run** application and enter the `gpedit.msc` command.<br>The **Local Group Policy Editor** opens.<br>• In **Local Group Policy Editor**, select **Computer Configuration** > **Windows Settings** > **Security settings** > **Local Policies** > **Security Options**.<br>• Open **System cryptography: Use FIPS compliant algorithms for encryption, hashing, and signing**.<br>c. Select **Enabled**.<br>d. Restart the OS.<br><br>HPE OneView 10.1 User Guide for HPE Synergy at Set up FIPS mode on Windows. |

| Claim 21 | Exemplary HPE Server Products |
| --- | --- |
| | HP ProLiant 300 series and above have had HP Insight Management Agents for many years, but now HP ProLiant 100 series servers do too. These agents are based on a set of management and Internet standard technologies. The HP Insight Management Agents provide these basic capabilities:<br><br>• Server agents<br>  o Processor information and indications<br>  o Memory information and indications<br>  o PCI devices and system slot info<br>  o Sensor info and indications, including redundancy, fans, temperature sensors, power supplies, ASR, and unit ID visual indicator<br>  o Computer system info, including physical location, IML, system ROM, and aggregate system status<br>• Network agents<br>  o Network controller info and indications<br>• Storage agents<br>  o Storage controller info and indications<br>• Indications (Alerts) are logged to Windows® and Linux system event logs<br><br>HP ProLiant 100 series Insight Management agents are more limited than on 300 series and above; consequently:<br><br>• Health monitoring is limited to disk, fans, network, power supplies and temperature. (HP ProLiant 300 series and above have additional capabilities in the areas of memory, processors, fan redundancy, hardware logs, power metering, NMI logging as well as monitoring pre-failure thresholds.)<br>• Alerting for HP ProLiant 100 series provides basic alert notification. (HP ProLiant 300 Series and above have additional protection of critical server components by providing pre-failure alert notifications on memory, processors, and storage.)<br>• HP ProLiant 100 and 300 series and above provide the same performance monitoring capabilities by providing info on CPU, Memory, Disk free space, Network Utilization and I/O.<br>HP Insight Management Agents for HP ProLiant 100 Series Servers Quick Specs at 2. |

<table>
<tr><th>Claim 21</th><th>Exemplary HPE Server Products</th></tr>
<tr><td></td><td>Alerts<br><br>The appliance uses alert messages to report issues with the resources it manages and monitors. The resources generate alerts to notify you that some meaningful event occurred and that an action might be required.<br><br>An event describes a single problem or change that occurred on a resource. For example, an event might be an SNMP trap event received from the management processor of an HPE iLO server.<br><br>HPE OneView uses Redfish events instead of SNMP traps to monitor the server health in devices that contain HPE iLO 6.<br><br>Each alert includes the following information about the event it reports: severity, state, description, and urgency. You can clear alerts, assign owners to alerts, and add notes to alerts.<br><br>While alerts have an active or locked state, they contribute to the overall displayed status for a resource. After you change their state to Cleared, they no longer affect the displayed status.<br><br>You can filter the display of the activity list to help you locate and view specific activities. However, you cannot customize filters to otherwise manage the display of the activities.<br>HPE OneView 8.5 User Guide for HPE Synergy at Alerts.[28]</td></tr>
</table>

[28] Available at https://support.hpe.com/hpesc/public/docDisplay?docId=sd00002977en_us&page=GUID-D7147C7F-2016-0901-066E-000000000BC0.html.

| Claim 21 | Exemplary HPE Server Products |
|---|---|
| | NJK-Work HONORED CONTRIBUTOR Options<br>03-05-2020 12:17 PM<br>**How often does OneView poll the monitored server hardware (iLO)?**<br>How often does OneView check to see if an iLO is still up (on the network)? I read somewhere in another post that OneView does a Refresh every 20 minutes, but I am assuming that is different from polling a device to see if it is up/down. Specically, I am refering to the "server-hardware.mp.ILOUnreachable" alerts that are generated whenever an iLO is not talking on the network.<br>Thanks<br>NK<br>0 Kudos Reply<br>3 REPLIES<br>Suvamay HPE PRO Options<br>03-09-2020 02:01 AM<br>**Re: How often does OneView poll the monitored server hardware (iLO)?**<br>Hello .<br>Oneview poll the server hardware in every 20 min.<br>Thanks<br>HPE Community – How often does OneView poll the monitored server hardware (iLO).[29] |

[29] Available at https://community.hpe.com/t5/hpe-oneview/how-often-does-oneview-poll-the-monitored-server-hardware-ilo/td-p/7081611.

| Claim 21 | Exemplary HPE Server Products |
|---|---|

| Timer use field | Description |
|---|---|
| SMS OS watchdog timeout | Indicates that the timer was being used by SMS. During run-time, SMS starts the timer, then periodically resets it to keep it from expiring. This periodic action serves as a heartbeat that indicates that the OS (or at least the SMS task) is still functioning. If SMS hangs, the timer expires and the MC generates a system reset. When SMS enables the timer, it should make sure the SMS bit is set to indicate that the timer is being used in its OS watchdog role. |

HPE iLO IPMI User Guide[30] at 154.



ChrisLynch HPE PRO

Options

02-08-2024 10:24 AM - **edited** 02-08-2024 10:25 AM

**Re: Polling interval for the detection of a server alert**

Polling is only needed when the appliance does not receive an SNMP trap for the corresponding event. We use SNMP for Gen7 through Gen10Plus servers. Gen11 we use Redfish Events. So, when the iLO generates the event, OneView should report that status change almost immediately. OneView will perform a server status refresh if no events are received every 20 minutes, and is not configurable.

Is there a firewall or some other security device between your OneView appliance and iLO's?

**I work at HPE**

**[Any personal opinions expressed are mine, and not official statements on behalf of Hewlett Packard Enterprise]**

**Was your question answered? If so, mark it as an accepted solution.** **Did you find this helpful? Say thanks by clicking on the thumbs up button.**

HPE Community – Polling interval for the detection of a server alert.[31]

[30] Available at https://support.hpe.com/hpesc/public/docDisplay?docId=c04530505&docLocale=en_US.

[31] Available at https://community.hpe.com/t5/hpe-oneview/polling-interval-for-the-detection-of-a-server-alert/td-p/7206310.

<table>
<tr><th>Claim 21</th><th>Exemplary HPE Server Products</th></tr>
<tr><td></td><td>
<h1>Recovery Management</h1>
Introduction
The Server System Restore feature that works with iLO 5 v1.17 or later to recover Gen10 servers according to user-created recovery policies.
When iLO detects system corruption in a server that is monitored by iLO Amplifier Pack, iLO automatically alerts iLO Amplifier Pack to initiate and manage the system recovery process. iLO Amplifier Pack checks the event against user-created recovery policies for the affected system, and then begins the recovery process as outlined in the recovery policy assigned to the server.
Prerequisites
<ul>
<li>Gen10 server with iLO 5 v1.17 or later.</li>
<li>For servers set to the HighSecurity/FIPS state
<ul><li>Gen10 server with iLO 5 v1.30 or later.</li>
<li>SPP version 2018.11.0 or above.</li></ul></li>
<li>An iLO Advanced license is required to use Server System Restore.</li>
<li>To perform any recovery-related actions, iLO Amplifier Pack user must have Configure Manager with Security privilege.</li>
<li>The Firmware Baseline to be used for recovery should have iLO 5 v1.17 or later.</li>
<li>For recovery administration of Gen10 servers, HPE recommends configuring the BIOS boot mode to UEFI mode.</li>
<li>For Device initiated full auto recovery, the recovery policy must have all three baselines specified: Firmware + Configuration + Operating System</li>
<li>You must have at least one recovery install set in iLO before triggering a Device Initiated recovery. HPE recommends not deleting the iLO Factory Install set to use the recovery feature in iLO Amplifier Pack.</li>
</ul>
More information
The following pages in iLO Amplifier Pack provide the tools to define recovery policies, assign them to managed servers, and monitor the recovery process.
<ul>
<li><u>Recovery Policy</u></li>
<li><u>Recovery Administration</u></li>
<li><u>Recovery Task Monitor</u></li>
</ul>
<h2>Recovery operations</h2>
Each recovery operation follows a similar path:
Automatic recovery operations
Follow these steps to perform an Automatic Server Recovery or a Device Initiated Full Recovery.
iLO Amplifier Pack 1.30 User Guide[32] at 76.
</td></tr>
</table>

[32] Available at https://www.mainline.com/wp-content/uploads/2019/04/iLO-Amplifier-Pack-1.30-User-Guide.pdf.

| Claim 21 | Exemplary HPE Server Products |
|---|---|
| |  <br>**Figure 1.** HPE OneView and HPE InfoSight—simplifying hybrid cloud<br><br>**Simplifying hybrid cloud**<br>For HPE OneView customers, HPE InfoSight complements OneView and simplifies the customer's hybrid cloud. HPE OneView transforms servers into software-defined infrastructure to eliminate complex manual processes, spur IT collaboration, and increase the speed and flexibility of IT service delivery.<br><br>HPE InfoSight uses artificial intelligence to provide global insights into the status and health of infrastructure and watches over the customer infrastructure 24x7, so they don't have to spend days, nights, and weekends dealing with infrastructure issues anymore.<br><br>Think of HPE **InfoSight** as the **active monitoring** capability customers are asking for, whereas **HPE OneView is the active management** customers want.<br><br>HPE InfoSight actively watches the customer's server infrastructure using predictive analytics to show customers how their servers are behaving. HPE InfoSight also uses predictive analytics to make recommendations to customers on changes they might want to make to their infrastructure.<br><br>HPE OneView, by actively managing the infrastructure, delivers true software-defined or composable infrastructure. Customers use HPE OneView to create composable resources and drive automated changes to customers' environments, based on predefined parameters. HPE OneView also has the ability to monitor the environment through remote support. Finally, HPE OneView is a must-have for managing integrated systems such as HPE Synergy products.<br><br>When do we recommend the solutions? If customers want the full-feature active management capabilities to include true software-defined solutions, HPE OneView is the answer. If customers are not currently deploying HPE OneView (9% attach on rack servers) and want a lighter software package, HPE InfoSight is the approach. Even though it doesn't provide the active management capability, it will add tremendous value in a customer environment.<br><br>Some real-world examples of what HPE InfoSight can do are—show customers all their servers (up to 10,000) at a single glance to determine which servers are covered under warranty or covered by HPE Pointnext. In the event of a security vulnerability, customers can use HPE InfoSight to see which servers need to be patched versus those that have the needed system ROM updates. It will also show customers if server options such as drives or memory are failing and need to be replaced. Finally, HPE InfoSight will make recommendations to customer on which resources are constrained and may be improved by increasing memory, processors, or bandwidth.<br><br>14. How often is information updated for each server? What lag/delay is there between the local system and details reflected in the portal?<br>A. Health heartbeat data is sent every 10 minutes. Active Health System data is sent daily. |

| Claim 21 | Exemplary HPE Server Products |
|---|---|
| | HPE InfoSight and HPE OneView complement each other to improve customers' experience[33] at 2.<br>**Check connection status**<br>The status column on the My Remote Support Connections page shows the connectivity status of your registered HPE Insight Remote Support or HPE OneView Remote Support client. Connectivity is checked every 6 hours when the client submits a heartbeat message to the HPE data center. When connectivity between the client and the HPE data center is lost, no telemetry data, event data, metrics data, or device configuration data is submitted.<br>The status is an indication of the client's connection status, not the products they are monitoring. The status enables you to see at a glance if your clients are connected and monitoring your products. Hover over the status icon to see when the last heartbeat from the client occurred, shown in UTC time format.<br>The status can be in one of the following states.<br>• **Green**—HPE has heard from your client in the last 6 hours (no missed heartbeats).<br>• **Yellow**—HPE has not heard from your client in the last 6–12 hours (one missed heartbeat).<br>• **Red**—HPE has not heard from your client in at least 12 or more hours (two consecutive missed heartbeats).<br>Possible corrective actions:<br>• Check if there are any network outages or maintenance windows in your environment.<br>• Navigate to your client's UI to investigate possible causes.<br>• Check your remote support client's product documentation for troubleshooting steps:<br>  ○ For Insight Remote Support help, see **Troubleshooting your Insight RS connection with HPESC**.<br>  ○ For HPE OneView Remote Support help on client connectivity to HPESC, see the "Basic troubleshooting techniques in HPE OneView" section in the **HPE OneView User Guide**.<br>• If the remote support client still shows a valid connection but the HPESC does not, then unregister the client in the HPESC and reregister.<br>• If you have shut down your remote support client, then Unregister a remote support connection in the HPESC.<br>If you are still experiencing issues, contact HPE support.<br>Check Connection Status.[34] |

[33] Available at https://app.cdn.lookbookhq.com/lbhq-production/10326/content/original/a3bb19f2-f5ce-496e-b777-e9761d65d3d2/5HPEInfoSightandOneViewDrawerStatement-FAQ.PDF.

[34] Available at https://support.hpe.com/hpesc/public/docDisplay?docId=cep-help_en_us&page=GUID-331A25AA-9880-44BA-99AE-7ADBEAA41D3D.html&docLocale=en_US.

| Claim 21 | Exemplary HPE Server Products |
|---|---|
| | **Data**<br><br>**How often is data sent home?**<br>• Telemetry is sent home on a daily basis.<br>• Alerts are sent home in near real time.<br>• Heartbeat is sent home every 5 minutes.<br>• For HPE OmniStack 4.1.2 and later and with iLO5 Firmware version greater than 1.4, after registering Server iLO information, AHS Heartbeat information is sent every 10 minutes and one AHS File is sent daily.<br><br>**What type of data is sent home?**<br>• Cluster, host, virtual machine and virtual controller names.<br>• Host serial numbers & Host IP Addresses.<br>• Virtual machine sizes and backup information.<br>• Datastore details (name, physical capacity, free space, memory size)<br>We DO NOT send home user identifying information.<br><br>**Is the data that is sent home encrypted?**<br>Data is sent home over HTTPS using TLS 1.2 encryption on port 443.<br><br>**Can I use HPE InfoSight for Servers in addition to using HPE InfoSight for HPE SimpliVity?**<br>Yes. HPE InfoSight for Servers can be used to monitor HPE SimpliVity hosts. This feature is supported for HPE OmniStack 4.1.2 and later.<br><br>**Does HPE SimpliVity use or integrate with Insight Remote Support?**<br>Today we recommend using HPE OmniWatch/HPE InfoSight, and not using Insight Remote Support. The alerts we send home today cover both hardware and software which is why we recommend using HPE OmniWatch/ HPE InfoSight.<br><br>**Does HPE InfoSight require the iLO Amplifier Pack?**<br>No, HPE SimpliVity does not use the iLO Amplifier Pack.<br><br>**Why do the names of my virtual machines look different?**<br>If the names of your virtual machines contain special characters, you might see names that are slightly different than what you expect. In some cases, HPE InfoSight replaces special characters with different characters.<br><br>HPE InfoSight for HPE SimpliVity Getting Started – Data.[35] |

[35] Available at https://support.hpe.com/hpesc/public/docDisplay?docId=a00089726en_us&page=GUID-668B4215-C9F8-4499-A33F-95C592AC2593.html&docLocale=en_US.

| Claim 21 | Exemplary HPE Server Products |
| --- | --- |
| 21[e] reports an event in an event log for each of the plurality of servers that has an abnormal service status. | The exemplary HPE Server Products include reports an event in an event log for each of the plurality of servers that has an abnormal service status.<br><br>*See, e.g.*,<br><br><br><br>HPE ProLiant servers. |

| Claim 21 | Exemplary HPE Server Products |
|---|---|
| | |




**Internal View 8SFF chassis**

| Item | Description | Item | Description |
|---|---|---|---|
| 1. | Hot Plug Fans[1] | 6. | Primary Riser |
| 2. | Processors with heatsinks shown | 7. | DIMM slots, shown fully populated in 32 slots[2] |
| 3. | Optional NS204i-u Boot Device | 8. | Drive Backplanes |
| 4. | Hot Plug redundant HPE Flexible Slot Power Supplies | 9. | Drive Cages |
| 5. | Secondary Riser (Optional) (Requires second processor) | | |

HPE ProLiant DL380 Gen11 QuickSpecs[36] at 5.

[36] Available at https://www.hpe.com/psnow/doc/a50004307enw.pdf.

| Claim 21 | Exemplary HPE Server Products |
|---|---|
| | **Processors – Up to 2 of the following depending on model.**<br>– The 2nd digit of the processor model number "x4xx" is used to denote the processor generation (i.e. 4=4th generation Intel® Scalable Series Processors)<br>– The required firmware for the 5th Generation Intel® Xeon® Processors is not compatible with the DL380 Gen11 system board shipped with the 4th Generation Intel® Xeon® Processors. A new server order (latest firmware system board) is required for the activation of the 5th Generation Intel® Xeon® Processors. Field upgrade from the 4th Generation Intel® Xeon® Processors to the 5th Generation is not supported.<br>For more information regarding Intel® Xeon® processors, refer to the following https://www.intel.com/xeon.<br><br>*Id.* at 8. |

**5th Generation Intel® Xeon® Scalable Processor Family (Platinum)**

| Intel® Xeon® Models | Frequency | Cores | L3 Cache | Power | UPI | DDR5 | SGX Enclave size | Die |
|---|---|---|---|---|---|---|---|---|
| Platinum 8593Q Processor | 2.2 GHz | 64 | 320 MB | 385 W | 4 | 5600 MT/s | 512 GB | XCC |
| Platinum 8592+ Processor | 1.9 GHz | 64 | 320 MB | 350 W | 4 | 5600 MT/s | 512 GB | XCC |
| Platinum 8592V Processor | 2.0 GHz | 64 | 320 MB | 330 W | 3 | 4800 MT/s | 512 GB | XCC |
| Platinum 8581V[1] Processor | 2.0 GHz | 60 | 300 MB | 270 W | 0 | 4800 MT/s | 512 GB | XCC |
| Platinum 8580 Processor | 2.0 GHz | 60 | 300 MB | 350 W | 4 | 5600 MT/s | 512 GB | XCC |
| Platinum 8570 Processor | 2.1 GHz | 56 | 300 MB | 350 W | 4 | 5600 MT/s | 512 GB | XCC |
| Platinum 8568Y Processor | 2.3 GHz | 48 | 300 MB | 350 W | 4 | 5600 MT/s | 512 GB | XCC |
| Platinum 8562Y+ Processor | 2.8 GHz | 32 | 60.0 MB | 300 W | 3 | 5600 MT/s | 512 GB | MCC |
| Platinum 8558P Processor | 2.7 GHz | 48 | 260 MB | 350 W | 3 | 5600 MT/s | 512 GB | XCC |
| Platinum 8558 Processor | 2.1 GHz | 48 | 260 MB | 330 W | 4 | 5200 MT/s | 512 GB | XCC |
| Platinum 8558U1 Processor | 2.0 GHz | 48 | 260 MB | 300 W | 0 | 4800 MT/s | 512 GB | XCC |

*Id.* at 9.

<table>
<tr><th>Claim 21</th><th>Exemplary HPE Server Products</th></tr>
<tr><td></td><td>

**Advisory: HPE ProLiant Gen10 Servers - Servers Running VMware ESXi 6.5 (or Later) and Configured with a Gen10 Smart Array Controller May Display Certain Messages in the ESXi VMkernel Log and Connectivity to the Storage Devices May Be Lost**

Document Subtype: Customer Advisory | Severity: Medium | Document ID: a00041660en_us | Last Updated: 2018-02-14 | Document Version: 1

**DESCRIPTION**

On HPE ProLiant Gen10 servers running VMware ESXi 6.5 (or later) and configured with Gen10 Smart Array controllers, the /var/log/vmkernel log may fill with entries similar to the following:

WARNING: Heartbeat: 794: PCPU 19 didn't have a heartbeat for 7 seconds; *may* be locked up.<br>
ALERT: NMI: 689: NMI IPI: RIPOFF(base):RBP:CS [0xf6687(0x41803a400000):0x3ff:0x4010] (Src 0x1, CPU19)<br>
0x43927c79ba30:[0x41803a4f6687]SP_WaitLock@vmkernel#nover+0xbb stack: 0x43927c79bb78<br>
0x43927c79ba70:[0x41803a4f679d]SPLockWork@vmkernel#nover+0x29 stack: 0x4304f7c5c3f8<br>
0x43927c79ba80:[0x41803a741816]SCSIAllocPathDuringScan@vmkernel#nover+0x3e stack: 0x4304f7c91488<br>
0x43927c79bb50:[0x41803a74b6e5]SCSIScanLUNsHelper@vmkernel#nover+0x61 stack: 0xff<br>
0x43927c79bbe0:[0x41803a74c129]SCSIScanLUNsAddPaths@vmkernel#nover+0x95 stack: 0x9620c56c85340<br>
0x43927c79bc70:[0x41803a74ca8f]SCSIScanAddDeletePaths@vmkernel#nover+0x6b7 stack: 0x100418000000001<br>
0x43927c79bd60:[0x41803a74d57d]SCSIScanTargets@vmkernel#nover+0xdd stack: 0x14<br>
0x43927c79bf30:[0x41803a74d978]SCSIScanOneAdapter@vmkernel#nover+0xd4 stack: 0x4304f7b13a40<br>
0x43927c79bf50:[0x41803a4c9e0d]helpFunc@vmkernel#nover+0x3c5 stack: 0x430109884050<br>
0x43927c79bfe0:[0x41803a6c91f5]CpuSched_StartWorld@vmkernel#nover+0x99 stack: 0x0<br>
smartpqi: pqisrc_taskMgmt:706 :[92:0.0][1,0,0]:IN :(abort)<br>
20smartpqi: pqisrc_taskMgmt:706 :[92:0.0][1,0,0]:IN :(virt reset)<br>
smartpqi: pqisrc_send_tmf:782 :[92:0.0][1,0,0]:Task Management failed tmf_type:1

This occurs because the **smartpqi driver** may encounter a timeout during functions relating to LUN count for a target. As a result, the server may experience loss of connectivity to connected devices and the vmkernel log may be filled with the messages above.

**SCOPE**

Any HPE ProLiant server running VMware ESXi 6.5 (or later) and configured with a Gen10 Smart Array Storage Controller.

**RESOLUTION**

To resolve this issue, **upgrade the smartpqi driver** for VMware ESXi 6.5 (or later). Click the link below to obtain version 1.0.1.244-1 for the smartpqi driver: https://support.hpe.com/hpsc/swd/public/detail?sp4ts.oid=null&swItemId=MTX_e3d-d67605e564cc39bb5d260b2&swEnvOid=4184 .

Advisory: HPE ProLiant Gen10 Servers - Servers Running VMware ESXi 6.5 (or Later).
</td></tr>
</table>

| Claim 21 | Exemplary HPE Server Products |
|---|---|
| | **Overview**<br><br>Troubleshooting server hardware issues taking too much time and information that could assist you in troubleshooting not captured? Myriad of tools and log files driving you crazy?<br>HPE Active Health System is an essential component of the iLO Management Engine portfolio. It is an industry-first technology that provides continuous, proactive health monitoring of over 1600 system parameters. 100% of configuration changes are logged for more accurate problem resolution. SmartMemory and SmartDrive devices log failure information to accurately document events and avoid inadvertent re-use of failed components. This enables customers to start problem analysis faster and spend less time reproducing or describing errors<br>For support, hand off the Active Health System log file to HPE support and get your issue resolution. You can also view the error information contained in the Active Health System Viewer by uploading your Active Health System file to https://infosight.hpe.com/app/login<br><br>HPE Active Health System Data sheet.<br><br>• **Active Health System Log**—The data collected by the Active Health System is stored in the Active Health System Log. The data is logged securely, isolated from the operating system, and separate from customer data. Host resources are not consumed in the collection and logging of Active Health System data.<br><br>iLO Features. |

| Claim 21 | Exemplary HPE Server Products |
| --- | --- |
| | • **Security log**—View a record of the security events recorded by the iLO firmware.<br><br>iLO Features.<br><br>• **Integrated Management Log**—View server events and configure notifications through SNMP alerts, remote syslogs, and email alerts.<br><br>iLO Features.<br><br>**iLO Event Log**<br><br>The event log provides a record of significant events recorded by the iLO firmware.<br><br>Examples of the logged events include server events such as a server power outage or a server reset. Other logged events include logins, virtual power events, clearing the log, and some configuration changes.<br><br>iLO provides secure password encryption, tracking all login attempts and maintaining a record of all login failures. The **Authentication Failure Logging** setting allows you to configure logging criteria for failed authentications. The event log captures the client name for each logged entry to improve auditing capabilities in DHCP environments, and records the account name, computer name, and IP address.<br><br>When the event log is full, each new event overwrites the oldest event in the log.<br><br>For a list of the errors that might appear in the event log, see the error messages guide for your server.<br>HPE iLO 5 User Guide at iLO Event Log.[37] |

[37] Available at https://support.hpe.com/hpesc/public/docDisplay?docId=a00105236en_us&page=GUID-D7147C7F-2016-0901-06D0-0000000019BA.html&docLocale=en_US.

<table>
<tr><th>Claim 21</th><th>Exemplary HPE Server Products</th></tr>
<tr><td></td><td>
Audit log<br><br>
The audit log contains a record of actions performed on the appliance, which you can use for individual accountability. Because the logs are rolled over periodically to prevent them from getting too large, Hewlett Packard Enterprise recommends downloading the audit logs to monitor the actions being performed. You can also download the audit logs periodically to maintain a long-term audit history.<br><br>
Each user has a unique logging ID per session, enabling you to follow a user’s trail in the audit log. Some actions are performed by the appliance and might not have a logging ID.<br><br>
You must have Infrastructure administrator privileges to download the audit log.<br><br>
A breakdown of an audit entry follows:<br><br>
Find in table<br><br>
<table>
<tr><th>Token</th><th>Description</th></tr>
<tr><td>Date/time</td><td>The date and time of the event</td></tr>
<tr><td>Internal component ID</td><td>The unique identifier of an internal component</td></tr>
<tr><td>Reserved</td><td>The organization ID. Reserved for internal use</td></tr>
<tr><td>User domain</td><td>The login domain name of the user</td></tr>
<tr><td>User name/ID</td><td>The user name</td></tr>
<tr><td>Session ID</td><td>The user session ID associated with the message</td></tr>
<tr><td>Task ID</td><td>The URI of the task resource associated with the message</td></tr>
<tr><td>Client host/IP</td><td>The client (browser) IP address identifies the client machine that initiated the request</td></tr>
<tr><td>Result</td><td>The result of the action, which can be one of the following values:<br>• SUCCESS<br>• FAILURE<br>• SOME_FAILURES<br>• CANCELED<br>• KILLED</td></tr>
</table>
HPE OneView 8.8 User Guide for HPE Synergy at Audit Log.[38]
</td></tr>
</table>

[38] Available at https://support.hpe.com/hpesc/public/docDisplay?docId=sd00003904en_us&page=GUID-D7147C7F-2016-0901-066E-00000000051B.html&docLocale=en_US.